Rev. 3/19

FILED
LODGED
RECEIVED   MAIL

SEP 01 2023

CLERK U.S. DISTRICT COURT AT SEATTLE
WESTERN DISTRICT OF WASHINGTON
BY _____
DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Joe J.W. Roberts Jr   #394089
*Plaintiff's full name and prisoner number*

Plaintiff,

v.   " See attached "

Mark Mcclanahan; Crystal Gutierrez;
Katrina Suckow; Tandy Bamford;
Abel Ureno; James Kent; Robin Smith

John Does I-X will be identified through discovery
*Defendant's/defendants' full name(s)*

Defendant(s).

Case No. 2:23-cv-01377-LK-DWC

(leave blank – for court staff only)

**PRISONER CIVIL RIGHTS COMPLAINT**

Jury Demand?
☒ Yes
☐ No

(If you cannot fit all of the defendants' names in the space provided, please write "see attached" in the space above and attach additional sheets of paper, as necessary, with the full list of names. The names listed here must be identical to those in Section II. Do not include addresses here. **Individuals whose names are not included in this section will not be considered defendants in this action.**)

## WARNINGS

1.      Do not use this form if you are challenging the validity of your criminal conviction or your criminal sentence. If you are challenging your conviction or sentence, or if you are seeking restoration of good-time credits that would shorten your sentence, you must file a Petition for Writ of Habeas Corpus. If you use this form to challenge your conviction or sentence, you risk having your claim dismissed. Separate forms are available for filing a habeas petition.

2.      Under the Prison Litigation Reform Act ("PLRA"), you are required to exhaust all remedies in your institution's grievance system that are available to you before filing suit. This generally means that you must file a grievance and, if it is denied, appeal it through all available levels of review. Your case may be dismissed if you fail to exhaust administrative remedies, unless the administrative grievance process was not "available" to you within the meaning of the PLRA. You are not required to plead or show that you have exhausted your claim in this complaint.

1   f 308

3.     Please review your complaint carefully before filing.  If your case is dismissed, it may affect your ability to file future civil actions while incarcerated without prepaying the full filing fee.  Under the PLRA, a prisoner who has had three or more civil actions or appeals dismissed as frivolous, malicious, or for failure to state a claim cannot file a new action without first paying the full filing fee, unless the prisoner is in imminent danger of serious bodily injury.

4.     Under Federal Rule of Civil Procedure 5.2, papers filed with the court, including exhibits or attachments to a complaint, may not contain certain information, which must be modified as follows:

| Do not include: | Instead, use: |
|---|---|
| • a full social security number | → the last four digits |
| • a full birth date | → the birth year |
| • the full name of a minor | → the minor's initials |
| • a complete financial account number | → the last four digits |

5.     You may, but do not need to, send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.  Any documents you submit *must relate directly to the claims you raise in this lawsuit*.  They will become part of the court record and *will not be returned to you.*

---

## I.     PLAINTIFF INFORMATION

Roberts    ,    Joe    ,    Jw
Name (Last, First, MI)                                        Aliases/Former Names

394089
Prisoner ID #

Washington State Penitentiary
Place of Detention

1313 N 13th Avenue
Institutional Address

Walla Walla                          WA                    99362
County, City                         State                 Zip Code

*Indicate your status:*

☐   Pretrial detainee                        ☒   Convicted and sentenced state prisoner
☐   Civilly committed detainee               ☐   Convicted and sentenced federal prisoner
☐   Immigration detainee

2   of   309

## II.    DEFENDANT INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint. Make sure that the defendant(s) listed below are identical to those contained in the caption on the first page of the complaint. Attach additional sheets of paper as necessary.*

Defendant 1:    "See attachment"
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____
                County, City              State          Zip Code

Defendant 2:    "See attachment"
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____
                County, City              State          Zip Code

Defendant 3:    "See attachment"
                Name (Last, First)

                _____
                Current Job Title

                _____
                Current Work Address

                _____
                County, City              State          Zip Code

Page 3 of 9

## III.    STATEMENT OF CLAIM(S)

*In this section, you must explain what you believe each defendant did to violate your civil rights, and if you know, identify the federal statutory or constitutional right you believe was violated.*

*If you believe the defendant(s) violated your civil rights in more than one way, explain each violation under a different count.  For example, if you believe you received constitutionally inadequate medical care and your religious rights were substantially burdened, include one claim under "Count I" (i.e., medical) and the other claim under "Count II" (i.e., religion).*

*Number your paragraphs.  For example, in Count I, paragraphs should be numbered 1.1, 1.2, 1.3, etc., and in Count II, paragraphs should be numbered 2.1, 2.2, 2.3, etc.  The first two paragraphs of each Count have been numbered for you.*

*If you have more than three counts, attach additional pages and follow the same format for each count.*

*If you attach documents to support the facts of your claim(s), you <u>must</u> specify which portion of the document(s) (i.e., page and paragraph) you are relying on to support the specific fact(s) of your claim(s).  <u>If you do not specify the portion of the supporting document(s), the Court may disregard your document(s)</u>.*

### <u>COUNT I</u>

*Identify the first right you believe was violated and by whom:*

1.1 See attachment

---

*State the <u>facts</u> of your first claim below.  Include all the facts you consider important.  Be specific about dates, times, locations, and the names of the people involved.  Describe exactly what each specific defendant did or failed to do to that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong.  If you need additional space, you may attach extra sheets.*

1.2

---

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_State with specificity the injury, harm, or damages you believe you suffered as a result of the events you described above in Count I.  Continue to number your paragraphs._

_____

_____

_____

_____

5  of  310

## COUNT II

*Identify the second right you believe was violated and by whom:*

2.1 See attachment

*State the <u>facts</u> of your second claim below. Include all the facts you consider important. Be specific about dates, times, locations, and the names of the people involved. Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong. If you need additional space, you may attach extra sheets.*

2.2

_____

_____

_____

_____

_____

_____

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count II.  Continue to number your paragraphs.*

_____

_____

_____

_____

## COUNT III

*Identify the third right you believe was violated and by whom:*

3.1 See attachment _____

_____

*State the <u>facts</u> of your third claim below.  Include all the facts you consider important.  Be specific about dates, times, locations, and the names of the people involved.  Describe exactly what each specific defendant did or failed to do that caused you injury or violated your rights, and include any other facts that show why you believe what happened was wrong.  If you need additional space, you may attach extra sheets.*

3.2 _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

*State with specificity the <u>injury, harm, or damages</u> you believe you suffered as a result of the events you described above in Count III.  Continue to number your paragraphs.*

_____

_____

_____

_____

8   of  30

IV.    **RELIEF**

*State exactly what you want the Court to do for you.  For example, you may be seeking money damages from an individual defendant, you may want the Court to order a defendant to do something or to stop doing something, or you may want both kinds of relief.  Make no legal arguments.  Cite no cases or statutes.*

See attachment

_____

_____

_____

_____

V.    **SIGNATURE**

*By signing this complaint, you represent to the Court that you believe the facts alleged to be true to the best of your knowledge, that you believe those facts show a violation of law, and that you are not filing this complaint to harass another person or for any other improper purpose.*

8/29/2023
Dated

Plaintiff's Signature

9  of  310

" See ATTACHED "

10 of 310

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

To: Courts, defendants

From: Joe J.W. Roberts Jr. (Plaintiff)

COMPLAINT

PARTIES

1. Plaintiff Joe J.W. Roberts Jr. is currently housed at the

2. Defendant Crystal Gutierrez is a correctional officer at the Washington State Penitentiary;

3. Defendant James Kent is a correctional officer at the Washington State Penitentiary;

4. Defendant Mark McClendon is a correctional officer at the Washington Penitentiary;

5. Defendant D'Angelo Yunez is a correctional officer at the Washington State Penitentiary;

11 of 310

6. Defendant Tandy Burford is a Sergeant at the Washington State Penitentiary;

7. Defendant Abel Urano is a Sergeant at the Washington State Penitentiary

8. Defendants Katrina Suchow, and also Alfredo Lomeli are both Correctional Unit Supervisors at the Washington State Penitentiary;

9. Defendants Santos De Leon, and also James Rogers are both Mental Health Psychology Associates at the Washington State Penitentiary;

10. Defendants Robin Smith is a Physician Assistant Certified at the Department of Corrections; Winston Norst is a nurse at the Washington State Penitentiary and;

11. Defendants John Doe 1-x will be identified through the discovery.

EXHAUSTION OF REMEDIES

12. Plaintiff has exhausted all available remedies. The DOC does not allow inmates to grieve infractions, because they have these own appeal process. Plaintiff filed appeals. Plaintiff also filed grievances and appeals.

FACTS

13. Approximately, June 2021-August 2021, plaintiff had a bacterial infection in his left and right foot. This infection caused the skin to deteriorate. I notified defendant Smith through multiple nurses. Plaintiff requested to be placed

12 of 310

on sick call and see defendant Smith. Defendant Smith refused to assess and examine plaintiff's foot. I notified Nurse Amber Lathrop of the pain being so severe that I could barely walk. I limped. Two weeks later plaintiff was prescribed Tolfinac powder.

When plaintiff used the Tolfinac. It did not help. Plaintiff notified Nurse Lathrop a week later that his foot was not healing. It was bleeding and pussing. Plaintiff asked nurse Lathrop why is Smith refusing to see me on sick call. Nurse Lathrop became irritated and told plaintiff continue using the powder.

Although, defendant Smith refused to examines plaintiff's left foot. In approximately late September 2021, plaintiff's foot healed.

14. As early as January 2023, plaintiff filed numerous grievances against Doc Officials. Defendants Bamford, Meelanahan, and Gutierrez told plaintiff to not get in the habit of filing complaints, because you will piss staff off and make it worse for yourself. Plaintiff continued filing grievances and by February 15 2023, plaintiff filed several complaints against DOC Official's. See exhibit 6.

15. On February 15 2023, plaintiff declared a mental health emergency at 9:00 AM, via cell speaker to defendant Gutierrez. Defendant Gutierrez waited until 9:25 AM, to notify mental health. Approximately 9:30 AM, plaintiff pressed the emergency button again because mental health did not respond. Defendant Gutierrez responded via booth speaker, and plaintiff told her," Why wont you have mental health or custody respond." Plaintiff notified

defendant Gutierrez, he would be filing a complaint on her. Defendant Gutierrez called me a piece of shit and said I dont care. We'll just infract you out of here.

At 10:45 AM, mental health Cox responded. Due to defendants Gutierrez's comments above and because it took 45 minutes for mental health to respond. Plaintiff's mental health deteriorated and plaintiff self-harmed. I was so upset, that when mental health Cox attempted to dialogue. Plaintiff refused to speak with Ms. Cox.

Later, when plaintiff calmed. Plaintiff asked defendant Gutierrez if she would really infract me out of the unit. Defendant Gutierrez responded; you wont receive one." Plaintiff filed a grievance from this.

16

14. From approximately February 18-25 2023, plaintiff tryed to calm tensions and due to the amount of fear I felt that defendants Gutierrez and Mechanchan Mechanchan would retaliate because I filed grievances on defendants Binford, Gutierrez and Mechanchan. Plaintiff apologized to defendants Gutierrez and Mechanchan, that I filed grievances on them. Defendant Mechanchan told me, "You know, Roberts we are gonna just infract you out of here." Gutierrez also commented "Yeah, thats what we do to people who complain and cause problems for us." Mechanchan said, "yep, we get them out of here." Plaintiff felt so humiliated. I walked out of the officers station. Defendant Gutierrez called out to me and told me stop filing grievances and Mechanchan said yeah.

17

15. On February 25 2023, plaintiff pushed the emergency button in his cell.

14 of 89 310

Defendant Meclanahan responded via speaker and plaintiff requested to sign up for religious smudge. Defendant Meclanahan told plaintiff no. Plaintiff said "why not?", there is enough time and smudge gate is at 8:00PM - 8:20:30 PM. Plaintiff explained that there is two gates. Defendant Meclanahan told me no stop asking. Plaintiff became so frustrated that he confronted defendant Meclanahan and said "I'm fed up with you and Gutierrez's harrassing me over these grievances." Plaintiff explained he has a protected right under the First Amendment to file grievances and pursue a civil suit. Plaintiff told defendant Meclanahan if he did not stop he will sue him.

Plaintiff was so emotionally distraught, that plaintiff suffered a panic attack and declared a mental health emergency. Defendant Meclanahan threatened me that he was infracting me. Later, that night. Plaintiff was admitted to the mental health infirmary.

18. On February 27 2023, plaintiff was released back to BAKER unit, and discovered that my cell was in disarray. One of the staff tore my cell apart while I was away. Plaintiff attempted to address this issue with defendant Bamford. Defendant Bamford yelled at me to cell in now. Plaintiff then spoke with Odell, who said he would look into it.

Plaintiff became so angry and experiencing all the frustration of dealing with the issue involving defendants Bamford, Gutierrez and Meclanahan's malicious retaliation. Plaintiff was unable to regulate his emotions and including that defendants Bamford, Gutierrez and Meclanahan caused plaintiff a tremendous amount of fear. Plaintiff tore off shirt and walked

15 of 89 310

back and forth in the dayroom. Plaintiff was placed on Administrative Segregation pending numerous infractions by defendants Gutierrez, Banford, and Meclanahan.

19. In early March 2023, plaintiff was served the infractions that defendants Gutierrez and Meclanahan fabricated in retaliation, because plaintiff filed numerous grievances on them and because plaintiff told them he would pursue a lawsuit & they continued to retaliate. Defendant Gutierrez infracted plaintiff for a WAC 600; ~~554,509~~ and defendant Meclanahan infracted plaintiff for WACs 600; 554;558; and 755. See exhibits A and B.

These infractions were false and trumped and done in retaliation for plaintiff's engaging in the above protected conduct as stated herein the complaint. Defendant Gutierrez lied, alleged plaintiff broke a security device (cell door). See exhibit B. In March ~~2023~~ July 2023, plaintiff filed numerous kites and sent Kiosk emails notifying Superintendent Jackson, CPM Daniels, Associate Superintendent Sundberg and defendant Suckow about the retaliation nothing was done. See exhibit R.

20. April 2023, disciplinary officer Reino conducted plaintiff's infractions and dismissed defendants Gutierrez's infractions, because the cell had prior work order to February 15 2023, (showing it would have been impossible plaintiff broke the door); also disciplinary officer Reino conducted defendant Meclanahan's infraction and dismissed it but reduced the WAC 600 to a 353. See exhibits A and B.

The above demonstrates that defendants Gutierrez and Meclanahan's actions to infract plaintiff were arbitrary, capricious and retaliatory; did not advance

any legitimate peno-logical interests; also defendants Gutierrez and Meclan-chan had no reason to say they'll infract plaintiff out of the unit, for protected conduct (filing grievances), and infract me for filing grievances and saying I was going to sue them. See exhibits G.

21.
A. As a result of defendants Meclanchan and Gutierrez's retaliation. This caused me a tremendous amount of fear, that they would try to continue to infract me out of the unit, hoping to unhinge me and act out in frustration so they could trap me in the disciplinary process. The fear of defendants Gutierrez and Meclanchan continuing to infract plaintiff because I engaged in protected conduct to file grievances against defendants Bamford, Gutierrez and Meclanchan and prepare a lawsuit has caused plaintiff paranoia, PTSD and severe anxiety.

Plaintiff was so afraid that the retaliation would not stop, that plaintiff requested from his primary mental health counselor Sergio Pena and sent a Health Service kite to the mental health supervisor Dr. Eric Brainey Gibson requesting to be discharged from the mental health Residential Treatment Unit, so I could get away from them, due to fear.

This also caused extreme mental anguish that, on April 14, 2023, plaintiff began self harming "stabbing myself with flex pen", that defendant Ureno depleted 4-5 cannisters of pepper spray and plaintiff was eventually placed in the restraint chair due to his severely detoriate mental state for 2 1/2 hours. This also caused plaintiff to be housed in solitary confinement an administrative segregation for approximately 50-60 days due to all the pending infractions. (Approximately 9-11 infractions).

17 & 87 310

22. Approximately January-May 11 2023, plaintiff filed more than 24 grievances. Several of the grievances were against defendants. On April 14 2023, during my severely deteriorated psychological state, while self-harming and needing to be placed in restraints. Defendant Ureno provoked plaintiff calling him rats, and a snitch because plaintiff utilized a protected conduct to file over atleast a dozen of grievances on him and against Doc staff. See exhibit S.

Defendant Ureno called me the biggest peice of shit and said thats all you do is file grievances and lawsuits. (Indicating the lawsuits filed in Thurston County Superior, No. 22-2-02576-34 (against Doc Officials); Western District of WA No. C19-0014-MJP-MLP; No. C18-746-MJP; No. C20-376-RSM-BAT.)

Defendant Ureno retaliated against me and told me, I will write you up for an infraction you wont get out of. Defendant Ureno took advantage and exploited me during my severely deteriorated psychological state. As a result, plaintiff stabbed himself for approximately 10-20 minutes. During this time defendant Ureno sprayed me 5-8 times, depleting 4-5 cannisters of oleoresin Capsicum (pepper spray).

Defendant Ureno had no reason to tell plaintiff," I will write you up for an infraction you wont get out of." Nor calling me "rats" and "snitches," and provoke plaintiff and incite emotions and file me up and call me " the biggest peice of shit" and say " thats all you do is file grievances and lawsuits."

3. On May 4th 2023, plaintiff declared a mental health emergency via cell speaker to booth station. 15 minutes later defendant Bamford responded and had me placed in the Baker unit holding cell at approximately 8:00am. About 20 minutes later mental health De Leon responded. I contracted for safety and De Leon left.

While waiting to go back in my cell. I need to use the restroom. I notified defendants Bamford and Mcclanahan I needed to use the restroom. defendant Bamford said she will call RCM's. About 20-30 minutes later, no one showed up. Defendant Mcclanahan came to the holding cell and I requested an emergency grievance. Defendant Mcclanahan said, I will write you up for this. I then informed defendant Mcclanahan, Im in the process of filing a lawsuit against you, Gutierrez and Bamford for retaliation. Defendant Bamford gave me a pen and grievance.

Defendant Mcclanahan said "Now I know exactly what I need to do", and walked away.

Plaintiff asked defendant Bamford why wont you give me a urinal. I need to go now. The RCM's arrived (co Rutherford and another unknown co). Rutherford tryed escorting me to the bathroom. Plaintiff could hear defendant Bamford yell "Get away now, we are working on a plan to get him out of here once and for all." Plaintiff could hear defendants Bamford, Gutierrez and Mcclanahan, including mental health De Leon conspiring to kick me out of the unit. Because defendant Bamford left me in the holding cell for 2 hours and refused to let me have human decency to the

bathroom. Plaintiff's bladder gave out and he urinated himself. I grieved Bamford.

Plaintiff, requested another grievance and defendants Bamford and Meclanahan both refused to give me another grievance so I could grieve the situation. Defendant Bamford told me give them the pen and paper, so I could not file grievances on them. See exhibit E page.

24. Rutherford and his partner arrived to escort me out of the unit. Not understanding why... plaintiff asked Rutherford where am I going. Rutherford said COA. Rutherford gave me cleane underwear and shorts. As plaintiff was being escorted out. Plaintiff continued to say he was going to file the "lawsuit", in the Baker unit exit sallyport and that I will be back with the same bullshit and 2nd shift I got you when I get back. (Inticating I will be filing a lawsuit and continue filing grievances against defendants Suchow, Bamford, Gutierrez and Meclanahan).

On May 4, 2023 Defendant Suchow retaliated and placed me on Administrative Segregation because, I filed grievances against defendants Bamford and told defendant Gutierrez and Meclanahan and Bamfords I was going to sue them. Defendant Suchow characterized my protected conducted to file grievances and put defendants Gutierrez, Bamford and Meclanahan on notice of lawsuit, as a threat and threat to the orderliness of the Facility. See exhibit D and K and E and S.

25. On May 5 2023, defendants Kent and Ureno and John Doe, retaliated against me for protected conduct, of filing grievances, having an

active civil suit, case No. 22-2-02576-34, against DOC employees. Defendants Kent,
Ureno, and John Doe, retaliated by; Defendant Ureno and Kent opering my
cell wicket and without reason, Ureno told Kent "hurry spray em' now,
hurry." Defendant Kent pulled out his OC spray as if to spray me.
While this was going on. Defendant Ureno, and Kent called me "rats" and
"snitches," for having a lawsuit pending in case No. 22-2-02576-34, Thurston
County Superior Court and the multiple cases in the Western District WA
and for prior grievances on Ureno. See exhibit. 5. page cord to

   Defendant Ureno slammed the wicket and walked away. Sometime later,
approximately 10-20 minutes later John Doe arrived at my cell front and
called plaintiff a "rat" and without reason mule kicked my cell door, causing
me to jump in surprise. This caused me to have a panic attack. Before
John Doe left from plaintiff's cell I was called "fuckin rat". This unprovoked
comment was because I have filed multiple lawsuits against DOC employees,
and filed numerous grievances and in retaliation for the above protected
conduct. Plaintiff filed an emergency grievance on this. See exhibit # 5.

26
24. On May 8 2023, plaintiff was served the infractions that defendant Ureno wrote.
Just as defendant Ureno promised, his threats to infract plaintiff on April 14 2023,
for protected conduct of filing lawsuits and grievances. Defendant Ureno infracted
plaintiff for a WAC 702, 717, and 600. Defendant Ureno trumped up the
infraction report. knows that DOC no longer infracts prisoners for self mutilations
/self harming and suicide attempts (WAC's 712 and 713 were promugated.) Also,
plaintiff had an IBMP that addresses self harm or suicidal attempts and

21 of 310

explains what necessary action is to be taken. See exhibit ⊛ P.

The fact that defendant Urena refused to follow the IBMP and instead chose to infract me and punish plaintiff shows that his actions were arbitrary, capricious and retaliatory and did not advance nor support any legitimate peno-logical intrests. Especially since DOC no longer punishes for self harming and notably self harm behavior is not a rule violation.

27

~~25~~. On May 12 2023, plaintiff was retaliated against, defendants Suckow, Mclanahan, Bamford and Gutierrez had plaintiff served an infraction for WAC's 353; 896; 558; 506; 202; 884; and a 663. Defendants Mclanahan and Suckow infracted plaintiff for the protected conduct on May 4 2023, because plaintiff filed a emergency grievance against defendant Bamford and told defendants Mclanahan, Bamford and Gutierrez he would be suing them. See Exibits D, E, and G.

Also, on May 17 2023, defendant Suckow and Gutierrez retaliated against plaintiff as stated above for plaintiff's protected conduct to file grievances and pursue and prepare a lawsuit and defendant Gutierrez and Suckow infracted plaintiff for a WAC 506. See exhibit E and ⊛ S.

28. On May 17, 2023, disciplinary officer Reino conducted plaintiff's hearings for infractions that defendant Urena wrote and dismissed the WAC 702, ~~and~~ found me guilty for the WAC 600, reduced the WAC 717 to a WAC 509. See exhibit C;

Reino conducted plaintiff's hearing for the infractions that defendants Suckow and McClanahan wrote and dismissed the WAC's 353; 896; 558; 202; 884 and 663; finding "with written staff testimony no 1/2 plea or statement. I find time stamp on 7th 89 and 90 1 minute apart events likely same event Dismiss All Double Jeopardy."

22 ▣ ⅋ 310

See exhibits D and E and compare.

Reino conducted plaintiff's disciplinary hearing that defendants Gutierrez and Suchow wrote, and reduced the WAC 506 to a WAC 663 finding plaintiff guilty. See exhibits ~~compare~~ D and E compare.

29. On May 25' 2023, plaintiff was present at his Administrative Segregation hearing. Plaintiff recieved his Ad-Seg papers. It is documented that "No Behaviors Issues Noted", and the reason for Ad-Seg placement is due to "Guilty WAC 600, Guilty WAC 663. Pending RTU placement is due to "Guilty WAC 600, Guilty WAC 663. Pending RTU Referral For Placement · Limited Housing Options". See exhibit K. If ~~you these~~ compare these documents with exhibit T, (Negative Behavior Observation Entry), these Administrative Staff threatened to infract me because plaintiff explained to Defendant Lomeli; including Ryan Fisbeck; Kevin Walker; Chris Alaniz and Jenni Fischer, that defendants McClanahan; Ureno; Basfard; Gutierrez; De Leon, and Suchow continue retaliating against me for engaging in protested conduct (as explained herein this complaint). At plaintiff's Ad-Seg hearing plaintiff attempted to address the retaliation and Fisbeck; Walker Alaniz and defendant Lomeli threatened plaintiff with an infraction.

Plaintiff explained, that if they did infract me he would sue them for retaliation. On June 1' 2023, plaintiff sent defendant Lomeli a request for level 3. Defendant Lomeli retaliated against plaintiff because he engaged in protected conduct on May 25' 2023, and informed Fisbeck; Fischer, Alaniz; Walker; and defendant Lomeli dont support McClanahan; Gutierrez; Basfard; De Leon; and Suchow in there efforts to retaliate, because he would sue them too. See exhibit T. Plaintiff was denied his level 3 privileges.

30. Plaintiff continued sending kites and filing grievances regarding the defendants retaliation. Plaintiff sent public records request on May 17, 2023; June 2, 2023 and June 29, 2023, requesting that DOC makes copies for plaintiff. Nicole Bernstein, the DOC Public Records Specialist, denied plaintiff's request and refused to process his PRA request and respond to plaintiff's public records requests letters dated June 2, 2023 and June 29, 2023 (sent certified mail). See exhibits M. Public Records refused to preserve the video evidence.

Plaintiff notified Correctional Program Manager, Paul Daniels; Superintendent Rob Jackson; Associate Superintendent Steven Sundberg; Disciplinary Officer Damien Reins; defendant Suchow and sent the DOC Head Quarters a letter complaining about the ongoing retaliation. Plaintiff was instructed to utilized the grievance program. See exhibits R.

31. In approximately June, 2023, plaintiff requested two Legal Priority Access Requests, so plaintiff could recieve all of his legal materials to effect this complaint. DOC staff Tracy Bull and Venita Jackson, both knew plaintiff had a legal deadline on June 2, 2023 and July 1, 2023, and knew plaintiff needed his legal materials so he could file this complaint, because he told each of them. Ms. Bull and Ms. Jackson lied and claimed plaintiff had no deadline and denied him his legal materials. See exhibit N.

32. Plaintiff sent Superintendent Jackson, numerous kites as explained herein regarding the retaliation and tryed to have my infractions overturned. See exhibit L. Superintendent Jackson refused to investigate and overturn

24 of 310

the erroneous guilty findings that defendants infracted plaintiff for, for the protected conduct that, plaintiff engaged in as explained herein. See exhibit 5.

33. On July 5, 2023, at approximately 7:00 PM, nurse Tom Melton gave plaintiff his ice, Health Status Report (HSR), with ice bag that was approved by Provider James Duncan. See exhibit J. The next day around 11 AM-12 PM, during pill line, Defendant McClanahan became very aggressive and confrontational over plaintiff using the ice HSR.

On 7/6/23, Defendant McClanahan blocked plaintiff from getting ice by standing in front of the ice machine. Plaintiff explained to defendant McClanahan he received approval. Defendant McClanahan said I don't care you aren't getting ice, and then proceeded to provoke and antagonize plaintiff by saying he will call medical and have them restrict plaintiff's ice HSR. (Although defendant McClanahan retaliated and harassed plaintiff. McClanahan allowed other inmates to receive ice). As a result of defendant McClanahan's malicious retaliation, Provider Duncan discontinued plaintiff's ice HSR before the expiration of 8/5/2023; and on 7/6/2023, provider Duncan ordered an entirely different ice HSR, which severely restricted plaintiff's access to ice and gave the officers discretion to decide plaintiff's ice HSR. See exhibit J.

Defendant McClanahan's retaliation and anger stems because plaintiff continues to grieve him and his co-workers and told him plaintiff would sue him, and plaintiff filing the grievance against defendant McClanahan for his retaliation on 7/6/2023. See exhibit 5.

34. On 7/6/2023, at approximately 12:00 PM, plaintiff's T.V., keyboard, and a

25 of 310

small amount of miscellaneous papers allegedly arrived to BAKER Unit. Defendant McClanahan could be seen mishandling plaintiff's property by slamming it on the table. Defendant McClanahan and Gutierrez refused to allow plaintiff to sign the property receipt. Defendant McClanahan then ripped the receipt in half. See exhibit O. Defendant McClanahan is not the property officer. Defendant Gutierrez is.

Plaintiff asked defendant Gutierrez for his property and defendant Gutierrez refused to do it. As a result, plaintiff experienced severe anxiety and had a panic attack and began declaring mental health emergencies. As a explained herein this complaint defendants continue to engage in a campaign of retaliation against plaintiff because of his engaging in protected conduct; filing grievances and say he will be suing them, and preperation of litigation, and because of plaintiff's medical needs (i.e. HSR).

35. Later that day defendants Suckow, Yanez and De Leon retaliated against plaintiff for engaging in protected conduct filing grievances and knew plaintiff was preparing this litigation against defendants McClanahan; Gutierrez; Bamford; De Leon and Suckow because plaintiff told them. This prompted defendants Suckow, Yanez and De Leon to write false reports and support each other and infract plaintiff for WAC's 202; WAC 352; WAC 558; WAC 203 and WAC 103. See exhibit F. Defendants Suckow; Yanez and De Leon each knew they were writing false reports and knew that these infractions were trumped up and did not advance any peno- logical interest.

26 of 310

36. On July 8 2023, at approximately 1300 AM, defendants Gutierrez; McClanahan and Nairot conspired to retaliate against plaintiff because he engaged in protected conduct of filing dozens of complaints and was preparing litigation against defendants and for using plaintiffs medically approved ice HSR.

Plaintiff could hear defendants McClanahan and Gutierrez talking very loudly," I'm putting a end to this. I can't stand his ass. He doesn't need ice. Yeah, well I'm going to talk to Nairot."

As a result, defendants Gutierrez came to plaintiff's cell and said "Give me your ice bag, I'm giving you a new one." This ice bag was so small, plaintiff told defendant Gutierrez to please get away from me. Defendant Gutierrez laughed at me and dropped the ice bag on the dirty ground, walked up the stairs, while making eye contact and continued to laugh at me in a very provocative manner.

Plaintiff experienced such an intense mental anguish that his chest

tightened and plaintiff fell to floor in a major panic attack trying to catch his breath.

37. At approximately 11:00 AM defendant Noirot responded to plaintiff's mental health emergency. Plaintiff expressed the nature of what caused the panic attacks and that defendant Gutierrez was what triggered it. Plaintiff explained that defendants Gutierrez and McClanahan are tampering with my ice HSR. Defendant Noirot said he is aware that you have an ice HSR. Plaintiff asked defendant Noirot, then why are you encouraging these individuals to target my ice HSR. Defendant Noirot said I'm not involved in your retaliation issues. Plaintiff then asked then who gave Gutierrez that ice bag. Defendant Noirot said in very cocky voice I did, and walked away.

38. Plaintiff immediately filed an emergency grievance against Defendants Gutierrez and McClanahan for there continued campaign of retaliation against plaintiff as explained herein this complaint. See exhibit S.

Defendants Gutierrez, McClanahan and Noirot continued retaliating because plaintiff's protected conduct filing grievance and countered plaintiff's grievance and in retaliation called the shift Luitenant Gerrod and lied and claimed plaintiff was having homicidal ideations towards defendant McClanahan.

As a result, of this retaliation, Plaintiff was placed in "custody lock"

and denied to institutional programming. Plaintiff was allowed out around other inmates and staff later that night.

39. On July 9, 2023, defendants McClanahan, Gutierrez and Bamford undermined there superiors (LT. Gerrod) decision to not be placed on Ad-Seg and spoke with LT. Lowder. Defendant Bamford did not work on July 8, 2023, so the only way defendant Bamford learned of what happened. Was by conspiring with defendants Gutierrez and McClanahan which prompted defendant Bamford to personally involve herself and retaliate against plaintiff and tell LT. Lowder that plaintiff Roberts threatened to kill McClanahan. Despite this there was no incident report and they lie and lie and set plaintiff up in retaliation for engaging in protected condut to file grievances, prepare litigation and receive medical care (see HSR).

40. On July 9, 2023, approximately 7:00AM, plaintiff was again placed on Ad-Seg for allegations of "threats to kill a staff member in Baker Unit." At you arrive See exhibit K. Upon arrival, plaintiff felt severe psychologst mental anguish and suicidal ideations, that plaintiff begun barking like a dog, swallowed 3 pens and told custody staff he wanted them to kill him. Plaintiff's mental state deterioted so severely staff placed plaintiff onto a gurney and carried him out and placed him on a the mental health infirmary on suicide watch. Upon arrival plaintiff jumped off the top of the head shelf trying to break his legs unto his knees trying to break both his legs

29 of 310

Plaintiff did this several times. As a result, plaintiff was placed in involuntary restraints.

41. LT. Gerrod arrived as plaintiff was taken out of restraints and told plaintiff he will personally report the retaliation by Baker unit staff and further told plaintiff he will speak with Correctional Program Manager Paul Daniels. Plaintiff began crying because, he was so overwhelmed with the ongoing retaliation since it began in January 2023. Inmate David Butler #343455, was a witness to this. See exhibit U. Then on July 16 2023, LT. Gerrod stated "He never said he was going to help put a stop to the retaliation". Butler is also a witness to this.

42. Plaintiff continued telling the guards to kill him and also continued self-harming because none of these DOC cowards would stop the retaliation and plaintiff spent more than 30 days on the mental infirmary. Out of fear, plaintiff in severe frustration filed a series of numerous grievances regarding the retaliation. The RS2, Resolution Specialists Eric Burt, H. Griffith, refused to process ~~my~~ plaintiff's grievances (retaliation), and told plaintiff "its all his fault," "you refused to use the resolution program and talk with me."

Contrary to this outrageous lie! The Superintendents admitted that Burt never responded nor met with ~~me~~ plaintiff on 7/13/23 on 7/13/23. This demonstrates that Burt lied and had no reason to falsely such an allegation and refuse to process my retaliation complaints.

30 of 310

43. July 24' 2023, plaintiff had his disciplinary hearing that defendants Noirot falsified against plaintiff for the WAC 506 (Threatening to kill defendant McClanahan). However, defendant Rogers testified contrary to the allegations and the infraction was dismissed demonstrating plaintiff did not threaten defendant McClanahan. See exhibit

Furthermore, the disciplinary hearing officer conducted defendants Yanez, De Leon and Suchow's infractions they falsified and trumped up against plaintiff. The WAC's 202 and 353, plaintiff was found guilty, the rest WAC's 352;558;203 and 103 were dismissed due to witness statements contradicting the allegations. See exhibit G.

43. On July 26' 2023, as plaintiff was being escorted back to his cell. Plaintiff could see defendant De Leon and Rogers walking ahead. Plaintiff told defendant De Leon he will be suing him, because of his continued support of defendants Yanez; Gutierrez; McClanahan; Bamford and Suchow's ongoing retaliation and for filing a false incident report. Plaintiff did call defendant De Leon a sucker ass mother fucker and called him bitchs out of anger because he filed that false incident report in support of the infraction that defendants Yanez, and Suchow wrote. Defendant De Leon acted in retaliation because plaintiff engaged in protected conduct and told defendant Yanez he was suing the defendants. Defendant Yanez said "Well thats between them."

As a result, defendant Rogers infracted plaintiff in retaliation because plaintiff engaged in protected conduct and told defendant De Leon he would sue him. Defendant Rogers in support of his comrad De Leon infracted plaintiff for

a WAC 663.

Plaintiff being so overwhelmed due to the overwhelming onslaught of infractions that defendants wrote against plaintiff and out of fear of continued retaliation. Plaintiff was so scared that on 7/31/2023, plaintiff waived his right to be present at his disciplinary hearing. Plaintiff was found guilty for the WAC's 202; WAC 663. See exhibit H.

45. All Department of Corrections staff, including defendants knew or should have known that plaintiff has protected constitutional right under the "First Amendment", to freedom of speech, to file grievances and file lawsuits and be free of retaliation for exercising those rights.

Plaintiff is required to exhaust administrative remedies, (informally or formally), per the DOC policies 310.100 and 550.100, and DOC Resolution Program Manual is instructive which allows inmates, including plaintiff to make all attempts to resolve issue informally or formally, and the PLRA. DOC's own Resolution Program recognizes inmates have a right to file lawsuits and grievances and be free of retaliation for doing so.

46. Defendants retaliation has influenced and caused the administrative staff Ryan Fisbeck and Kevin Walther to keeping plaintiff's status on Administrative Segregation. Plaintiff sent several kites to the Washington State Penitentiary Superintendent, Correctional Program Manager, regarding the ad-seg placement, infractions and retaliation. Due to these supervisors failure to train and ~~supervise~~ supervise there employees, including defendants. The defendants

32 of 310

are emboldened to abuse there authority and retaliate. See exhibit

Defendant Sucbow, Banford, McClanahan, Gutierrez, Yunez, Rogers,
and De Leon each know that the infractions plaintiff he received was
unnecessary unnecessary and excessive and did not advance the goals ~~the~~ of
the institution.

adverse actions;
47. Defendants retaliation has caused an ripple effect throughout the
prison and have effectively and sucessfully ~~sucessed~~ succeeded in trapping plaintiff
in solitary confinement, trapping plaintiff in the disciplinary process,
interfered in plaintiff's mental health and medical care, interfered in
plaintiff's institutional programming, sabotaging plaintiff's "T4C"
programming, stymieing plaintiff's eligibility to the Good Conduct Time
Restoration Program (GCTR), completely sabotaging plaintiff's restoration
of good conduct time, and hindering plaintiff's eligibility to medium custody
which effects his eligibility to Graduated ~~Re~~ Reentry Program (GRE),
causing plaintiff to be in solitary confinement locked up 24 hours a day,
without human contact and to be seperated from his legal work, hindering
plaintiff's access to the courts and prepare this complaint and access
grievances. Plaintiff is barred from going back to the unit in Baker
where defendants work. See exhibits I, J, K, O, S.
*
    However, it should be noted by the court something very peculiar that,
plaintiff has not received any infractions when placed away in Ad-Seg,
and not involving the retaliation. This shows a distinct pattern that plaintiff's
30 plus infractions stem from defendants Sucbow, Yunez, Banford, Gutierrez,
McClanahan, Rogers and De Leon, who each work in BAKER unit.

This also affected plaintiff in such a way, causing extreme frustration, extreme mental anguish and extreme emotional distress that plaintiff was placed in involuntary restraints for self harming multiple times and in the mental health infirmary. This triggered plaintiff's PTSD, caused panic attacks, interfered with plaintiff's occupational therapy, because Ad-Seg went allow plaintiff medical equipment like plastic bands and excersise bars that is nessecary for occupational therapy. Plaintiff was seperated from his wrist brace too. The prison requested a prohibited placement against the prison.

The above are all causes of adverse action resulting from defendants campaign of retaliation, because plaintiff excersised his rights.

48. Each defendant acted under color of law and acted in there individual and official capacities.

CLAIM I

Violation of Plaintiff Roberts First Amendment Rights

48 Plaintiff incorporates paragraphs 1-48, that each defendant acted in retaliation by infracting plaintiff for engaging in protected conduct, "Filing greivances, protected speech, pursuing litigation and recieving medical and mental health treatment."

Defendants reasons to punish and infract plaintiff, were not in good faith. Defendants falsified and trumped up documentation against plaintiff. Defendants actions to retaliate, were pretexual so defendants could have plaintiff removed from the unit and transfered to a different prison.

Defendants actions to retaliate were proximate to plaintiff's protected conduct as stated herein the complaint.

Defendants retaliatory acts chilled plaintiff's ability to effect the grievance process, because plaintiff was seperated from all of his grievances and legal materials. Defendants retaliatory acts chilled plaintiff from freedom of speech, because plaintiff was afraid to be firm and assert his rights without fear of retaliation for doing so. Plaintiff was placed on Administrative Segregation for a period of 50-60 days one event and another for over 40 days, and again for over 50 days. Defendants chilled plaintiff also from using ~~cost to~~ medical and mental health treatment, and from participating in the disciplinary process out of fear on continued retaliation. This would scare any person into silence from being firm in future protected activities. Plaintiff continues to be housed in Administrative Segregation.

Defendants retaliation to falsify and tramp infractions and incident reports and other documentation, and have plaintiff housed in solitary confinement for extended periods, ~~with~~ interfere in plaintiff's medical and mental treatment, plaintiff filing grievances, excercising protected speech, and because plaintiff pursued litigation, does not advance the goals of the correctional institution. Defendants infracted plaintiff with an excess of approximately 30 plus infractions. Plaintiff spent no more than 3 weeks or less in Baker unit on three seperate occasions before defendants cruelly and maliciously infracted plaintiff out of BAKER unit. Out of the 30 plus infractions, Plaintiff was found guilty for 6-7 of the infractions and the others were dismissed.

This demonstrates the excessiveness and maliciousness of defendants hard efforts to retaliate against plaintiff because of plaintiff's protected conduct.

Defendants violated plaintiff's right to be free from retaliation for his good faith participation in exercising his First Amendment rights, under the First Amendment to the United States Constitution.

RELIEF

Plaintiff prays for relief as follows:

A. Compenstory and punitive damages to be decided by a jury;

B. Plaintiff recovers cost of suit; and

C. Plaintiff demands a trial by jury.

Plaintiff verifys this complaint a true

/s/ Jane          Date: 8/29/2023

VERIFICATION OF COMPLAINT

36 of 310

ATTACHMENTS

EXHIBIT

A

A COPY OF DEFENDANT ~~CRYSTAL~~ MARK ~~SCHEFFER GUTIERREZ's~~ McCLANAHAN's
DISCIPLINARY REPORT, INCIDENT REPORT AND
DISCIPLINARY HEARING MINUTES AND FINDINGS



**Department of**
**Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 85

| | | | |
|---|---|---|---|
| ROBERTS, Joseph J. | 394089 | WSP-Main | 2/27/2023 |
| Name | DOC number | Facility | Date |
| | WSP-Main | 0800 | On Callout |
| Type of review ☐ Disciplinary | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

600 - Tampering with, damaging, blocking, or interfering with any locking, monitoring, or security device

554 - Damaging, altering, or destroying any item that is not the offender's personal property, the value of which is ten dollars or more

558 - Interfering with staff members, medical personnel, firefighters, or law enforcement personnel in the performance of their duties

755 - Misusing or wasting issued supplies, goods, services, or property, the replacement value of which is ten dollars or more

| RIGHTS |
|---|
| **You have the right to: A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing.** |

☐ You may waive the 24 hour notice, and be present or waive your presence at the hearing.

☐ You have the right to testify or remain silent at the hearing. If you choose to remain silent, your silence may be used against you and the hearing decision will be based on the evidence presented.

☐ You may request a Department advisor.                         ☐ Requested  ☑ Waived

☐ You may request a certified sign language interpreter if you are hearing impaired.   ☐ Requested ☐ Waived

☐ You may request an interpreter if you are unable to read, speak, or understand English.  ☐ Requested ☐ Waived

☐ You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.

☐ You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.

☐ You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.

☐ You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.

☐ You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.

☐ If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.

☐ Criminal charges may be pending. Anything you say may be used against you in a court of law.
**Status of criminal charges:** ☐ None ☐ Unknown ☐ Pending in County _____ Charges _____

| EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES | | | |
|---|---|---|---|
| Name | Title/Position or DOC number | Statement | Witness |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

☐ I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐ I, _____, DOC # _____ waive my right to appear at the hearing. I understand the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| | | | |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |
| Employee | Signature | Time | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file     **COPY** - Hearing Officer, Incarcerated individual

| | | |
|---|---|---|
| DOC 05-093 (Rev. 02/22/23)    E-Form | Page 1 of 1 | DOC 460.000 |

Scan Code: Packet (IF01), Individual (SD07)

FEB **2 7** 2023

Department of
**Corrections**
WASHINGTON STATE

**INITIAL SERIOUS INFRACTION REPORT**

HSB - E13

ROBERTS , JOSEPH
Name

394089
DOC number

~~BAKER B-102~~
Facility/housing assignment

2-25-23
Infraction date

2-25-23
Incident date

0740HRS
Incident time

B MOD CELL B-102
Incident place

600, 755,558, 554
Rule violations

Witnesses

**NARRATIVE**

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the questions when, where, who, what, why, and how.  Attach all related reports.  *(Reentry Center individuals may submit written comments to their case manager)*

ON 2-25-23 AT 0740HRS, MR. ROBERTS ASKED IF HE COULD SMUDGE THIS EVENING. I TOLD HIM THAT HE IS NOT ON THE SMUDGE SIGN UP LIST. HE BECAME IRATE AND CLAIMED A MENTAL HEALTH EMERGENCY. HE THEN STARTED KICKING HIS DOOR SEVERAL TIMES.. MR. ROBERTS BROKE THE MICROSWITCH DUE TO KICKING HIS DOOR AND HIS CELL DOOR DOES NOT SECURE PROPERLY. A WORK ORDER NOW HAS TO BE PLACED TO THE ENGINEERS DEPT TO REPAIR MR. ROBERT'S CELL DOOR AT A COST OF 45 DOLLARS INCLUDING A MICROSWITCH AND COST OF REPAIR. MR. ROBERT'S TAMPERING WITH A LOCKING DEVICE(CELL DOOR) HAS NOW CAUSED THE DOOR NOT TO FUNCTION PROPERLY. ADDITIONALLY, STAFF WERE PREPARING TO RUN THE RELIGIOUS SMUDGE GATE WHICH HAD TO BE CANCELLED DUE TO MR. ROBERT'S DISRUPTIVE BEHAVIOR. A COPY OF THE SMUDGE SIGN UP LIST IS INCLUDED.

Evidence: ☐ Yes  ☐ No   Evidence case number: _____     Locker number: _____

Description of evidence: _____

Related reports attached: ☐ Supplemental/Incident Report(s)  ☐ Medical
                          ☐ Other:  Specify _____

☐ Administrative Segregation     Date: _____

Recommended sanctions: _____

**ALLEGED VICTIMS**

Name(s): _____

☐ Employee/contract staff        ☐ Volunteer/visitor/other        ☐ Individual  DOC # _____

Name(s): _____     40  of  310

☐ Employee/contract staff        ☐ Volunteer/visitor/other        ☐ Individual  DOC # _____

**APPROVALS**

MARK MCCLANAHAN #7552                                         2ND SUN/MON

DOC 17-076 (Rev. 02/22/23)                          DOC 460.000, DOC 580.655, DOC 780.200
Scan Code IF01

Reporting employee/contract staff        Signature                              Shift/days off

_Lt Logan, Gabriel 7154_                 _____                      _25 FEB 2023_
Infraction Reviewer                      Signature                              Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **ORIGINAL** - Imaging or Central file
               **COPY** - Hearing Officer, Individual, Board

41 of 310



**Tonight !  2-25-23**

**PM**

# Smudging Sign Up

1  BurowB108
2  ~~[crossed out]~~
3  Geilnes B-105
4  Redmon A20
5  Montambo B-10Y
6

**GROUP #2**

1  BALUSKA B106
2
3
4
5
6

42 of 310

PROPOSED QUESTIONS TO ASK WITNESSES FOR IGN 85

WAC (s) 600; 554; 558; 755

1. Proposed question to I/E Montembo (Baker Unit Cell 801L), witness statement:

    a. During the infraction incident, did you hear Roberts throwing his body against the door and notify C/o McClanahan that he was self harming? Also, did Roberts request to sign up prior to smudge gate and did any engineers fix Roberts cell door on 2/25/23? Please explain:

2. Proposed question to Psyche Associate Mental Health Hope Cox, regarding IGN 85:

    b. On 2/25/23, were you the MH Duty Officer? When Roberts declared a mental health emergency during the infraction incident did you approve Roberts for CoB placement. Did Roberts notify you on 2/25/23, that he was self harming during the 2/25/23, infraction incident? Please explain:

I Roberts request to have the questions proposed to my witnesses.

s/ Jace          3/5/23

43 of 310

i & 1



# DISCIPLINARY HEARING MINUTES AND FINDINGS

Infraction Group Number: ___85___

| ROBERTS, Joseph J. | 394089 | 2/25/2023 |
|---|---|---|
| Name | DOC number | Violation date |

| 3/6/2023 | 0800 | ☐ Waived 24 hour notice |
|---|---|---|
| Hearing date | Hearing time | ☐ Waived appearance |

**PLEA:** Guilty: _____ Not guilty: _____ No plea: _____

| Hearing impaired: | ☐ Yes | ☑ No | |
|---|---|---|---|
| Department Advisor: | ☐ Yes | ☑ No | Name: _____ |
| Sign/language interpreter: | ☐ Yes | ☑ No | Name: _____ |
| Competency concerns: | ☐ Yes | ☑ No | |
| Confidential information: | ☐ Yes | ☑ No | |
| Witness statement returned: | ☐ Yes | ☐ No | ☐ N/A |
| Witness statement denied: | ☐ Yes | ☑ No | ☐ N/A |

Reason(s): _____

---

### HEARING SUMMARY
List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information

_____
_____
_____
_____

---

### LIST EACH WAC 137-28 VIOLATION SEPARATELY

| Violation # | FINDING | | | | Reason(s) |
|---|---|---|---|---|---|
| | Guilty | Not guilty | Dismissed | Reduced | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____
_____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____
_____

## I have received a copy of this form:

| Individual/witness | Signature | Time | Date |
|---|---|---|---|

| Hearing Officer | Signature | Time | Date |
|---|---|---|---|

44 of 310

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file      **COPY** - Hearing Officer, Individual



**Department of**
# Corrections
WASHINGTON STATE

SANCTION NOTIFICATION

Offender Name: _____ DOC Number: _____ Unit/Cell: _____

You have been found guilty of rule violations: _____ , _____ , _____ , _____

The following sanction(s) were imposed: _____

_____

Your sanction will begin on _____ at _____ and end on _____ at _____
                              Date        Time                    Date        Time

1.  Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

    a.  You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

    b.  If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

    c.  Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2.  When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3.  It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4.  Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA WORK DUTY | | | | | | CELL CONFINEMENT (Optional) | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

I have read and received a copy of this form and understand the sanction imposed.

_____    _____
Date Served                                          Time Served

_____  _____  _____  _____
Offender (Print Name)       Offender Signature          Date        DOC Number

_____  _____  45 of 310  _____
Staff (Print Name)          Staff Signature                         Date

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: ORIGINAL – Offender    COPY – Unit File
DOC 17-085 (Rev. 08/16/12)                                               DOC 460.000

EXHIBIT

B

A COPY OF DEFENDANTS ~~MARK McCLAUGHLIN~~'s CRYSTAL GUTIERREZ's
DISCIPLINARY REPORT, INCIDENT REPORT ~~AN~~ AND
DISCIPLINARY HEARING MINUTES AND FINDINGS



Department of
**Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 87

| ROBERTS, Joseph J. | 394089 | WSP-Main | 3/3/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |
| WSP-Main | 0800 | _On Callout_ |  |

| Type of review ☐ Disciplinary | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

600 - Tampering with, damaging, blocking, or interfering with any locking, monitoring, or security device

## RIGHTS

**You have the right to: A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing.**

☐ You may waive the 24 hour notice, and be present or waive your presence at the hearing.

☐ You have the right to testify or remain silent at the hearing. If you choose to remain silent, your silence may be used against you and the hearing decision will be based on the evidence presented.

☐ You may request a Department advisor.                                                 ☐ Requested ☐ Waived

☐ You may request a certified sign language interpreter if you are hearing impaired.     ☐ Requested ☐ Waived

☐ You may request an interpreter if you are unable to read, speak, or understand English. ☐ Requested ☐ Waived

☐ You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.

☐ You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.

☐ You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.

☐ You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.

☐ You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.

☐ If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.

☐ Criminal charges may be pending. Anything you say may be used against you in a court of law.
**Status of criminal charges:** ☐ None ☐ Unknown ☐ Pending in County _____ Charges _____

## EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES

| Name | Title/Position or DOC number | Statement | Witness |
|---|---|---|---|
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

☐ I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐ I, _____, DOC # _____ waive my right to appear at the hearing. I understand the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| | | | |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |

| | | | |
|---|---|---|---|
| Employee | Signature | Time | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file **COPY** - Hearing Officer, Incarcerated individual

47 of 310

MAR **0 3** 2023

**Department of**
**Corrections**
WASHINGTON STATE

**INITIAL SERIOUS INFRACTION REPORT**

MAU - E13

ROBERTS, Joseph
Name

~~BAKER UNIT CELL B-102~~

| | | |
|---|---|---|
| 394089 | Facility/housing assignment |
| DOC number | |

02-15-2023
Infraction date

02-15-2023
Incident date

0920HRS
Incident time

B MOD CELL B-102
Incident place

600
Rule violations

Witnesses

## NARRATIVE

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the questions when, where, who, what, why, and how.  Attach all related reports.  *(Reentry Center individuals may submit written comments to their case manager)*

On 02/15/2023 at approximately 0920hrs, Inmate Joseph ROBERTS asked to use the phone. I advised Mr. Roberts that it was not his turn yet. Mr. Roberts declared a mental Health emergency. I called the BAR unit responder and told them of the situation. 10 minutes later Mr. Roberts started kicking his door several times and started yelling/screaming. The engineer's dept now has to be called to repair his door due to the fact that the door now shows unsecure. This has been an ongoing behvior from 2/14/2023. This violates policy and is a safety hazard for both inmates and staff. This is a clear violation of infraction 600 (tampering with or interfering with a locking device). _____

Evidence: ☐ Yes ☐ No   Evidence case number: _____   Locker number: _____
Description of evidence: _____
Related reports attached:  ☐ Supplemental     ☐ Medical     ☐ Witness statements
☐ Other:  Specify _____   Photo(s)/video:  ☐ Yes  ☐ No
Individual placed in:  ☐ Pre-Hearing confinement  ☐ Administrative Segregation   Date: _____
Recommended sanctions:  _____

## ALLEGED VICTIMS

Name(s): _____
☐ Employee/contract staff     ☐ Volunteer/visitor/other     ☐ Individual  DOC #
Name(s): _____
☐ Employee/contract staff     ☐ Volunteer/visitor/other     ☐ Individual  DOC #

## APPROVALS

| Crystal Gutierrez | Gutierrez 7471 | F/S  2nd |
|---|---|---|
| Reporting employee/contract staff | Signature | Shift/days off |
| **Scott Buttice, CUS** | SH Butt | 3/2/23 |
| Infraction Reviewer | Signature | Date |

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

48 of 310

2/15/23, 12:52 PM                                        Service RequestSR060365

 AssetPlanner                                                                    WASH

| Service RequestSR060365 |
|---|

**Request Details**

| | | | |
|---|---|---|---|
| Request #: | SR060365 | Asset: | WSP - E-20 South Complex - Baker Unit |
| Requestor: | J. Salvador Lugo | Floor: | |
| Date Submitted: | 2023-02-15 12:39:53 | Location/Room #: | B102 cell |
| Submitted By: | J. Salvador Lugo | Work Order #: | |
| Req. Completion Date | | Group Assigned: | WSP - Fixit Shop |
| Date Completed: | | Individual Assigned: | Kenneth Drennen |
| Status: | Work in Progress | Service Provider: | |
| Attachments: [Add] | | | |

**Location / Assignment**

**Description**

| | |
|---|---|
| Summary: | DOORS - INTERIOR - Locking Mechanism or Key Problem |
| Details: | Baker Unit BB1021L cell door since yesterday has been shouting need unsecured, needs fix. Earlier today was kicked several times by incarcerated individual Roberts # 394069. |

To provide more information or inquire about the status of this request, press the Add Note button and enter your comments. Comments you provide will be emailed to the assigned person(s).

49 of 310

PROPOSED QUESTIONS TO ASK WITNESSES FOR IGN 87

WAC 600

1. Proposed question to Montambo J/I (Baker Unit Cell B01L), witness statement:

    a. At 9:00AM-10:10AM, did C/O Crystal Gutiérrez provoke and antagonize Roberts during the infraction incident by allowing all other inmates to shower and use the phone? Did you notice if any phones were available? Roberts declared a mental health emergency; is it true mental health responded 30 minutes late? As a result can you explain what you witnessed?

2. Proposed question to C/O Escilantez regarding IGN 87:

    b. Has cell B102 in Baker unit the cell door shown unsecured for weeks prior to the infraction incident? If yes, was there a previous work order in place to fix the door?

I Roberts request to have the questions proposed to my witnesses.

s/ Joe                                    3/9/23

50 of 310

87

 STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

 FORM C-1

**WITNESS STATEMENT**

| Name of Witness | DOC Number | Facility |
|---|---|---|
| HOPE COX | | |

| Position/Title of Witness |
|---|
| STAFF |

| NAME OF OFFENDER(S) TO WHICH STATEMENT REFERS | DOC NUMBER |
|---|---|
| ROBERTS, JOSEPH | 394089 |

IGN 87
WAC 600
On 2/15/2023 at approximately 0920 hours, Inmate Joseph ROBERTS asked to use the phone. I advised Mr. Roberts that it was not his turn yet. Mr. Roberts declared a mental Health emergency. I called the BAR unit responder and told them of the situation. 10 minutes later Mr. Roberts started kicking his door several times and started yelling/screaming. The engineer's dept. now has to be called to repair his door due to the fact that the door now shows unsecure. This has been an ongoing behvior from 2-14-23. This violates policy and is a safety hazard for both inmates and staff. This is a clear violation of infraction 600 (tampering with or interfering with a locking device.)

| Name of Person Obtaining Statement | Date | Time |
|---|---|---|
| | | ☐ a.m. ☐ p.m |

NOTE:   This statement should give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, what other witnesses there were to the event, and if possible, any factual information relative to the possible reasons for the incident or misconduct.

**STATEMENT (Use back of this page if additional space is required.)**

I/I asks: When was emergency requested and when was response?

I was not the Primary Bar Responder that day and do not know when the emergency was requested. At around 0930 I called the booth for him to be sent to his appointment and they reported to me he had declared a MH emergency. I asked for him to be sent to my office. I began to hear a loud noise in my office that sounded like banging and went to the officers' station to see where my pt was and what the noise was, at which point the BAR responder arrived. I let the responder know I would respond to the emergency. Due to the banging custody determined it unsafe for him to go to the office, MH asked he be put in the holding cell. However, custody also determined after going to his cell that it was unsafe to move him and the LT was called. The LT asked MH to wait until he arrived to the unit to respond together. The banging continued and I responded to cell front at around 0945.

I have read the above statement and affirm that it is based on personal observation of the event(s) described herein and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of Witness _____    Date 8/3/23

Distribution: ORIGINAL-Hearing Officer,   COPY-Offender

51 of 310

DOC 05-094 (Rev. 09/07/05)    DOC 320.200, DOC 460.000

**NOTE: PLEASE RETURN THIS FORM ----TO: MAIILBOX WC49
EVEN IF YOU HAVE NOTHING TO ADD**

87

STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

FORM C-1

**WITNESS STATEMENT**

| Name of Witness | DOC Number | Facility |
|---|---|---|
| MONTAMBO, CHRISTOPHER | 849350 | WSP BB101 |

Position/Title of Witness
INCARCERATED INDIVIDUAL

| NAME OF OFFENDER(S) TO WHICH STATEMENT REFERS | DOC NUMBER |
|---|---|
| **ROBERTS, JOSEPH** | **394089** |

IGN 87
WAC 600
On 2/15/2023 at approximately 0920 hours, Inmate Joseph ROBERTS asked to use the phone. I advised Mr. Roberts that it was not his turn yet. Mr. Roberts declared a mental Health emergency. I called the BAR unit responder and told them of the situation. 10 minutes later Mr. Roberts started kicking his door several times and started yelling/screaming. The engineer's dept. now has to be called to repair his door due to the fact that the door now shows unsecure. This has been an ongoing behvior from 2-14-23. This violates policy and is a safety hazard for both inmates and staff. This is a clear violation of infraction 600 (tampering with or interfering with a locking device.)

| Name of Person Obtaining Statement | Date | Time |
|---|---|---|
| 7521 | 3-13-23 | 1030 ☒ a.m. ☐ p.m |

NOTE:  This statement should give a factual account of the events witnessed.  Of particular importance is information as to what was observed, where and when it occurred, who was involved, what other witnesses there were to the event, and if possible, any factual information relative to the possible reasons for the incident or misconduct.

**STATEMENT (Use back of this page if additional space is required.)**

Did you notice if any phones were available? Roberts declared a mental health emergency; is it true mental health responded 30 minutes late? As a result can you explain what you witnessed?

I have read the above statement and affirm that it is based on personal observation of the event(s) described herein and that it is, to the best of my knowledge, a true and accurate statement of fact.

Signature of Witness                                    3-13-23
                                                        Date

52 of 310

Distribution: ORIGINAL-Hearing Officer,   COPY-Offender

DOC 05-094 (Rev. 09/07/05)                          DOC 320.200,  DOC 460.000

**NOTE: PLEASE RETURN THIS FORM ----TO: MAIILBOX WC49
EVEN IF YOU HAVE NOTHING TO ADD**

*87*



STATE OF WASHINGTON
DEPARTMENT OF CORRECTIONS

FORM C-1

## WITNESS STATEMENT

| Name of Witness<br>GABRIEL ESCALANTE | DOC Number | Facility |
|---|---|---|

| Position/Title of Witness<br>Corrections Officer | | |
|---|---|---|

| NAME OF OFFENDER(S) TO WHICH STATEMENT REFERS | DOC NUMBER |
|---|---|
| ROBERTS, JOSEPH | 394089 |

IGN 87
WAC 600
On 2/15/2023 at approximately 0920 hours, Inmate Joseph ROBERTS asked to use the phone. I advised Mr. Roberts that it was not his turn yet. Mr. Roberts declared a mental Health emergency. I called the BAR unit responder and told them of the situation. 10 minutes later Mr. Roberts started kicking his door several times and started yelling/screaming. The engineer's dept. now has to be called to repair his door due to the fact that the door now shows unsecure. This has been an ongoing behavior from 2-14-23. This violates policy and is a safety hazard for both inmates and staff. This is a clear violation of infraction 600 (tampering with or interfering with a locking device.)

| Name of Person Obtaining Statement | Date | Time<br>☐ a.m. ☐ p.m |
|---|---|---|

NOTE: This statement should give a factual account of the events witnessed. Of particular importance is information as to what was observed, where and when it occurred, who was involved, what other witnesses there were to the event, and if possible, any factual information relative to the possible reasons for the incident or misconduct.

| STATEMENT (Use back of this page if additional space is required.) |
|---|
| I/I asks: Has cell B102 in Baker unit cell door been showing unsecured for weeks prior to the infraction incident? If yes, was there a previous work order in place to fix the door? |
| |
| B 102 did not show unsecure until Incarcerated Individual Roberts moved into that house as his assigned house. |

I have read the above statement and affirm that it is based on personal observation of the event(s) described herein and that it is, to the best of my knowledge, a true and accurate statement of fact.

_____      _____
Signature of Witness                      Date

Distribution: ORIGINAL-Hearing Officer,  COPY-Offender    *53 of 310*

DOC 05-094 (Rev. 09/07/05)    DOC 320.200, DOC 460.000

## NOTE: PLEASE RETURN THIS FORM ----TO: MAIILBOX WC49 EVEN IF YOU HAVE NOTHING TO ADD



# DISCIPLINARY HEARING MINUTES AND FINDINGS

Infraction Group Number: 87

| ROBERTS, Joseph J. | 394089 | 2/15/2023 |
|---|---|---|
| Name | DOC number | Violation date |

| 3/9/2023 | 0800 | ☐ Waived 24 hour notice |
|---|---|---|
| Hearing date | Hearing time | ☐ Waived appearance |

**PLEA:** Guilty: _____ Not guilty: _____ No plea: _____

| Hearing impaired: | ☐ Yes | ☒ No | |
|---|---|---|---|
| Department Advisor: | ☐ Yes | ☐ No | Name: _____ |
| Sign/language interpreter: | ☐ Yes | ☐ No | Name: _____ |
| Competency concerns: | ☐ Yes | ☐ No | |
| Confidential information: | ☐ Yes | ☒ No | |
| Witness statement returned: | ☐ Yes | ☒ No | ☒ N/A |
| Witness statement denied: | ☐ Yes | ☐ No | ☒ N/A |

Reason(s): _____

## HEARING SUMMARY
List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information

_____
_____
_____
_____

## LIST EACH WAC 137-28 VIOLATION SEPARATELY

| Violation # | FINDING | | | | Reason(s) |
|---|---|---|---|---|---|
| | Guilty | Not guilty | Dismissed | Reduced | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____

## I have received a copy of this form:

| Individual/witness | Signature | Time | Date |
|---|---|---|---|
| Hearing Officer | Signature | Time | Date |

54 of 310

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file        **COPY** - Hearing Officer, Individual

DOC 21-312 (Rev. 02/22/23) E-Form        Page 1 of 1        DOC 460.000
Scan Code IF01



Department of
**Corrections**
W A S H I N G T O N   S T A T E

SANCTION NOTIFICATION

Offender Name: _____     DOC Number: _____     Unit/Cell: _____

You have been found guilty of rule violations: _____ , _____ , _____ , _____

The following sanction(s) were imposed: _____

_____

Your sanction will begin on _____ at _____ and end on _____ at _____
                           Date             Time                       Date             Time

1. Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

    a. You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

    b. If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

    c. Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2. When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3. It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4. Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA WORK DUTY | | | | | | CELL CONFINEMENT (Optional) | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

I have read and received a copy of this form and understand the sanction imposed.

_____     _____
Date Served                                     Time Served

_____     _____     _____     _____
Offender (Print Name)          Offender Signature           Date          DOC Number

_____     _____     _____
Staff (Print Name)           Staff Signature     55 of 310         Date

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: ORIGINAL – Offender    COPY – Unit File
DOC 17-085 (Rev. 08/16/12)                                               DOC 460.000



**CONTINUANCE/POSTPONEMENT OF DECISION OF DISCIPLINARY HEARING**

*APLAZAMIENTO/POSTERGACIÓN DE LA DECISION DE LA AUDIENCIA DISCIPLINARIA*

Today's Date/*Fecha*:    3/9/2023

From:  Hearings Officer/*Funcionario de Audiencia*

I do hereby grant a continuance in the case(s) of the offender listed below who is charged with violation of the infraction(s) noted.  Such continuance is granted pursuant to WAC 137-28-305.

*Por este medio otorgo un aplazamiento en el caso(s) del interno (o interna) apuntado a continuación que ha sido acusado de violar la(s) infracción(es) apuntadas.  Se otorga tal aplazamiento conforme a WAC 137-28-305.*

| 2/15/2023 | 87 |
|---|---|
| Violation Date/*Fecha de la violación* | Infraction Group Number |

| ROBERTS, JOSEPH | 394089 | 600 |
|---|---|---|
| Name/*Nombre* | DOC Number/*Número DOC* | WAC |

**Reason(s) for continuance/postponement:  /  Razón o razones del aplazamiento/postergación:**

☐ To determine offender's mental status or competency
*Para determinar la condición/competencia mental del interno*

☐ To obtain an interpreter
*Para obtener a un intérprete*

☐ To correct errors
*Para corregir errores*

☐ Due to offender's and/ or witness unavailability
*Debido a que no esté disponible el interno o testigo*

☐ Reasonable request by the offender
*Petición razonable hecha por el interno*

☐ Offender transferred to another facility
*Interno trasladado a otra institución*

☐ To appoint a staff advisor
*Para nombrar a un asesor del personal*

☐ To obtain witnesses or witness statements
*Para hablar con testigos u obtener sus declaraciones*

☐ To obtain crime lab reports or other documentation
*Para obtener los informes de un laboratorio forense u otra documentación*

☐ On escape, court-custody, at a non-Department facility, etc.
*En categoría de fugado, bajo la custodia del tribunal, en una institución no bajo el DOC*

☐ To determine restitution costs
*Para determinar las cuotas de indemnización*

☐ Other -- list specific reason (s)
*Otro - Apunte las razones específicas:*

Statement of Justification/*Declaración de justificación:*    CONTINUED- FOR WITNESS STATEMENTS

Initial date of hearing/*Fecha inicial de la audiencia*: _____

Hearing continued until/*Se aplaza la audiencia hasta:* _____

| ☐ Exceeds 20 working days/*Más de 20 días hábiles* |
|---|

_____
Hearings Officer/*Funcionario de audiencia*

_____
Superintendent/*Superintendente*

Distribution:  **Original**–Imaging System/Central File
Copy–Hearings Officer, Offender

*Distribución: **Original**-Archivo Central
Copia-Funcionario de audiencia, Interno/Interna*

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

*Es posible que la información en este documento califique para la revelación pública.  Se consideran los números de seguro social de carácter confidencial y serán eliminados en caso de tal petición.  Este formulario queda gobernado por la Orden Ejecutiva 00-03, RCW 42.56 y RCW 40.14.*

56 of 310

DOC 20-167 ES (Español Rev. 9/25/17 25 septiembre 2017) E Form
Scan Code IF01

DOC 460.000

EXHIBIT

C

A copy of Defendant Abel Ureno's
disciplinary report including incident
report and SANCTION NOTIFICATION
AND DISCIPLINARY HEARING MINUTES AND
FINDINGS AND APPEAL

51    310
20 & 39



Department of
**Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 88

| ROBERTS, Joseph J. | 394089 | WSP-Main | 5/1/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |
| | WSP-Main | 0800 | on callout |
| Type of review ☐ Disciplinary | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

717 - Causing a threat of injury to another person by resisting orders, assisted movement, or physical efforts to restrain

702 - Possessing, manufacturing, or introducing an unauthorized tool

600 - Tampering with, damaging, blocking, or interfering with any locking, monitoring, or security device

| RIGHTS |
|---|
| **You have the right to:** A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing. |

☐ You may waive the 24 hour notice, and be present or waive your presence at the hearing.

☐ You have the right to testify or remain silent at the hearing. If you choose to remain silent, your silence may be used against you and the hearing decision will be based on the evidence presented.

☐ You may request a Department advisor.                                      ☐ Requested  ☐ Waived

☐ You may request a certified sign language interpreter if you are hearing impaired.      ☐ Requested  ☐ Waived

☐ You may request an interpreter if you are unable to read, speak, or understand English.   ☐ Requested  ☐ Waived

☐ You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.

☐ You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.

☐ You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.

☐ You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.

☐ You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.

☐ If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.

☐ Criminal charges may be pending. Anything you say may be used against you in a court of law.

**Status of criminal charges:** ☐ None  ☐ Unknown  ☐ Pending in County _____  Charges _____

| EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES | | | |
|---|---|---|---|
| **Name** | **Title/Position or DOC number** | **Statement** | **Witness** |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

☐ I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐ I, _____, DOC # _____ waive my right to appear at the hearing. I understand the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Employee | Signature | Time | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file   **COPY** - Hearing Officer, Incarcerated individual

2T-8-39  58 of 310

DOC 05-093 (Rev. 02/22/23)  E-Form                                      DOC 460.000
Scan Code: Packet (IF01), Individual (SD07)

5/19

#88

MAY 0 1 2023

**Department of**
**Corrections**
WASHINGTON STATE

# INITIAL SERIOUS INFRACTION REPORT

| Roberts, Joseph | | 394089 | WSP Baker B-102 |
|---|---|---|---|
| Name | | DOC number | Facility/housing assignment |

| 4/24/23 | 4/14/23 | 0955 | WSP HSB E-07 |
|---|---|---|---|
| Infraction date | Incident date | Incident time | Incident place |

702, 717, 600
Rule violations

Witnesses

## NARRATIVE

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the questions when, where, who, what, why, and how. Attach all related reports. *(Reentry Center individuals may submit written comments to their case manager)*

On 4/14/23 at approx. 0955 hrs. I, Sgt Ureño, A 7296 was called to HSB E-Tier for a disruptive I/I. I arrived at cell front with I/I Roberts, Joseph #394089 in E-07. I then began dialoguing with I/I Roberts. I/I Roberts was highly agitated, angry and kicking the cell door. I/I Roberts stopped kicking the cell door, and walked to the front of the cell, blocking the cuff port and began making threats of harming himself. I attempted to continue dialogue with I/I Roberts, and giving him directives to be placed in restraints for his safety. Again, I/I Roberts said he was going to start harming himself with the flex pens in his hand, while still at the front of the cell, blocking the cuff port with his body. I directed floor Officers to stand at cell front and keep continuous observation of I/I Roberts as I went to the Sgt. office to retrieve OC with a wand attachment to utilize through the bottom of the cell door if it ecame necessary. Opening the cuff port with I/I Roberts highly volatile, standing up against the door with flex pens in his hands threatening self injury would have been unsafe. Upon my return, Officer Menes could be heard yelling directives at I/I Roberts to stop self harming. I looked through the window, and observed I/I Roberts stabbing his forearm with two flex pens. I attempted to place the wand attachment through the bottom of the cell door, but was unable to do so because I/I Roberts had packed the bottom of the cell door with food and trash. I then looked through the cell window once more, and observed I/I Roberts continuing his self harm actions near the back of the cell. I directed Officer Menes to open the cuff port just enough to place the want attachment through, and I disseminated a 2 second burst of MK-9S vapor into the cell. I/I Roberts grabbed his blanket and held it up to his face. A radio notification was made of an emergent use of OC in the COA. I began giving clear verbal directives to I/I Roberts to drop the pens, and conduct a strip search. I/I Roberts refused all directives and began self-harming. I opened the cuff port and Officer Menes disseminated his MK-4 to the upper body of I/I Roberts. I/I Roberts stopped his self injurious behavior but continued to refuse to drop the pens and perform a strip search. I/I Roberts was given several more directives to drop the pens, and strip out. I/I Roberts ignored all directives and began to harm himself by punching and stabbing his leg with the flex pens. I opened the cuff port and Officer Menes used his MK-4 to stop his actions. Once again, I/I Roberts stopped injuring himself, but was still refusing to drop the pens and perform a strip search. After many ignored directives, I/I Roberts once again began to harm himself by stabbing his upper leg with the flex pens that were in his hand. I then disseminated a 2 second burst of MK-9S vapor into the cell. I/I Roberts stopped his self-injurious behavior, and finally complied with the strip search. I/I Roberts was placed in wrist and ankle restraints and escorted to the yard for decontamination, which he refused. I/I Roberts was then placed in the emergency estraint chair for his safety.

Evidence: ☒ Yes ☐ No   Evidence case number: _223-215_   Locker number: _____

Description of evidence: _1 DVD_

Related reports attached: ☑ Supplemental/<u>Incident Report(s)</u> ☑ Medical
☐ Other: <u>Specify</u>

☐ Administrative Segregation    Date: _4/24/23_

Recommended sanctions: _N/a_

| **ALLEGED VICTIMS** |
|---|

Name(s): _____

☐ Employee/contract staff        ☐ Volunteer/visitor/other        ☐ Individual <u>DOC #</u>

Name(s): _____

☐ Employee/contract staff        ☐ Volunteer/visitor/other        ☐ Individual <u>DOC #</u>

| **APPROVALS** |
|---|

Ureño, Abel 7296
Reporting employee/contract staff        Signature    7296        2nd S/S
Shift/days off

Lt Scott A. Lowder
Infraction Reviewer        Signature    7177        4/28/23
Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging or Central file
**COPY** - Hearing Officer, Individual, Board

60 & 89 310

DOC 460.000, DOC 580.655, DOC 780.200



Department of
Corrections
WASHINGTON STATE

**INCIDENT REPORT**
☐ Confidential

| Name<br>Roberts, Joseph | DOC number<br>394089 | Time<br>1000 | Date<br>04/25/23 |
|---|---|---|---|
| Incident description<br>Use of Force (Self harm) | | | Use of force incident?<br>☒ Yes ☐ No |
| Witnesses involved | | | |

Employees/contract staff/volunteers involved

### -DETAILED DESCRIPTION OF INCIDENT-

Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 04/14/23 at approximately 1000 hours, I Correctional Officer (C/O) Menes, Joseph #7935, used force in the form of disseminated Oleoresin Capsicum (O/C) to prevent Incarcerated Individual (I/I) Roberts, Joseph DOC# 394089 housed in HSB Echo – 7 from self harming. Before the use of force, I/I Roberts was declaring a mental health (MH) emergency, and was demanding to speak to the MH provider. I notified the MH provider and he indicated that he would be on his way as soon as possible. I/I Roberts indicated verbally that he was dissatisfied with the timeline of the response by MH. He indicated that he would self harm if the MH provider did not arrive immediately. I told I/I Roberts that self harm would not be necessary as MH was on his way. I/I Roberts began to kick his cell door. I went to go talk to Roberts. He showed me his arm. His arm appeared to have a fresh bloody injury where I/I Roberts claimed to have stabbed himself with a pen. At this time Roberts was not actively self harming. I notified medical of the injury to I/I Roberts' arm. Medical came to evaluate the injury. Roberts refused to speak to medical. At this time, the HSB Sergeant and the MH provider arrived to speak to Roberts. It was determined that I/I Roberts' cell needed to be stripped for his own safety. Roberts refused to comply with directives to cuff up at the cell wicket. After many verbal directives were given to I/I Roberts to drop the pen that he claimed to have used to injure himself and to for him to submit to cuffing, Roberts refused. He then began to actively self harm once more by stabbing his arm and punching himself. Verbal directives were given for him to stop self harming. When he did not stop, O/C vapor was disseminated to stop his self harm. At this time, directives were given for I/I Roberts to comply with a policy strip search and to submit to cufffing. Roberts refused. After some time, Roberts began to actively self harm again by repeatedly punching and stabbing himself with his flex pen. At this point, I gave clear verbal directives for I/I Roberts to stop self harming. He did not. I deployed O/C from my Mk-4 360 to stop I/I Roberts self harm. I/I Roberts stopped his self harming behavior. More verbal driectives for I/I Roberts to submit to a policy strip search and to submit to cuffing were given. He refused to comply with the policy strip search. He indicated that he would only comply to cuffing if he did not have to be strip searched. He was told this was not possible. Verbal directives continued. Roberts again began to self harm by punching and stabbing himself with his flex pen. Once more, I verbally told I/I Roberts to stop self harming. He did not, so I again disseminated O/C to stop Roberts from self harming. He did so after approximately 3 seconds after the O/C was disseminated. Verbal directives were again delivered for Roberts to submit ot a policy strip search and submit to cuffing. He appeared to hesitate before saying, "I will strip out if you guys don't spray me again." He was told that he was sprayed only to stop him from self harming, and that O/C would only be disseminated again if he continued to self harm. At this time, I/I Roberts complied with a policy strip search and submitted to cuffing. After he was cuffed, the control booth was asked to open Echo – 7 so that I could apply ankle restraints to I/I Roberts. I applied ankle restraints to I/I Roberts ankles. Decontamination with cool, flowing water was offered to I/I Roberts. He refused. I assisted in the escort of I/I Roberts to

24 of 89
61    310 Page 1 of 2

DOC 235.000, DOC 390.350, DOC 420.080,
DOC 420.120, DOC 420.150, DOC 420.160, DOC 420.250, DOC 420.255, DOC 420.360,
DOC 420.375, DOC 420.500, DOC 420.510, DOC 420.550, DOC 490.850, DOC 540.150, DOC 630.550,
DOC 700.000, DOC 700.350; DOC 890.620

Echo – 2. There, I assisted in placing I/I Roberts in the restraint chair to prevent Roberts from continued self harm. Roberts was compliant throughout this process. Medical checked the restraints on the restraint chair. Further medical evaluation was offered to I/I Roberts. He refused. No further force was used. Nothing further to report.

## IMMEDIATE ACTION TAKEN

| Menes, Joseph #7935 | _Meneros_ #7935 | 1000 | 04/14/23 |
|---|---|---|---|
| Name | Signature | Time | Date |
| WSP | HSP | Echo | |
| Facility | Unit | Tier | |

### APPOINTING AUTHORITY/DESIGNEE COMPLETES

| Date received | Time | Incident number | |
|---|---|---|---|
| Assigned to | By | | Date |

Comments:

| Name | Signature | Date |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Appointing Authority/designee

628 & 99310

DOC 21-917 (Rev. 06/14/22)                    Page 2 of 2                    DOC 235.000, DOC 390.350, DOC 420.080,
Scan Code GM02                    DOC 420.120, DOC 420.150, DOC 420.160, DOC 420.250, DOC 420.255, DOC 420.360,
DOC 420.375, DOC 420.500, DOC 420.510, DOC 420.550, DOC 490.850, DOC 540.150, DOC 630.550,
DOC 700.000, DOC 700.350; DOC 890.620


**Department of**
**Corrections**
WASHINGTON STATE

**INCIDENT REPORT**
☐ Confidential

| Name ROBERTS, Joseph | DOC number 394089 | Time 1025 | Date 04/14/23 |
|---|---|---|---|

| Incident description Escort assistance | Use of force incident? ☐ Yes ☒ No |
|---|---|

Witnesses involved

Employees/contract staff/volunteers involved

## DETAILED DESCRIPTION OF INCIDENT
Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 04/14/23 at approximately 1025 I C/O Solorzano # 7464 assisted the staff on HSB mental health floor E tier on escorting I/I Roberts, Joseph DOC#394089, I escorted him from E07, he was offered to do decontamination in unit yard but he refused, he was then escorted to Observation Room 02 and placed on the restrained chair. Nothing else to report during this interaction.

## IMMEDIATE ACTION TAKEN

| C/O Solorzano #7464 Name | 7464 Signature | 04-14-23 Time | 1025 04-14-2 Date |
|---|---|---|---|
| WSP Facility | HSB Unit | E Tier | |

| APPOINTING AUTHORITY/DESIGNEE COMPLETES | | |
|---|---|---|
| Date received | Time | Incident number |
| Assigned to | By | Date |

Comments:

| Name | Signature | Date |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.
Distribution: **ORIGINAL** - Appointing Authority/designee

63 & 89 310

DOC 235.000, DOC 390.350, DOC 420.080, DOC 420.120, DOC 420.150, DOC 420.160, DOC 420.250, DOC 420.255, DOC 420.360, DOC 420.375, DOC 420.500, DOC 420.510, DOC 420.550, DOC 490.850, DOC 540.150, DOC 630.550, DOC 700.000, DOC 700.350; DOC 890.620



Department of
**Corrections**
WASHINGTON STATE

**INCIDENT REPORT**
☐ Confidential

| Name<br>ROBERTS, Joseph | DOC number<br>394089 | Time<br>1015 | Date<br>4-14-2023 |
|---|---|---|---|
| Incident description<br>Emergent Use of Force / Multiple Restraint Chair Placement | | | Use of force incident?<br>☒ Yes ☐ No |
| Witnesses involved | | | |
| Employees/contract staff/volunteers involved | | | |

### DETAILED DESCRIPTION OF INCIDENT

Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 4-14-2023 at Approximately 1015 Hours I Sergeant Rohan, Buck # 7251 was an escorting officer on I/I Incarcerated Individual Roberts, Joseph # 394089 from HSB E-7 to HSB E-2 for a Multiple Restraint Chair Placement due to self-harming. I arrived at HSB at approximately 1002 hours, responding to an emergent use of force called via the radio. The I/I had already self-harmed and emergent use of force by means of OC Vapor had been used. The Unit Sgt. was in the process of gaining compliance from the Individual, I was informed that the I/I had a weapon of opportunity by means of a pen and was refusing to drop the item and strip out then be restrained he was also still self-harming. Due to the emergent use of OC that had already been used and staff at the incident site having trouble breathing due to the OC, I called for full face respirators to be brought to the incident site so that escorting staff could escort without issues. When the respirator arrived, I put on a respirator and went to assist with the escort of Roberts. I called for another officer to also put on a mask and escort with myself. Once the onsite Sgt. got the I/I to comply with dropping the pen and completing a strip search, I applied wrist restraints onto the I/I then maintained control of the I/I's right side for the entire escort. Decontamination was offer by means of cool free flowing water in the HSB E tier outside yard, Which the I/I refused to participate in. During the Multiple restraint chair placement, I maintained control of the I/I's Right side and assisted in the application of the waist soft strap. Once secured in the Multiple restraint chair, I exited the cell. No injuries to report, Nothing further to report.

### IMMEDIATE ACTION TAKEN

I Sergeant Rohan responded to HSB to an emergent use of force on E tier. Upon arrival the Unit Sgt. was in the process of gaining compliance from the Individual, I was informed that the I/I had a weapon of opportunity by means of a pen and was refusing to drop the item and strip out then be restrained he was also still self-harming. Due to the emergent use of OC that had already been used and staff at the incident site having trouble breathing due to the OC, I called for full face respirators to be brought to the incident site so that escorting staff could escort without issues. When the respirator arrived, I put on a respirator and went to assist with the escort of Roberts. I called for another officer to also put on a mask and escort with myself. Once the onsite Sgt. got the I/I to comply with dropping the pen and completing a strip search, I applied wrist restraints onto the I/I then maintained control of the I/I's right side for the entire escort. Decontamination was offer by means of cool free flowing water in the HSB E tier outside yard, Which the I/I refused to participate in. During the Multiple restraint chair placement, I maintained control of the I/I's Right side and assisted in the application of the waist soft strap. Once secured in the Multiple restraint chair, I exited the cell.

| Rohan, Buck<br>Name | *Sgt. Rohan, Buck # 7251*<br>Signature | 1104<br>Time | 4-14-2023<br>Date |
|---|---|---|---|
| WSP<br>Facility | HSB<br>Unit   E4  &  E9  310 | E Tier<br>Tier | |

### APPOINTING AUTHORITY/DESIGNEE COMPLETES

| Date received | Time | Incident number | |
|---|---|---|---|
| Assigned to | By | | Date |

Scan Code GM02     DOC 235.000, DOC 390.350, DOC 420.080, DOC 420.120, DOC 420.150, DOC 420.160, DOC 420.250, DOC 420.255, DOC 420.360, DOC 420.375, DOC 420.500, DOC 420.510, DOC 420.550, DOC 490.850, DOC 540.150, DOC 630.550, DOC 700.000, DOC 700.350; DOC 890.620

Comments:

Name                                    Signature                                    Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and
will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Appointing Authority/designee

65        310
~~29~~ &  89

Page 2 of 2

DOC 235.000, DOC 390.350, DOC 420.080,
DOC 420.120, DOC 420.150, DOC 420.160, DOC 420.250, DOC 420.255, DOC 420.360,
DOC 420.375, DOC 420.500, DOC 420.510, DOC 420.550, DOC 490.850, DOC 540.150, DOC 630.550,
DOC 700.000, DOC 700.350; DOC 890.620



Department of
**Corrections**
WASHINGTON STATE

# INCIDENT REPORT
☐ Confidential

| Name<br>Roberts, Joseph | DOC number<br>394089 | Time<br>1015 | Date<br>04-14-23 |
|---|---|---|---|
| Incident description<br>Restraint Chair placement | | | Use of force incident?<br>☒ Yes ☐ No |
| Witnesses involved | | | |
| Employees/contract staff/volunteers involved | | | |

## DETAILED DESCRIPTION OF INCIDENT
Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 04-14-2023 an emergent use of force was called in HSB on E tier. It was reported that OC had been deployed on II Roberts, Joseph #394089. I reported to West Complex shift office and retrieved some gas masks. Once on E tier, I reported to Sgt Ureno. It was stated that II Roberts was needing to be placed into the restraint chair. Sgt Ureno set up a 4 man escort team to move II Roberts from HSB E07 to HSB E02. I took position of upper left control for the escort. Sgt Rohan placed the restraints on II Roberts. The door was opened and CO Solorzano maintained control of the restraint tether and CO Menes placed the ankle restraints on II Roberts. I gave the directive for II Roberts to stand and we escorted him down the tier toward the restraint chair. During the escort II Roberts verbally declined decontamination. He verbal announcement was made clear for the video and II Roberts was moved into E02 to be placed in the restraint chair. No force was used to place him in the chair. I maintained left upper body control throughout the entire escort.

## IMMEDIATE ACTION TAKEN

---

Sgt Mullins, Dean
Name

Signature

1030
Time

04-14-23
Date

---

Facility

Unit

Tier

## APPOINTING AUTHORITY/DESIGNEE COMPLETES

| Date received | Time | Incident number | |
|---|---|---|---|
| Assigned to | By | | Date |

Comments:

23 & 39
66   310

---

Name

Signature

Date

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.
Distribution:  **ORIGINAL** - Appointing Authority/designee

67    310
~~30~~ & ~~89~~



Department of
**Corrections**
WASHINGTON STATE

# INCIDENT REPORT
☐ Confidential

| Name | | DOC number | Time | Date |
|---|---|---|---|---|
| Roberts, Joseph | | 394089 | 1000 hrs | 4-14-23 |

| Incident description | Use of force incident? |
|---|---|
| Self Harm/Restraint Chair Placement/Use of Force | ☒ Yes ☐ No |

Witnesses involved

Employees/contract staff/volunteers involved

## DETAILED DESCRIPTION OF INCIDENT
Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

I, C/O Estes, walked onto E Tier and noticed that a Use of Force had just occurred.

## IMMEDIATE ACTION TAKEN

I, C/O Estes, retrieved a video camera and went down to E-7 and began recording. Within 30 seconds the battery died and I retrieved another camera. I began recording again while staff were giving verbal directives to I/I Roberts to put on a smock and to "cuff up" at the wicket. After some time he finally complied and he was taken down to E-7 where he was placed in the restraint chair. I finished recording after the debrief was given.

| C/O Estes, Michael #7418 | C/O Michael E. Estes #7418 | 1044 hrs | 4-14-23 |
|---|---|---|---|
| Name | Signature | Time | Date |

| WSP | HSB/COA | E-7 |
|---|---|---|
| Facility | Unit | Tier |

## APPOINTING AUTHORITY/DESIGNEE COMPLETES

| Date received | Time | Incident number |
|---|---|---|
| Assigned to | By | Date |

Comments:

| Name | Signature | Date |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Appointing Authority/designee

632 & 87 510



Department of
**Corrections**
WASHINGTON STATE

# INCIDENT REPORT
☐ Confidential

| Name | DOC number | Time | Date |
|------|------------|------|------|
| Roberts, Joseph | 394089 | 10:00 | 04/14/23 |

| Incident description | Use of force incident? |
|---|---|
| spontaneous use of force | ☒ Yes ☐ No |

Witnesses involved

Employees/contract staff/volunteers involved

## DETAILED DESCRIPTION OF INCIDENT
Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 04/14/23 I/I Roberts, Joseph #394089 who was assigned to COA E-7 had a spontaneous use of oleoresin capstun to stop self harming behavior. Roberts had started stabbing his right forearm with a flex pen. After custody was abel to get compliance from Roberts, he was escorted to the unit dayroom where he refused decontamination. He was then place on the restraint chair for his safety in E-03. Restraints placed were checked and I was able to get 2 fingers between the restraints and the patients skin. He had good capillary refill and CMS to all extremities. Roberts refused any further medical assessment and vital signs. Pt was yelling at staff and did not show any signs or symptoms of respiratory distress. Pt had a superficial self inflicted injury to his right forearm with no active bleeding. Pt will be continuously be monitored as per restraint chair placement policy

## IMMEDIATE ACTION TAKEN

| Tom Melton RN3 | _Tom Milton RN3_ | 10:30 | 04/14/23 |
|---|---|---|---|
| Name | Signature | Time | Date |
| WSP | HSB | E | |
| Facility | Unit | Tier | |

## APPOINTING AUTHORITY/DESIGNEE COMPLETES

| Date received | Time | Incident number | |
|---|---|---|---|
| Assigned to | By | | Date |

Comments:

| Name | Signature | Date |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Appointing Authority/designee

ICON 88

G-1



Department of
**Corrections**
WASHINGTON STATE

**SANCTION NOTIFICATION**

Offender Name: ROBERTS, J     DOC Number: 394089     Unit/Cell: MHU E 10

You have been found guilty of rule violations: 509 , 600 , _____ , _____

The following sanction(s) were imposed: 30 days loss Big Yard

Your sanction will begin on _____ at _____ and end on _____ at _____
Date      Time          Date      Time

1. Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

   a. You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

   b. If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

   c. Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2. When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3. It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4. Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA WORK DUTY | | | | | | CELL CONFINEMENT (Optional) | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

I have read and received a copy of this form and understand the sanction imposed.

Date Served _____     Time Served _____

Offender (Print Name) _Held in Absentia / Given a Copy_     Offender Signature _____     Date _____     DOC Number _____

Staff (Print Name) Reiho     Staff Signature _____     Date 5-17-23

TO 33 & 89 310

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: **ORIGINAL** – Offender     **COPY** – Unit File
DOC 17-085 (Rev. 08/16/12)     DOC 460.000



Department of
**Corrections**
WASHINGTON STATE

**SANCTION NOTIFICATION**

Offender Name: _____  DOC Number: _____  Unit/Cell: _____

You have been found guilty of rule violations: _____ , _____ , _____ , _____

The following sanction(s) were imposed: _____

_____

Your sanction will begin on _____ at _____ and end on _____ at _____
                       Date          Time                 Date          Time

1. Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

   a. You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

   b. If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

   c. Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2. When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3. It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4. Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA WORK DUTY | | | | | | CELL CONFINEMENT (Optional) | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | . |
| | | | | | | | | | | |

I have read and received a copy of this form and understand the sanction imposed.

_____             _____
Date Served                              Time Served

_____  _____  _____  _____
Offender (Print Name)     Offender Signature     Date     DOC Number

_____  _____  _____
Staff (Print Name)     Staff Signature     Date

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

71 of 310

Distribution: **ORIGINAL** – Offender     **COPY** – Unit File
DOC 17-085 (Rev. 08/16/12)                                              DOC 460.000

**CONTINUANCE/POSTPONEMENT OF DECISION OF
DISCIPLINARY HEARING**

*APLAZAMIENTO/POSTERGACIÓN DE LA DECISION DE LA
AUDIENCIA DISCIPLINARIA*


Department of
**Corrections**
WASHINGTON STATE

Today's Date/*Fecha*:    5/11/2023

From:  Hearings Officer/*Funcionario de Audiencia*

I do hereby grant a continuance in the case(s) of the offender listed below who is charged with violation of the infraction(s) noted.  Such continuance is granted pursuant to WAC 137-28-305.

*Por este medio otorgo un aplazamiento en el caso(s) del interno (o interna) apuntado a continuación que ha sido acusado de violar la(s) infracción(es) apuntadas.  Se otorga tal aplazamiento conforme a WAC 137-28-305.*

| 4/14/2023 | 88 |
|---|---|
| Violation Date/*Fecha de la violación* | Infraction Group Number |

| ROBERTS, J | 394089 | 717,702,600 |
|---|---|---|
| Name/*Nombre* | DOC Number/*Número DOC* | WAC |

### Reason(s) for continuance/postponement:  /  Razón o razones del aplazamiento/postergación:

☐ To determine offender's mental status or competency
*Para determinar la condición/competencia mental del interno*

☐ To obtain an interpreter
*Para obtener a un intérprete*

☐ To correct errors
*Para corregir errores*

☐ Due to offender's and/ or witness unavailability
*Debido a que no esté disponible el interno o testigo*

☐ Reasonable request by the offender
*Petición razonable hecha por el interno*

☐ Offender transferred to another facility
*Interno trasladado a otra institución*

☐ To appoint a staff advisor
*Para nombrar a un asesor del personal*

☐ To obtain witnesses or witness statements
*Para hablar con testigos u obtener sus declaraciones*

☐ To obtain crime lab reports or other documentation
*Para obtener los informes de un laboratorio forense u otra documentación*

☐ On escape, court-custody, at a non-Department facility, etc.
*En categoría de fugado, bajo la custodia del tribunal, en una institución no bajo el DOC*

☐ To determine restitution costs
*Para determinar las cuotas de indemnización*

☐ Other – list specific reason (s)
*Otro - Apunte las razones específicas:*

Statement of Justification/*Declaración de justificación*:    CONTINUED- DHO UNAVAILABLE

Initial date of hearing/*Fecha inicial de la audiencia*: _____

Hearing continued until/*Se aplaza la audiencia hasta*: _____

| | ☐ Exceeds 20 working days/*Más de 20 días hábiles* |
|---|---|
| Hearings Officer/*Funcionario de audiencia* | Superintendent/*Superintendente* |

Distribution:  **Original–**Imaging System/Central File
**Copy–**Hearings Officer, Offender

*Distribución:* **Original**-*Archivo Central*
*Copia*-*Funcionario de audiencia, Interno/Interna*

**The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.**

*Es posible que la información en este documento califique para la revelación pública.  Se consideran los números de seguro social de carácter confidencial y serán eliminados en caso de tal petición.  Este formulario queda gobernado por la Orden Ejecutiva 00-03, RCW 42.56 y RCW 40.14.*

72 of 310

DOC 20-167 ES (Español Rev. 9/25/17 25 septiembre 2017) E Form
Scan Code IF01

DOC 460.000



# Department of
# Corrections
WASHINGTON STATE

# DISCIPLINARY HEARING MINUTES AND FINDINGS

Infraction Group Number: 88

| ROBERTS, Joseph J. | 394089 | 4/14/2023 |
|---|---|---|
| Name | DOC number | Violation date |

| 5/9/2023 | 0800 | ☐ Waived 24 hour notice |
|---|---|---|
| Hearing date | Hearing time | ☐ Waived appearance |

**PLEA:** Guilty: _____  Not guilty: _____  No plea: _____

| | | | | |
|---|---|---|---|---|
| Hearing impaired: | ☐ Yes | ☒ No | | |
| Department Advisor: | ☐ Yes | ☐ No | Name: | |
| Sign/language interpreter: | ☐ Yes | ☒ No | Name: | |
| Competency concerns: | ☐ Yes | ☐ No | | |
| Confidential information: | ☐ Yes | ☐ No | | |
| Witness statement returned: | ☐ Yes | ☐ No | ☐ N/A | |
| Witness statement denied: | ☐ Yes | ☒ No | ☐ N/A | |
| Reason(s): | | | | |

| HEARING SUMMARY |
|---|
| List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information |

| LIST EACH WAC 137-28 VIOLATION SEPARATELY | | | | |
|---|---|---|---|---|
| Violation # | FINDING | | | Reason(s) |
| | Guilty | Not guilty | Dismissed | Reduced |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____

## I have received a copy of this form:

| Individual/witness | Signature | Time | Date |
|---|---|---|---|

| Hearing Officer | Signature 738 of 84 310 | Time | Date |
|---|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file     **COPY** - Hearing Officer, Individual



**Department of Corrections** WASHINGTON STATE    IGN 88

MAY 2 5 2023

**DISCIPLINARY HEARING APPEAL**

Joe Roberts
Name

394089
DOC number

5/18/23
Date

I am appealing the decision of my ☐ General Infraction ☒ Serious Infraction

Violation(s): IGN 88 - 717. Reduced to 509, 600 and 702.

Reino
Disciplinary Hearing Officer

IMUS
Location

5/17/23
Date

**APPEAL REASON(S)**
Additional pages may be attached, if necessary. It is recommended that no more than 2 pages are submitted.

I appeal for the following reasons: Disciplinary Hearing Officer Reino, found me guilty for acts of self mutilation/self harm. DOC "promulgated WAC code 713 and 712, (self-mutilation-self harm)." While self-harming Ureno exploited this vulnerability and infracted me while needing clinic placement, due to self-harming, and actively self harming. DOC does not infract the prison population for self harming. This practice was abolished by DOC. The 509 and 600 for self-harm should be dismissed. Also Ureno, retaliated against me for filing grievances against him and trumped this charges up. My mental health counselor Pena had concerns about why I was being written up for self-harm being, I'm in the RTU BAKER unit?!

Appeals must be submitted after receiving notice of the action taken as follows:

- General infraction appeals must be submitted to the primary Disciplinary Hearing Officer within 2 business days per WAC 137-28-250. A copy of DOC 17-070 General Infraction Report must be attached to this appeal.
- Serious infraction appeals must be submitted to the Superintendent within 15 business days per WAC 137-28-380.

Sanctions WILL NOT BE STAYED pending the outcome of an appeal.

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **SERIOUS: ORIGINAL** - Superintendent, Imaging file    **COPY** - Hearing Officer, Individual, Individual file
**GENERAL: ORIGINAL** - Hearing Officer    **COPY** - Individual, Individual file

DOC 17-074 (Rev. 07/22/22)
Scan Code: Packet (IF01), Individual (HR10)

DOC 460.000

 Department of **Corrections** WASHINGTON STATE / GN 88

# DISCIPLINARY HEARING APPEAL DECISION

ROBERTS, Joseph
Name

394089
DOC number

05/31/2023
Date

On 05/17/2023, a Department hearing was held for Infraction Group Number 88 and the following WAC violation(s):
600 - Tamper with Lock/Security Device, 702 - Poss/Intro Unauthorized Tool (dismissed), & 717 - Refusal/Resisting/Safety (dismissed)

The Hearing Officer found you guilty of committing one or more violations and imposed the following sanction(s):
30 days loss big yard. Within DOC policy guidelines, 6th major in 12 months.

On 05/25/2023, an appeal of the hearing was received in which you requested a review of:
☒ The finding(s) of guilt
☐ The sanction(s) imposed

JUN 1 2023

JUN 2 2023

In summary, your appeal states:
Disciplinary Hearing Officer Reino found me guilty for acts of self-mutilation/self-harm. DOC promulgated WAC code 713 and 712 (self-mutilation/self-harm). While actively self-harming, Ureno exploited this vulnerability and infracted me while needing chair placement. DOC does not infract the prison population for self-harming. This practice was abolished by DOC. The 509 and 600 for self-harm should be dismissed. Ureno retaliated against me for filing grievances against him and trumped these charges up.

## APPEAL DETERMINATION

☒ The disciplinary hearing process was conducted in accordance with due process requirements and WAC 137-28.
☒ At least 24 hours advance written notice was provided or you waived the 24 hour advance notice in writing/with witness.
☒ You were provided an opportunity to call witnesses and present documentary evidence on your behalf. If witness(es) were denied, the Hearing Office provided you with written reason(s) for the denial.
☒ The finding was made by an impartial (i.e., not viewed as biased or having witnessed the incident being heard) Hearing Officer.
☒ A written statement of the finding(s) and sanction(s) imposed was provided to you and includes the evidence relied upon and the reason(s) for the decision.
☒ Sanction(s) are in accordance with DOC 460.050 Disciplinary Sanctions and WAC 137-28.

If confidential information was submitted, I have confirmed:
☐ The Hearing Officer made an independent determination regarding reliability of the confidential source(s), credibility of the information, and safety concerns that justify non-disclosure of the confidential source(s) of information.
☐ The above information was documented on DOC 17-072 Disciplinary Hearings Review of Confidential Information Checklist.

## APPEAL DECISION

On behalf of the Superintendent, I have investigated your appeal and find that: You committed the 600. Evidence supports a guilty finding and you were appropriately sanctioned within policy guidelines.

☒ You were found guilty as explained above.
☐ There was insufficient evidence for a finding of guilt as explained below.
☐ A procedural error occurred. Explain: _____
☒ The sanction was appropriate and you were provided the Hearing Officer's written report.
☐ Other: _____

AND THEREFORE, I am:
☒ Affirming the decision and/or sanction(s).
☐ Affirming the decision and reducing the sanction(s) as follows: _____
☐ Dismissing/modifying downward the decision and sanction(s) as follows: _____
☐ Reversing/vacating the decision.
☐ Remanding the matter for a new hearing. You will be notified of the new hearing date.

Rob Jackson
Superintendent/designee

Signature
TS 76 of 89 310

6/1/23
Date

_____
Deputy Assistant Secretary for Prisons/Gender
Responsive Administrator for PREA-related appeals

Signature

Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL -** Individual     **COPY -** Superintendent, Imaging file/Central File, Hearing Officer

76   310
39 of 89

APPEALED

77 of 310

EXHIBIT

D

A COPY OF DEFENDANT MARK McCLANAHAN's
DISCIPLINARY REPORT INCLUDING
DISCIPLINARY HEARING MINUTES AND FINDINGS

 **Department of** **Corrections** WASHINGTON STATE

# DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 89

| ROBERTS, Joseph J. | 394089 | WSP-IMU | 5/10/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |
| | WSP-IMU | 0800 | on callout |
| Type of review ☐ Disciplinary | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

353 - Engaging in disruptive behavior

896 - Harassing, using abusive language, or engaging in other offensive behavior directed to or in the presence of another person(s) or group(s) based upon race, creed, color, age, sex, national origin, religion, sexual orientation, marital status or status as a state registered domestic partner, disability, veteran's status, or genetic information

558 - Interfering with staff members, medical personnel, firefighters, or law enforcement personnel in the performance of their duties

202 - Harassing, using abusive language, or engaging in other offensive behavior directed to or in the presence of another person(s) or group(s)

884 - Urinating, defecating, or placing feces or urine in any location other than a toilet or authorized receptacle

663 - Using physical force, intimidation, or coercion against any person

| RIGHTS |
|---|
| **You have the right to: A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing.** |

☐ You may waive the 24 hour notice, and be present or waive your presence at the hearing.

☐ You have the right to testify or remain silent at the hearing. If you choose to remain silent, your silence may be used against you and the hearing decision will be based on the evidence presented.

☐ You may request a Department advisor.                  ☐ Requested ☐ Waived

☐ You may request a certified sign language interpreter if you are hearing impaired. ☐ Requested ☐ Waived

☐ You may request an interpreter if you are unable to read, speak, or understand English. ☐ Requested ☐ Waived

☐ You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.

☐ You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.

☐ You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.

☐ You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.

☐ You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.

☐ If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.

☐ Criminal charges may be pending. Anything you say may be used against you in a court of law.

    **Status of criminal charges:** ☐ None ☐ Unknown ☐ Pending in County _____ Charges _____

| EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES | | | |
|---|---|---|---|
| **Name** | **Title/Position or DOC number** | **Statement** | **Witness** |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

☐ I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐ I, _____, DOC # _____ waive my right to appear at the hearing. I understand the hearing will be held in my absence.

I have received a copy of this form and any attachments. 79 of 89 310

| | | | |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |
| Employee | Signature | Time | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file **COPY** - Hearing Officer, Incarcerated individual

MAY 1 0 2023



Department of
**Corrections**
WASHINGTON STATE

## INITIAL SERIOUS INFRACTION REPORT

Roberts, Joseph
Name

394089
DOC number

*Imus Fo1*
Facility/housing assignment

5-4-23
Infraction date

5-4-23
Incident date

1101hrs
Incident time

Baker unit holding cell
Incident place

202,353, 884,558,663,896
Rule violations

Witnesses

| NARRATIVE |
|---|

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the questions when, where, who, what, why, and how.  Attach all related reports. *(Reentry Center individuals may submit written comments to their case manager)*

On 5-4-23 at 1101hrs inmate Roberts demanded a grievance form from me. I explained to him that my supervisor said that when he is finished with the grievance he was filling out in the holding cell that I would take that, turn it in and give him a new one. He started making non-sensical statements. He then threatened to sue me in a very aggressive manner. I perceived this as a threat not only to my physical safety but also to my professional safety by creating a confrontational environment when having interactions with this inmate. He has threatened to sue me in the past which at the very least is harassing behavoir. He then proceeded to urinate while in the unit holding cell. He was also interfering with my staff duties as we could not pass out the lunches for the other inmates in the unit due to his disruptive behavior.

Evidence: ☐ Yes ☐ No  Evidence case number: _____  Locker number: _____

Description of evidence: _____

Related reports attached:  ☐ Supplemental/Incident Report(s)  ☐ Medical
                           ☐ Other: Specify _____

☐ Administrative Segregation    Date: _____

Recommended sanctions: _____

| ALLEGED VICTIMS |
|---|

Name(s): _____

☐ Employee/contract staff      ☐ Volunteer/visitor/other      ☐ Individual DOC # _____

Name(s): _____

☐ Employee/contract staff      ☐ Volunteer/visitor/other      ☐ Individual DOC # _____

| APPROVALS |
|---|

Mark Mcclanahan# 7552
Reporting employee/contract staff

*[signature]*
Signature
BA of 89 310

Sun/Mon
Shift/days off

Infraction Reviewer _____     Signature _____     Date 5/4/23

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:   **ORIGINAL** - Imaging or Central file
                **COPY** - Hearing Officer, Individual, Board

**DISCIPLINARY HEARING MINUTES AND FINDINGS**

Department of
**Corrections**
WASHINGTON STATE

Infraction Group Number: __89__

| | | |
|---|---|---|
| ROBERTS, Joseph J. | 394089 | 5/4/2023 |
| Name | DOC number | Violation date |

| | | |
|---|---|---|
| 5/16/2023 | 0800 | ☐ Waived 24 hour notice |
| Hearing date | Hearing time | ☐ Waived appearance |

**PLEA:** Guilty: _____    Not guilty: _____    No plea: _____

| | | | |
|---|---|---|---|
| Hearing impaired: | ☐ Yes | ☒ No | |
| Department Advisor: | ☐ Yes | ☐ No | Name: _____ |
| Sign/language interpreter: | ☐ Yes | ☐ No | Name: _____ |
| Competency concerns: | ☐ Yes | ☐ No | |
| Confidential information: | ☐ Yes | ☐ No | |
| Witness statement returned: | ☐ Yes | ☐ No | ☐ N/A |
| Witness statement denied: | ☐ Yes | ☐ No | ☐ N/A |
| Reason(s): | | | |

---

**HEARING SUMMARY**

List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information

---

**LIST EACH WAC 137-28 VIOLATION SEPARATELY**

| Violation # | FINDING | | | | Reason(s) |
|---|---|---|---|---|---|
| | Guilty | Not guilty | Dismissed | Reduced | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____

_____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____

**I have received a copy of this form:**

| | | | |
|---|---|---|---|
| Individual/witness | Signature | Time | Date |

| | | | |
|---|---|---|---|
| Hearing Officer | Signature | Time | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file    **COPY** - Hearing Officer, Individual

DOC 21-312 (Rev. 02/22/23) E-Form    82 of 310    Page 1 of 1    HH of 89    DOC 460.000
Scan Code IF01

EXHIBIT

E

A COPY OF DEFENDANTS CRYSTAL GUTIERREZ's
DISCIPLINARY REPORT, INCLUDING INCIDENT
REPORT, SANCTION NOTIFICATION AND
DISCIPLINARY HEARING MINUTES AND FINDINGS
AND APPEAL

**Department of Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 90

| ROBERTS, Joseph J.    *IMUS-G01* | 394089 | WSP-IMU | 5/16/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |
|  | WSP-IMU | 0800 | *On Callout* |
| Type of review ☐ Disciplinary | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

506 - Threatening another with bodily harm or with any offense against any person or property

| RIGHTS |
|---|
| **You have the right to:** A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing. |

☐   You may waive the 24 hour notice, and be present or waive your presence at the hearing.

☐   You have the right to testify or remain silent at the hearing.  If you choose to remain silent, your silence may be used against you and the hearing decision will be based on the evidence presented.

☐   You may request a Department advisor.                                                    ☐ Requested  ☐ Waived

☐   You may request a certified sign language interpreter if you are hearing impaired.   ☐ Requested  ☐ Waived

☐   You may request an interpreter if you are unable to read, speak, or understand English.  ☐ Requested  ☐ Waived

☐   You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.

☐   You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.

☐   You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.

☐   You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.

☐   You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.

☐   If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.

☐   Criminal charges may be pending.  Anything you say may be used against you in a court of law.

   **Status of criminal charges:** ☐ None  ☐ Unknown  ☐ Pending in County _____  Charges _____

| EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES | | | |
|---|---|---|---|
| **Name** | **Title/Position or DOC number** | **Statement** | **Witness** |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

☐   I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐   I, _____, DOC # _____ waive my right to appear at the hearing.  I understand the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Employee | Signature | Time | Date |

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **ORIGINAL** - Imaging file/Central file **COPY** - Hearing Officer, Incarcerated individual

840 of 39 310

"MAY 1 6 2023


Department of
**Corrections**
WASHINGTON STATE

### INITIAL SERIOUS INFRACTION REPORT

*IMVS - Gol*

Roberts, Joseph
Name

~~BAKER B-102~~

394089
DOC number

Facility/housing assignment

| | | | |
|---|---|---|---|
| 05/4/2023 | 05/4/2023 | 1100 HRS | Sallyport entrance |
| Infraction date | Incident date | Incident time | Incident place |

506
Rule violations

SGT. BAMFORD
Witnesses

| **NARRATIVE** |
|---|

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the questions when, where, who, what, why, and how. Attach all related reports. *(Reentry Center individuals may submit written comments to their case manager)*

On May 4, 2023, at 1100 hours, I, Officer Crystal Gutierrez 7479 was working baker unit floor when Inmate Roberts, Joseph #394089 was being escorted out by R&M to E-Tier. When inmate Roberts was exiting the unit he stated, "I'll be back with the same bullshit, I'll be back with the same bullshit", he also aggressively stated "2nd shift I got you when I get back." I perceived this as not only a serious threat to my personal safety but as a serious threat to my fellow staff on 2nd shift. This is not the first time he has threatened staff who work in Baker unit.

# 506 - Threatening another with bodily harm or with any offense against any person or property.

Evidence: ☐ Yes ☒ No   Evidence case number: _____   Locker number: _____

Description of evidence: _____

Related reports attached: ☒ Supplemental/Incident Report(s)  ☐ Medical
                          ☐ Other: Specify _____

☒ Administrative Segregation     Date: 5|4|2023

Recommended sanctions: _____

| **ALLEGED VICTIMS** |
|---|

Name(s): _____

☐ Employee/contract staff     ☐ Volunteer/visitor/other     ☐ Individual DOC # _____

Name(s): _____

☐ Employee/contract staff     ☐ Volunteer/visitor/other     ☐ Individual DOC # _____

| **APPROVALS** |
|---|

C. Gutierrez                    _____ 7479        Z  P/S
Reporting employee/contract staff      Signature                    Shift/days off
                                   85 & 89 310

DOC 17-076 (Rev. 02/22/23)
Scan Code IF01

DOC 460.000, DOC 580.655, DOC 780.200

_Tatrina Sucton_ _____ _signature_ _____ 5-4-2023
Infraction Reviewer                    Signature                         Date

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and
will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:    **ORIGINAL** - Imaging or Central file
                 **COPY** - Hearing Officer, Individual, Board

86    310
48  of  89



**Department of**
**Corrections**
WASHINGTON STATE

# INCIDENT REPORT

☐ Confidential

| Name Roberts, Joseph | DOC number 394089 | Time 1100 | Date 5/4/2023 |
|---|---|---|---|
| Incident description Threating Staff | | | Use of force incident? ☐ Yes ☒ No |
| Witnesses involved | | | |
| Employees/contract staff/volunteers involved | | | |

## DETAILED DESCRIPTION OF INCIDENT

Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On May 4, 2023, at approximately 1100 hours, I, Sgt. Bamford #7277 was working Baker Unit when I/I Roberts, Joseph #394089 was being escorted out of the Unit by R&M to E-Tier. When inmate Roberts was exiting Baker Unit he loudly stated, "I'll be back with the same bullshit, I'll be back to Baker with the same bullshit", he also aggressively stated "2nd shift I got you when I get back!" I perceived this as not only a serious threat to my personal safety but as a serious threat to my fellow staff on 2nd shift. This is not the first time he has threatened staff who work in Baker unit.

## IMMEDIATE ACTION TAKEN

| Sgt. Bamford #7227 | _Sgt. Bamford 7277_ | 1340 | 5/4/23 |
|---|---|---|---|
| Name | Signature | Time | Date |
| WSP | Baker | N/A | |
| Facility | Unit | Tier | |

## APPOINTING AUTHORITY/DESIGNEE COMPLETES

| Date received | Time | Incident number | |
|---|---|---|---|
| Assigned to | By | | Date |

Comments:

_____

| Name | Signature | Date |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Appointing Authority/designee

87 up of 89 310



# DISCIPLINARY HEARING MINUTES AND FINDINGS

Department of
**Corrections**
WASHINGTON STATE

Infraction Group Number: ___90___

ROBERTS, Joseph J.  **IMUS-G01** _____     394089 _____     5/4/2023 _____
Name                                         DOC number                        Violation date

5/23/2023 _____          0800 _____          ☐ Waived 24 hour notice
Hearing date                            Hearing time                    ☐ Waived appearance

**PLEA:** Guilty: _____          Not guilty: _____     No plea: _____

| | | |
|---|---|---|
| Hearing impaired: | ☐ Yes  ☒ No | |
| Department Advisor: | ☐ Yes  ☐ No | Name: _____ |
| Sign/language interpreter: | ☐ Yes  ☐ No | Name: _____ |
| Competency concerns: | ☐ Yes  ☐ No | |
| Confidential information: | ☐ Yes  ☐ No | |
| Witness statement returned: | ☐ Yes  ☐ No | ☐ N/A |
| Witness statement denied: | ☐ Yes  ☒ No | ☐ N/A |

Reason(s): _____

---

### HEARING SUMMARY
List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information

_____
_____
_____
_____
_____

---

### LIST EACH WAC 137-28 VIOLATION SEPARATELY

| Violation # | FINDING | | | | Reason(s) |
|---|---|---|---|---|---|
| | Guilty | Not guilty | Dismissed | Reduced | |
| 506 | ☐ | ☐ | ☐ | ☒ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____

_____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____

---

### I have received a copy of this form:

Individual/witness _____     Signature _____     Time _____     Date _____

Hearing Officer _____     Signature _____     Time _____     Date _____

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and
will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.



Department of
**Corrections**
WASHINGTON STATE

SANCTION NOTIFICATION

Offender Name: _____ DOC Number: _____ Unit/Cell: _____

You have been found guilty of rule violations: _____

The following sanction(s) were imposed: _____

Your sanction will begin on _____ at _____ and end on _____ at _____
                              Date        Time                    Date        Time

1.  Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

    a.  You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

    b.  If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

    c.  Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS or Unit Sergeant.

2.  When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3.  It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4.  Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
| EXTRA WORK DUTY | | | | | | CELL CONFINEMENT (Optional) | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

I have read and received a copy of this form and understand the sanction imposed.

_____        _____
Date Served                    Time Served

_____  _____  _____  _____
Offender (Print Name)     Offender Signature         Date        DOC Number

_____  _____  _____
Staff (Print Name)        Staff Signature            Date

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: ORIGINAL – Offender    COPY – Unit File
DOC 17-025 (Rev. 08/16/12)                                                    DOC 460.000



**Department of Corrections** WASHINGTON STATE    IGN 90    **DISCIPLINARY HEARING APPEAL DECISION**

ROBERTS, Joseph
Name

394089
DOC number

05/31/2023
Date

On 05/17/2023, a Department hearing was held for Infraction Group Number 90 and the following WAC violation(s): 506 - Threatening Reduced to 663 - Strongarming/Intimidation

The Hearing Officer found you guilty of committing one or more violations and imposed the following sanction(s): 20 days no dayroom and unit yard, 6 months loss property packages. Within DOC policy guidelines, 5th major and 3rd 663 in 12 months.

On 05/25/2023, an appeal of the hearing was received in which you requested a review of:
☒ The finding(s) of guilt
☒ The sanction(s) imposed

JUN 1 2023

JUN 2 2023

In summary, your appeal states:
Reino found that IGN's 89 and 90 both encompass the same events. I told McClanahan that I wanted and would file a lawsuit. I said out loud because Tandy Bamford, McClanahan, and De Leon retaliated against me for filing and wanting a grievance and saying I would file a lawsuit against them and had me kicked out of Baker Unit. I told 2nd shift I would be back with the same bullshit and told 2nd shift, I got you when I get back. "Hinting on a lawsuit." DOC policy prohibits retaliation for filing grievances and lawsuits.

## APPEAL DETERMINATION

☒ The disciplinary hearing process was conducted in accordance with due process requirements and WAC 137-28.
☒ At least 24 hours advance written notice was provided or you waived the 24 hour advance notice in writing/with witness.
☒ You were provided an opportunity to call witnesses and present documentary evidence on your behalf. If witness(es) were denied, the Hearing Office provided you with written reason(s) for the denial.
☒ The finding was made by an impartial (i.e., not viewed as biased or having witnessed the incident being heard) Hearing Officer.
☒ A written statement of the finding(s) and sanction(s) imposed was provided to you and includes the evidence relied upon and the reason(s) for the decision.
☒ Sanction(s) are in accordance with DOC 460.050 Disciplinary Sanctions and WAC 137-28.

If confidential information was submitted, I have confirmed:
☐ The Hearing Officer made an independent determination regarding reliability of the confidential source(s), credibility of the information, and safety concerns that justify non-disclosure of the confidential source(s) of information.
☐ The above information was documented on DOC 17-072 Disciplinary Hearings Review of Confidential Information Checklist.

## APPEAL DECISION

On behalf of the Superintendent, I have investigated your appeal and find that: You committed the reduced 663. Evidence supports a guilty finding and you were appropriately sanctioned within policy guidelines.
☒ You were found guilty as explained above.
☐ There was insufficient evidence for a finding of guilt as explained below.
☐ A procedural error occurred. Explain:
☒ The sanction was appropriate and you were provided the Hearing Officer's written report.
☐ Other:

AND THEREFORE, I am:
☒ Affirming the decision and/or sanction(s).
☐ Affirming the decision and reducing the sanction(s) as follows: _____
☐ Dismissing/modifying downward the decision and sanction(s) as follows: _____
☐ Reversing/vacating the decision.
☐ Remanding the matter for a new hearing. You will be notified of the new hearing date.

Rob Jackson
Superintendent/designee

Signature

6/1/23
Date

Deputy Assistant Secretary for Prisons/Gender Responsive Administrator for PREA-related appeals

Signature
90 of 89 310

Date



IGN 90

MAY 2 5 2023

**DISCIPLINARY HEARING APPEAL**

Roberts, J _____    394089 _____    5/18/23 _____
Name                                  DOC number                 Date

I am appealing the decision of my ☐ General Infraction ☒ Serious Infraction

Violation(s): IGN 90 - WAC 506 reduced to 663 _____

Reino _____    IMU3 _____    5/17/23 _____
Disciplinary Hearing Officer                    Location                       Date

## APPEAL REASON(S)
Additional pages may be attached, if necessary. It is recommended that no more than 2 pages are submitted.

I appeal the guilty finding of the reduced WAC 506-663:

Reino found that IGN(s) 89 and 90 both encompass same events when I told McClanahan that I wanted a grievance and would file a lawsuit, and a few seconds later I said out loud because Tandy, Bamford and McClanahan and DeLeon retaliated against me for filing and wanting a grievance, and saying I would file a lawsuit against them and had me kicked out of the BAKER unit. I told 2nd shift I would be back with the same bullshit and told 2nd shift I got you when I get back. "Hinting on a lawsuit". DOC policy prohibits retaliation for filing grievances and lawsuits. See doc policy 310-100 and 550-100 and U.S. Constitution First Amendment and PLRA, and DOC's own Resolution Programs Manual.

This needs to be dismissed due to protected conduct under the First Amendment right to sue § 1983

Appeals must be submitted after receiving notice of the action taken as follows:

- General infraction appeals must be submitted to the primary Disciplinary Hearing Officer within 2 business days per WAC 137-28-250. A copy of DOC 17-070 General Infraction Report must be attached to this appeal.
- Serious infraction appeals must be submitted to the Superintendent within 15 business days per WAC 137-28-380.

Sanctions WILL NOT BE STAYED pending the outcome of an appeal.

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: **SERIOUS: ORIGINAL** - Superintendent, Imaging System    **COPY** - Hearing Officer, Offender, Offender File
                **GENERAL: ORIGINAL** - Hearing Officer                             **COPY** - Offender, Offender File

91 88 & 89 310

DOC 17-074 (Rev. 06/01/18)                                                   DOC 460.000
Scan Code: Packet (IF01), Individual (HR10)

EXHIBIT

F

~~A COPY OF ADMINISTRATIVE SEGREGATION PLACEMENT AND~~
~~REASONS.~~

A COPY OF DEFENDANT  D'ANGELO YANEZ
DISCIPLINARY REPORT, INCIDENT REPORT
AND DISCIPLINARY HEARING MINUTES
AND FIINDINGS

Roberts requests the following witness statements for IGN # 91

1. I REQUEST THE WITNESS STATEMENT FROM |Joshua Long / James Rogers| for IGN #

a. When you responded to Roberts' mental health emergency did you intervene and help Roberts calm his breathing and was Roberts in a dysfunctional/dysregulated state. Does Roberts' Borderline Personality Disorder cause him dysfunctional dysregulated behavior as described in the infraction. Did Roberts break down and cry and lose control and did you walk Roberts through grounding techniques. Does Roberts have an IBMP to address related behaviors. Due to all the issues Roberts has with staff and because of Roberts mental health emergency did you allow him to the Annex to help calm him moments after the emergency.

I request the above statements from Joshua Long and James Rogers Mental Health Counselors

x [signature]                              7/15/23

93 of 310

1 of 1



**Department of**
# Corrections
WASHINGTON STATE

### DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 91

| ROBERTS, Joseph J.  **HSB-E08** | 394089 | WSP-Main | 7/11/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |

| Type of review ☐ Disciplinary | | | |
|---|---|---|---|
| | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

202 - Harassing, using abusive language, or engaging in other offensive behavior directed to or in the presence of another person(s) or group(s)

352 - Pretending to be ill or injured contrary to medical/mental health screening results

558 - Interfering with staff members, medical personnel, firefighters, or law enforcement personnel in the performance of their duties

353 - Engaging in disruptive behavior

203 - Lying to a staff member

103 - Failing to follow any oral/written orders, rules, or policies not otherwise included in these rules

---

### RIGHTS

**You have the right to: A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing.**

- ☐ You may waive the 24 hour notice, and be present or waive your presence at the hearing.
- ☐ You have the right to testify or remain silent at the hearing. If you choose to remain silent, your silence may be used against you and the hearing decision may be based on the evidence presented.
- ☐ You may request a Department advisor. ☒ Requested ☐ Waived
- ☐ You may request a certified sign language interpreter if you are hearing impaired. ☐ Requested ☐ Waived
- ☐ You may request an interpreter if you are unable to read, speak, or understand English. ☐ Requested ☐ Waived
- ☐ You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.
- ☐ You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.
- ☐ You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.
- ☐ You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.
- ☐ You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.
- ☐ If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.
- ☐ Criminal charges may be pending. Anything you say may be used against you in a court of law.
  **Status of criminal charges:** ☐ None ☐ Unknown ☐ Pending in County _____ Charges _____

---

### EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES

| Name | Title/Position or DOC number | Statement | Witness |
|---|---|---|---|
| _(handwritten)_ | _(handwritten)_ | ☒ | ☐ |
| | | ☐ | ☐ |
| _(handwritten)_ | _(handwritten)_ | ☐ | ☐ |
| | | ☐ | ☐ |
| _(handwritten)_ | _(handwritten)_ | ☐ | ☐ |
| | | ☐ | ☐ |

☐ I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐ I, _____, DOC # _____ waive my right to appear at the hearing. I understand the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Employee | Signature | Time | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.  94 of 310

**Distribution: ORIGINAL** - Imaging file/Central file    **COPY** - Hearing Officer, Incarcerated individual

JUL 1 1 2023


Department of
**Corrections**
WASHINGTON STATE

**INITIAL SERIOUS INFRACTION REPORT**

HSB - EOC

| | | |
|---|---|---|
| Roberts, Joseph | 394089 | WSP ~~LBC185~~L |
| Name | DOC number | Facility/housing assignment |

| | | | |
|---|---|---|---|
| 07/06/2023 | 07/06/2023 | 0920 | B-Mod |
| Infraction date | Incident date | Incident time | Incident place |

103, 202, 203, 352, 353, 558
Rule violations

Witnesses

| **NARRATIVE** |
|---|

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the questions when, where, who, what, why, and how.  Attach all related reports.  *(Reentry Center individuals may submit written comments to their case manager)*

On 7/6/2023 at approx. 0920 Incarcerated Individual (I/I) Roberts, Joseph #394089 declared a mental health emergency due to him not receiving his property. I/I Roberts was placed in wrist restraints and walked to the holding cell. I/I Roberts continued to scream as loud as he could, saying he wanted his property. Mental health counselors came to speak with him. After speaking with I/I Roberts he was released from the holding cell to walk back to his cell. When he was walking, he continued to act disruptive by continuing to yell. After I/I Roberts was in his cell a few minutes later I/I Roberts claimed another mental health emergency. Again, he was taken to the holding cell and talked to by mental health. He repeated this behavior another two times. The 4th time I was conducting a tier check when I/I Roberts yelled out," I'm going to kill myself. I'm going to slit my wrist and hang myself." I then went cell front to watch I/I Roberts and made a radio call for another officer to escort him to the holding cell. While I was cellfront waiting for the Sergeant I/I Roberts said, "I'm going to keep fucking doing this, fuck you bitches. You guys keep fucking with my property; I'm going to fuck your whole day up and just continued to call mental health emergencies. I can do this all-fucking day long. This is just fucking retaliation." When mental health came, I informed him that I/I Roberts said he's suicidal. I/I Roberts then said," I just fucking said that to fuck with you guys; this is what you guys want." I/I Roberts is in violation of WAC 202 (Harassing, using abusive language, or engaging in other offensive behavior directed to, or in the presence of another person(s) or group(s), WAC 203 (Lying to a staff member), WAC 353 (Engaging in disruptive behavior), WAC 103 (Failing to follow any oral/written orders, rules, or policies not otherwise included in these rules), and WAC 352 (Pretending to be ill or injured contrary to medical/mental health screening results) and WAC 558 (Interfering with staff members, medical personnel, firefighters, or law enforcement personnel in the performance of their duties)

Evidence: ☐ Yes  ☐ No  Evidence case number: _____  Locker number: _____

Description of evidence: _____

Related reports attached: ☐ Supplemental/Incident Report(s)  ☐ Medical
                          ☐ Other: Specify _____

☐ Administrative Segregation      Date: _____

Recommended sanctions: _____ 95 of 310 _____

| **ALLEGED VICTIMS** |
|---|

Name(s): _____

☐ Employee/contract staff          ☐ Volunteer/visitor/other          ☐ Individual DOC # _____

Name(s): _____

☐ Employee/contract staff          ☐ Volunteer/visitor/other          ☐ Individual DOC # _____

| APPROVALS |
|---|

D'Angelo Yanez
Reporting employee/contract staff    Signature                              3rd / Sun/Mon
                                                                            Shift/days off

_Katrina Juckn_                          _____                      7/10/23
Infraction Reviewer                      Signature                          Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:   **ORIGINAL -** Imaging or Central file
                **COPY -** Hearing Officer, Individual, Board

96 of 310


Department of
**Corrections**
WASHINGTON STATE

**INCIDENT REPORT**
☐ Confidential

| Name | | DOC number | Time | Date |
|---|---|---|---|---|
| Roberts | | Joseph | 1230 | 07/06/2023 |
| Incident description | | | | Use of force incident? |
| Pt. Roberts declared MH Emergency | | | | ☐ Yes ☒ No |
| Witnesses involved | | | | |
| | | | | |
| Employees/contract staff/volunteers involved | | | | |
| Sgt. Davenport | | | | |

### DETAILED DESCRIPTION OF INCIDENT
Who was involved, what took place, how did it happen, description of any injuries, damage, use of force, etc. Attach additional sheet, if necessary.

On 07/06/2023 at approximately 1230, Baker Unit staff indicated Pt. Roberts declared a MH Emergency'. A cell front session was held as he was yelling out loud. Pt. Roberts was moved to the unit holding cell per his request as he wanted to talk. After a few minutes he indicated he was fine and asked to return to his cell. As he was walking to his cell he stated, "I have an IBMP and I can go to the holding cell because my IBMP says I can go there if I ask." Pt. Roberts was in his regular assigne cell for approximately 10 min. when the Baker Unit staff indicated he had declared another MH emergency and asked to be moved to the unit holding cell. After approximately 10 min. a session was held with Pt. Roberts, he stated he was fine and asked to return to his cell. He was reminded that he should follow his IBMP. He stated he would follow "all night long." The Unit Sgt was notified that Pt. Roberts did not have a MH emergency and requested to speak to him, the sgt., and would return to his cell.

### IMMEDIATE ACTION TAKEN
Pt. Roberts was returned to his cell without incident. He had a copy of his current IBMP. The Unit Sgt was informed that Pt. Roberts has an IBMP that he, Pt. Roberts, has to follow. Pt. Roberts remained in Baker Unit. Pt. Roberts assigned MH Case Manager, J. Rogers (CMHC2), was notified of this incident.

| SJ De Leon, CMHC2 | _(signature)_ | 1230 | 07/07/2023 |
|---|---|---|---|
| Name | Signature | Time | Date |

| | | |
|---|---|---|
| Facility | Unit | Tier |

### APPOINTING AUTHORITY/DESIGNEE COMPLETES

| Date received | Time | Incident number | |
|---|---|---|---|
| Assigned to | By | | Date |

Comments:
_____

| Name    97 of 310 | Signature | Date |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Appointing Authority/designee

DOC 21-917 (Rev. 06/14/22)                Page 1 of 1                DOC 235.000, DOC 390.350, DOC 420.080,
Scan Code GM02          DOC 420.120, DOC 420.150, DOC 420.160, DOC 420.250, DOC 420.255, DOC 420.360,
          DOC 420.375, DOC 420.500, DOC 420.510, DOC 420.550, DOC 490.850, DOC 540.150, DOC 630.550,
                                                    DOC 700.000, DOC 700.350; DOC 890.620

**Department of**
**Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING MINUTES AND FINDINGS

Infraction Group Number:     91

ROBERTS. Joseph J.                          394089                        7/6/2023
Name                                        DOC number                    Violation date

7/17/2023                                                  ☐ Waived 24 hour notice
Hearing date              Hearing time                     ☐ Waived appearance

**PLEA:** Guilty: _____     Not guilty: _____     No plea: _____

Hearing impaired:                    ☐ Yes    ☑ No
Department Advisor:                  ☐ Yes    ☐ No     Name: _____
Sign/language interpreter:           ☐ Yes    ☐ No     Name: _____
Competency concerns:                 ☐ Yes    ☐ No
Confidential information:            ☐ Yes    ☐ No
Witness statement returned:          ☑ Yes    ☐ No     ☐ N/A
Witness statement denied:            ☐ Yes    ☑ No     ☐ N/A
Reason(s): _____

---

### HEARING SUMMARY
List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information

---

### LIST EACH WAC 137-28 VIOLATION SEPARATELY

| Violation # | FINDING | | | | Reason(s) |
|---|---|---|---|---|---|
| | Guilty | Not guilty | Dismissed | Reduced | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☑ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____

---

## I have received a copy of this form:

_____     _____     _____     _____
Individual/witness           Signature                    Time         Date

_____     _____     _____     _____
Hearing Officer              Signature    98 of 310        Time         Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file     **COPY** - Hearing Officer, Individual

DOC 21-312 (Rev. 02/22/23) E-Form               Page 1 of 1                    DOC 460.000
Scan Code IF01



Department of
**Corrections**
WASHINGTON STATE

**SANCTION NOTIFICATION**

Offender Name: _____ DOC Number: _____ Unit/Cell: _____

You have been found guilty of rule violations: _____ , _____ , _____ , _____

The following sanction(s) were imposed: _____
_____

Your sanction will begin on _____ at _____ and end on _____ at _____
                  Date         Time                Date         Time

1. Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

   a. You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

   b. If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

   c. Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2. When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3. It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4. Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **EXTRA WORK DUTY** | | | | | | **CELL CONFINEMENT (Optional)** | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**I have read and received a copy of this form and understand the sanction imposed.**

Date Served _____ Time Served _____

_____
Offender (Print Name)        -Offender Signature        Date        DOC Number

_____
Staff (Print Name)        Staff Signature    99 of 310        Date

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: **ORIGINAL** – Offender    **COPY** – Unit File
DOC 17-085 (Rev. 08/16/12)                    DOC 460.000

**Department of Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING APPEAL

Roberts, Joe
_____
Name

394089
_____
DOC number

07/25/23
_____
Date

I am appealing the decision of my ☒ General Infraction ☐ Serious Infraction

Violation(s): IGN91 - WAC 202 ; WAC 353

Officer Chux M. (Meyana)
_____
Disciplinary Hearing Officer

HSB - E-Tier
_____
Location

07/24/23
_____
Date

## APPEAL REASON(S)
Additional pages may be attached, if necessary.  It is recommended that no more than 2 pages are submitted.

I am a mentally ill inmate, was approved for RTU level of care and during this time I was in a disfunctional, disregarded mental state and was experiencing panic attacks, anxiety, PTSD along with my borderline personality disorder. These things cause me to act act in a behaviorly disfunctional way and become emotionally and behaviorly disregulated. I do not do this on purpose and at times I don't even know why I do this. However, I should not be punished nor infracted for a active and legitamate mental health emergency nor my mental health. So, I ask that you overturn the guilty findings.

Appeals must be submitted after receiving notice of the action taken as follows:

- General infraction appeals must be submitted to the primary Disciplinary Hearing Officer within 2 business days per WAC 137-28-250.  A copy of DOC 17-070 General Infraction Report must be attached to this appeal.

- Serious infraction appeals must be submitted to the Superintendent within 15 business days per WAC 137-28-380.

Sanctions WILL NOT BE STAYED pending the outcome of an appeal.

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

100 of 310

Distribution:  **SERIOUS: ORIGINAL** - Superintendent, Imaging System  **COPY** - Hearing Officer, Offender, Offender File
**GENERAL: ORIGINAL** - Hearing Officer                    **COPY** - Offender, Offender File

DOC 17-074 (Rev. 06/01/18)                                                        DOC 460.000
Scan Code: Packet (IF01), Individual (HR10)

EXHIBIT

G

~~A COPY OF ALL GRIEVANCES FILED AND RELATED KITES~~

A COPY OF DEFENDANTS ~~D'ANGELO IBANEZ AND SANTOS DE LEON~~ ~~ADAM~~ WINSTON NOIROT
DISCIPLINARY REPORT, INCIDENT REPORT,
DISCIPLINARY HEARING MINUTES
AND FINDINGS

101 of 310
65 & 89

I/I ROBERTS REQUEST THE FOLLOWING WITNESS STATEMENTS FOR IGN # 92

1. QUESTIONS TO ASK I/I Martonio Ramseyj;

2. QUESTIONS TO ASK I/I David Butter #343455

3. QUESTIONS TO ASK C/o William Ellifrits;

a. While Roberts was in C1051L, Baker Unit did Roberts request to leave for yard and his mandatory call out at 12:30 PM. If so, did you tell Roberts no due to an "unresponded mental health emergency." Also, on 7/13/23 at 12:45PM did you reiterate this to Roberts' mental health counselor James Rogers.

b. When you and Mcclanahan responded to Roberts' mental health emergency did you hear Roberts make any threats to Mcclanahan. If yes, explain?

4. QUESTIONS TO ASK Mental Health James ~~Roberts~~ Rogers;

a. On 7/13/23, at 12:45 PM, did C/o Ellifrits tell you the reason why Roberts was not allowed to leave his cell. If so, did Ellifrits explain because Roberts had an unresponded mental health emergency? Did Ellifrits make any indication that it was due to threats.

b. Roberts expressed concerns about the allegations & threats to you and that they were ~~false~~. Roberts explained he filed an emergency grievance on 7/8/23, regarding ~~ice and anxiety~~ a mental health emergency related to ice and anxiety;

102 of 310          1 & 2

IGN# 92

not threats to kill. You told Roberts you will email LT. Martin to verify and speak with him about staff issues and Roberts. Can you please explain? Roberts

5. QUESTIONS TO ASK LT. Martin:

a. Please explain why i/i Roberts was placed on custody lock in BAKER Unit, allowed to shower around other inmates, use the kiosk in another unit and speak with Officer Etter after allegedly threatening to kill a Officer. Please explain:

b. i/i Roberts filed an emergency grievance about declaring an mental health emergency regarding c/o's Gutierrez and Medenahan interfering with my use HSR and that its done "retaliation causing anxiety. You responded to the emergency grievance and validated the nature of my mental health emergency (ice, anxiety, staff misconduct) and how to use my HSR. Please explain why I was not placed on "custody lock" then?

c. Did you witness Roberts make any threats. If no, why was Roberts not placed under ad-seg for alleged threats to kill on 7/8/23. Why did LT. S. Lowder and Sgt. Bamford wait until 7/9/23 to have Roberts placed on Ad-Seg.

/s/ Roberts, Joe #394069          7/10/2023

103 of 310          2 of 2

Requesting video of incident to be looked at by Hearing Officer.



Department of
**Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 92

| ROBERTS, Joseph J.    **HSB-E08** | 394089 | WSP-Main | 7/12/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |
| | | | **CALLOUT** |
| Type of review ☐ Disciplinary | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

506 - Threatening another with bodily harm or with any offense against any person or property

| RIGHTS |
|---|
| You have the right to: A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing. |

☐ You may waive the 24 hour notice, and be present or waive your presence at the hearing.

☐ You have the right to testify or remain silent at the hearing. If you choose to remain silent, your silence may be used against you and the hearing decision will be based on the evidence presented.

☐ You may request a Department advisor.      ☒ Requested  ☐ Waived

☐ You may request a certified sign language interpreter if you are hearing impaired.  ☐ Requested  ☐ Waived

☐ You may request an interpreter if you are unable to read, speak, or understand English.  ☐ Requested  ☐ Waived

☐ You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.

☐ You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.

☐ You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.

☐ You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.

☐ You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.

☐ If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.

☐ Criminal charges may be pending. Anything you say may be used against you in a court of law.

**Status of criminal charges:** ☐ None ☐ Unknown ☐ Pending in County _____ Charges

| EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES | | | |
|---|---|---|---|
| **Name** | **Title/Position or DOC number** | **Statement** | **Witness** |
| Dale Dudley | Sergeant | ☒ | ☐ |
| Marshall Ramsey | AA Specialist CIII | ☒ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

☐ I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐ I, _____, DOC # _____ waive my right to appear at the hearing. I understand the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |

| _____ | _____ | _____ | _____ |
|---|---|---|---|
| Employee | Signature | Time | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file **COPY** - Hearing Officer, Incarcerated individual

104 of 310

JUL 1 2 2023

**Department of**
**Corrections**
WASHINGTON STATE

**INITIAL SERIOUS INFRACTION REPORT**

Roberts, Joseph
Name

394089
DOC number

~~WSP Baker C105~~ HSB-E68
Facility/housing assignment

7/8/2023
Infraction date

7/8/2023
Incident date

1111
Incident time

Baker C105
Incident place

WAC 506 -Threatening another with bodily harm or with any offense against any person or property
(Category B, Level 3 - 10 Points)
Rule violations

Witnesses

| **NARRATIVE** |
| --- |

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the
questions when, where, who, what, why, and how.  Attach all related reports. *(Reentry Center individuals
may submit written comments to their case manager)*

On 7/8/23 at approximately 1111 hours, I, Registered Nurse Winston Noirot was informed that
Incarcerated Individual Roberts, Joseph DOC# 394089 was claiming a mental health emergency. I
was expecting to speak with I/I Roberts in the holding cell as this is the newest protocol when an
individual claims a mental health emergency, however this was not the case. When I approached his
cell door at Baker C-105, I/I Roberts states, "I declared a mental health emergency because I was
unable to handle myself. I refused to cuff up, I am feeling homicidal and if he touches me, I'm going to
kill him." I continued to dialogue with the individual at which time he continued to reference verbally
that he was homicidal towards Officer Mark McClanahan, whom is a regular unit officer.

I/I Roberts verbalized his clear intent to cause bodily harm to Officer McClanahan, therefore, I am
infracting I/I Roberts with a WAC 506 -Threatening another with bodily harm or with any offense
against any person or property (Category B, Level 3 - 10 Points)
Nothing else follows.

Evidence: ☐ Yes  ☒ No  Evidence case number: _____  Locker number: _____

Description of evidence: _____

Related reports attached:  ☐ Supplemental/Incident Report(s)  ☐ Medical
                                          ☐ Other: Specify _____

☐ Administrative Segregation      Date: _____

Recommended sanctions: _____

| **ALLEGED VICTIMS** |
| --- |

Name(s): _____

☐ Employee/contract staff        ☐ Volunteer/visitor/other        ☐ Individual  DOC # _____

Name(s): _____ 105 of 310

☐ Employee/contract staff        ☐ Volunteer/visitor/other        ☐ Individual  DOC # _____

| **APPROVALS** |
| --- |

DOC 17-076 (Rev. 02/22/23)
Scan Code IF01

DOC 460.000, DOC 580.655, DOC 780.200

Noirot, Winston
_____
Reporting employee/contract staff

Signature

2nd T/W
Shift/days off

Lt Gerald Martin 7186
Infraction Reviewer

Signature   7186

8 July 2023
Date

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:    **ORIGINAL -** Imaging or Central file
                 **COPY -** Hearing Officer, Individual, Board

106 of 310

**DISCIPLINARY HEARING MINUTES AND FINDINGS**

Department of
**Corrections**
WASHINGTON STATE

Infraction Group Number:    92

ROBERTS, Joseph J. _____    394089 _____    7/8/2023 _____
Name                                    DOC number        Violation date

7/20/2023 _____    _____    ☐ Waived 24 hour notice
Hearing date          Hearing time        ☐ Waived appearance

**PLEA:** Guilty: _____    Not guilty: _____    No plea: _____

| | | | | |
|---|---|---|---|---|
| Hearing impaired: | ☐ Yes | ☐ No | | |
| Department Advisor: | ☐ Yes | ☐ No | Name: | _____ |
| Sign/language interpreter: | ☐ Yes | ☑ No | Name: | _____ |
| Competency concerns: | ☐ Yes | ☐ No | | |
| Confidential information: | ☐ Yes | ☐ No | | |
| Witness statement returned: | ☐ Yes | ☐ No | ☐ N/A | |
| Witness statement denied: | ☐ Yes | ☐ No | ☐ N/A | |

Reason(s): _____

---

**HEARING SUMMARY**
List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information

_____
_____
_____
_____

---

**LIST EACH WAC 137-28 VIOLATION SEPARATELY**

| Violation # | FINDING | | | | Reason(s) |
|---|---|---|---|---|---|
| | Guilty | Not guilty | Dismissed | Reduced | |
| | ☐ | ☐ | ☑ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____
_____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____

---

**I have received a copy of this form:**

_____    _____    _____    _____
Individual/witness        Signature              Time        Date

_____    _____    _____    _____
Hearing Officer          Signature   107 of 310    Time        Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file    **COPY** - Hearing Officer, Individual

DOC 21-312 (Rev. 02/22/23) E-Form        Page 1 of 1                DOC 460.000
Scan Code IF01



Department of
**Corrections**
WASHINGTON STATE

**SANCTION NOTIFICATION**

Offender Name: _____  DOC Number: _____  Unit/Cell: _____

You have been found guilty of rule violations: _____ , _____ , _____ , _____

The following sanction(s) were imposed: _____
_____

Your sanction will begin on _____ at _____ and end on _____ at _____
                              Date        Time                    Date         Time

1.  Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

    a.  You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

    b.  If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

    c.  Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2.  When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3.  It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4.  Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **EXTRA WORK DUTY** | | | | | | **CELL CONFINEMENT (Optional)** | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**I have read and received a copy of this form and understand the sanction imposed.**

_____                              Time Served
Date Served                                              _____

_____   _____   _____   _____
Offender (Print Name)        Offender Signature           Date      DOC Number

_____   _____   _____
Staff (Print Name)           Staff Signature              Date
                                        108 of 310

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: **ORIGINAL** – Offender    **COPY** – Unit File

DOC 17-085 (Rev. 08/16/12)                                              DOC 460.000

EXHIBIT

H

A COPY OF DEFENDANT JAMES ROGERS
DISCIPLINARY REPORT, ~~INCIDENT~~ ~~F~~
AND DISCIPLINARY REPORT, AND
DISCIPLINARY HEARING MINUTES
AND FINDINGS

109 & 89 310



Department of
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts J | | 7/28/2023 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | HSR - E O6 | |

Request interview with or answer from/*Solicita entrevista o respuesta de*
Disciplinary Office

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| **Razón/Pregunta** | ☐ *Necesito intérprete para* _____ *(idioma)* |

I do not want to be present at my infraction hearing
for IGN 93. Please conduct it at your convenience.
I waive my presence. Thank you.
I don't want to be present.

_____

_____

_____

| Signature/*Firma* | Days off/*Días libres* |
|---|---|

**Response/*Respuesta***

_____

_____

_____

_____

_____

_____

_____

_____

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*   **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                              DOC 390.585, DOC 450.500

110 of 310



Department of
Corrections
WASHINGTON STATE

# DISCIPLINARY HEARING NOTICE/APPEARANCE WAIVER

Infraction Group Number: 93

| ROBERTS, Joseph J. | 394089 | WSP-Main | 7/28/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date on callout |

| | | | |
|---|---|---|---|
| Type of review ☐ Disciplinary | Hearing location | Hearing time | Hearing date |

Reason(s) for hearing:

202 - Harassing, using abusive language, or engaging in other offensive behavior directed to or in the presence of another person(s) or group(s)

663 - Using physical force, intimidation, or coercion against any person

| RIGHTS |
|---|
| **You have the right to: A fair and impartial hearing, and written notice of the alleged violation(s), and a summary of the supporting evidence at least 24 hours prior to the hearing.** |

☐ You may waive the 24 hour notice, and be present or waive your presence at the hearing.

☐ You have the right to testify or remain silent at the hearing. If you choose to remain silent, your silence may be used against you and the hearing decision will be based on the evidence presented.

☐ You may request a Department advisor.         ☐ Requested ☒ Waived

☐ You may request a certified sign language interpreter if you are hearing impaired.    ☐ Requested ☒ Waived

☐ You may request an interpreter if you are unable to read, speak, or understand English.   ☐ Requested ☒ Waived

☐ You may call witnesses and present documentary evidence, though the hearing officer may exclude witnesses/evidence deemed irrelevant, duplicative, or unnecessary; and/or unless it is determined by the hearing officer that doing so would be unduly hazardous to facility safety or security.

☐ You have the right to propose questions for the hearing officer to ask witnesses, although the hearing officer may exclude questions deemed irrelevant, duplicative, or unnecessary.

☐ You have the right to appeal the decision and/or sanctions to the Superintendent within 15 business days of the hearing officer's decision.

☐ You do not have a right to cross examine witnesses, have reporting staff member(s) present at the hearing, have a polygraph or other supplemental test(s), Examine physical evidence, or receive confidential information.

☐ You will not be provided access to view video (evidence), nor have access to audio from the offender phone system.

☐ If you are under Indeterminate Sentence Review Board jurisdiction and within 60 days of an established release date, a guilty finding could result in the cancellation of your release date.

☒ Criminal charges may be pending. Anything you say may be used against you in a court of law.
**Status of criminal charges:** ☐ None ☒ Unknown ☐ Pending in County _____ Charges _____

| EMPLOYEE/CONTRACT STAFF/INCARCERATED WITNESSES | | | |
|---|---|---|---|
| Name | Title/Position or DOC number | Statement | Witness |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

☐ I, _____, DOC # _____ waive my right to the required 24 hour notice before the hearing and authorize the Disciplinary Hearing Officer to make a disposition/decision regarding the information and evidence presented as it pertains to my particular situation.

☐ I, _____, DOC # _____ waive my right to appear at the hearing. I understand the hearing will be held in my absence.

I have received a copy of this form and any attachments.

| | | | |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Time | Date |
| Employee | Signature | Time /0.'4 | Date 7·31·23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file   **COPY** - Hearing Officer, Incarcerated individual

111 of 310

JUL 2 8 2023



Department of
**Corrections**
WASHINGTON STATE

**INITIAL SERIOUS INFRACTION REPORT**

mHu E08

Roberts, Joseph
Name

394089
DOC number

~~WSP-HSB-CO~~A
Facility/housing assignment

07/26/2023
Infraction date

07/26/2023
Incident date

0820
Incident time

HSB COA
Incident place

663, 202
Rule violations

Witnesses

| NARRATIVE |
|---|

State a concise description of the rule violations (e.g., injuries, property damage, use of force) answering the questions when, where, who, what, why, and how. Attach all related reports. *(Reentry Center individuals may submit written comments to their case manager)*

On July 7th, 2023, at around 0820am, I, CMHC2 James Rogers, witnessed Incarcerated Individual (I/I) Joseph Roberts 394089 verbally harass CMHC2 Santos DeLeon while walking down the COA. I had just met with Roberts for an interview in the COA. While being escorted from the COA Adams Chair to his cell, CMHC2 DeLeon and I were walking ahead of him. I/I Roberts, unprovoked, began to yell expletives at CMHC2 DeLeon. I warned Roberts that he needed to tone down his language but Roberts continued. Roberts began calling CMHC2 DeLeon a "fucking liar", a "sucker ass motherfucker" ,"I'm going to sue your punk ass" and several other expletives as we were walking down the tier. As Roberts was being placed in his cell, he began making vague and potentially threatening statements towards CMHC2 DeLeon. I/I Roberts began making statements  such as , "you don't know me or who you're dealing with, I have people on the outside", "call my mom and ask about me (proceeded to give a phone number that started with 916)", and "ask what happened at eastern state hospital". I warned Roberts that his statements were on the verge of being threats and Roberts responded, "Well write me the fuck up then". Roberts is being infracted for WAC(s) 202-(Harassing, using abusive language, or engaging in other offensive behavior directed to, or in the presence of another person(s) or group(s)) for the harassing and abusive language used towards CMHC2 DeLeon and WAC(s) 663- (Using physical force, intimidation, or coercion against any person) for statements made to intimidate a staff member.

Evidence: ☐ Yes  ☒ No   Evidence case number: _____   Locker number: _____

Description of evidence: _____

Related reports attached: ☐ Supplemental/Incident Report(s)  ☐ Medical
                          ☐ Other: Specify _____

☐ Administrative Segregation      Date: _____

Recommended sanctions: _____

| ALLEGED VICTIMS |
|---|

Name(s): _____ 112 of 310 _____

☐ Employee/contract staff      ☐ Volunteer/visitor/other      ☐ Individual DOC #_____

DOC 17-076 (Rev. 02/22/23)
Scan Code IF01

DOC 460.000, DOC 580.655, DOC 780.200

Name(s): _____

☐ Employee/contract staff        ☐ Volunteer/visitor/other        ☐ Individual  DOC # _____

| APPROVALS |
|---|

James Rogers _____        _____/signature/_____        ~~Sat/Sun~~
Reporting employee/contract staff        Signature                        Shift/days off

Lt. Torculano Jaime 7/60        Lt. Torculano Jaime 7/60        7-27-2023
Infraction Reviewer                Signature                        Date

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:   **ORIGINAL** - Imaging or Central file
                **COPY** - Hearing Officer, Individual, Board

113 of 310

DOC 460.000, DOC 580.655, DOC 780.200



**DISCIPLINARY HEARING MINUTES AND FINDINGS**

Infraction Group Number: _____93_____

ROBERTS, Joseph J. _____   394089 _____   7/26/2023 _____
Name                                                          DOC number                           Violation date

8/10/2023 _____   _____   ☐ Waived 24 hour notice
Hearing date                          Hearing time                     ☐ Waived appearance

**PLEA:** Guilty: _____   Not guilty: _____   No plea: _____

Hearing impaired:              ☐ Yes   ☐ No
Department Advisor:            ☐ Yes   ☐ No    Name: _____
Sign/language interpreter:     ☐ Yes   ☐ No    Name: _____
Competency concerns:          ☐ Yes   ☐ No
Confidential information:       ☐ Yes   ☐ No
Witness statement returned:    ☐ Yes   ☐ No    ☐ N/A
Witness statement denied:      ☐ Yes   ☐ No    ☐ N/A
Reason(s): _____

| HEARING SUMMARY |
|---|
| List testifying witnesses, evidence used, continuance reason(s), video review summary, any other relevant information |

_____
_____
_____
_____

**LIST EACH WAC 137-28 VIOLATION SEPARATELY**

| Violation # | FINDING | | | | Reason(s) |
|---|---|---|---|---|---|
| | Guilty | Not guilty | Dismissed | Reduced | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |
| | ☐ | ☐ | ☐ | ☐ | |

Sanction(s): _____

Reason(s) for sanction(s): _____

Non-sanction recommendation(s): _____

**I have received a copy of this form:**

_____   _____   _____   _____
Individual/witness              Signature                       Time          Date

_____   _____   _____   _____
Hearing Officer                 Signature   114 of 310           Time          Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file/Central file      **COPY** - Hearing Officer, Individual

DOC 21-312 (Rev. 02/22/23) E-Form          Page 1 of 1                          DOC 460.000
Scan Code IF01

#IGN 43



Department of
**Corrections**
WASHINGTON STATE

**SANCTION NOTIFICATION**

Offender Name: ROBERTS, J    DOC Number: 394089    Unit/Cell: MHU E08

You have been found guilty of rule violations: 66-3 , 202 , , 

The following sanction(s) were imposed: 30 days loss mobile electron c
device (tablet), 30 days loss T.V.

Your sanction will begin on _____ at _____ and end on _____ at _____
                              Date      Time                Date        Time

1. Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

   a. You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

   b. If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

   c. Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2. When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3. It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4. Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA WORK DUTY | | | | | | CELL CONFINEMENT (Optional) | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**I have read and received a copy of this form and understand the sanction imposed.**

_____        _____
Date Served                             Time Served

Held in absentia / given copies
Offender (Print Name)        Offender Signature        Date

Maganullocent        Cu        7-31-23
Staff (Print Name)        Staff Signature        Date

                              115 of 310

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: ORIGINAL – Offender        COPY – Unit File
DOC 17-085 (Rev. 08/16/12)                                    DOC 460.000



Department of
**Corrections**
WASHINGTON STATE

# SANCTION NOTIFICATION

Offender Name: _____    DOC Number: _____    Unit/Cell: _____

You have been found guilty of rule violations: _____ , _____ , _____

The following sanction(s) were imposed: _____

_____

Your sanction will begin on _____ at _____ and end on _____ at _____
    Date        Time            Date        Time

1. Cell confinement or confinement to quarters sanctions are required to remain in their cells/assigned area(s) except for attendance at work or school program, religious services, visits, meals, or law library if documented court deadline has been imposed.

    a. You will be afforded the opportunity to complete a shower, telephone call, use of J-Pay/Kiosk, room cleaning between the hours of _____ am/pm and _____ am/pm which will be monitored by staff.

    b. If you are not involved with one of the above activities, you are to remain in your cell; the cell/room door must remain closed.

    c. Law Library and legal telephone calls must be pre-approved; any other activities must be requested in writing and approved by the CUS, or Unit Sergeant.

2. When going to, or returning from, an authorized activity, you are not to loiter, engage in other activities, make side trips, or stop to converse with anyone.

3. It is your responsibility to seek work assignments to ensure your extra duty sanction is completed by the date listed above. Extra work duty is to be performed at times and places determined by staff. Refusal and/or failure to perform or complete any extra work duty may result in an infraction.

4. Exceptions to any of the above conditions must be approved in advance by unit staff.

| SANCTION RECORD | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| EXTRA WORK DUTY | | | | | | CELL CONFINEMENT (Optional) | | | | |
| Date and Time Started | Staff Initials | Time and Date Completed | Hours Completed | Hours Remaining | Staff Initials | Date and Time Cell Cleaned/Laundry | Phone | | Shower | |
| | | | | | | | On | Off | In | Out |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

**I have read and received a copy of this form and understand the sanction imposed.**

_____    _____
Date Served                                  Time Served

_____    _____    _____
Offender (Print Name)        Offender Signature        Date        DOC Number

_____    _____    _____
Staff (Print Name)        Staff Signature        Date

116 of 310

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

Distribution: **ORIGINAL** – Offender    **COPY** – Unit File
DOC 17-085 (Rev. 08/16/12)                                    DOC 460.000



**DISCIPLINARY HEARING APPEAL**

Department of **Corrections** WASHINGTON STATE

Roberts, Joe
Name

394089
DOC number

8/9/2023
Date

I am appealing the decision of my ☐ General Infraction ☒ Serious Infraction

Violation(s): IGN #93 WAC202 - 663

Magana-Moreno
Disciplinary Hearing Officer

WSP
Location

7/31/23
Date

**APPEAL REASON(S)**
Additional pages may be attached, if necessary. It is recommended that no more than 2 pages are submitted.

I appeal for the following reasons:

1. Since being in baker unit I have been retaliated against by De Leon, and other DOC staff. As a result of receiving 30 plus infractions, within weeks of being in the unit. I am fearful and very afraid to go to anyone or be my hearings so I refused to be present or out of fear of retaliation with BAKER unit staff.

2. The guilty finding for the 663 should be dismissed because I have a right to say I will sue. Its protected conduct. However I am guilty for the 202 abusive language. I told De Leon I would sue him and told him to look me up because my cases are public record and Its true. I do have family on the streets who know about my lawsuits and I have a lawyer on paid retention/retainer. So yes I have people on the streets.

For the above reasons. The guilty finding violates my for the 663. violates my rights under the First Amendment to prepare and file litigation and my free speech. I simply made a statement of fact and I was retaliated against. Overturn the 663.

Appeals must be submitted after receiving notice of the action taken as follows:
- General infraction appeals must be submitted to the primary Disciplinary Hearing Officer within 2 business days per WAC 137-28-250. A copy of DOC 17-070 General Infraction Report must be attached to this appeal.
- Serious infraction appeals must be submitted to the Superintendent within 15 business days per WAC 137-28-380.

Sanctions WILL NOT BE STAYED pending the outcome of an appeal.

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

114 of 310

Distribution: **SERIOUS: ORIGINAL** - Superintendent, Imaging System  **COPY** - Hearing Officer, Offender, Offender File
**GENERAL: ORIGINAL** - Hearing Officer  **COPY** - Offender, Offender File

DOC 17-074 (Rev. 06/01/18)
Scan Code: Packet (IF01), Individual (HR10)

DOC 460.000

EXHIBIT

I

A COPY OF PLAINTIFF'S CUSTODY FACILITY PLAN

1188 & 89 316

6/5/23, 12:07 PM                          OMNI: Offender - Custody Facility Plan

Washington State
Department of Corrections          Offender Management Network Information          | DOC No.:        394089  Go |

Selected DOC No.: 394089 ROBERTS, Joseph Jw Jr.

| Home | Assignments | Offender | Plans | Programs | Facility | Search | Administration |

ome > Plans > Custody Facility Plan > Create Plan Change > Review Plan        Return to Case Plan  |  Help    Logged in as **David Cervantez**

## Plan Change Menu ⊟         **Inmate: ROBERTS, Joseph Jw Jr. (394089)**        View Offender Photo | Legal Face Sheet ⊟

Pt 1: Review Plan

| | | | | |
|---|---|---|---|---|
| Gender: Male | DOB: 07/20/1986 | Age: 36 | Category: Regular Inmate | Body Status: **Active Inmate** |
| RLC: HV | Wrap-Around: No | Comm. Concern: Yes | Custody Level: Close | Location: WSP-Main — MHU / ME151L |
| ERD: 04/20/2025 | | | | CC/CCO: HaneyNixon, Rebecca L |

**Sticky Notes** 🗋

### Links

OnBase
CeField
CePrison
Policies
Report Wizard
CRSH
Verified Services

### Offender Information

| | Expiration Date | Eligibility Date | Supervision Ordered | — Mental Health |
|---|---|---|---|---|
| Time Start: 10/04/2016 | Mandatory: | Camp: 04/20/2019 | Yes | SMI: No ORCS: No |
| Offender Release Plan: Investigation | Maximum: 03/01/2026 | Work Release: 10/20/2024 | ORP Override Type Please Select ⌄ | |
| | | | Please Explain ORP Override In Counselor Comment Section. | End Of Sentence Review Status: |
| Next Review Date: N/A | Ten Day Release: Denied | Commitment Type: OAA | | N |

### Pt 1: Review Plan

#### Purpose of Review

| Purpose Of Review | Date Initiated |
|---|---|
| Plan Change | 05/03/2023 |

#### Previously Deported

No

#### Detainers

| Current | | |
|---|---|---|
| Type | Narrative | |

#### Holds

| Hold | Staff Name | Hold Until |
|---|---|---|
| Medical Hold | Phillips, Brenda A | 06/29/2023 |

#### Community Support

County Of First Felony Conviction, WA: **King**

⌂ Homeless / Address Unknown

#### Program Needs

| Education | | | | |
|---|---|---|---|---|
| GED/HSD: | Date Obtained: | | Location: | Verified? |

Offender Needs (Needs Assessment Tool)
COMMUNITY EMPLOYMENT          119   ~~52~~   &   ~~84~~ 310
RESIDENTIAL
EDUCATION

OMNI: Offender - Custody Facility Plan

ATTITUDES / BEHAVIORS
COPING SKILLS
FRIENDS
MENTAL HEALTH
AGGRESSION
FAMILY


Program Narrative

Narrative:

* See Case Plan *

Good Conduct Time Restoration Pathway (GCTRP): As of 5/3/23 Total of 729 days loss of GCT.
NEW GCTRP DEVELOPED @ WSP 5/3/23. BEFORE THIS PLAN COULD EVEN BE APPROVED ANOTHER
INFRACTION WAS RECEIVED. 5/4/23 WAC 663. Mr. Roberts has now closed the window of eligibility for GCT
restoration.

To restore 100 days of GCT lost on:
IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST
IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST
IGN 4 WAC 506 THREATENING [CAT B] On 03/01/2017 10 DAYS LOST
IGN 7 WAC 558 STAFF INTERFERENCE & 896 DISCR. HARASSMENT [CAT B] On 03/22/2017 30 DAYS LOST
IGN 45 WAC 724 REFUSE CELL ASSIGNMENT [CAT C] On 7/17/2019 20 DAYS LOST

Mr. Roberts will complete the THINKING FOR A CHANGE program. He will also remain infraction free for 1
year. If he has completed these requirements by his review in 2024 he can request restoration. This will
make his ERD approximately Jan 10, 2025.
If this GCTRP is not completed by then, he will no longer be eligible for any restoration, based in ERD and
timelines to complete. He agrees to try his best to complete this. As noted below, Mr. Roberts has not been
able to maintain infraction free behavior for longer than 120 days. If he is able to remain infraction free for
1 year he will have worked hard and be deserving of this time restoration.


ELIGIBLE VIOLATIONS:
IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST
IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST
IGN 4 WAC 506 THREATENING [CAT B] On 03/01/2017 10 DAYS LOST
IGN 7 WAC 558 STAFF INTERFERENCE & 896 DISCR. HARASSMENT [CAT B] On 03/22/2017 30 DAYS LOST
IGN 8 WAC 506 THREATENING [CAT B] On 03/21/2017 45 DAYS LOST
IGN 10 WAC 602 POSSESS WEAPON [CAT A] On 05/14/2017 60 DAYS LOST
IGN 19 WAC 506 THREATENING [CAT B] On 08/11/2017 10 DAYS LOST
IGN 20 WAC 558 STAFF INTERFERANCE & 600 TAMP W/LOCK DEVICE - [CAT B] On 03/21/2017 45 DAYS
LOST
IGN 21 WAC 600 TAMPERING W/LOCKING SECURITY DEVICE- [CAT B] On 8/31/2017 10 DAYS LOST
IGN 30 WAC 720 FLOODING [CAT C] On 3/26/2018 5 DAYS LOST
IGN 31 WAC 720 FLOODING [CAT C] On 3/26/2018 5 DAYS LOST
IGN 32 WAC 506 THREATENING [CAT B] On 3/28/2018 10 DAYS LOST
IGN 45 WAC 724 REFUSE CELL ASSIGNMENT [CAT C] On 7/17/2019 20 DAYS LOST
IGN 47 WAC 724 REFUSE CELL ASSIGNMENT [CAT C] On 12/31/2019 20 DAYS LOST
IGN 50 WAC 506 THREATENING [CAT B] On 1/30/2020 20 DAYS LOST
IGN 51 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On 2/12/2020 15 DAYS LOST
IGN 53 WAC 509 REFUSE TO PROCEED/DISPERSE [CAT B] On 3/27/2020 30 DAYS LOST
IGN 54 WAC 704 STAFF ASSAULT, WAC 509 REFUSE TO DISPERSE, WAC 558 60 DAYS LOST
STAFF INTERFERANCE, WAC 777 RESIST ORDER W/STAFF INJURY [CAT A]
ON 4/4/2020
IGN 55 WAC 663 INTIMIDATION [CAT B] On 4/13/2020 15 DAYS LOST
IGN 56 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On 4/17/2020 60 DAYS LOST
IGN 58 WAC 509 REFUSE TO PROCEED, WAC 600 TAMPER W/LOCKING SECURITY 30 DAYS LOST
DEVICE [CAT B] On 4/29/2020
IGN 59 WAC 509 REFUSE TO PROCEED/DISPERSE [CAT B] On 7/16/2020 20 DAYS LOST
IGN 60 WAC 659 SEXUAL HARASSMENT/OFFENDER [CAT C] On 5/11/2020 30 DAYS LOST
IGN 61 WAC 659 SEXUAL HARASSMENT/OFFENDER [CAT C] On 4/24/2020 20 DAYS LOST
IGN 62 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On10/22/2020 10 DAYS LOST
IGN 63 WAC 704 STAFF ASSAULT, WAC 717 REFUSE/RESISTING/SAFETY [CAT A] 60 DAYS LOST
On 11/7/2020
IGN 69 WAC 506 THREATENING [CAT B] On 6/14/2021 5 DAYS LOST

6/5/23, 12:07 PM                    OMNI: Offender - Custody Facility Plan

IGN 70 WAC 896 DISCRIMINATORY HARASSMENT [CAT B] On 7/8/2021 10 DAYS LOST
IGN 72 WAC 506 THREATENING [CAT B] On 7/20/2021 10 DAYS LOST
IGN 73 WAC 600 TAMPER W/ LOCK SECURITY DEVICE [CAT B] On 7/21/2021 10 DAYS LOST
IGN 74 WAC 717 REFUSAL/RESISTING/SAFETY [CAT B] On 7/21/2021 5 DAYS LOST
IGN 76 WAC 600 TAMPER W/ LOCK SECURITY DEVICE [CAT B] On 11/17/2021 15 DAYS LOST
IGN 77 WAC 663 STRONGARMING/INTIMIDATION, WAC 717 REFUSAL/RESIST
SAFTEY, WAC 202 ABUSIVE LANGUAGE [CAT B] On 2/4/2022 15 DAYS LOST
IGN 80 WAC 506 THREATENING [CAT B] On 7/8/22 9 DAYS LOST
TOTAL DAYS LOST 729

Education/Employment Needs
**Employment/Education Needs**
Needs Basic Skills Preparation
Needs full time prison work assignment
Narrative:
See Case Plan

Programs

| Program Name | Program Date | Program Status |
| --- | --- | --- |
| THINKING FOR A CHANGE (T4C) | 05/05/2023 | Transfer |
| Tabletop Role Playing Games | 05/05/2023 | Reschedule |

## Expectations

Conditions
**Condition Description**

There is no data to display.

Expectations

| Expectation | Frequency | Due Date | Complete |
| --- | --- | --- | --- |
| ABIDE BY PROTECTION ORDER 151068241-KING COUNTY SUPERIOR COURT PROTECTING CATRINA WOOLRIDGE EXPIRING 09/30/2026, OR RISK FURTHER PROSECUTION. | Due date posted in narrative | 09/30/2026 | No |
| vely participate in or complete designated programs that are consistent with your BPP/IBMP/PRP. Comply with DOC programming expectations. Do not decline a program opportunity when assigned. | Due date posted in narrative | 09/30/2026 | No |
| • Communication/Interaction with DOC staff is expected to be mutually respectful. You will not swear, curse or use foul/demeaning language, not utter racial slurs and treat everyone I encounter with respect. | Due date posted in narrative | 09/30/2026 | No |
| • Compliance with BPP , IBMP/PRP will determine progression through the step system. | Due date posted in narrative | 09/30/2026 | No |
| • Failure to participate in programing opportunities will be cause to deny level promotions and may impact promotion to less restrictive custody. | Due date posted in narrative | 09/30/2026 | No |
| • Identify 2-3 coping skills to help with emotion regulation. | Due date posted in narrative | 09/30/2026 | No |
| • Meet with provider at least every 60 days and take medications as prescribed | Due date posted in narrative | 09/30/2026 | No |
| • Personal security/safety issues will be reported to unit security staff immediately | Due date posted in narrative | 09/30/2026 | No |
| • Remain infraction free. | Due date posted in narrative | 09/30/2026 | No |
| • You will comply with facility/unit security, sanitation, and safety expectations | Due date posted in narrative | 09/30/2026 | No |
| • no more than 2 negative observations per week. | Due date posted in narrative | 09/30/2026 | No |
| PROGRAM IN A POSITIVE MANNER | On-going | 09/30/2026 | No |

## LFO (Legal Financial Obligations)

| Cause | Amount $ |
| --- | --- |
| 151068241 | 5.94 |
| Total: | $5.94 |

6/5/23, 12:07 PM

OMNI: Offender - Custody Facility Plan

## Custody Score

### Current Custody

| | Current Custody Score: | 2 |
|---|---|---|
| Close | | |

### Infraction Behavior

| | | Infraction Behavior Score: | 0 |
|---|---|---|---|
| | | All Infractions Addressed In Previous Plan? | No |

DOC Infractions:

| Category | Violation Description | Date Occurred |
|---|---|---|
| B3 | 558 - STAFF INTERFERENCE | 02/27/2023 |
| C1 | 896 - DISCRIMINATORY HARASSMENT | 01/28/2023 |
| C1 | 663 - STRONGARMING/INTIMIDATION | 05/04/2023 |
| B3 | 600 - TAMPER WITH LOCK/SECURITY DEVICE | 04/14/2023 |

### Program Behavior

| | | | Program Behavior Score: | 0 |
|---|---|---|---|---|

| Month | Year | Points | Non-Award Reason |
|---|---|---|---|
| January | 2023 | 0 | |
| February | 2023 | 0 | |
| March | 2023 | 0 | Offender Segregated |
| April | 2023 | 0 | Programming Not Found |
| May | 2023 | 0 | |
| June | 2023 | 0 | |

### Detainers

| | | | Detainer Score: | 0 |
|---|---|---|---|---|
| | Felony | ICE | | |
| Current | No | No | | |
| Potential | No | No | | |

### Escape History

| | | Escape History Score: | 0 |
|---|---|---|---|
| DOC | | | |

| Escape Description | Month | Year |
|---|---|---|

### Calculated Custody

| | Custody Score: | 2 |
|---|---|---|
| | Calculated Custody: | Close |

## Targeted Custody and Placement

| Targeted Date | Targeted Custody | Targeted Placement | Inmate Preferred Location |
|---|---|---|---|
| | | There is no data to display. | |

## Disciplines

| Discipline | Other Discipline | Staff |
|---|---|---|
| | There is no data to display. | |

## Recommendations

☑ **I have verified Earned Time and Programming Points are accurate.**   (06/05/2023 Cervantez, David Jr.)

6/5/23, 12:07 PM                                        OMNI: Offender - Custody Facility Plan

Counselor:                                    Submission Date:

**Rebecca HaneyNixon, Classification Counselor 3**

Offender's Comments:

Counselor's Comments:

ROBERTS #391089. Ef/PP updated. PP not received for March or April due to no programming found,
segregation housing and infractions. Separations reviewed with no changes. A GCT Restoration Pathway was
developed on 5/3/23 but before this plan could be submitted Mr. Roberts was again infracted. He will now be
outside the timelines of eligibility due to ERD and Policy requirements for completion. ROBERTS is currently

Create Transfer Order

Calculated Custody:  Classification Status:  Completion Date:  Custody Assigned By:
Close                In-Work

Cancel

ROBERTS #394089. ET/PP updated. PP not received for March or April due to no programming found, segregation housing and infractions. Separations reviewed with no changes. A GCT Restoration Pathway was developed on 5/3/23 but before this plan could be submitted Mr. Roberts was again infracted. He will now be outside the timelines of eligibility due to ERD and Policy requirements for completion. ROBERTS is currently assigned to T4C programming, and it would be beneficial for him to complete. He has a current CRS-2 indicating CLOSE custody.

124     310
        309
        87 & 89

6/26/23, 9:29 AM                                   OMNI: Offender - Custody Facility Plan

| **State of Washington** | **Custody Review** |
|---|---|
| **Department of Corrections** | **Offender Version** |

**Assigned Counselor:** HaneyNixon, Rebecca L

**Printed By:** HaneyNixon, Rebecca L
**Print Date:** 06/26/2023

## Inmate: ROBERTS, Joseph Jw Jr. (394089)

| | | | |
|---|---|---|---|
| Gender: Male | DOB: 07/20/1986 Age: 36 | Category: Regular Inmate | Body Status: Active Inmate |
| RLC: HV | | Custody Level: Close | Location: WSP-Main — B / BC1051L |
| ERD: 04/20/2025 | | | CC/CCO: HaneyNixon, Rebecca L |

## Purpose of Review

| Purpose Of Review | Date Initiated | |
|---|---|---|
| Plan Change | 05/03/2023 | |
| Other | 06/12/2023 | GCTR Plan Needs Approval |

## Program Needs

-- Education

| GED/HSD: | Date Obtained: | Location: | Verified? |
|---|---|---|---|

Offender Needs (Needs Assessment Tool)

COPING SKILLS
RESIDENTIAL
EDUCATION
FRIENDS
AGGRESSION
COMMUNITY EMPLOYMENT
MENTAL HEALTH
ATTITUDES / BEHAVIORS
FAMILY

125 of 310 [handwritten]

Program Narrative

Narrative:

* See Case Plan * Good Conduct Time Restoration Pathway (GCTRP): As Of 5/3/23 Total Of 729 Days Loss Of GCT. NEW GCTRP DEVELOPED @ WSP 6/12/23. To Restore 40 Days Of GCT Lost On: IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST Mr. Roberts Will Complete The THINKING FOR A CHANGE Program. He Will Also Remain Infraction Free For 1 Year. If He Has Completed These Requirements By His Review In May 2024 He Can Request Restoration. If This GCTRP Is Not Completed By Then, He Will No Longer Be Eligible For Any Restoration, Based In ERD And Timelines To Complete. He Agrees To Try His Best To Complete This. As Noted Below, Mr. Roberts Has Not Been Able To Maintain Infraction Free Behavior For Longer Than 120 Days. If He Is Able To Remain Infraction Free For 1 Year He Will Have Worked Hard And Be Deserving Of This Time Restoration. ELIGIBLE VIOLATIONS: IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST IGN 7 WAC 558 STAFF INTERFERENCE & 896 DISCR. HARASSMENT [CAT B] On 03/22/2017 30 DAYS LOST IGN 8 WAC 506 THREATENING [CAT B] On 03/21/2017 45 DAYS LOST IGN 10 WAC 602 POSSESS WEAPON [CAT A] On 05/14/2017 60 DAYS LOST IGN 19 WAC 506 THREATENING [CAT B] On 08/11/2017 10 DAYS LOST IGN 20 WAC 558 STAFF INTERFERANCE & 600 TAMP W/LOCK DEVICE - [CAT B] On 03/21/2017 45 DAYS LOST IGN 21 WAC 600 TAMPERING W/LOCKING SECURITY DEVICE- [CAT B] On 8/31/2017 10 DAYS LOST IGN 30 WAC 720 FLOODING [CAT C] On 3/26/2018 5 DAYS LOST IGN 31 WAC

6/26/23, 9:29 AM                                    OMNI: Offender - Custody Facility Plan

720 FLOODING [CAT C] On 3/26/2018 5 DAYS LOST IGN 32 WAC 506 THREATENING [CAT B] On 3/28/2018 10 DAYS LOST IGN 45 WAC 724 REFUSE CELL ASSIGNMENT [CAT C] On 7/17/2019 20 DAYS LOST IGN 47 WAC 724 REFUSE CELL ASSIGNMENT [CAT C] On 12/31/2019 20 DAYS LOST IGN 50 WAC 506 THREATENING [CAT B] On 1/30/2020 20 DAYS LOST IGN 51 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On 2/12/2020 15 DAYS LOST IGN 53 WAC 509 REFUSE TO PROCEED/DISPERSE [CAT B] On 3/27/2020 30 DAYS LOST IGN 54 WAC 704 STAFF ASSAULT, WAC 509 REFUSE TO DISPERSE, WAC 558 60 DAYS LOST STAFF INTERFERANCE, WAC 777 RESIST ORDER W/STAFF INJURY [CAT A] ON 4/4/2020 IGN 55 WAC 663 INTIMIDATION [CAT B] On 4/13/2020 15 DAYS LOST IGN 56 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On 4/17/2020 60 DAYS LOST IGN 58 WAC 509 REFUSE TO PROCEED, WAC 600 TAMPER W/LOCKING SECURITY 30 DAYS LOST DEVICE [CAT B] On 4/29/2020 IGN 59 WAC 509 REFUSE TO PROCEED/DISPERSE [CAT B] On 7/16/2020 20 DAYS LOST IGN 60 WAC 659 SEXUAL HARASSMENT/OFFENDER [CAT C] On 5/11/2020 30 DAYS LOST IGN 61 WAC 659 SEXUAL HARASSMENT/OFFENDER [CAT C] On 4/24/2020 20 DAYS LOST IGN 62 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On10/22/2020 10 DAYS LOST IGN 63 WAC 704 STAFF ASSAULT, WAC 717 REFUSE/RESISTING/SAFETY [CAT A] 60 DAYS LOST On 11/7/2020 IGN 69 WAC 506 THREATENING [CAT B] On 6/14/2021 5 DAYS LOST IGN 70 WAC 896 DISCRIMINATORY HARASSMENT [CAT B] On 7/8/2021 10 DAYS LOST IGN 72 WAC 506 THREATENING [CAT B] On 7/20/2021 10 DAYS LOST IGN 73 WAC 600 TAMPER W/ LOCK SECURITY DEVICE [CAT B] On 7/21/2021 10 DAYS LOST IGN 74 WAC 717 REFUSAL/RESISTING/SAFETY [CAT B] On 7/21/2021 5 DAYS LOST IGN 76 WAC 600 TAMPER W/ LOCK SECURITY DEVICE [CAT B] On 11/17/2021 15 DAYS LOST IGN 77 WAC 663 STRONGARMING/INTIMIDATION, WAC 717 REFUSAL/RESIST SAFTEY, WAC 202 ABUSIVE LANGUAGE [CAT B] On 2/4/2022 15 DAYS LOST IGN 80 WAC 506 THREATENING [CAT B] On 7/8/22 9 DAYS LOST TOTAL DAYS LOST 729

---

Education/Employment Needs

**Education/Employment Need**
Needs Full Time Prison Work Assignment
Needs Basic Skills Preparation

**Narrative:**
See Case Plan

---

Programs

| Program Name | Program Date | Program Status |
|---|---|---|
| THINKING FOR A CHANGE (T4C) | 05/05/2023 | Transfer |
| Tabletop Role Playing Games | 05/05/2023 | Reschedule |

## Custody Score

Current Custody

|  | **Current Custody Score:** | 2 |
|---|---|---|
| Close |  |  |

Infraction Behavior

|  | **Infraction Behavior Score:** | 0 |
|---|---|---|

Program Behavior

|  | **Program Behavior Score:** | 0 |
|---|---|---|

| Month | Year | Points | Non-Award Reason |
|---|---|---|---|
| January | 2023 | 0 |  |
| February | 2023 | 0 |  |
| March | 2023 | 0 | Offender Segregated |
| April | 2023 | 0 | Programming Not Found |
| May | 2023 | 0 |  |
| June | 2023 | 0 |  |

126 of 310 ~~309~~

Detainers

|  | **Detainer Score:** | 0 |
|---|---|---|
|  | **Felony** | **ICE** |
| **Current** | No | No |

6/26/23, 9:29 AM                          OMNI: Offender - Custody Facility Plan

| Potential | No | No |
|-----------|----|----|

### Escape History

| | | Escape History Score: | 0 |
|--|--|----------------------|---|

#### DOC

| Escape Description | Month | Year |
|--------------------|-------|------|

### Calculated Custody

| | Custody Score: | 2 |
|--|----------------|---|
| | Calculated Custody: | Close |

## Expectations

**Condition**

| Expectation | Frequency | Due Date | Complete |
|-------------|-----------|----------|----------|
| ABIDE BY PROTECTION ORDER 151068241-KING COUNTY SUPERIOR COURT PROTECTING CATRINA WOOLRIDGE EXPIRING 09/30/2026, OR RISK FURTHER PROSECUTION. | Due Date Posted In Narrative | 09/30/2026 | No |
| Vely Participate In Or Complete Designated Programs That Are Consistent With Your BPP/IBMP/PRP. Comply With DOC Programming Expectations. Do Not Decline A Program Opportunity When Assigned. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Communication/Interaction With DOC Staff Is Expected To Be Mutually Respectful. You Will Not Swear, Curse Or Use Foul/Demeaning Language, Not Utter Racial Slurs And Treat Everyone I Encounter With Respect. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Compliance With BPP / IBMP/PRP Will Determine Progression Through The Step System. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Failure To Participate In Programing Opportunities Will Be Cause To Deny Level Promotions And May Impact Promotion To Less Restrictive Custody. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Identify 2-3 Coping Skills To Help With Emotion Regulation. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Meet With Provider At Least Every 60 Days And Take Medications As Prescribed | Due Date Posted In Narrative | 09/30/2026 | No |
| • Personal Security/Safety Issues Will Be Reported To Unit Security Staff Immediately | Due Date Posted In Narrative | 09/30/2026 | No |
| • Remain Infraction Free. | Due Date Posted In Narrative | 09/30/2026 | No |
| • You Will Comply With Facility/Unit Security, Sanitation, And Safety Expectations | Due Date Posted In Narrative | 09/30/2026 | No |
| • No More Than 2 Negative Observations Per Week. | Due Date Posted In Narrative | 09/30/2026 | No |
| PROGRAM IN A POSITIVE MANNER | On-Going | 09/30/2026 | No |

## LFO (Legal Financial Obligations)

| Cause | Amount |
|-------|--------|
| 151068241 | $5.94 |
| **Total:** | **$5.94** |

## Targeted Custody

| Targeted Date | Targeted Custody | Targeted Placement | Inmate Preferred Location |
|---------------|------------------|--------------------|-----------------------------|

## Disciplines

127 of 310

| Discipline | Other Discipline | Staff |
|-----------|------------------|-------|
| Mental Health | | Rogers, James A |
| Programming Supervisor | | Draper-Beard, Katherine E |

6/26/23, 9:29 AM                          OMNI: Offender - Custody Facility Plan

## Comments/Recommendations

| Submit/Review Name Date | Comments | Concur |
|---|---|---|
| HaneyNixon, Rebecca L | (Offender) ROBERTS would like to request an override to MEDIUM custody as he believes he would 'do better' if he were not housed in BAKER unit. He indicates there are factors in BAKER unit that discourage his positive behavior. He will ... attend FRMT. | |
| | (Counselor) ****REQUIRES GCTRP APPROVAL.***ROBERTS #394089. ET/PP updated. Separations reviewed with no changes. A GCT Restoration Pathway has been developed that will allow ROBERTS to gain back 40days of Lost Good Conduct Time. GCTRP: To restore 40 days of GCT lost on: IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST Mr. Roberts will complete the THINKING FOR A CHANGE program. He will also remain infraction free for 1 year. If he has completed these requirements by his review in May 2024 he can request restoration. If this GCTRP is not completed by then, he will no longer be eligible for any restoration, based in ERD and timelines to complete. He agrees to try his best to complete this. As noted below, Mr. Roberts has not been able to maintain infraction free behavior for longer than 120 days. If he is able to remain infraction free for 1 year he will have worked hard and be deserving of this time restoration. He has accumulated infractions that now score him CLOSE custody. There are currently no separation issues in the BAR units. ***RECOMMEND: Maintain CLOSE CUSTODY and retain at WSP-BAR for RTU level of care. If he maintains behavior and does not receive any further infractions, he will be eligible for MEDIUM custody at his NRD. ***FORWARD FOR GCTRP APPROVAL*** | |

## Assigned Custody

| Calculated Custody: | Assigned Custody: | Override Reason: | Override Narrative: |
|---|---|---|---|
| Close | Close | | |
| | Classification Status: | Completion Date: | Custody Assigned By: |
| | In-Work | | |

**DOC:** 394089          **Name:** ROBERTS, Joseph Jw Jr.

128 of 310

**State of Washington**
**Department of Corrections**

**Custody Review**
**Offender Version**

Assigned Counselor: HaneyNixon, Rebecca L

Printed By: HaneyNixon, Rebecca L
Print Date: 06/30/2023

## Inmate: ROBERTS, Joseph Jw Jr. (394089)

| | | |
|---|---|---|
| Gender: Male    DOB: 07/20/1986  Age: 36 | Category: Regular Inmate | Body Status: Active Inmate |
| RLC: HV | Custody Level: Close | Location: WSP-Main — B / BC1051L |
| ERD: 04/20/2025 | | CC/CCO: HaneyNixon, Rebecca L |

## Purpose of Review

| Purpose Of Review | Date Initiated | |
|---|---|---|
| Plan Change | 05/03/2023 | |
| Other | 06/12/2023 | GCTR Plan Needs Approval |

## Program Needs

### Education

| GED/HSD: | Date Obtained: | Location: | Verified? |
|---|---|---|---|
| | | | |

### Offender Needs (Needs Assessment Tool)

AGGRESSION
COMMUNITY EMPLOYMENT
ATTITUDES / BEHAVIORS
EDUCATION
COPING SKILLS
MENTAL HEALTH
RESIDENTIAL
FRIENDS
FAMILY

### Program Narrative

310
129 of 309

Narrative:

* See Case Plan * Good Conduct Time Restoration Pathway (GCTRP): As Of 5/3/23 Total Of 729 Days Loss Of GCT. NEW GCTRP DEVELOPED @ WSP 6/12/23. To Restore 40 Days Of GCT Lost On: IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST Mr. Roberts Will Complete The THINKING FOR A CHANGE Program. He Will Also Remain Infraction Free For 1 Year. If He Has Completed These Requirements By His Review In May 2024 He Can Request Restoration. If This GCTRP Is Not Completed By Then, He Will No Longer Be Eligible For Any Restoration, Based In ERD And Timelines To Complete. He Agrees To Try His Best To Complete This. As Noted Below, Mr. Roberts Has Not Been Able To Maintain Infraction Free Behavior For Longer Than 120 Days. If He Is Able To Remain Infraction Free For 1 Year He Will Have Worked Hard And Be Deserving Of This Time Restoration. ELIGIBLE VIOLATIONS: IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST IGN 4 WAC 506 THREATENING [CAT B] On 03/01/2017 10 DAYS LOST IGN 7 WAC 558 STAFF INTERFERENCE & 896 DISCR. HARASSMENT [CAT B] On 03/22/2017 30 DAYS LOST IGN 8 WAC 506 THREATENING [CAT B] On 03/21/2017 45 DAYS LOST IGN 10 WAC 602 POSSESS WEAPON [CAT A] On 05/14/2017 60 DAYS LOST IGN 19 WAC 506 THREATENING [CAT B] On 08/11/2017 10 DAYS LOST IGN 20 WAC 558 STAFF INTERFERANCE & 600 TAMP W/LOCK DEVICE - [CAT B] On 03/21/2017 45 DAYS LOST IGN 21 WAC 600 TAMPERING W/LOCKING SECURITY DEVICE- [CAT B] On 8/31/2017 10 DAYS LOST IGN 30 WAC 720 FLOODING [CAT C] On 3/26/2018 5 DAYS LOST IGN 31 WAC

720 FLOODING [CAT C] On 3/26/2018 5 DAYS LOST IGN 32 WAC 506 THREATENING [CAT B] On 3/28/2018 10 DAYS LOST IGN 45 WAC 724 REFUSE CELL ASSIGNMENT [CAT C] On 7/17/2019 20 DAYS LOST IGN 47 WAC 724 REFUSE CELL ASSIGNMENT [CAT C] On 12/31/2019 20 DAYS LOST IGN 50 WAC 506 THREATENING [CAT B] On 1/30/2020 20 DAYS LOST IGN 51 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On 2/12/2020 15 DAYS LOST IGN 53 WAC 509 REFUSE TO PROCEED/DISPERSE [CAT B] On 3/27/2020 30 DAYS LOST IGN 54 WAC 704 STAFF ASSAULT, WAC 509 REFUSE TO DISPERSE, WAC 558 60 DAYS LOST STAFF INTERFERANCE, WAC 777 RESIST ORDER W/STAFF INJURY [CAT A] ON 4/4/2020 IGN 55 WAC 663 INTIMIDATION [CAT B] On 4/13/2020 15 DAYS LOST IGN 56 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On 4/17/2020 60 DAYS LOST IGN 58 WAC 509 REFUSE TO PROCEED, WAC 600 TAMPER W/LOCKING SECURITY 30 DAYS LOST DEVICE [CAT B] On 4/29/2020 IGN 59 WAC 509 REFUSE TO PROCEED/DISPERSE [CAT B] On 7/16/2020 20 DAYS LOST IGN 60 WAC 659 SEXUAL HARASSMENT/OFFENDER [CAT C] On 5/11/2020 30 DAYS LOST IGN 61 WAC 659 SEXUAL HARASSMENT/OFFENDER [CAT C] On 4/24/2020 20 DAYS LOST IGN 62 WAC 600 TAMPER W/LOCK SECURITY DEVICE [CAT B] On10/22/2020 10 DAYS LOST IGN 63 WAC 704 STAFF ASSAULT, WAC 717 REFUSE/RESISTING/SAFETY [CAT A] 60 DAYS LOST On 11/7/2020 IGN 69 WAC 506 THREATENING [CAT B] On 6/14/2021 5 DAYS LOST IGN 70 WAC 896 DISCRIMINATORY HARASSMENT [CAT B] On 7/8/2021 10 DAYS LOST IGN 72 WAC 506 THREATENING [CAT B] On 7/20/2021 10 DAYS LOST IGN 73 WAC 600 TAMPER W/ LOCK SECURITY DEVICE [CAT B] On 7/21/2021 10 DAYS LOST IGN 74 WAC 717 REFUSAL/RESISTING/SAFETY [CAT B] On 7/21/2021 5 DAYS LOST IGN 76 WAC 600 TAMPER W/ LOCK SECURITY DEVICE [CAT B] On 11/17/2021 15 DAYS LOST IGN 77 WAC 663 STRONGARMING/INTIMIDATION, WAC 717 REFUSAL/RESIST SAFTEY, WAC 202 ABUSIVE LANGUAGE [CAT B] On 2/4/2022 15 DAYS LOST IGN 80 WAC 506 THREATENING [CAT B] On 7/8/22 9 DAYS LOST TOTAL DAYS LOST 729

---

**Education/Employment Needs**

**Education/Employment Need**
Needs Basic Skills Preparation
Needs Full Time Prison Work Assignment

**Narrative:**
See Case Plan

---

**Programs**

| Program Name | Program Date | Program Status |
|---|---|---|
| THINKING FOR A CHANGE (T4C) | 05/05/2023 | Transfer |
| Tabletop Role Playing Games | 05/05/2023 | Reschedule |

## Custody Score

**Current Custody**

| | Current Custody Score: | 2 |
|---|---|---|
| Close | | |

**Infraction Behavior**

| | Infraction Behavior Score: | 0 |
|---|---|---|

**Program Behavior**

| | | Program Behavior Score: | 0 |
|---|---|---|---|

| Month | Year | Points | Non-Award Reason |
|---|---|---|---|
| January | 2023 | 0 | |
| February | 2023 | 0 | |
| March | 2023 | 0 | Offender Segregated |
| April | 2023 | 0 | Programming Not Found |
| May | 2023 | 0 | |
| June | 2023 | 0 | |

130 of 310

**Detainers**

| | | | Detainer Score: | 0 |
|---|---|---|---|---|
| | **Felony** | **ICE** | | |
| **Current** | No | No | | |

| Potential | No | No |
|---|---|---|

**Escape History**

Escape History Score:   0

**DOC**

| Escape Description | Month | Year |
|---|---|---|

**Calculated Custody**

Custody Score:   2
Calculated Custody:   Close

## Expectations

**Condition**

| Expectation | Frequency | Due Date | Complete |
|---|---|---|---|
| ABIDE BY PROTECTION ORDER 151068241-KING COUNTY SUPERIOR COURT PROTECTING CATRINA WOOLRIDGE EXPIRING 09/30/2026, OR RISK FURTHER PROSECUTION. | Due Date Posted In Narrative | 09/30/2026 | No |
| Vely Participate In Or Complete Designated Programs That Are Consistent With Your BPP/IBMP/PRP. Comply With DOC Programming Expectations. Do Not Decline A Program Opportunity When Assigned. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Communication/Interaction With DOC Staff Is Expected To Be Mutually Respectful. You Will Not Swear, Curse Or Use Foul/Demeaning Language, Not Utter Racial Slurs And Treat Everyone I Encounter With Respect. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Compliance With BPP / IBMP/PRP Will Determine Progression Through The Step System. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Failure To Participate In Programing Opportunities Will Be Cause To Deny Level Promotions And May Impact Promotion To Less Restrictive Custody. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Identify 2-3 Coping Skills To Help With Emotion Regulation. | Due Date Posted In Narrative | 09/30/2026 | No |
| • Meet With Provider At Least Every 60 Days And Take Medications As Prescribed | Due Date Posted In Narrative | 09/30/2026 | No |
| • Personal Security/Safety Issues Will Be Reported To Unit Security Staff Immediately | Due Date Posted In Narrative | 09/30/2026 | No |
| • Remain Infraction Free. | Due Date Posted In Narrative | 09/30/2026 | No |
| • You Will Comply With Facility/Unit Security, Sanitation, And Safety Expectations | Due Date Posted In Narrative | 09/30/2026 | No |
| • No More Than 2 Negative Observations Per Week. | Due Date Posted In Narrative | 09/30/2026 | No |
| PROGRAM IN A POSITIVE MANNER | On-Going | 09/30/2026 | No |

## LFO (Legal Financial Obligations)

| Cause | Amount |
|---|---|
| 151068241 | $5.94 |
| **Total:** | $5.94 |

## Targeted Custody

| Targeted Date | Targeted Custody | Targeted Placement | Inmate Preferred Location |
|---|---|---|---|

## Disciplines

131 of 310

| Discipline | Other Discipline | Staff |
|---|---|---|
| Mental Health | | Rogers, James A |
| Programming Supervisor | | Draper-Beard, Katherine E |

## Comments/Recommendations

| Submit/Review Name Date | | Comments | Concur |
|---|---|---|---|
| 06/26/2023 | HaneyNixon, Rebecca L | (Offender) ROBERTS would like to request an override to MEDIUM custody as he believes he would 'do better' if he were not housed in BAKER unit. He indicates there are factors in BAKER unit that discourage his positive behavior. He will attend FRMT. | |
| | | (Counselor) ****REQUIRES GCTRP APPROVAL.***ROBERTS #394089. ET/PP updated. Separations reviewed with no changes. A GCT Restoration Pathway has been developed that will allow ROBERTS to gain back 40days of Lost Good Conduct Time. GCTRP: To restore 40 days of GCT lost on: IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST Mr. Roberts will complete the THINKING FOR A CHANGE program. He will also remain infraction free for 1 year. If he has completed these requirements by his review in May 2024 he can request restoration. If this GCTRP is not completed by then, he will no longer be eligible for any restoration, based in ERD and timelines to complete. He agrees to try his best to complete this. As noted below, Mr. Roberts has not been able to maintain infraction free behavior for longer than 120 days. If he is able to remain infraction free for 1 year he will have worked hard and be deserving of this time restoration. He has accumulated infractions that now score him CLOSE custody. There are currently no separation issues in the BAR units. ***RECOMMEND: Maintain CLOSE CUSTODY and retain at WSP-BAR for RTU level of care. If he maintains behavior and does not receive any further infractions, he will be eligible for MEDIUM custody at his NRD. ***FORWARD FOR GCTRP APPROVAL*** | |
| 06/28/2023 | Suckow, Katrina A | (FRMT) FRMT Members: CMHUS K. Suckow, Sgt. Erickson, CC3 Bates, CC3 Gradwohl and CC3 McLaughlin concur with counselor recommendations. RECOMMEND: Maintain CLOSE CUSTODY and retain at WSP-BAR for RTU level of care. If he maintains behavior and does not receive any further infractions, he will be eligible for MEDIUM custody at his NRD. GTR: A GCT Restoration Pathway has been developed that will allow ROBERTS to gain back 40days of Lost Good Conduct Time. GCTRP: To restore 40 days of GCT lost on: IGN 1 WAC 556 REFUSING SEARCH [CAT B] On 02/14/2017 30 DAYS LOST IGN 3 WAC 600 TAMPER WITH LOCK/SECURITY DEVICE [CAT B] On 02/22/2017 10 DAYS LOST Mr. Roberts will complete the THINKING FOR A CHANGE program. He will also remain infraction free for 1 year. If he has completed these requirements by his review in May 2024 he can request restoration. | Yes |
| 06/29/2023 | Lomeli, Alfredo F Jr. | Acting CPM Lomeli, A.: *Concur with establishing GCTRP to restore 40 days of lost GCT if I/I complete the recommended requirements by May 2024. **CONCUR with recommendations to retain close custody and maintain at WSP-BAR for RTU level of care. Targets/promotions are to be addressed at regularly scheduled reviews. | Yes |
| 06/29/2023 | Sundberg, Steven D | Concur with close custody and retention in the BAR units. Also concur with RGCTP for return of 40 days upon successful completion. | Yes |

## Assigned Custody

| Calculated Custody: | Assigned Custody: | Override Reason: | Override Narrative: |
|---|---|---|---|
| Close | Close | | |
| | Classification Status: | Completion Date: | Custody Assigned By: |
| | In-Effect | 06/29/2023 | Steven Sundberg, Associate Superintendent - WSP/Main |

**DOC:** 394089     **Name:** ROBERTS, Joseph Jw Jr.    132 of 310

EXHIBIT

J

A COPY OF PLAINTIFFS HEALTH STATUS
REPORT (HSR)



| OFFENDER I.D. DATA: | ROBERTS, Joseph J. |
|---|---|
| (Name, DOC#, DOB) | 394089  7/20/1986 |

**Department of**
## Corrections
WASHINGTON STATE

# HEALTH STATUS REPORT

| FACILITY | LIVING UNIT | DATE |
|---|---|---|
| WSP-Main | WSP-Main-B | 7/6/2023 |

## HOUSING RESTRICTIONS/LIMITATIONS

## ASSIGNMENT/WORK/TRANSPORTATION/ACTIVITY RESTRICTIONS/LIMITATIONS

## DURABLE MEDICAL EQUIPMENT/SUPPLIES

Ice  Remark: for right hand, 20 minutes a day, once a day, per custody
protocols and procedures.
Expires: 7/4/2024

## DIETARY NEEDS

## ALLERGIES

## OTHER

| HEALTH SERVICES PROVIDER (Stamp/Print and Initial) | DATE | ALTERNATE HEALTH SERVICES STAFF (Stamp/Print and Initial) | DATE |
|---|---|---|---|
| Duncan, James L | 7/6/2023 | | |

DISTRIBUTION:  Original: ☐ Health Record
Copy:  ☐ Offender     ☐ Control          ☐ Correctional Industries   ☐ Counselor/CUS   ☐ Dietary
       ☐ Education    ☐ Laundry/Clothing  ☐ Nursing                   ☐ Recreation      ☐ Shift Sergeant
       ☐ Supply Tech  ☐ Unit Sergeant     ☐ Other:                    ☐ Other:          ☐ Other:

134 of 310

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*





OFFENDER I.D. DATA: ROBERTS, Joseph J.
(Name, DOC#, DOB) 394089  7/20/1986

**Department of**
**Corrections**
WASHINGTON STATE

**HEALTH STATUS REPORT**

| FACILITY | LIVING UNIT | DATE |
|---|---|---|
| WSP-Main | WSP-Main-B | 7/5/2023 |

**HOUSING RESTRICTIONS/LIMITATIONS**

**ASSIGNMENT/WORK/TRANSPORTATION/ACTIVITY RESTRICTIONS/LIMITATIONS**

**DURABLE MEDICAL EQUIPMENT/SUPPLIES**

Ice  Remark: for hand - please provide bag.
Expires: 8/5/2023

**DIETARY NEEDS**

**ALLERGIES**

**OTHER**

| HEALTH SERVICES PROVIDER (Stamp/Print and Initial) | DATE | ALTERNATE HEALTH SERVICES STAFF (Stamp/Print and Initial) | DATE |
|---|---|---|---|
| Duncan, James L | 7/5/2023 | | |

DISTRIBUTION:  Original: ☐ Health Record
Copy:  ☑ Offender  ☐ Control  ☐ Correctional Industries  ☐ Counselor/CUS  ☐ Dietary
☐ Education  ☐ Laundry/Clothing  ☐ Nursing  ☐ Recreation  ☐ Shift Sergeant
☐ Supply Tech  ☐ Unit Sergeant  ☐ Other:  ☐ Other:  ☐ Other:

135 of 310

*State law (RCW 70.02) and/or federal regulations (42 CFR Part 2) prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.*

EXHIBIT

K

A COPY OF ADMINISTRATIVE SEGREGATION PLACEMENT
AND REASONS

5/6/23, 9:17 PM                                                viewSegregation

## Placement Referral:                                                                          ⊟

- Offender Information At Time Of Placement

**ROBERTS, Joseph Jw Jr. (394089) WSP-IMU — IMS / MSF01**

| **ERD:** 04/20/2025 | **RLC:** HV | **Custody Level:** Close | **Location:** WSP-Main |

- Placement Movement ----

**\* Initial Placement Date:**      05/04/2023     **\* Time:**   12:00     **\* Initial Placement Status:**    Administrative Segregation

**\* Initial Placement Facility:**   WSP-IMU          **\* Initial Placement Living Unit:**  IMS

**\* Pre-Placement Location:**     WSP-Main-B

- Placement Details -

| **Placement Type:** | **Placement Detail:** |
| Threat to Others | Threatening Staff |

- Placement Narrative

I/I Roberts Threatened Staff As He Was Being Escorted Out Of The Unit To HSB.

**Requesting Staff:** Suckow, Katrina A                                          **Authorizing Staff:** Suckow, Katrina A

## Placement Authorization:                                                                      ⊟

**\* Authorization Narrative:**

Threatened Staff, Infraction Being Written.

                            Authorize          Deny

| **Authorizing Staff:** | **Serving/Reporting Staff:** | **Superintendent/Designee:** |
| Suckow, Katrina A | Croft, Michael L | Sundberg, Steven D |

| **Ad Seg Staff:** | **Investigating Staff:** | **Investigation Due Date No Later Than:** |
| Walker, Kevin S | Suckow, Katrina A | 05/08/2023 |

## Placement Decision:                                                                           ⊟

**Superintendent/Designee:** Daniel, Paul H                    **Date of Decision:** 05/05/2023

**Investigating Staff:**  Suckow, Katrina A                    **Investigation Due No Later Than** 05/08/2023

**Decision Narrative:**

For Associate Sundberg.

                            Approve            Deny

## Placement Authorization Signature Block:


**Offender Signature:** _____        **Date:** _____

                  Offender refused to sign


**Witness Signature:** _____         **Date:** _____

**Review Type:** Initial  **Review Due No Later Than:** 05/08/2023    **Mandatory Extension Date:** 06/04/2023    **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-IMU — IMS / MSF01

Offender Information at time of Review

ERD: 04/20/2025                RLC: HV            Custody Level: **Close**            Location: WSP-IMU

*Offender Copy*

**Initial Review Date:** 05/08/2023                    **Initial Placement Date:** 05/04/2023

## Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J                **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**                        **Assigned Unit Supervisor:**

**Custody Security Representative:**

**Was Offender Present at Hearing?**        Yes    No

## Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted Since Placement.

## Information Presented by Others:

No Additional Information Exists        Witness Information Exist        Confidential Information Exists

Other Information Exists

**Information Presented By Offender:**  None

## Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free                Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity        Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff        Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

## Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

### Initial Review Recommendation Decision

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 05/09/2023            **Superintendent/Designee:** Daniel, Paul H

### Authorization Review Signature Block:

*139 of 89 309 310*

**Offender Signature:** _____    **Date:** _____

    Offender refused to sign

**Witness Signature:** _____    **Date:** _____

**Review Type:** Intermediate  **Review Due No Later Than:** 05/20/2023  **Mandatory Extension Date:** 06/04/2023  **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-IMU — IMS / MSG01

Offender Information at time of Review

ERD: 04/20/2025                RLC: **HV**        Custody Level: **Close**              Location: **WSP-IMU**

Offender Copy

**Intermediate Review Date:** 05/18/2023                **Initial Placement Date:** 05/04/2023

### Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J            **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:** Alaniz, Christopher G      **Assigned Unit Supervisor:** Mendiola, Roberto C

**Custody Security Representative:**

**Was Offender Present at Hearing?**            Yes      No

### Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted.

### Information Presented by Others:

No Additional Information Exists            Witness Information Exist            Confidential Information Exists

Other Information Exists

Other Information

Pending WAC 600, 702, 717.

**Information Presented By Offender:**  None

### Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free            Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity      Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff      Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

### Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

## Intermediate Review Recommendation Decision

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 05/18/2023            **Superintendent/Designee:** Daniel, Paul H

## Authorization Review Signature Block:

**Offender Signature:** _____        **Date:** _____

Offender refused to sign

**Review Type:** Final    **Review Due No Later Than:** 06/03/2023    **Mandatory Extension Date:** 06/04/2023    **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-IMU — IMS / MSG01

Offender Information at time of Review

ERD: 04/20/2025    RLC: HV    Custody Level: **Close**    Location: **WSP-IMU**

**Final Review Date:** 05/25/2023    **Initial Placement Date:** 05/04/2023

### Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J    **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:** Alaniz, Christopher G    **Assigned Unit Supervisor:** Lomeli, Alfredo F Jr.

**Custody Security Representative:**

**Was Offender Present at Hearing?**    Yes    No

Offender Copy

### Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted.

### Information Presented by Others:

No Additional Information Exists        Witness Information Exist        Confidential Information Exists

Other Information Exists

Other Information

Guilty WAC 600. Guilty WAC 663. Pending RTU Referral For Placement. Limited Housing Options.

**Information Presented By Offender:** None

### Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free                Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity    Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff   Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

### Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

## Final Review Recommendation Decision

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 05/25/2023    **Superintendent/Designee:** Daniel, Paul H

## Authorization Review Signature Block:

140 SA & SA 309
310

**Offender Signature:** _____    **Date:** _____

Offender refused to sign

**Review Type:** Extension   **Review Due No Later Than:** 06/04/2023   **Mandatory Extension Date:** 06/04/2023   **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-IMU — IMS / MSG01

Offender Information at time of Review

ERD: 04/20/2025          RLC: HV          Custody Level: **Close**          Location: **WSP-IMU**

**Extension Review Date:** 06/01/2023          **Initial Placement Date:** 05/04/2023

## Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J                **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**                            **Assigned Unit Supervisor:**

**Custody Security Representative:**

**Was Offender Present at Hearing?**          Yes    No

Offender
Copy

## Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted.

## Information Presented by Others:

No Additional Information Exists          Witness Information Exist          Confidential Information Exists

Other Information Exists

Other Information

Pending Housing Review.

**Information Presented By Offender:**  None

### Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free              Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity    Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff   Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

### Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

## Extension Review Recommendation Decision

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 06/01/2023              **Superintendent/Designee:** Daniel, Paul H

## Authorization Review Signature Block:

141 Go at 89 3b&

**Offender Signature:** _____      **Date:** _____

Offender refused to sign



Offender Copy REPRINT

# AD SEG REVIEW NOTICE/
# APPEARANCE WAIVER

| ROBERTS, JOSEPH | 394089 | WSP/MSG01 | 5/5/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |

1st Seg Review 5/5/2023
2nd Seg Review 5/11/2023

| Final Seg Review 5/18/2023 | WSP/MSG01 | | ON CALL |
|---|---|---|---|
| Hearing date | Location | | Time |

Reason for hearing (include all allegations of misconduct, if appropriate): <u>Threat to Others</u>

**Criminal charges may be pending. Anything you say henceforth may be used against you in a court of law.**
Status of criminal charges: ☐ None ☐ Unknown ☐ Pending in <u>County</u> _____ <u>Charges</u>

| Incarcerated Individual's Rights |
|---|
| You have the right to remain silent at the hearing. If you choose to remain silent, your silence may be used against you, and the decision will be based on the evidence presented. |
| You have the right to review all related reports and a summary of any confidential information. |
| You may waive your appearance at the hearing. |
| You may request a Department advisor (if approved by the Hearing Officer) ☐ Requested ☐ Waived |
| You may request an interpreter (if unable to speak and/or understand English) ☐ Requested ☐ Waived |
| You may request a certified sign language interpreter (if hearing impaired) ☐ Requested ☐ Waived |
| You may request written statements from witness(es). |
| You do not have a right to cross examine witnesses, have the infracting employee/contract staff present at the hearing, or have a polygraph or other supplemental tests. |
| You may appeal the decision and/or sanctions to the Superintendent. |

| Witnesses | | | |
|---|---|---|---|
| **Employee/contract staff** | **Position/title** | **Incarcerated individual** | **DOC number** |
| | | | |
| | | | |
| | | | |
| | | | |

☐ I have been provided a certified language interpreter: <u>Interpreter name</u> _____ <u>Date</u>
☐ I have been provided with a Spanish translation of the charges against me on:

_____          _____          _____
Date                              Time               Signature

☒ I, _____ DOC number _____ waive my right to the required 48 hour notice before being seen by the Administrative Hearing Officer/classification and authorize the Hearing Officer to make a disposition regarding the information and evidence presented to the Hearing Officer as pertains to my particular situation.
☐ I, _____ DOC number _____ waive my right to appear at the hearing. I understand that the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| Roberts | Joe | 5/24/23 | 8:00 PM |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Date | Time |
| | | | |
| Employee | Signature | Date | Time |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file   **COPY** - Hearing Officer, Individual



Department of
**Corrections**
WASHINGTON STATE

Offender
Copy

# AD SEG REVIEW NOTICE/
# APPEARANCE WAIVER

| ROBERTS, JOSEPH | 394089 | WSP/MSF01 | 05/08/2023 |
|---|---|---|---|
| Name | DOC number | Facility | Date |

1st Seg Review 05/08/2023
2nd Seg Review 05/18/2023
Final Seg Review 05/25/2023

| | WSP/MSF01 | ON CALL |
|---|---|---|
| Hearing date | Location | Time |

Reason for hearing (include all allegations of misconduct, if appropriate): <u>Threat to Others</u>

**Criminal charges may be pending. Anything you say henceforth may be used against you in a court of law.**
Status of criminal charges: ☐ None ☐ Unknown ☐ Pending in <u>County</u>                        <u>Charges</u>

## Incarcerated Individual's Rights

You have the right to remain silent at the hearing. If you choose to remain silent, your silence may be used against you, and the decision will be based on the evidence presented.

You have the right to review all related reports and a summary of any confidential information.

You may waive your appearance at the hearing.

You may request a Department advisor (if approved by the Hearing Officer)        ☐ Requested ☐ Waived

You may request an interpreter (if unable to speak and/or understand English)    ☐ Requested ☐ Waived

You may request a certified sign language interpreter (if hearing impaired)      ☐ Requested ☐ Waived

You may request written statements from witness(es).

You do not have a right to cross examine witnesses, have the infracting employee/contract staff present at the hearing, or have a polygraph or other supplemental tests.

You may appeal the decision and/or sanctions to the Superintendent.

### Witnesses

| Employee/contract staff | Position/title | Incarcerated individual | DOC number |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

☐ I have been provided a certified language interpreter: <u>Interpreter name</u>           <u>Date</u>
☐ I have been provided with a Spanish translation of the charges against me on:

| | | |
|---|---|---|
| Date | Time | Signature |

☒ I, _____ DOC number _____ waive my right to the required 48 hour notice before being seen by the Administrative Hearing Officer/classification and authorize the Hearing Officer to make a disposition regarding the information and evidence presented to the Hearing Officer as pertains to my particular situation.

☐ I, _____ DOC number _____ waive my right to appear at the hearing. I understand that the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

| | | | |
|---|---|---|---|
| Incarcerated individual/witness | Signature | Date | Time |

| | | | |
|---|---|---|---|
| Employee | Signature | Date | Time |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Imaging file  **COPY** - Hearing Officer, Individual

DOC 05-797 (Rev. 03/09/20)   143  of  309 310      Page 1 of 1                    DOC 320.200
Scan Code AD19 Scan & Toss

## Placement Referral: ⊟

**Offender Information At Time Of Placement**

**ROBERTS, Joseph Jw Jr. (394089) WSP-Main — MHU / ME081L**

**ERD:** 04/20/2025          **RLC:** HV          **Custody Level:** Close          **Location:** WSP-Main

**Placement Movement**

| | | | |
|---|---|---|---|
| * **Initial Placement Date:** | 07/09/2023 | * **Time:** 06:40 | * **Initial Placement Status:** Administrative Segregation |
| * **Initial Placement Facility:** | WSP-IMU | * **Initial Placement Living Unit:** IMS | |
| * **Pre-Placement Location:** | WSP-Main-B | | |

**Placement Details**

**Placement Type:**                              **Placement Detail:**

Threat to Others                                 Threatening Staff

**Placement Narrative**

I/I Roberts, Joseph #394089 Threatened To Kill A Staff Member In Baker Unit.

**Requesting Staff:** Bamford, Tandy L                              **Authorizing Staff:** Lowder, Scott A

## Placement Authorization: ⊟

* **Authorization Narrative:**

Concur With Placement

◉ Authorize          ○ Deny

**Authorizing Staff:**          **Serving/Reporting Staff:**          **Superintendent/Designee:**

Lowder, Scott A                Parsons, Jeremy P                     Sundberg, Steven D

**Ad Seg Staff:**               **Investigating Staff:**               **Investigation Due Date No Later Than:**

Walker, Kevin S                Lowder, Scott A                       07/16/2023

## Placement Decision: ⊟

**Superintendent/Designee:** Sundberg, Steven D          **Date of Decision:** 07/10/2023

**Investigating Staff:** Lowder, Scott A          **Investigation Due No Later Than** 07/16/2023

**Decision Narrative:**

◉ Approve          ○ Deny

## Placement Authorization Signature Block:

**Offender Signature:** _____          **Date:** _____

☐ Offender refused to sign

**Witness Signature:** _____          **Date:** _____

144 of ~~309~~ 310



Department of
**Corrections**
WASHINGTON STATE

Offender Copy

**AD SEG REVIEW NOTICE/
APPEARANCE WAIVER**

ROBERTS, JOSEPH
Name

394089    WSP/ME081L
DOC number    Facility

07/10/2023
Date

1st Seg Review 07/10/2023
2nd Seg Review 07/20/2023
Final Seg Review 07/27/2023
Hearing date

WSP/ME081L

Location

ON CALL
Time

Reason for hearing (include all allegations of misconduct, if appropriate): <u>Threat to Others</u>

**Criminal charges may be pending.  Anything you say henceforth may be used against you in a court of law.**
Status of criminal charges: ☐ None  ☐ Unknown  ☐ Pending in <u>County</u>                    <u>Charges</u>

| Incarcerated Individual's Rights |
|---|
| You have the right to remain silent at the hearing.  If you choose to remain silent, your silence may be used against you, and the decision will be based on the evidence presented. |

You have the right to review all related reports and a summary of any confidential information.

You may waive your appearance at the hearing.

You may request a Department advisor (if approved by the Hearing Officer)     ☐ Requested  ☐ Waived
You may request an interpreter (if unable to speak and/or understand English)     ☐ Requested  ☐ Waived
You may request a certified sign language interpreter (if hearing impaired)     ☐ Requested  ☐ Waived

You may request written statements from witness(es).

You do not have a right to cross examine witnesses, have the infracting employee/contract staff present at the hearing, or have a polygraph or other supplemental tests.

You may appeal the decision and/or sanctions to the Superintendent.

| Witnesses | | | |
|---|---|---|---|
| Employee/contract staff | Position/title | Incarcerated individual | DOC number |
|  |  | Ramsey, M (Baker C-101) |  |
|  |  | Requesting copies of EM Grievances |  |
|  |  | 7-8-23 |  |
|  |  |  |  |

☐ I have been provided a certified language interpreter: <u>Interpreter name</u>                    <u>Date</u>
☐ I have been provided with a Spanish translation of the charges against me on:

Date                Time            Signature

☒ I, _____ DOC number _____ waive my right to the required 48 hour notice before being seen by the Administrative Hearing Officer/classification and authorize the Hearing Officer to make a disposition regarding the information and evidence presented to the Hearing Officer as pertains to my particular situation.

☐ I, _____ DOC number _____ waive my right to appear at the hearing.  I understand that the hearing will be held in my absence.

**I have received a copy of this form and any attachments.**

Incarcerated individual/witness        Signature                Date        Time

Employee                Signature                Date        Time

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: ORIGINAL – Imaging file   **COPY** - Hearing Officer, Individual

DOC 05-797 (Rev. 03/09/20)        145 of 308        Page 1 of 1        DOC 320.200
Scan Code AD19 Scan & Toss

**Review Type:** Initial    **Review Due No Later Than:** 07/11/2023    **Mandatory Extension Date:** 08/09/2023    **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-Main — MHU / ME081L

Offender Information at time of Review

| ERD: 04/20/2025 | RLC: HV | Custody Level: Close | Location: WSP-Main |

**Initial Review Date:** 07/10/2023                     **Initial Placement Date:** 07/09/2023

## Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Walker, Kevin S          **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**                              **Assigned Unit Supervisor:**

**Custody Security Representative:**

Offender Copy

**Was Offender Present at Hearing?**    ◉ Yes   ○ No

## Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted Since Placement.

## Information Presented by Others:

☑ No Additional Information Exists    ☐ Witness Information Exist    ☐ Confidential Information Exists

☐ Other Information Exists

**Information Presented By Offender:**  None

## Expectations During Administrative Segregation Placement

☑ Remain Serious And General Infraction Free            ☑ Review And Comply With Offender Handbook

☑ No Participation In Security Threat Group(STG) Activity   ☑ Maintain Clean Cell

☑ Fully Cooperate With And Be Respectful Towards All Staff   ☑ Maintain Good Personal Hygiene

☑ Attend All Call Outs And Multi-Disciplinary Teams

☐ Other

## Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

## Initial Review Recommendation Decision

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 07/10/2023                  **Superintendent/Designee:** Sundberg, Steven D

## Authorization Review Signature Block:

146 of 310

**Offender Signature:** _____    **Date:** _____

☐ Offender refused to sign

**Witness Signature:** _____    **Date:** _____

**Review Type:** Intermediate **Review Due No Later Than:** 07/25/2023 **Mandatory Extension Date:** 08/09/2023 **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-Main — MHU / ME081L

Offender Information at time of Review

ERD: 04/20/2025                    RLC: HV              Custody Level: **Close**              Location: WSP-Main

**Intermediate Review Date:** 07/20/2023                    **Initial Placement Date:** 07/09/2023

## Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J                    **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**                    **Assigned Unit Supervisor:**

**Custody Security Representative:**

**Was Offender Present at Hearing?**          Yes    No

Reason Offender Was Not Present At Hearing:

No New Information To Provide.

## Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted.

## Information Presented by Others:

No Additional Information Exists          Witness Information Exist          Confidential Information Exists

Other Information Exists

Other Information

Pending WAC 103, 202, 203, 352, 558. Pending WAC 506.

**Information Presented By Offender:**   None

## Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free          Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity          Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff          Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

## Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

**Intermediate Review Recommendation Decision**          147 of 309 / 310

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 07/21/2023                    **Superintendent/Designee:** Daniel, Paul H

**Authorization Review Signature Block:**

**Review Type:** Final  **Review Due No Later Than:** 08/08/2023   **Mandatory Extension Date:** 08/09/2023   **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-Main — MHU / ME081L

Offender Information at time of Review

**ERD:** 04/20/2025          **RLC:** HV        **Custody Level:** Close            **Location:** WSP-Main

**Final Review Date:** 07/27/2023              **Initial Placement Date:** 07/09/2023

## Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J                **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**                            **Assigned Unit Supervisor:**

**Custody Security Representative:**

**Was Offender Present at Hearing?**          Yes     No

Reason Offender Was Not Present At Hearing:

| No New Information To Provide. |
| --- |

## Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

| No Behavioral Issues Noted. |
| --- |

## Information Presented by Others:

No Additional Information Exists          Witness Information Exist          Confidential Information Exists

Other Information Exists

Other Information

| Pending New Infractions. Pending Prohibited Placement Review. |
| --- |

## Information Presented By Offender:  None

### Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free              Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity    Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff   Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

### Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

**Final Review Recommendation Decision**      148 of 309   310

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 07/28/2023          **Superintendent/Designee:** Daniel, Paul H

**Authorization Review Signature Block:**

**Review Type:** Extension  **Review Due No Later Than:** 08/09/2023   **Mandatory Extension Date:** 08/09/2023   **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-Main — MHU / ME141L

Offender Information at time of Review

ERD: 04/20/2025          RLC: HV          Custody Level: Close          Location: WSP-Main

**Extension Review Date:** 08/03/2023          **Initial Placement Date:** 07/09/2023

## Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J          **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**          **Assigned Unit Supervisor:**

**Custody Security Representative:**

**Was Offender Present at Hearing?**   ○ Yes  ◉ No

Offender Copy

Reason Offender Was Not Present At Hearing:

No New Information To Provide.

## Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted.

### Information Presented by Others:

☐ No Additional Information Exists      ☐ Witness Information Exist      ☐ Confidential Information Exists

☑ Other Information Exists

Other Information

Guilty WAC 202, 353. WAC 506 Dismissed. Prohibited Placement Decision For WSP-Main Deferred To 08/08/23.

**Information Presented By Offender:** None

### Expectations During Administrative Segregation Placement

☑ Remain Serious And General Infraction Free      ☑ Review And Comply With Offender Handbook

☑ No Participation In Security Threat Group(STG) Activity   ☑ Maintain Clean Cell

☑ Fully Cooperate With And Be Respectful Towards All Staff   ☑ Maintain Good Personal Hygiene

☑ Attend All Call Outs And Multi-Disciplinary Teams

☐ Other

### Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

**Extension Review Recommendation Decision**  149 of 310

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 08/04/2023          **Superintendent/Designee:** Daniel, Paul H

**Authorization Review Signature Block:**

Department

---

**Review Type:** Extension **Review Due No Later Than:** 08/16/2023 **Mandatory Extension Date:** 08/09/2023 **Review Status:** Completed

---

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-IMU — IMS / MSC11

Offender Information at time of Review

ERD: 04/20/2025          RLC: HV          Custody Level: **Close**          Location: **WSP-IMU**

**Extension Review Date:** 08/10/2023          **Initial Placement Date:** 07/09/2023

## Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J          **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**          **Assigned Unit Supervisor:**

**Custody Security Representative:**

**Was Offender Present at Hearing?**          Yes     No

Reason Offender Was Not Present At Hearing:

No New Information To Provide.

## Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted.

## Information Presented by Others:

No Additional Information Exists          Witness Information Exist          Confidential Information Exists

Other Information Exists

Other Information

Prohibited Placement Denied For WSP-Main. Pending MHTC Decision To Either Retain At WSP-Main Or Transfer To MCC-SOU.

**Information Presented By Offender:** None

## Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free          Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity          Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff          Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

## Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Daniel, Paul H

## Extension Review Recommendation Decision      150 of 309 [310]

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 08/10/2023          **Superintendent/Designee:** Daniel, Paul H

## Authorization Review Signature Block:

**Review Type:** Extension  **Review Due No Later Than:** 08/23/2023  **Mandatory Extension Date:** 08/09/2023  **Review Status:** Completed

**Inmate:** ROBERTS, Joseph Jw Jr. (394089) WSP-IMU — IMS / MSC11

Offender Information at time of Review

ERD: 04/20/2025                RLC: HV        Custody Level: **Close**                    Location: **WSP-IMU**

**Extension Review Date:** 08/17/2023                    **Initial Placement Date:** 07/09/2023

### Segregation Hearing Attendance:

**Ad Seg Hearing Officer:** Fisbeck, Ryan J          **Sending Unit CUS/CC:**

**Currently Assigned Unit CC:**                    **Assigned Unit Supervisor:**

**Custody Security Representative:**

**Was Offender Present at Hearing?**          Yes      No

Reason Offender Was Not Present At Hearing:

No New Information To Provide.

### Behaviors:

**Positive/Negative Behavior During Administrative Segregation:**

No Behavioral Issues Noted.

### Information Presented by Others:

No Additional Information Exists          Witness Information Exist          Confidential Information Exists

Other Information Exists

Other Information

Pending RTU Referral For MCC-SOU.

**Information Presented By Offender:**  None

### Expectations During Administrative Segregation Placement

Remain Serious And General Infraction Free                    Review And Comply With Offender Handbook

No Participation In Security Threat Group(STG) Activity        Maintain Clean Cell

Fully Cooperate With And Be Respectful Towards All Staff       Maintain Good Personal Hygiene

Attend All Call Outs And Multi-Disciplinary Teams

Other

### Multi-Disciplinary Team (MDT) Recommendations:

Maintain on Administrative Segregation and schedule next review

**Superintendent/Designee:** Lomeli, Alfredo F Jr.

## Extension Review Recommendation Decision      151 of 310

**Review Decision:** Concur with all MDT Recommendations

**Date of Decision:** 08/17/2023          **Superintendent/Designee:** Lomeli, Alfredo F Jr.

**Authorization Review Signature Block:**

EXHIBIT

L

A COPY OF KITES AND LETTER FROM
SUPERINTENDENT ROB JACKSON



Department of
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/Nombre (letra de molde) | Date/Fecha |
|---|---|
| Roberts Sr. | 6-11-23 |

| DOC number/Número DOC | Facility/unit/cell / Instalación/unidad/celda |
|---|---|
| 394089 | HSB   E-15 |

Request interview with or answer from/Solicita entrevista o respuesta de
Rob Jackson   Superintendent

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| **Razón/Pregunta** | ☐ Necesito intérprete para _____ (idioma) |

I Submitted an appeal for a Infraction 717
600 702 Regarding Self Harm write up.
I forgot to include one appeal in the appeal
that I had an active ~~IBP~~ IBMP. that
addresses Self harm. DOC no longer Punish
Inmates for Self Harm.

| Signature/Firma   C/O White   7664 | Days off/Días libres   S/T |
|---|---|

**Response/Respuesta**

| Responder/Persona que responde | Date/Fecha |
|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be
redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
Distribución:  **BLANCA** - Persona responde  **AMARILLA** - Respuesta devuelta  **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)                        DOC 390.585, DOC 450.500

153 of 310



Department of
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | Date/*Fecha* |
|---|---|
| Roberts, J | 6/11/23 |

| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* |
|---|---|
| 394089 | IMU5-G01 |

Request interview with or answer from/*Solicita entrevista o respuesta de*
Superintendent - WSP

**Reason/Question**  ☐ Interpreter needed for _____ (language)
***Razón/Pregunta***  ☐ *Necesito intérprete para* _____ *(idioma)*

In response to your letter dated 6/7/23. You said
you'd review the infraction WAC's 717-600-702
Ign #88. As you know the 702 was dismissed

WAC 717 was reduced to 509 failure to disperse. How
could I disperse when I was locked in my cell. Also I
was self harming and I had a IBMP and I was self harming
How could I tamper with a device when I was self harming

Signature/*Firma* _____    Days off/*Días libres*

**Response/Respuesta**

_____

_____

_____

_____

_____

_____

_____

Responder/*Persona que responde*     Date/*Fecha*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  ***BLANCA*** - *Persona responde* ***AMARILLA*** - *Respuesta devuelta* ***ROSA*** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                    .DOC 390.585, DOC 450.500

154 of 310



**WASHINGTON STATE PENITENTIARY**
## Offender Correspondence
WE VALUE PRIDE-INTEGRITY-COMMUNITY-HONESTY-ACCOUNTABILITY-RESPECT-COMMUNICATION

Date:        6/7/2023

**TO**:         Roberts, Joseph – 394089

**FROM**:     Rob Jackson, Superintendent

**SUBJECT**:   <u>Two kites dated 6/4/2023</u>

Your two kites have been received in my office.

Your first kite discussed an appeal for WACs 717/600/702 regarding self-harm. The WACs are not about self-harm. Their definitions are: WAC 600 – Tampering with, damaging, blocking, or interfering with a locking device; WAC 702 – Possessing or manufacturing an unauthorized tool; WAC 717 – Causing a threat of injury to another person by resisting orders…. If you can identify the infraction you are writing about, further review can occur.

Your second kite involves your current adseg placement. You were moved to the IPU and placed on adseg status on 5/4/23. The infraction you received was reduced from a 506 to a 663.

An adseg placement extension was approved on 6/5/23. The reason is pending housing review. If you have any questions regarding this, you should contact Ryan Fisbeck, AdSeg Hearings Officer.


pjw

cc:    Paul Daniel, CPM
       Ryan Fisbeck, CS2 (AdSeg)
       Rebecca HaneyNixon, CC 3
       Central File

155 of 310

EXHIBIT

M

A COPY OF PUBLIC RECORDS DOCUMENTS

156 of 310

State of Washington
DEPARTMENT OF CORRECTIONS
PO Box 41118
Olympia WA 98504-1118

PLEASE DISCLOSURE MATERIALS
Via US Mail Only

US POSTAGE
PB
PITNEY BOWES

02 4W
$ 000.46⁸
0000354554 MAY 11 2023

ZIP 98501

PRESORTED
FIRST CLASS





Joseph Roberts, DOC #394089
IMS / MSFOF G-01
Washington State Penitentiary
1313 N 13th Ave
Walla Walla, WA 99362

DYA-SSF 99362

157 of 310



State of Washington
DEPARTMENT OF CORRECTIONS
PO Box 41118
Olympia WA 98504-1118

Joshua Hood
839002

US POSTAGE $000.00°
PREDATE
PARTIAL DISCLOSURE MATERIALS
00.00$ via U.S. Mail Only

FYA-SSF  993362

PRESORTED
FIRST CLASS




US POSTAGE PITNEY BOWES
ZIP 98501 $ 000.49⁵
02 4W
0000354556 JUL 31 2023

Joseph Roberts, DOC# 394089
MHU / ME081L
Washington State Penitentiary
1313 N 13th Avenue
Walla Walla, WA 99362

158 of 310
309

May 30, 2023

Joseph Roberts, DOC# 394089
Washington State Penitentiary
1313 N 13th Ave
Walla Walla, WA 99362

Dear Joseph Roberts:

I acknowledge receipt of your recent public records request received in our office on May 26, 2023. We have assigned this request a tracking number of P-36191. Please refer to this number in all future communications with us about this request.

I interpret your request to be for the following records regarding Joseph Roberts DOC# 394089:

- Hallway surveillance video from the WSP-HSB-E Tier facing cell 9. Timeframe 6:00am - 2:00 pm on May 5, 2023.
- Surveillance video from WSP-BAKER Unit holding cell showing Joseph Roberts, DOC# 394089. Timeframe 8:00 am - 11:44am.

Please note that all records sent to incarcerated individuals are subject to Department mailroom policy guidelines. Your payment for copies of records requested under the Public Records Act does not ensure that these same records will be allowed into a secure prison facility (Livingston v. Cedeno, 186 P.3d 1055 (Wash. 2008). Should you wish to have the records mailed to a third party on your behalf, please provide the correct name and mailing address, along with payment; otherwise, the responsive records will be sent to your attention.

Department staff are currently identifying and gathering records responsive to your request. I anticipate being able to provide you an installment of records within 15 business days, on or before June 20, 2023. If you have any questions, please contact me by email nicole.bernstein@doc1.wa.gov or at the address below.

Sincerely,

*Nicole Bernstein*

Nicole Bernstein, Public Records Specialist
Public Records Unit
Department of Corrections
PO Box 41118
Olympia, WA 98504-1118

NB: P-36191

159 of 309  310



STATE OF WASHINGTON
## DEPARTMENT OF CORRECTIONS
P.O. Box 41118 • Olympia, Washington 98504-1118

June 20, 2023

Joseph Roberts, DOC# 394089
Washington State Penitentiary
1313 N 13th Ave
Walla Walla, WA 99362

Dear Joseph Roberts:

I acknowledge receipt of your recent public records request received in our office on May 26, 2023. We have assigned this request a tracking number of P-36191. Please refer to this number in all future communications with us about this request.

I interpret your request to be for the following records regarding Joseph Roberts DOC# 394089:

- Hallway surveillance video from the WSP-HSB-Tier facing Cell 9. Timeframe 6:00 am – 2:00 pm on May 5, 2023.
- Surveillance video from WSP-BAKER Unit holding cell showing Joseph Roberts, DOC# 394089. Timeframe 8:00 am – 11:44 am, on May 4, 2023.

Surveillance videos are withheld in their entirety due to the following exemption:

RCW 42.56.420(2) – "Those portions of records containing specific and unique vulnerability assessments or specific and unique emergency and escape response plans at a city, county, or state adult or juvenile correctional facility, the public disclosure of which would have a substantial likelihood of threatening the security of a city, county, or state adult or juvenile correctional facility or any individual's safety."
RCW 42.56.240(1) – "Specific intelligence information and specific investigative records compiled by investigative, law enforcement, and penology agencies, and state agencies vested with the responsibility to discipline members of any profession, the nondisclosure of which is essential to effective law enforcement or for the protection of any person's right to privacy."

This public records request, P-36191, is now closed. However, if you should have any questions related to this request, you may contact me at the address below.

Sincerely,

*Nicole Bernstein*

Nicole Bernstein, Public Records Specialist
Public Records Unit
Department of Corrections
PO Box 41118
Olympia, WA 98504-1118
NB: P-36191

160 of 310

*" Working Together for SAFER Communities"*

recycled paper



STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
P.O. Box 41118 • Olympia, Washington 98504-1101

May 10, 2023

Joseph Roberts, DOC #394089
IMS / MSF01
Washington State Penitentiary
1313 N 13th Ave
Walla Walla, WA 99362

Dear Mr. Roberts:

This letter is regarding installment 4 of public records request P-22610, your request for the following record(s):

1. ~~A copy of all emails (and their attachments), electronic communications and correspondences, and faxes that pertain to Joseph Roberts (DOC #394089), for the time frame of April 1, 2021 through July 28, 2021, sent to and from all Washington Department of Corrections staff members~~ (withdrawn 6/22/2022)
2. ~~A copy of all medical and mental health records pertaining to Joseph Roberts, DOC #394089, to include under any aliases WA DOC has associated with Mr. Roberts~~ (withdrawn 6/22/2022)
3. ~~A copy of all records pertaining to WA DOC's "SMI" pilot program for seriously mentally ill prisoners involving in the disciplinary process~~ (withdrawn 6/22/2022)
4. A copy of surveillance video from the MCC-SOU-COA hallway that faces toward cell 9-12, for the time frame of July 2, 2021 at 10:00pm through July 21, 2021 at 3:45 pm
5. A copy of surveillance video from the MCC-SOU-COA hallway that faces towards cell 4, for the time frame of July 21, 2021 at 3:45pm through July 28, 2021 at 2:00pm
6. ~~A copy of any photographs taken of you on the following dates by the following staff members:~~ (withdrawn 6/22/2022)
    a. ~~On July 12, 2021 by Registered Nurse 2, Amber Lathrop~~
    b. ~~On July 30, 2021 by Physician Assistant Certified/ARNP Lead, Phu Ngo~~
7. A copy of all handheld video camera footage taken of Joseph Roberts, DOC #394089, being placed in a restraint chair or bed, for the time frame of July 1, 2021 through July 31, 2021

A search has been conducted and ten (10) videos are ready for disclosure.

To obtain these responsive records on CD, the total fees are:

| CD, total fees | | $0.11 |
|---|---|---|
| Postage | + | $1.20 |
| Total Cost | = | $1.31 |

- Send a **check or money order**, in the exact amount, payable to the Department of Corrections
- Write the PRU tracking number of this request on the check or money order and send payment to:     161 of 360

*"Working Together for SAFER Communities"*

recycled paper

Joseph Roberts, DOC #394089
May 10, 2023
Page 2 of 2

Kelsey Thompson, Public Records Specialist
Public Records Unit
Department of Corrections
PO Box 41118
Olympia, WA 98504-1118

When payment is received, the record(s) will be promptly mailed to you. Please note that all records sent to incarcerated inmates are subject to Department mailroom policy guidelines. Your payment for copies of records requested under the Public Records Act does not ensure that these same records will be allowed into a secure prison facility (Livingston v. Cedeno, 186 P.3d 1055 (Wash. 2008). Should you wish to have the records released to a third party on your behalf, please provide the correct name and contact information, along with payment; otherwise, the responsive records will be sent to you at your attention.

If you choose not to pursue this public records request within thirty (30) days from the date of this letter, this request will be administratively closed. Once payment is received, I will proceed with processing Installment #5.

Sincerely,

Kelsey Thompson, Public Records Specialist
Public Records Unit
Department of Corrections
PO Box 41118
Olympia WA 98504-1118
cc:  P-22610

To: Public Disclosure Unit

From: Joe Roberts 394089

Date: May 17 2023

I make the following public Records Request for the following:

1. A copy of /hallways/ surviellance video from the WSP-HSB-E Tier - ~~cell 9 for~~ facing cell 9 for the time frame ~~6:10~~ 6:00AM-2:00PM on May 5 2023

2. A copy of surviellance video from the WSP-BAKER Unit-holding cell showing myself ~~bering excoretated for excoreating~~ from approximately 8:00 AM-11:44 AM

I am enclosing the payment of $1.31 —

163 of 310

1 of 1

To: ~~the~~ Nicole Bernstien

From: Roberts #394089

RE: P-36191

Date: June 2 2023

    The following public record requests should look like this:

1. Hallway surveillance video from the WSP-HSB-E Tier facing cell 9. Timeframe 6:00AM - 2:00PM on May 5, 2023.

2. Surveillance ~~video~~ video from WSP-BAKER Unit holding cell showing Joseph Roberts, DOC #394089. Timeframe 8:00AM - 11:44 AM on May 4, 2023.

I would <sup>like</sup> you to preserve and and make copies for me.

164 of 310

i of 1

COPY

Dated: June 29 2023

To: Public Records Specialist Nicole Bernstein

From: Roberts # 394069

RE: PRA # 36191

In response to your letter dated 6/20/23. I sent a letter dated 6/2/23. I noticed you did not reply when I asked you to preserve the videos. I have pending/anticipated litigation. I need you to preserve the videos. I'm sending this letter certified mail.

Thanks!

165 of 310

1 of 1

To: Public Records Specialist

From: Joe Roberts #394089

Date: 7/16/2023

I make the following public records request:

1. Due to anticipated civil litigation I ask you to preserve the following:

a. All Baker unit surveillance footage from July 5 2023 - July 9 2023, showing CO's Gutierrez, Crystal and Mcclanahan, Mark and RN Winston Noroit.

2. I request a copy of the one on one Logbook for cell E-8 for dates 7/8/23 - 7/16/23.

/s/ Roberts                    Date: 7/16/2023

166 of 310

i   &   1



State of Washington
## DEPARTMENT OF CORRECTIONS
*P.O. Box 41118 • OLYMPIA, WASHINGTON 98504-1101*

July 28, 2023

Joseph Roberts, DOC# 394089
MHU / ME081L
Washington State Penitentiary
1313 N 13th Avenue
Walla Walla, WA 99362

Joseph Roberts:

Your request for records was received on July 21, 2023. This request has been assigned public records tracking number P-37500. Please reference that number in any future correspondence regarding this request.

I interpret your request to be for disclosure of the following records:

1.  A copy of all baker unit surveillance footage with a timeframe of July 5, 2023 – July 9, 2023.
2.  A copy of the one-on-one logbook for cell E-8 with a timeframe of July 8, 2023 – July 16, 2023.

If my interpretation is incorrect, please notify me at the address listed below. Otherwise, Department staff are in the process of identifying and gathering records responsive to your request. I anticipate being able to provide you an installment of records within 25 business days, on or before August 24, 2023. If you have any questions in the interim, please contact me at the address below.

Sincerely,

Raphael Rivera, Public Records Specialist
Public Records Unit
Department of Corrections
P.O. Box 41118
Olympia, WA 98504-1118

RR: P-37500

167 of 310
309

**Department of Corrections**
WASHINGTON STATE

# POSTAGE TRANSFER
## Transferencia de fondos para el franqueo

**POSTAGE DUE / Franqueo pagadero**
$ 1.35

PLEASE WITHDRAW SUFFICIENT FUNDS FROM MY ACCOUNT TO COVER THE COST OF MAILING THE ATTACHED LETTER/PACKAGE. IF NO BOX IS CHECKED, THE WITHDRAWAL WILL BE PROCESSED FROM MY SPENDABLE ACCOUNT.
*Haga el favor de retirar los fondos suficientes de mi cuenta para cubrir el costo de enviar esta carta/paquete. Si no he marcado ninguna casilla, se hará el retiro de mi cuenta gastable.*

| ☐ FUNDS ON HOLD *Fondos suspendidos* | ☐ POSTAGE ACCOUNT *Cuenta de correo* | ☐ INDIGENT *Indigente* | ☐ LEGAL MAIL *Correo legal* | ☐ PROPERTY *Propiedad* | ☐ POSTAGE DUE: *Franqueo pagadero* |

OFFENDER NAME (PLEASE PRINT) *Nombre del interno/interna (letra de molde, por favor)*  Roberts, T

DOC NUMBER *Número del DOC*  394083

OFFENDER SIGNATURE *Firma del interno/interna*

HALL/UNIT *Pasillo/Unidad*  Wsol E-08

DATE *Fecha*  7/16/23

ITEM WEIGHT / *Peso del artículo:*

LBS. /*Libras*

OZ./*Onzas*

### 1ˢᵗ CLASS MAIL OPTIONS/Opciones – Correo 1ª clase

| ☐ INSURED *Asegurado* $ |
| ☐ CERTIFIED ONLY *Certificado solamente* |
| ☐ CERTIFIED & RETURN RECEIPT *Certificado y acuse de recibo* |

### PROPERTY OPTIONS/Opciones de propiedad

☐ US POSTAL SERVICE *Administración de Correo Nacional*

☐ 1ˢᵗ CLASS *1ª clase*

☐ PARCEL POST *Servicio de paquetes postales*

☐ INSURANCE *Seguro* $

☐ GROUND COURIER *Servicio de entrega local*

(NO P.O. BOXES ACCEPTED) *(No se aceptan apartados postales)*

☐ PARCEL *Paquete*

☑ FLAT *Bulto plano*

DATE MAILED *Fecha enviado*  7/17/23

COMMENTS *Comentarios,*

JUL 17 2023

### COUNSELOR SIGNATURE FOR INDIGENT LEGAL MAIL *Firma del consejero para el correo legal de indigente*
MW

MAIL ROOM STAFF *Personal del cuarto de correo*

NAME / *Nombre*  Department of Corrections, Public Disclosure Unit

STREET / *Dirección del domicilio*  PO Box 41118

CITY / *Ciudad*  Olympia    STATE / *Estado*  WA    ZIP / *Código Postal*  98504-1118

☐ OUTSIDE USA / *Fuera de los EE.UU.*    COUNTRY / *País*

*The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.*

DOC 02-003 ES (Revised 6/10/10)    White – Inmate Banking    Canary – Mail Staff    Pink – Offender

168 of 310

C-104

**Department of Corrections**
WASHINGTON STATE

**POSTAGE TRANSFER**
*TRANSFERENCIA DE FONDOS PARA GASTOS DE ENVÍO*

PLEASE WITHDRAW SUFFICIENT FUNDS FROM MY ACCOUNT TO COVER THE COST OF MAILING THE ATTACHED LETTER/PACKAGE
*FAVOR DE RETIRAR LOS FONDOS SUFICIENTES DE MI CUENTA PARA CUBRIR LOS GASTOS DEL ENVÍO DE ESTA CARTA/PAQUETE.*

| | |
|---|---|
| OFFENDER NAME (PLEASE PRINT) *NOMBRE DEL INTERNO/INTERNA (LETRA DE MOLDE, POR FAVOR)* | Roberts |
| DOC NUMBER *NÚMERO DOC* 344098 | |
| OFFENDER SIGNATURE *FIRMA DEL INTERNO/INTERNA* | |

| MAIL OPTIONS/OPCIONES DE CORREO | PROPERTY OPTIONS/OPCIONES DE PROPIEDAD |
|---|---|
| ☒ CERTIFIED ONLY *CERTIFICADO SOLAMENTE* 4.15 | ☐ GROUND COURIER (NO P.O. BOXES ACCEPTED) *MENSAJERÍA LOCAL (NO APARTADOS POSTALES)* |
| ☐ CERTIFIED WITH RETURN RECEIPT *CERTIFICADO CON ACUSE DE RECIBO* | ☐ U.S. POSTAL SERVICE 1ST CLASS *SERVICIO DE CORREO DE LOS EE.UU. - 1ª CLASE* |
| ☐ INSURED *ASEGURADO* | ☐ U.S. POSTAL SERVICE STANDARD POST *SERVICIO DE CORREO DE LOS EE.UU. - ORDINARIO* |
| ☐ OUTSIDE U.S.A. *AFUERA DE LOS EE.UU.* | ☐ INSURANCE *SEGURO* |

HALL/UNIT *PASILLO/UNIDAD*

DATE *FECHA* 6/29/23

| | |
|---|---|
| LEGAL MAIL *CORREO LEGAL* | ☐ |
| PROPERTY *PROPIEDAD* | ☐ |
| FUNDS ON HOLD *FONDOS SUSPENDIDOS* | ☐ |

ITEM WEIGHT/PESO DEL ARTÍCULO:

LBS./LIBRAS

OZ./ONZAS

☐ PARCEL *PAQUETE*  ☐ FLAT *PAQUETE PLANO*

DATE MAILED *FECHA ENVIADO* 6/30/23

COMMENTS *COMENTARIOS*

JUN 30 2023

POSTAGE DUE *FRANQUEO PAGADERO* $ 4.15

MAIL ROOM SIGNATURE *FIRMA DEL EMPLEADO DEL CUARTO DE CORREO*

| | |
|---|---|
| NAME/NOMBRE DOC | STATE/ESTADO WA |
| STREET/DIRECCIÓN POSTAL | ZIP/CÓDIGO POSTAL |
| CITY/CIUDAD | COUNTRY/PAÍS |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

DOC 02-003 ES (REV. 08/18/14)     White – Offender Banking     Canary – Mailroom     Pink – Offender

169 of 310



**STATE OF WASHINGTON**
**DEPARTMENT OF CORRECTIONS**

**OFFENDER REQUEST TO TRANSFER FUNDS**
**PEDIDO DEL INTERNO PARA TRANSFERIR**

Please Print/LETRA DE MOLDE

**OFFENDER COMPLETES THIS SECTION – EL INTERNO LLENA ESTA SECCION**

| Offender Name/NOMBRE DEL INTERNO | DOC Number/NUMERO DOC |
|---|---|
| Joe Roberts | 349854 |

Please deduct sufficient funds from my account to cover the cost of: / Favor de retirar los fondos suficientes de mi cuenta para cubrir el costo de:

| Facility/INSTITUCION | Date/FECHA |
|---|---|
| | 5/17/22 |

| Pay To/PAGA A | Pay Amount/PAGA CANTIDAD |
|---|---|
| | $1.31 |

| Address/DIRECCION | Street/CALLE | City/CIUDAD | State/ESTADO | Zip/CODIGO POSTAL |
|---|---|---|---|---|
| | | | | |

Purpose/PROPOSITO

| Housing Unit/UNIDAD DE VIVIENDA |
|---|

Offender's Signature/FIRMA DEL INTERNO

| Counselor/CONSEJERO/A |
|---|

Counselor's Signature/FIRMA DEL CONSEJERO/A (if required/Si es que se requiere):

| Date/FECHA |
|---|

**ACCOUNTING DEPARTMENT – DEPARTAMENTO DE CONTABILIDAD**

Comments

| Check Number/NUMERO DE CHEQUE | Date Processed |
|---|---|
| 168370 | MAY 22 2023 |

***PLEASE ATTACH A SELF-ADDRESSED ENVELOPE.***    *FAVOR DE ADJUNTAR UN SOBRE CON SU NOMBRE Y DIRECCION*
Distribution:    **WHITE** – Accounting/CONTABILIDAD    **YELLOW** - Counselor/CONSEJERO/A    **PINK** - Offender/INTERNO
DOC 06-075 (Rev. 1/29/09)    DOC 200.000, DOC 210.060, DOC 440.000, DOC 590.500

170 of 310

EXHIBIT

N

A COPY OF KITE AND LAW LIBRARY REQUEST
FOR PRIORITY ACCESS



Department of
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 6/1/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | IMUS - G01 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| Chris Alaniz - CC3 | | |

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| ***Razón/Pregunta*** | ☐ *Necesito intérprete para _____ (idioma)* |

I need my legal box and legal books. I have
a deadline in case 22-2-02576-34, Thurston Co.
Superior on June 2 2023 and July 1 2023.
I need a "legal priority request" to verify this. As
you are aware I am also preparing litigation. I
have been on Ad-Seg for a month. You guys
clearly want release me back to my unit. Please
get me my legal materials.

| Signature/*Firma:* | Days off/*Días libres* |
|---|---|
| Joe | |

**Response/Respuesta**

counselor do not get
property. Kite "unit property
officer"

~~Fill~~ Attached Form - send to
Law Library

172 of 310 ~~309~~

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| CC3  Alaniz. C | 6/2/23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                    DOC 390.585, DOC 450.500



Department of
**Corrections**
WASHINGTON STATE

# LAW LIBRARY REQUEST FOR PRIORITY ACCESS

To receive consideration, this request must indicate an exceptional need regarding actions related to your **sentence, confinement, civil rights, and/or child dependency** and **must be completed in its entirety**. Use a separate form for each case. Failure to do so may result in the inability to process your request.

~~RECEIVED~~

5/8/23
Date

JUN 13 2023
WC LAW LIBRARY

Roberts, J
Requestor name

394089
DOC number

WSP - ~~HSB~~
Facility

HSB
Housing unit

**Identify the deadline date for which you are seeking priority access:** 6/2/23 - ~~7/1/23~~
*This must be within 45 days of this request. If there is a letter, court order, or other document relating to the deadline you may attach a copy to assist in verifying the deadline.*

Case type:  ☐ Sentence   ☐ Confinement   ☒ Civil rights   ☐ Child dependency
Court in which you have the deadline: Thurston County Superior
Case, cause, or docket number: 22-2-02576-34
Identify which rule or statute imposes the deadline: Court Order is mandatory per LCR's

Comments:

☐ Approved   ☒ Denied

Reason:
Unable to verify deadline. Pre Trial Conference is set, No deadline listed.
Does not meet criteria in Policy 590.500

☐ Separatees checked (if applicable)

Requestor signature

Date

T. Bull
Law Librarian/designee name

Tracy Bull
Signature

6/13/23
Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Law Library   **COPY** - Incarcerated individual    173 of 309/310

DOC 02-247 (Rev. 11/05/20)                 Page 1 of 1                 DOC 590.500



COPY   **LAW LIBRARY REQUEST FOR PRIORITY ACCESS**

Department of
**Corrections**
WASHINGTON STATE

To receive consideration, this request must indicate an exceptional need regarding actions related to your **sentence, confinement, civil rights, and/or child dependency** and **must be completed in its entirety.**  Use a separate form for each case.  Failure to do so may result in the inability to process your request.

6/20/23
_____
Date

**RECEIVED**

Roberts, J
_____
Requestor name

394089
_____
DOC number

**JUN 2 2 2023**

WSP
_____
Facility

BAKER - COS
_____
Housing unit

**SC LAW LIBRARY**

**Identify the deadline date for which you are seeking priority access:** 6/2/23 - & 7/1/23
*This must be within 45 days of this request.  If there is a letter, court order, or other document relating to the deadline you may attach a copy to assist in verifying the deadline.*

Case type:  ☐ Sentence   ☐ Confinement   ☒ Civil rights   ☐ Child dependency

Court in which you have the deadline: Thurston County Superior

Case, cause, or docket number: 22-2-02576-34

Identify which rule or statute imposes the deadline: Court order

Comments:
I've sent 3 requests for priority legal access each time they are not processed. DOC 590-500 allows inmates emergent legal access & they have a legal deadline in 10 days

☐ Approved   ☒ Denied

Reason:
Does not meet Priority Access criteria as outlined in Policy 590.500. Verified there is no response due for you at this time.

☐ Separatees checked (if applicable)

Jul
_____
Requestor signature

6/20/23
_____
Date

Venetta Jackson
_____
Law Librarian/designee name

Venetta Jackson
_____
Signature

6-22-23
_____
Date

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Law Library   **COPY** - Incarcerated individual   174 of ~~309~~ 310

DOC 02-247 (Rev. 11/05/20)                    Page 1 of 1                    DOC 590.500

Robert
BC-1089
B290089
From SC Law

175 of ~~309~~ 310

EXHIBIT

O

A COPY OF PROPERTY FORMS AND
SEARCH REPORTS

176 of 310

**Department of Corrections**
WASHINGTON STATE

Offender Name: _____ DOC #: _____ Facilit

### PERSONAL CLOTHING

| ITEM | QTY | BRAND / STYLE | COLOR | CONDITION |
|---|---|---|---|---|
| Baseball hat | | | | |
| Raincoat | | | | |
| Shoes/Sneakers/Sandals | | | | |
| Shower shoes/sandals | | | | |

### HEALTH CARE ITEMS

| ITEM | QTY | DESCRIPTION | CONDITION |
|---|---|---|---|
| Contacts | | | |
| Glasses | | | |
| Glasses/Contacts Case | | | |
| Reading Glasses | | | |
| Sunglasses | | | |

### DURABLE MEDICAL EQUIPMENT (DME)

| ITEM | DESCRIPTION | SERIAL # | CONDITION/WORKING (Y/N) |
|---|---|---|---|
| **CPAP Machine/Mask** | | | |
| **Hearing Aid(s)** | | | |
| Wheelchair | | | |

### JEWELRY - no gems/stones

| ITEM | QTY | DESCRIPTION | CONDITION |
|---|---|---|---|
| Earrings - 8 mm max | | | |
| Medallion - 2" max | | | |
| Neck chain - 24" max | | | |
| Ring - only if married/SRDP | | | |
| Wristwatch | | | |

### MAJOR NON-CONSUMABLES

| ITEM | BRAND NAME | TYPE | SERIAL # | CONDITION |
|---|---|---|---|---|
| Alarm clock | | | | |
| Cassette/CD Player/Radio | | | | |
| Electric fan | | | | |
| Electric razor or Hair trimmer | | | | |
| Head/Earphones | | | | |
| MP3 player | | | | |
| Television, no remote | | | | |
| Typewriter and accessories | | | | |

### MUSICAL INSTRUMENT AND ACCESSORIES

| ITEM | SERIAL # | CONDITION |
|---|---|---|
| | | |
| | | |
| | | |

**MISCELLANE**

AC adapter
Awards/plaq
Bowl
Brush, hair
Cable splitter
Calculator
Cards, playin
Cassette hea
Cassette tap
Cassette tap
Comb
Cup
Curling iron/S
Ear plugs
Games
Hair clips/acc
Hair dryer (Fe
Hangers (per
Headphone e
Hot pot
Mirror
Nail clipper -
Nail clipper -
Photo album
Pick
Pitcher
Power strip
Reading lamp
Soap dish
Television ca
Toothbrush h
Tumbler
Tweezers
Y adapter

**CONTRABAN**

S/O - Se

Offender Signature: _____ Date: 7|16|23   Employee Name:

2nd Employee Name (if necessary):

Distribution: WHITE – Property Room / Imaging System  CANARY – Unit File  PINK – Property Box  GOLDENROD – Offender
DOC 05-062 (Rev. 8/1/19)
Scan Code PR01

1 of 2

A

177 of 309 310

# OFFENDER PROPERTY

Unit: _____     Date: 7-5-23

| ITEM | QTY |
|---|---|
| ials | |
| | |
| ay | |
| | |
| eaner | |
| lder | |
| | |
| | |
| ning comb (Female only) | |
| | |
| s (Female only) | |
| ) | |
| n cord | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

## STATE ISSUED CLOTHING

| ITEM | QTY | OTHER |
|---|---|---|
| Bathrobe (Female only x1)** | | Mist pape work |
| Belt (1) | | |
| Bra (Female only x 6) | | |
| Briefs (6) | | |
| Watch Cap (1) | | |
| Coat (1) | | |
| Pajamas/Nightgown (Female only x1) | | |
| Pants (3) | | |
| Shirt (1 x long, 2 x Short) | | |
| Sport Shoes (1) | | |
| Shorts (2) | | |
| Shower shoes (1) | | |
| Socks (6 pair) | | |
| Sweatpants/Sweatshirt (1 each) | | |
| T-shirt (6) | | |

## STATE ISSUED LINEN

| ITEM | QTY | OTHER |
|---|---|---|
| Blanket(s) | | |
| Cl bag (1) | | |
| Laundry bag (1) | | |
| Mattress (1) | | |
| Pillow and pillowcase (1 each) | | |
| Sheet (2) | | |
| Towel (3) | | |
| Washcloth (2) | | |

## ADDITIONAL/OPTIONAL STATE ISSUED WORK CLOTHING

| ITEM | QTY | OTHER |
|---|---|---|
| Bandana (3) | | |
| Boots, Specialty (1 pair) | | |
| Boots, Work (1 pair) | | |
| Gloves (4) | | |
| Hard hat (1) | | |
| Hard hat liner (1) | | |
| Jeans (DNR only x 3) | | |
| Rainwear (1 set) | | |
| Shirt (3) | | |
| Socks (4) | | |
| Suspenders (1) | | |
| Sweatshirt (DNR only x1) | | |
| Thermal underwear (2) | | |

## XCESS PROPERTY

| ITEM | CODE |
|---|---|
| | |
| | |
| | |

TR - Trash    DT - Donate

Signature: _____     Date: 7-5-23

Signature: _____     Date: 7/6/23

DOC 420.320, DOC 440.000, DOC 440.010, DOC 440.020, DOC 440.050, DOC 560.200

2

2 of 2

A

**Department of Corrections**
WASHINGTON STATE

Offender Name: _Roberts Joseph JW Jr_   DOC #: _394089_   Facility:

### PERSONAL CLOTHING

| ITEM | QTY | BRAND / STYLE | COLOR | CONDITION |
|---|---|---|---|---|
| Baseball hat | | | | |
| Raincoat | | | | |
| Shoes/Sneakers/Sandals | | | | |
| Shower shoes/Sandals | | | | |

### HEALTH CARE ITEMS

| ITEM | QTY | DESCRIPTION | CONDITION |
|---|---|---|---|
| Contacts | | | |
| Glasses | | | |
| Glasses/Contacts Case | | | |
| Reading Glasses | | | |
| Sunglasses | | | |

### DURABLE MEDICAL EQUIPMENT (DME)

| ITEM | DESCRIPTION | SERIAL # | CONDITION/WORKING (Y/N) |
|---|---|---|---|
| CPAP Machine/Mask | | | |
| Hearing Aid(s) | | | |
| Wheelchair | | | |

### JEWELRY - no gems/stones

| ITEM | QTY | DESCRIPTION | CONDITION |
|---|---|---|---|
| Earrings - 8 mm max | | | |
| Medallion - 2" max | | | |
| Neck chain - 24" max | | | |
| Ring - only if married/SRDP | | | |
| Wristwatch | | | |

### MAJOR NON-CONSUMABLES

| ITEM | BRAND NAME | TYPE | SERIAL # | CONDITION |
|---|---|---|---|---|
| Alarm clock | | | | |
| Cassette/CD Player/Radio | | | | |
| Electric fan | | | | |
| Electric razor or Hair trimmer | | | | |
| Head/Earphones | | | | |
| MP3 player | | | | |
| Television, no remote | | | | |
| Typewriter and accessories | | | | |

### MUSICAL INSTRUMENT AND ACCESSORIES

| ITEM | SERIAL # | CONDITION |
|---|---|---|
| | | |
| | | |
| | | |

### MISCELLANEOUS

- AC adapter
- Awards/plaque
- Bowl
- Brush, hair
- Cable splitter, t
- Calculator
- Cards, playing
- Cassette head/
- Cassette tape/(
- Cassette tape/(
- Comb
- Cup
- Curling iron/Str
- Ear plugs
- Games
- Hair clips/acces
- Hair dryer (Fem
- Hangers (per fac
- Headphone ex
- Hot pot
- Mirror
- Nail clipper - la
- Nail clipper - sr
- Photo album
- Pick
- Pitcher
- Power strip
- Reading lamp
- Soap dish
- Television cabl
- Toothbrush ho
- Tumbler
- Tweezers
- Y adapter

### CONTRABAND

S/O - S

Offender Signature: _____   Date: _7/6/22_   Employee Name: _____

2nd Employee Name (if necessary): _____

B    1 of 2

179 of 309 310

**OFFENDER PROPERTY**

_____     Unit: _Baker_     Date: _____

**STATE ISSUED CLOTHING**

| ITEM | QTY | OTHER |
|------|-----|-------|
| Bathrobe (Female only x1) | | |
| Belt (1) | | |
| Bra (Female only x 6) | | |
| Briefs (6) | | |
| Watch Cap (1) | | |
| Coat (1) | | |
| Pajamas/Nightgown (Female only x1) | | |
| Pants (3) | | |
| Shirt (1 x long, 2 x Short) | | |
| Sport Shoes (1) | | |
| Shorts (2) | | |
| Shower shoes (1) | | |
| Socks (6 pair) | | |
| Sweatpants/Sweatshirt (1 each) | | |
| T-shirt (6) | | |

**STATE ISSUED LINEN**

| ITEM | QTY | OTHER |
|------|-----|-------|
| Blanket(s) | | |
| CI bag (1) | | |
| Laundry bag (1) | | |
| Mattress (1) | | |
| Pillow and pillowcase (1 each) | | |
| Sheet (2) | | |
| Towel (3) | | |
| Washcloth (2) | | |

**ADDITIONAL/OPTIONAL STATE ISSUED WORK CLOTHING**

| ITEM | QTY | OTHER |
|------|-----|-------|
| Bandana (3) | | |
| Boots, Specialty (1 pair) | | |
| Boots, Work (1 pair) | | |
| Gloves (4) | | |
| Hard hat (1) | | |
| Hard hat liner (1) | | |
| Jeans (DNR only x 3) | | |
| Rainwear (1 set) | | |
| Shirt (3) | | |
| Socks (4) | | |
| Suspenders (1) | | |
| Sweatshirt (DNR only x1) | | |
| Thermal underwear (2) | | |

Left column (partially cut off):

| EM | QTY |
|----|-----|
| ıls | |
| | |
| / | |
| | |
| aner | |
| ler | |
| | |
| ning comb (Female only) | |
| | |
| (Female only) | |
| | |
| cord | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

**CESS PROPERTY**

| TEM | CODE |
|-----|------|
| | |
| | |
| | |

TR - Trash     DT - Donate

Signature: _____     Date: _____

Signature: _____     Date: _____

DOC 420.320, DOC 440.000, DOC 440.010, DOC 440.020, DOC 440.050, DOC 560.200

B    2 of 2

180 of 309 310

Department of
**Corrections**
WASHINGTON STATE

**SEARCH REPORT**

Location-(unit, cell/room, or activity area): Baker B102

Date: 5/26/23     Time: 1932

| SEARCH EMPLOYEE(S)/CONTRACT STAFF | REASON FOR SEARCH: |
|---|---|
| Panez | Policy |
| Tollez | |

## CONFISCATED PROPERTY DESCRIPTION

| Name | DOC number | Item (quantity, type, serial number, condition) | Disposition | Infraction report Yes | No | WAC Violation |
|---|---|---|---|---|---|---|
| Roberts, Joseph | 394089 | Misc Trash | Trash | ☐ | ☒ | N/A |
| | | Extra Mattress | laundry | ☐ | ☒ | N/A |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |
| | | | | ☐ | ☐ | |

Panez
Search employee/contract staff          Signature          Date: 5/26/23

Tollez
Search employee/contract staff (if applicable)     Signature     Date: 5-26-23

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14. Upon completion, the data classification category may change.

Distribution:  **ORIGINAL** - Evidence
           **COPY** - Correctional Unit Supervisor/Shift Supervisor, Incarcerated Individual, Imaging File (Prisons onlyl)

181 of 309 310

**90 DAY PROPERTY DISPOSITION**
*DISPOSICION DE PROPIEDED DE 90 DIAS*

Department of
**Corrections**
WASHINGTON STATE

*Complete form, sign then return to Property Sgt. Room*

Date/*Fecha:* 6/6/23

Name/*Nombre*  Roberts
DOC Number/*Núm. de DOC*  394089
Unit/*Unidad*  Imus

| PROPERTY DESCRIPTION/*DESCRIPCION DE LA PROPIEDAD* | | |
|---|---|---|
| 2 Boxes of Food | DATE SERVED: | |
| | SERVED BY: | |

The property listed above is being held in the property room awaiting disposition. Please indicate how you wish to dispose of the property listed above and return this signed form to the Property Officer. If no action is taken within 90 days, the property will be disposed of per DOC 440.000 Personal Property for Offenders.

*La propiedad arriba listada está guardada en el cuarto de propiedad esperando a que se decida su disposición. Por favor Indique en este formulario como quiere que se disponga de la propiedad y devuelva este formulario firmado al Oficial de Propiedad. Si no toma una acción en 90 días, la propiedad será descartada de acuerdo con la política DOC 440.000 Propiedad Personal del Interno.*

**DISPOSE OF MY LISTED PROPERTY AS FOLLOWS/*DISPONGA DE MI PROPIEDAD COMO SIGUE***

☐ Destroy it/*Destrúyala*
☐ Donate to charity/*Dónela a un organismo caritativo*    DOC CHOICE

Name of Charity/*Nombre del organismo caritativo*

☐ Send it out at my expense to/*Envíela a expensas mías a:*
Include a completed, signed DOC 02-003 Postage Transfer
if you are choosing to send items out. / *Incluya el formulario de transferencia de correo firmado DOC 02-003 si quiere enviar los artículos afuera.*

Address    *Dirección*
City/State/Zip Code    *Ciudad/Edo./Código postal*

☐ Union Supply Warranty Return/*Devolución bajo garantía de Union supply*
☐ Visitor Pick-Up (VPU)/*Recogido por un visitante (VPU)*

Signature/*Firma*    Date/*Fecha*

**THE ABOVE LISTED PROPERTY WAS DISPOSED OF/*SE DISPUSO DE LA PROPIEDAD ARRIBA APUNTADA***

☐ As indicated above/*Como se indicó Anteriormente*    ☐ Other/*Otro:*

Explain/*Explique*

Date/*Fecha*

WSP 440.000
OPERATIONAL MEMORANDUM:
PERSONAL PROPERTY FOR OFFENDERS
a. Employees will attempt to identify ownership of consumable items when removing property from a multiple man cell without the offender being present.
1) Unopened hygiene items will be stored with the offender's property.
2) Food items will be boxed separately. The outside of the box will be marked "food items" and include the offender's name and DOC number.
a) If the offender does not return to the unit within 30 days, perishable (i.e., consumable) items will be sent to the Property Room.
b) The Property Room will send DOC 21-139 90 Day Property Disposition to the offender and appropriately dispose of the consumable items. Consumables will not be sent to Long Term Storage.

182 of 310



Department of
**Corrections**
WASHINGTON STATE

## MAJOR NON-CONSUMABLES INSPECTION

Date: 6/6/23
DOC #: 394089

To: Roberts

From: WSP property

Your cassette/CD player, radio, musical instrument, television, or typewriter is being mailed out of the facility or received from another facility. You are responsible for the cost of mailing these items. It is recommended that you insure your property through the carrier. The Department **does not** accept responsibility for any damage caused by the carrier.

Indicate the condition of the item(s) below.

### CASSETTE/CD PLAYER OR RADIO    ☐ Operable    ☐ Inoperable

| Brand Name | Model | Serial Number |
|---|---|---|
|  |  |  |

Condition: _____

### ~~MUSICAL INSTRUMENTS~~ TV    ☒ Operable    ☐ Inoperable

| Brand Name | Model | Serial Number |
|---|---|---|
| Clear Tunes | CT15745 | BA0849 |

Condition: Working / used

### TELEVISION    ☐ Operable    ☐ Inoperable

| Brand Name | Model | Serial Number |
|---|---|---|
|  |  |  |

Condition: _____

### TYPEWRITER    ☐ Operable    ☐ Inoperable

| Brand Name | Model | Serial Number |
|---|---|---|
|  |  |  |

Condition: _____

Packed by: _____    Witnessed by: _____

J. Porter                          6/6/23                                              7/6/23
Officer Signature            Date            Offender Signature            Date
                                            Officer Witness Signature (If offender is not present)

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14

183 of 310

EXHIBIT

P

A COPY OF PLAINTIFFS INDIVIDUAL BEHAVIOR
MANAGEMENT PLAN (IBMP)

184 of 310



PATIENT I.D. DATA: **ROBERTS, JOSEPH**
(Name, DOC#, DOB) **394089    07/20/1986**

Department of
**Corrections**
WASHINGTON STATE

## INDIVIDUAL BEHAVIOR MANAGEMENT PLAN

| DATE | FACILITY |
|------|----------|
| 04/27/2023 | WSP |

Primary Therapist:    Pena, Sergio - CMHC2

PASTE PHOTO HERE

Psychologist:    Dr. Eric Rainey-Gibson, Ph.D

Plan Expiration date:  10/19/2023

Rationale for plan/situational background: Mr. Roberts was recently accepted to the RTU program after a lengthy time on MAX custody, but is currently demonstrating difficulty in being successful in the program. Mr. Roberts has received multiple infractions since coming to the RTU and reports he believes he can do better with a concrete plan to keep him on the right path. Mr. Roberts expresses the desire to participate in therapy and unit programming, however, demonstrates very low distress and frustration tolerance, often declaring mental health emergencies multiple times a day when a perceived need isn't being met and/or something he is upset by happens--often related to unit operations. This has had a significant impact on Mr. Roberts ability to attend and participate in regularly scheduled therapy sessions. When dysregulated, Mr. Roberts often ties up custody staff and/or the unit sergeant and CUS which has had some impact on timely and safe unit operations. Mr. Roberts expresses a desire to be successful and learn to manage his own emotions while working through the things he has experienced in order to have a successful re-entry in the next couple of years. Mr. Roberts demonstrates good insight that currently the track he is on is unlikely to lead him to meeting these goals and is asking for a structured plan to help him achieve his goals successfully.

Trigger(s): Mr. Roberts can quickly become frustrated when his perceived need is not being met in his desired timeframe. Other triggers include when unit operations do not run the way he believes they should or impact him in such a way that he believes he is being specifically targeted.

Consequence(s) of behavior(s) (obtains/avoids): By yelling or kicking the door, or declaring mental health emergencies multiple times daily, Mr. Roberts appears to believe he will get a desired response sooner. He obtains the attention of multiple staff members and uses the time to air his grievances and/or negotiate for a desired outcome that may not have been otherwise available had he not been engaging in the behavior. He also avoids dealing with his discomfort and anxiety as well as taking responsibility for his choices and the consequences that come from those choices.

Function(s) of the behavior(s): The behavior serves to help Mr. Roberts gain what he believes he should have and/or negotiate for a desired outcome that may not have been available. Mr. Roberts also gains attention from multiple staff members for significant lengths of time, relying on staff to help him cope rather than learning the skills to self soothe and regulate his own emotions.

Incentives: In order to encourage positive behaviors. reduce unnecessary MH emergencies and mitigate potential infractions, the following are incentives Mr. Roberts can receive, while housed in close custody Baker Unit, should he refrain from receiving a major infraction(s).

7 days no major infraction behavior: 20 minutes extra in Annex A, before or after attended REC or treatment group times, and while staffing allows. Time and allowance decided by groups' facilitator and Annex A officer.

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

185 of 310

Page 1 of 3



Department of
**Corrections**
WASHINGTON STATE

PATIENT I.D. DATA.    **ROBERTS, JOSEPH**
(Name, DOC#, DOB)    **394089    07/20/1986**

14 days no major infraction behavior: (2x) 20 minutes extra in Annex A, before or after attended REC or treatment group times, and while staffing allows. Time and allowance decided by groups' facilitator and Annex A officer.

21 days no major infraction behavior: (2x) 30 minutes extra in Annex A, before or after attended REC or treatment group times, and while staffing allows. Time and allowance decided by groups' facilitator and Annex A officer.

30 days no major infraction behavior: First curio permit.

****No other incentives outside this plan will be offered or negotiated****

In addition:

Mr. Roberts expresses a desire to take advantage of the programs offered in the RTU, however multiple mental health emergencies weekly and at times daily are a barrier. Thus, Mr. Roberts will be scheduled for one, 60 min case management session per week. If there is a holiday or clinician has a conflict, it will be rescheduled in the same week as time allows. Should pt. declare a MH emergency, he will be reminded of his next scheduled appointment with his primary therapist and encouraged to utilize his coping skills to take full advantage of his scheduled time. Time spent with mental health staff due to a declared MH emergency will be subtracted from his next scheduled session. Each emergency will result in a loss of 15 min from the session.

| | |
|---|---|
| Skills Deficit: | 1.) Reduce the use of unnecessary COA placement |
| Teaching Target: | Encourage appropriate use of the COA in order to maintain functioning in the RTU program. |
| Action steps: | A. When Roberts is feeling overwhelmed in the unit and he wants to go to the COA, he will request to speak to the assigned crisis responder who attempt to contact his MH primary. If primary is unavailable, he will speak with the assigned crisis responder. He will be asked if he is suicidal and/or needs to use a timeout on the COA |
| | B. Roberts will be allowed time to briefly explain what he is feeling-approximately 10 min. He will then be encouraged to use coping skills. |
| | C. If after speaking with responder he continues to feel he cannot cope in the unit, he will request a time out on the COA as needed. He will be assessed for watch level and appropriate items for the duration of his COA stay. Once the time out is requested, a transfer will be sent and he will be moved to the COA. Once the transfer order is sent the patient will be unable to recant his request for a time out. His PT will follow up with him on the next business day to see if he is ready and able to return to the unit. Afterhours placement: call DO. |
| Skills Deficit: | 2.) Reduce infractionable behaviors related to emotional dysregulation and poor coping skills. |
| Teaching Target: | Mr. Roberts will learn the skills to manage his own emotions and behaviors when dysregulated. |
| Action steps: | A. Mr. Roberts will participate in weekly encounters working on coping skills. Roberts will practice these skills when feeling angry or frustrated in order to reduce behaviors that may lead to infractions. Staff will encourage Mr. Roberts to use these skills as appropriate. |
| | B. Once the reward is earned at the end of the 7-day period, it will be given regardless of future behavior. If he does not make it the full 7 days, it will start over to day zero. At the end of the 30-day period Mr. Roberts will have met all his incentives and will be utilizing good behaviors to maintain them. Should Mr. Roberts behavior regress, incentives can be removed at the discretion of unit sgt/CUS. |
| | C. Time start for incentive periods will be the date that Mr. Roberts arrived to Baker Unit on 04/18/2023. |

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

186 of 309 310    Page 2 of 3

DOC 13-069 (10/12/2022)    DOC 310.300    DOC 320.250    DOC 630.500    MENTAL HEALTH: Reference



| PATIENT I.D. DATA: | **ROBERTS, JOSEPH** |
|---|---|
| (Name, DOC#, DOB) | **394089    07/20/1986** |

| | |
|---|---|
| Skills Deficit: | 3.) Mr. Roberts declares a mental health emergency outside of his scheduled time to see his primary therapist. |
| Teaching Target: | Structured responses that encourage Mr. Roberts to use his existing coping skills. |
| Action steps: | A.) Mr. Roberts will be asked if he is feeling suicidal and /or like he may harm himself, or if he is asking for a timeout on the COA.  If he is asking for a timeout, follow teaching target "1" related to COA use. |
| | B). Mr. Roberts will be seen by the responder, or after hours the RN.  For afterhours RN, follow teaching target number 1 for COA placement. |
| | B. For PBR: unit issues, phone use or other non-mental health issues will not be discussed. Mr. Roberts will be reminded these are not emergencies and can be processed in his next scheduled session. Mr. Roberts will be allowed 10 minutes to discuss his feelings regarding his concerns and then will be encouraged to utilize his coping skills. He will be reassured of his upcoming appointment with his therapist and the day and time.  The PBR may engage in a relaxation/deep breathing exercise with Mr. Roberts as time allows. |
| | C.) Notify his PT of the encounter and approximate time spent with him. Time he is seen by MH will be subtracted from his next scheduled session.  Each emergency will result in a loss of 15 min from the session.  If Mr. Roberts emergencies supersede time allotted for his sessions that week, a brief 5 min cell front check in will be conducted. |
| Skills Deficit: | |
| Teaching Target: | |
| Action steps: | |

PATIENT SIGNATURE: _____    DATE SIGNED: _____

### MULTIDISCIPLINARY TEAM SIGNATURES

| PRIMARY THERAPIST (PRINT NAME) | SIGNATURE | DATE |
|---|---|---|
| PSYCHOLOGIST (PRINT NAME) | SIGNATURE | DATE |
| PSYCHIATRIC PRACTITIONER (PRINT NAME) ☐ check if none | SIGNATURE | DATE |
| CUS/CMHUS (PRINT NAME) | SIGNATURE | DATE |
| SHIFT/UNIT SGT (PRINT NAME) | SIGNATURE | DATE |
| MEDICAL (PRINT NAME) | SIGNATURE | DATE |
| CLASSIFICATION COUNSELOR (PRINT NAME) | SIGNATURE | DATE |

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-069 (10/12/2022)        DOC 310.300    DOC 320.250    DOC 630.500        MENTAL HEALTH: Reference



Department of
**Corrections**
WASHINGTON STATE

PATIENT I.D. DATA:    **ROBERTS, JOSEPH**
(Name, DOC#, DOB)    **394089    07/20/1986**

## INDIVIDUAL BEHAVIOR MANAGEMENT PLAN

| DATE | FACILITY |
|------|----------|
|      |          |

Primary Therapist: _____

Psychologist: _____

Plan Expiration date: _____

PASTE PHOTO HERE

Rationale for plan/situational background:

Trigger(s):

Consequence(s) of behavior(s) (obtains/avoids):

Function(s) of the behavior(s):

Incentives:

State law and/or federal regulations prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law.

DOC 13-069 (10/12/2022)    DOC 310.300    DOC 320.250    DOC 630.500    MENTAL HEALTH: Reference

EXHIBIT

Q

A COPY OF LETTER FROM DISCIPLINARY OFFER

OFFICER DAMIEN REINO

189  of ~~309~~ 310



**State Of Washington**
Washington State Penitentiary
<u>Inter-Departmental Memorandum</u>



DATE:   5/25/2023

TO:      Roberts, Joseph
         394089

FM:      Hearing Officer: D. REINO

RE:      RECENT APPEAL

The appeal you submitted for IGN #89 has already been adjudicated and was dismissed.
Since all the charges were dismissed, this appeal will not be accepted.  You can address
your concerns through you Unit CUS, Grievance office or IIU. <u>Staff misconduct concerns</u>
should be addressed through the grievance process or OMBUDS.

This appeal is being returned to you and will not be processed.

cc: Hearing Packet
    Inmate

**Damien Reino**

i90 of 310



**Department of**
**Corrections**
WASHINGTON STATE

# DISCIPLINARY HEARING APPEAL

Roberts, T                                    394089                         5/18/23
_____          _____          _____
Name                                          DOC number                   Date

I am appealing the decision of my ☐ General Infraction ☒ Serious Infraction

Violation(s): iGN 89 – WAC(s) 353; 896; 553; 202; 884; 663
_____

_____

Reno                                          IMUS                          5/17/23
_____          _____          _____
Disciplinary Hearing Officer                  Location                      Date

| **APPEAL REASON(S)** |
|---|
| Additional pages may be attached, if necessary.  It is recommended that no more than 2 pages are submitted. |

I appeal for the following reasons: Mcclanahan wrote me up in retaliation for
engaging in protected conduct: filing grievances and making comments to file a
lawsuit. I appeal the dismissal

Appeals must be submitted after receiving notice of the action taken as follows:

- General infraction appeals must be submitted to the primary Disciplinary Hearing Officer within 2 business days per WAC 137-28-250.  A copy of DOC 17-070 General Infraction Report must be attached to this appeal.
- Serious infraction appeals must be submitted to the Superintendent within 15 business days per WAC 137-28-380.

Sanctions WILL NOT BE STAYED pending the outcome of an appeal.

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

191 of 309 310

Distribution:   **SERIOUS: ORIGINAL** - Superintendent, Imaging file          **COPY** - Hearing Officer, Individual, Individual file
                **GENERAL: ORIGINAL** - Hearing Officer                        **COPY** - Individual, Individual file

DOC 17-074 (Rev. 07/22/22)                                                     DOC 460.000
Scan Code: Packet (IF01), Individual (HR10)

EXHIBIT

R

KITES SENT TO WASHINGTON STATE
PENITENTIARY SUPERINTENDENTS OFFICE
AND ADMINISTRATIVE STAFF, AND LETTER
TO DOC HEADQUARTERS

Roberts, T #394089
WSP
1313 N 13th Ave
Walla Walla, WA 99362

Received
JUL 14 2023
WA DEPT OF CORRECTIONS

SPOKANE WA 990
7 JUL 2023 PM 1 L

USA ★ FOREVER ★

DOC HeadQuarters
PO Box 41118
Olympia, WA 98504-1118

98504-111118

THIS WAS MAILED BY AN INCARCERATED
INDIVIDUAL CONFINED AT A
WASHINGTON STATE DEPARTMENT OF
CORRECTIONS FACILITY. ITS CONTENTS
MAY BE UNCENSORED.

193 of 310

COPY

Received

To: DOC Head quarters                Dated: 7/6/23

JUL 14 2023

From: Roberts, J   394089

WA DEPT OF CORRECTIONS

I am being retaliated against. I have tryed to resolve these issues by filing grievances, Kites and Ombuds. The grievance resolution specialist H. Griffith and Burt wont process Log# 23778437, Log# 23778258, Log#23781089, and (Log# 23779674 is overdue.). I Kited CPM Daniels and Superintendent Jackson about the retaliation and Associate Supt. Sundberg. Each time I'm ignored. This allows my wrong doers to continue to retaliate!

CO Mcclanahan, CO Gutierrez, Sgt. Bamford and CHMUS Suckow retaliated me. for filing grievances and for saying I would sue them

Mcclanahan, went out of his way to have my HSR changed before the expiration date. You guys are very familiar with me and know that I will doggedly Pursue this issue until something is done.

I am requesting a Keep seperate from Mark Mcclanahan, Tandy Bamford, Crystal Gutierrez and I request to remain in PTU WSP or you can transfer me to SCN. I don't want the retaliation to continue.

194 of 389 310

1 & 1



STATE OF WASHINGTON
## DEPARTMENT OF CORRECTIONS
P. O. Box 41129 • Olympia, Washington 98504-1129 • Tel (360) 725-8223
FAX (360) 664-4056

07/17/2023

**Roberts, Joseph**
DOC 394089
WSP
Ref: Log ID 23778437/23778258/23781089/23779674

Dear Joseph,

I am writing regarding your letter dated 07/06/2023, which was mailed directly to the Headquarters Resolution Department. After carefully reading your concern, it appears you are attempting to appeal several Log IDs. Please note, an individual can appeal their local Resolution Specialist's decision to Not Accept a complaint by submitting a new Resolution Request and marking "appeal" at the top of the form. After you place the appeal in your local Resolution box, it will be forwarded to the Resolution Program Manager for review. The appeal must contain the individual's committed name, DOC number, a brief description of why it should be accepted, and the Log ID number of the original Resolution Request.

The Resolution Program Manager/designee will either uphold the Resolution Specialist's decision or reverse it and refer the Resolution Request back to the Resolution Specialist for further processing. This review will only determine if the concern will be accepted or not and will not address the merits of the complaint. The appeal response cannot be appealed and repeat Resolution Requests on the concern will not be processed. Please follow this process to appeal the Not Accepted decision made by your local Resolution Specialist.

Note: 23779674 was completed on 07/07/2023. If you have not received a copy please work with your local resolution department.

Sincerely,

*Jason Richer*

Jason Richer | HQ Statewide Resolution Specialist
WA DOC Resolution Program
P.O. Box 41129
Olympia, WA 98504-1129

CC: Carol Smith/Resolution Program Manager, WSP Resolution Department

195 of 310

*"Working Together for SAFE Communities"*

#306130 MEI3HE

IMU/404

**Department of**
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 3/5/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | #5B E013 | |

Request interview with or answer from/*Solicita entrevista o respuesta de*
Superintendent WSP

**Reason/Question** ☐ Interpreter needed for _____ (language)
**Razón/Pregunta** ☐ *Necesito intérprete para* _____ *(idioma)*

Gutierrez and McClanahan both threatened multiple
times to retaliate because I filed multiple complaint
on them. These two c/o's threatened to infract me
out of BAR unit RTU.

_____
_____

RECEIVED

MAR 2023

WSP PENIT
SUPT. OFFICE

_____
_____

Signature/*Firma* _____    Days off/*Dias libres*

**Response/Respuesta**

Thank you for letting me
know.

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| **CPM P. Daniel** | 3-6-23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be
redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder    **CANARY** - Return response    **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500

196 of 310

Department of
# Corrections
WASHINGTON STATE

**KITE**

RECEIVED
MAR 2023

Name (print)/*Nombre (letra de molde)*
Roberts, J

Date/*Fecha*
3/9/23

DOC number/*Número DOC*
394089

Facility/unit/cell / *Instalación/unidad/celda*
HSB-E013

Request interview with or answer from/*Solicita entrevista o respuesta de*
Superintendent - WSP

**Reason/Question**
**Razón/Pregunta**

☐ Interpreter needed for _____ (language)
☐ *Necesito intérprete para* _____ (idioma)

I had my hearing today with disciplinary officer Réma.
Réma found that there was no evidence to substantiate
a guilty finding for lies that ⬦ C/o Mark McClanahan
had written me up for. 3 infractions were dismissed and
one was reduced to a general. On 3/5/23, I sent a kite
complaining about retaliation for filing complaints against
~~McClanahan. Is an investigation conducted for~~
being excessively and maliciously written up.

Signature/*Firma*
Joe

Days off/*Días libres*

**Response/*Respuesta***

Please take advantage of the formal processes
afforded to you. The resolution program
as well as the disciplinary appeal process
are available to address your concerns.
Thank-you.
                    - Assoc. Sundberg

Responder/*Persona que responde*

Date/*Fecha*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona que responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                    DOC 390.585, DOC 450.500

197 of 310

**Department of Corrections**
WASHINGTON STATE

*E-07*

KITE

| Name (print)/*Nombre (letra de molde)* | | |
|---|---|---|
| Roberts J | | |
| DOC number/*Número DOC* | Facility/unit/cell/*Instalación/unidad/celda* | |
| 394089 | HSB - E07 | |

Request interview with or answer from/*Solicita entrevista o respuesta de*
Superintendent - WSP

**Reason/Question**   ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**    ☐ Necesito intérprete para _____ (idioma)

I have been on Ad-Seg for nearly 30 days.
There is only one disciplinary hearing officer
for 2,700 inmates who may be pending infraction
hearings. Can you remove the Ad-Seg hold.
I have had no behavior problems since my
Ad-Seg placement. I sent your office multiple
kites complaining about retaliation and being
written up friviously.

| Signature/*Firma* | Days off/*Días libres* |
|---|---|

**Response/Respuesta**

Your disciplinary hearing is
scheduled for 3/23/2023.

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| Wilson 3/21/23 | |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be
redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:   **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*   *BLANCA - Persona responde*   *AMARILLA - Respuesta devuelta*   *ROSA - Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500

198 of 310



**Department of Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 5/22/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | IMU5-G01 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| WSP Superintendent | | |

**Reason/Question**   ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**    ☐ Necesito intérprete para _____ (idioma)

Hgidey Griffith and Erik Burt; CSA Spencer
are refusing to process my /emergency/ grievance./ filed on
5/7/23 regarding retaliation I am in the
process of filing a civil suit. I ~~sent~~ send a
kite on on 5/9/23; 5/11/23 and on 5/19/23 inquir-
ing into the status of this grievance. Burt
responded and it appears no one processed my
complaint. I cant access the resolution program

| Signature/*Firma* | Days off/*Días libres* |
|---|---|
| | |

**Response/Respuesta**

_____
_____
_____
_____
_____
_____
_____
_____

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| | |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:   **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*   **BLANCA** - Persona responde   **AMARILLA** - Respuesta devuelta   **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)                                          DOC 390.585, DOC 450.500

Department of
**Corrections**
WASHINGTON STATE

*CONTINUED ON NEXT KITE*

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 6/1/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | IMUS-GO1 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| Superintendent - WSP | | |

**Reason/Question**    ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**    ☐ Necesito intérprete para _____ (idioma)

I am being kept against my will on Ad-Seg
for a false allegation that I threatened a
inmate "pending a keep seperate". There is
absolutely no proof that I threatened anyone.
No incident reports, no write up. It appears
that BAKER Unit is continuing to retaliate
and sabotage my RTU level care. I want to
go back to my unit. C/o Melanahan, Gutierrez, Bank

Signature/*Firma* _____    Days off/*Días libres*

**Response/Respuesta**    and Dickau are retaliating- I'm suing them!

_____
_____
_____
_____
_____
_____
_____

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| | |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500

200 of 300



Department of
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Pedrita, J | | 6/11/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | IMUS- G01 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| Administrative Seg - Officer | | |

**Reason/Question**   ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**    ☐ *Necesito intérprete para* _____ (*idioma*)

There is no incident report nor write/regarding
these false allegations that I threatened an
inmate. I sent you a kite trying to understand
what was going on and you refuse to allow me
to present any kind of evidence to dispute this
ad-seg bull. I have due process rights while on Ad-
Seg I was never on Ad-Seg for a "keep separate"
there is no paper work neither - I will NOT go to

| Signature/*Firma* | Days off/*Días libres* |
|---|---|
| | |

**Response/Respuesta**                    Protective custody from

Release me off Ad-Seg !!!

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| | |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                     DOC 390.585, DOC 450.500



**Department of**
# Corrections
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 6/11/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | IMUS - G01 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| Administrative Seg Officer | | |

**Reason/Question**  ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**  ☐ *Necesito intérprete para* _____ *(idioma)*

Can you tell me what is going on? What are you
guys doing? Why am I not allowed back in
BAKER unit KIU?

Are you placing me back on MAX again?

| Signature/*Firma* | Days off/*Días libres* |
|---|---|

**Response/Respuesta**

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                    DOC 390.585, DOC 450.500



**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts J | | 6/1/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 314089 | WSP-GW1 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| Superintendent - WSP | | |

**Reason/Question**   ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**    ☐ Necesito intérprete para _____ (idioma)

I sent you and the CPM a kite regarding retaliation
by Mcclendon, Gutierrez, Bonford, you ignored
me. You said file a grievance. Mysteriously, I
received 20+ infractions in 3 weeks & being in
YAKER all of which were dismissed except 3-4.
Meaning Ad-seg is extended due a pending keep
separate. I never received any Ad-seg notification
that I am on Ad-seg pending a keep separate.

Signature/*Firma* _signature_                    Days off/*Días libres*

**Response/Respuesta** What are you guys doing? You need
to stop. Release me off Ad-seg and me back to BARK

_____
_____
_____
_____
_____
_____

| Responder/*Persona que responde* | | Date/*Fecha* |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde* **AMARILLA** - *Respuesta devuelta* **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                          DOC 390.585, DOC 450.500



**Department of**
# Corrections
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | Date/*Fecha* |
|---|---|
| Roberts J. | 6-11-23 |

| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* |
|---|---|
| 394089 | HSB  F-15 |

| Request interview with or answer from/*Solicita entrevista o respuesta de* |
|---|
| Rob Jackson  Super intnt  WSP |

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| **Razón/Pregunta** | ☐ Necesito intérprete para _____ (idioma) |

I want to bring to Your attention Theres
no evidence To Substuntiate The keep
Seperate exept for allegations. I have
done nothing at all there are no add Seg
Placement documenting that I ~~ams~~ on add Seg
for Pending Review of keep Seperate.
Please lift the add Seg Hold, So I can go
back to baker unit.

| Signature/*Firma* | Days off/*Días libres* |
|---|---|
| JO Robery 76066 Signed for Inmate | 5/5 |

**Response/***Respuesta*

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| | |

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500



**KITE**

Department of
**Corrections**
WASHINGTON STATE

| Name (print)/*Nombre (letra de molde)* | Date/*Fecha* |
|---|---|
| Roberts, J | 5/6/23 |

| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* |
|---|---|
| 394089 | BAKER - C05L |

Request interview with or answer from/*Solicita entrevista o respuesta de*
CMHUS - K. Suckow

**Reason/Question**  ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**  ☐ Necesito intérprete para _____ (idioma)

You are aware of my complaints regarding Michandrea
Gutierrez, and Branford retaliating. I am requesting
keep separates

| Signature/*Firma* | Days off/*Días libres* |
|---|---|
| Joe | |

**Response/Respuesta**

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| | |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                           DOC 390.585, DOC 450.500



**Department of**
# Corrections
WASHINGTON STATE

RECEIVED

WS JUL 14 2023 **KITE**

WSP H.S. ADMIN. OFFICE

| Name (print)/*Nombre (letra de molde)* | Date/*Fecha* |
|---|---|
| Roberts, Joseph | 7-11-2523 |

| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* |
|---|---|
| 394089 | WSP HSB E-08 |

Request interview with or answer from/*Solicita entrevista o respuesta de*
CPM Daniels

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| **Razón/Pregunta** | ☐ Necesito intérprete para _____ (idioma) |

The retaliation is still ongoing. I don't see no
way out. I am being punished for it. It is making
me suicidal. Mcclanahan had another staff member
write me up on 7-8-23 because I declared a
mental health emergency about ice and anxiety
and Mcclanahan retaliated as a result of this and
had me infracted. Grievance shows that I was complaining
about ice & anxiety and not threats. Lt. Martin is a witness to
this.

| Signature/*Firma* | Days off/*Días libres* |
|---|---|
| Unable to sign per CCC. ___ #7889 | |

**Response/Respuesta**

because he responded to what the ~~grievance~~ mental health
emergency was about and it wasn't threats.

Your resolutions are being

processed through the resolution

department. Please continue to work through the

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| | 6-13-23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be
redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:* **BLANCA** - *Persona responde* **AMARILLA** - *Respuesta devuelta* **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500



Department of
# Corrections
WASHINGTON STATE

**KITE**

U49

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, Joseph | | 7-11-2023 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | WSP HSB E-08 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| Disceplenary Office | | |

**Reason/Question** ☐ Interpreter needed for _____ (language)
***Razón/Pregunta*** ☐ *Necesito intérprete para* _____ *(idioma)*

I have a pending infraction for death threats
against Mcclanahan and it is important that you
guys get me all my emergency grievances for th
date of 7-8-23 and my AD-SEG placement
because those documents contradict the allegati
of a threat. Lt. Martin is a witness to this because
he responded on my emergency grievance regarding th
nature of the infraction. This demonstrates I did not

| Signature/*Firma* | Days off/*Días libres* |
|---|---|
| Unable to sign per COC, a/w #7889 | |

**Response/*Respuesta***

Death threats:

Kite grievance office
for Cares

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| | 7-17-23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be
redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*  ***BLANCA*** - *Persona responde*  ***AMARILLA*** - *Respuesta devuelta*  ***ROSA*** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                         DOC 390.585, DOC 450.500



Department of
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, Joseph | | 1-11-2023 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | WSP HSB E-08 | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| ~~WCC~~ ~~UDDAD~~ Superintendent | | |

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| **Razón/Pregunta** | ☐ Necesito intérprete para _____ (idioma) |

I filed several dozen complaints of
retaliation and your office has failed to
administrative investigate these issues since
January 2023 I also sent a kite that you
requested regarding your letter for the infraction
you asked me to have you investigat for
retaliation You failed to do anything about this
also.

| Signature/*Firma* | | Days off/*Días libres* |
|---|---|---|
| unable to sign per C.O. 22 #889 | | |

**Response/*Respuesta***

_____
_____
_____
_____
_____
_____
_____
_____

| Responder/*Persona que responde* | | Date/*Fecha* |
|---|---|---|

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500

208 of 310

ME08IL





**KITE**

| | |
|---|---|
| Name (print)/*Nombre (letra de molde)* | Date/*Fecha* |
| Roberts Joseph | 10-18-2023 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* |
| 394459 | WSP-HS2 E221- |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | |
| WSP Superintendent RoR Jackson | |

**Reason/Question** ☐ Interpreter needed for _____ (language)
***Razón/Pregunta*** ☐ *Necesito intérprete para* _____ *(idioma)*

I've reported retaliation per the reporting policy to your office by kite and by filing numerous resolutions. CPM Daniels is aware associate Sunberg including yourself regarding the infractions ad seg placements stemming from retaliation of of infractions written by SO's Mellahan, Guiterrez, SGt Bamford and most recently Norait and CUS Surkesw. This is still on going and I would like to meet with CPM Daniels. This has sabatoged my institut programming and face severe punishment.

Signature/*Firma*  C/o Parker, Aaron 37564     Days off/*Días libres*
For Roberts, Joseph

**Response/*Respuesta***

Once you return to the unit, I will meet with you to discuss. Please kite me when you return.

Responder/*Persona que responde*     Date/*Fecha*
**CPM P. Daniel**     7-21-23

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:   **BLANCA** - Persona responde   **AMARILLA** - Respuesta devuelta   **ROSA** - Solicitante*
DOC 21-473ES (Rev. 8/4/20)     DOC 390.585, DOC 450.500

EXHIBIT

S

A COPY OF ALL GREVANCES FILED AND RELATED KITES

210 of 310

**Department of Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received / |
|---|---|

**Check one:**

☐ Initial  ☒ Emergency  ☐ Appeal  ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BAKER - C105L |

| Location | Date of incident | Time 11:30 AM |
|---|---|---|
| BAKER | 7/8/23 | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Gutierrez ; Mcclanahan ~~the intesfering~~ interfering with HSR for ice. Misconduct

Provide a short description of what happened and how it affected you:

I have a HSR for ice. Mcclanahan and Gutierrez both know this. They both went out of there way to tell the nurse to give me a very small bag so my ability to use ice is limited. Gutierrez came to my door and said this is your new ice bag. I told her I already have a ice bag she said you can only ice your hand for 20 minutes. I told her you are not medical and my treatment is confidential. I told her there is nothing on the HSR describing what course of treatment or how I am to ice my hand or the duration. I told her and Mcclanahan custody has no peno-logical intrest in how I ice my hand or how long. She smiled and laughed at me. and Mcclanahan provisked me. This is the second time they ~~tryed~~ to ~~interfere~~ and retaliate. This is retaliation cause I grieve and will sue. Not enough space.

Suggested remedy:

I request Unit ~~se~~ seperates from Mcclanahan due to ongoing retaliation. and misconduct.

Signature (Required): [signature]     Date: 7/8/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:
RECEIVED 1215 7/8/23 THIS IS NOT AN EMERGENCY. THE HSR SPECIFIES ICE FOR 20 MINUTES, ONCE A DAY.
[signature] 7186

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-405 (P   02/01/21) | P   1 c 0 | DOC 810 400 DOC 550 400 |

**RESOLUTION REQUEST**

Department of
**Corrections**
WASHINGTON STATE

**Check one:**

☐ Initial    ☒ Emergency    ☐ Appeal    ☐ Rewrite

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received / |

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BAKER - C105L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | 7/8/23 | 11:30AM |

Witness name(s) and DOC number (if relevant):
Espino, CPM Daniels; Associate Supt.; Superintendent; Suckow

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Mcclanahan, Espino and Gutierrez both other ongoing retaliation and misconduct

Provide a short description of what happened and how it affected you:
I am being harrassed, provoked, intimidated and retaliated against for protected conduct declaring mental health emergencies, filing grievance and for anticipated litigation and medical treatment. I requested Espino to have the supervisor come speak with me due to these issues and was denied.
I'm being denied to see go to my call out at 12:30PM-1:30PM out of retaliation, I'm being denied yard/recreation staff are maliciously retaliating against me. I am not an O&E nor cell confinement or @ CTQ. Staff are isolating me in the cell for no reason as punishment and are ignoring me. This creates a dangerous and hostile environment. They are threatning me threatening me. There is no supervisor down here.

Suggested remedy:
I request a writ seperatee from Mcclanahan, let me program. I request to speak with the luitenant.

Signature (Required): [signature]                Date: 7/8/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:
RCVD 7-8-23 @ 1850  Not An Emergency. Roberts Placed on
Custody Lock For threats to Staff  2+ [illegible]  7/16

212 of 389 310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

**RESOLUTION REQUEST**

Department of
**Corrections**
WASHINGTON STATE

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |

**Check one:**

☒ Initial    ☐ Emergency    ☐ Appeal    ☐ Rewrite

**Include Log ID number for appeal or rewrite**

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | B1621L |

| Location | Date of incident | Time |
|---|---|---|
| RTU-BAKER UNIT | 1/28/23 - Present | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
2nd shift staff (C/o Bamford; C/o Gutierrez; C/o McClannahan)

Provide a short description of what happened and how it affected you:
The above individuals are sabotaging my RTU level of care by threating to send me to solitary confinement and punishing me for behaviors associated with my mental illness. I am being exploited, and set up to fail the RTU program. This is affecting me psychologically and causing me to become behaviorally disfunctional to the point that I declare mental health emergencies and act out.

Suggested remedy:
Investigate and follow applicable RCWs and Doc policies

Signature (Required): [signature]    Date: 2/16/23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared                    ☐ Correspondence
☐ Request is not accepted per the Resolution Program Manual         ☐ Administratively withdrawn
☐ You requested to withdraw the concern                                       ☐ Informal resolution attempt
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____    ☐ Received from _____ on _____

Comments:

213 of 310
213 of 309

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |



Department of
**Corrections**
WASHINGTON STATE

| LOG ID NUMBER |
| 23772713 |

**LEVEL I RESOLUTION RESPONSE**

| Last name | First | Middle | DOC number |
| Roberts | Joseph | J | 394089 |

| Facility/office: WSP | | Unit/cell: BB1021 |

**PART A – INITIAL CONCERN**   Action Date: 2/17/23   Date due: 03/13/22

My concern is (who and/or what): Baker unit staff denying me phone and shower in violation of policy

| Location: Baker | | |
| Witness(es):  n/a | Date of incident: 1/31/23- present | Time: ongoing |

Description:
I am being confined to total confinement in my cell without access to a shower and phone. Mental health and unit staff are misusing this O and E to confine me to my cell 24 hours a day without access to shower, phone, JPay and Kiosk.

Suggested remedy:
Allow me to shower and use the phone.

| /S/ Joseph Roberts | 2/17/23 |
| Requestor's signature | Date |

| CS2 H. Griffith | /S/ H. Griffith | 2/17/23 |
| Resolution Specialist | Signature | Date |

**PART B – LEVEL I RESPONSE**

*I have resolved this issue with the Unit Staff*

| CS2 E. Burt | | |
| Resolution Specialist | Signature  7274 | 3/14/23 |
| | | Date |

You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: ORIGINAL - Resolution Program Manager      COPY - Resolution Specialist, Individual

310
214 of 309

DOC 05-166 (Rev. 03/31/21)                Page 1 of 1                DOC 550.100

WSP Resolution
Received

FEB 16 2023

**Department of**
**Corrections**
WASHINGTON STATE

# RESOLUTION REQUEST

**LOG ID NUMBER:** 23773587
Facility/office received | Date/time received

Check one:

[X] Initial  [ ] Emergency  [ ] Appeal  [ ] Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | | Middle initial | DOC number |
|---|---|---|---|---|
| Roberts | J | | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BB102L |

| Location | Date of incident | Time |
|---|---|---|
| Baker Unit | 2/15/23 Ongoing | 9:00 AM-9:30AM |

Witness name(s) and DOC number (if relevant):
Review Unit Cameras in Baker "B unit"

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
C/o Gutierrez   Harrassment / Abuse of power / staff misconduct

Provide a short description of what happened and how it affected you:
Gutierrez harrassed me by abusing her power to deny me a phone and shower. I politely asked her to let me use the phone because there was no one using two of the three phones. Gutierrez told me the phones are being used. I experienced extreme anxiety. I declared a mental health emergency to C/o Gutierrez. Mental health responded at 9:45 AM. During 9:00 AM until 10:11 am the phones remained available. Sgt. Lugo and a new booth officer allowed me to use the phone at 10:10 AM, after Gutierrez was no longer in the booth. This is affecting me on such a personal level because it affects me psychologically and causes me to become paranoid declare mental health emergencies and act out behaviorally. I believe Gutierrez actions are to harrass me until I become dysfunctional and get discharged from FDC due to behavior instability and infractions

Suggested remedy:
Either make Gutierrez stop harrassing me and hyper focusing on me or move her out of the units Somewhere else. It needs to stop

Signature (Required): [signature]                     Date: 2/15/23

## Resolution Specialist Response
[ ] Formal concern/appeal paperwork is being prepared        [ ] Correspondence
[ ] Request is not accepted per the Resolution Program Manual  [ ] Administratively withdrawn
[ ] You requested to withdraw the concern                     [ ] Informal resolution attempt
[X] Additional information and/or rewrite needed. Return by: 3/3/2023
[ ] No rewrite received. Resolution Specialist withdrawal on: _____
[ ] Sent to _____ on _____   [ ] Received from _____ on _____

Dear Complainant, after a careful review of the Resolution Request you submitted on XXXX it appears you have multiple issues/concerns:
1) NO SHOWER
2) NO TELEPHONE
Please note, you are required to limit each Resolution Request to only one issue or incident per page 10 of the Resolution Program Manual. For your concerns to be properly addressed, you must rewrite to focus on one of the issues you have identified or submit a Resolution Request on each of the issues. This rewrite is due 3/3/2023.
Thankyou, RS H. Griffith 2/16/2023

215 of 310

**RESOLUTION REQUEST**

Department of
**Corrections**
WASHINGTON STATE

**LOG ID NUMBER:** 23173587

| Facility/office received | Date/time received |
|---|---|
| | / |

**Check one:** Include Log ID number for appeal or rewrite

☐ Initial ☐ Health Services ☐ Emergency ☐ Appeal ☒ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | B1021L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER UNIT | 2/15/23 - Ongoing | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
c/o Gutierrez - Staff misconduct/harrassment/cruel unusual punishment

Provide a short description of what happened and how it affected you:

Gutierrez without reason abused her power to keep me confined in my cell while she allowed everyone else access to recreation. I politely requested it too (access to phones), because there were two phone available. Gutierrez lied and said there busy. I experienced extreme anxiety and declared a mental health emergency at 9:30AM to Gutierrez. Mental Health did not respond until 9:48AM. During 9:00 AM - 10:30 AM the phones were available. Sgt. Lugo and a new booth officer allowed me to use the phones at 10:30 AM, after Gutierrez was no longer in the booth. This affecting me on such a personal level, it affects me psychologically causing me to become paranoid declare mental health emergencies and act out behaviorally. I believe Gutierrez's actions are to do this until I become dysfunctional and get discharged from RTU due behavior instability and infractions

Suggested remedy:
Make it stop

Signature (Required): Joe    Date: 2/23/22

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____   ☐ Received from _____ on _____
☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

Comments:

310
216 of 309

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 09/16/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |



Department of
Corrections
WASHINGTON STATE

| LOG ID NUMBER |
| 23773587 |

**LEVEL I RESOLUTION RESPONSE**

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Roberts | Joseph | J | 394089 |

| Facility/office: WSP | Unit/cell: MHU/E131 |
|---|---|

| **PART A – INITIAL CONCERN** | Action Date: 03/10/23 | Date due: 03/31/23 |
|---|---|---|

My concern is (who and/or what): CO Gutierrez staff misconduct/harassment/cruel unusual punishment.

| Location: Baker unit | Date of incident: 2/15/23-ongoing | Time: ongoing |
|---|---|---|
| Witness(es): n/a | | |

Description:
Gutierrez without reason abused her power to keep my confined in my cell while she allowed everyone else access to recreation. I politely requested it too (access to phones), because there were two phone available. Gutierrez lied and said they're busy. I experienced extreme anxiety and declared a mental health emergency at 9:10 AM to Gutierrez. Mental Health did not respond until 9:48 AM. During 9:00 AM-10:10 AM the phones were available. Sgt. Lugo and a new booth officer allowed me to use the phones at 10:10 AM, after Gutierrez was no longer in the booth. This affecting me on such a personal level, it affects me psychologically causing me to become paranoid declare mental health emergencies and act out behaviorally. I believe Gutierrez's actions are to do this until i become dysfunctional and get discharged from RTU due behavior instability and infractions.
Suggested remedy:
Make it stop.

| /S/ Joseph Roberts | 03/10/23 |
|---|---|
| Requestor's signature | Date |

| CS2 H. Griffith | /S/ H. Griffith | 03/10/23 |
|---|---|---|
| Resolution Specialist | Signature | Date |

**PART B – LEVEL I RESPONSE**

CMHUS Suckow reports: Mr. Roberts, I was unable to substantiate your complaint against Officer Gutierrez, where you state she is subjecting you to cruel and unusual punishment and abusing her power. The booths in the BAR Units are very busy during the day and the staff make lists for when I/I's want to use the shower/phones. I/I's are permitted to use the phones in the order that they are on the list.

Now that we have the new tablets, I/I's can make calls from their tablets and there appears to no longer be a line of I/I's waiting to use the phone in the mod.

Staff have reported they attempt to work with you in the unit, but you demonstrate demanding behavior that can be overwhelming. I encourage you to continue to work with your mental health counselor to regulate your emotions and develop a positive working relationship with staff in the unit.

| CS2 H. Griffith | _RS H. Griffith_ | 3/30/83 |
|---|---|---|
| Resolution Specialist | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager    **COPY** - Resolution Specialist, Individual

217 of 309 310



Department of
Corrections

Date _____
___ Sent Copy
___ Sent Reminder

| LOG ID NUMBER |
| 23773587 |

## LEVEL II RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
| Roberts | Joseph | J | 394089 |

| Facility/office: WSP | | Unit/cell: ME071 | |

| **PART A – INITIAL CONCERN** | Action date: 4/14/23 | Date due: 5/5/23 |

My concern is (who and/or what): n/a

| Location: n/a | Date of incident: n/a | Time: n/a |

Witness(es): n/a

Description: I appeal level 2:

1. My behavior has been exemplary and good. In fact, I received so many positive BOE's and the infraction that Gutierrez wrote me up were in fact dismissed.
2. Gutierrez had no reason to deny me access to the phone/recreation because 2 phones were available and there was no phone list. No o&e/ctq!
3. You appear to justify the deprivation because I am a mentally ill person assigned to a mental health unit.

Suggested remedy:
n/a

| /S/: Joseph Roberts | 4/14/23 |
| Requestor's signature | Date |

| CS2 H. Griffith | /S/: H. Griffith | 4/14/23 |
| Resolution Specialist | Signature | Date |

## PART B – LEVEL II RESPONSE

CPM P. Daniel has investigated your complaint, and this is a summary of the investigation/response. You were interviewed at level one. I have reviewed your level one complaint as well as your level two. CPM Daniel reports: I find that the Level 1 response was adequate. Please continue your good behavior as noted in point 1 of your level 2 resolution. You now have access to the telephone on the tablet, and our unit staff do everything they can to accommodate phone/shower usage while operating the unit booths. There is no bias or justification of deprevation due to you self labeling yourself "Mentally Ill." At DOC, we embrace diversity and work with everyone to ensure that they are able to program at the lowest custody level possible while maintaining security. There is no exlusionary language, or actions that prove otherwise in regard to this resolution request.

I concur with this response.

| R. Jackson | Signature | 5/1/2023 |
| Superintendent/Health Services Administrator/ | | Date |
| Reentry Center CCS/Field Administrator/designee | | |

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager    **COPY** - Resolution Specialist, Individual
2186 22 89 309 310



**Department of Corrections**
WASHINGTON STATE

| **LOG ID NUMBER** |
|---|
| **23773587** |

**LEVEL III RESOLUTION RESPONSE**

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394089 |
| Facility/office: WSP | | Unit/cell: | |

| **PART A – INITIAL CONCERN** | Action date: 5/22/23 | Date due: 6/13/23 |
|---|---|---|

**My concern is** (who and/or what):

| Location: WSP | Date of incident: 2/15/23-ongoing | Time: Ongoing |
|---|---|---|

Witness(es):

Description:
I appeal to Level 3.
I received this complaint level 2 response on 5/17/23, I appeal.

Suggested remedy:

| /S/: Joseph Roberts | 5/22/23 | |
|---|---|---|
| Requestor's signature | Date | |
| CS2 E. Burt | /S/: E. Burt | 5/22/23 |
| Resolution Specialist | Signature | Date |

**PART B – LEVEL III RESPONSE**

Your Level 3 appeal concerning a C/O abusing their power was reviewed by Corrections Specialist Hainline. Your initial Resolution Request and appeals were reviewed during this process. You were interviewed at Level I on 03/27/2023.

First, I would like to thank you for your patience and cooperation as we have worked to conduct a thorough inquiry into your referenced incident. While we know that it can be difficult to wait, we take the matter seriously and the responsibility to seek and evaluate all available and relevant information.

This correspondence serves to inform you that the department's review of the matter is now complete. Having reviewed all the details including reports and statements from both parties, the department has concluded that the information does not support a finding that the staff member violated policy or acted in a manner that would construe staff misconduct.

During the level I review, it was stated that the booths in the BAR Units are very busy during the day and the staff make lists for when individuals want to use the shower/phones. Individuals are permitted to use the phones in the order that they are on the list. It was also noted that with the new



tablets, you can make calls without the need to sign up or wait. The Level II review affirmed the level I findings and asked that you continue the pro-social behaviors you noted.

While there were details that aligned with each party's version of the events, other areas illustrated different perceptions or interpretations. Subsequently, as none of the evidence can establish that misconduct did not occur, other areas were found that cannot delineate that misconduct did occur, ultimately resulting in a finding of insufficient evidence or a finding that is unsubstantiated.

| | | |
|---|---|---|
| Jeffrey A. Uttecht, Deputy Assistant Secretary | | 06/01/2023 |
| Assistant Secretary/Deputy Assistant Secretary/ designee | Signature | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager     **COPY** - Resolution Specialist, Individual

270 & 89-309

**Department of Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:** 23774443

| Facility/office received | Date/time received |
|---|---|

Include Log ID number for appeal or rewrite

**Check one:**

[ ] Initial   [X] Emergency   [ ] Appeal   [ ] Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | ~~B~~ HSB E013 |

| Location | Date of incident | Time |
|---|---|---|
| ~~BSP~~ HSB E013 | 3/3/23 | 8:10AM-8:15AM |

Witness name(s) and DOC number (if relevant):

Albert Reeves (328523)

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Disciplinary ~~Hearing~~ Officer Lacky

Provide a short description of what happened and how it affected you:

Disciplinary Officer Lacky notified me of infractions. I requested to have a proposed set of questions delivered to my witnesses in preperation of my defense. Lacky told me you arnt getting that and Im not doing it. I also requested a department advisor. Lacky checked the box for department advisor and the retaliated and unchecked the box and instead marked that I waived my rights and said I will just check that you refused to cooperate and he walked away. Albert Reeves is a witness.

Suggested remedy:

Per WACs and DOC policy 460.000 allow me witness statements to be proposed And a Department Advisor.

Signature (Required): [signature]                    Date: 3/3/23

**Resolution Specialist Response**

[ ] Formal concern/appeal paperwork is being prepared
[X] ~~Request~~ is not accepted per the Resolution Program Manual

[ ] Correspondence
[X] Administratively withdrawn

Dear Complainant, I have thoroughly reviewed your Resolution Request concerning the WAC infraction submitted on 02/15/2023-02/27/2023. To dispute this incident/infraction, you are encouraged to utilize DOC form 17-074 and submit it to the local facility's Hearings Department. This form must be submitted within 2 days for general and 15 days for serious infractions, from the date the hearing decision was made. On this form is where you cite the reason why you believe the action taken was incorrect and the desired relief. Please note, infractions/sanctions/disciplinary hearing actions, or employees/contract staff involved in the process, are Not Accepted by the Resolution Program as they can be adjudicated/appealed through the disciplinary process under WAC. As outlined on page 7 of the Resolution Program Manual, Individuals cannot submit a Resolution Request on concerns that have a department-approved formal review and/or appeals process. As a result, this complaint cannot be accepted for further review by the Resolution Program and has been deemed Not Accepted at this time.

| Resolution Specialist | [signature] 221 of ~~309~~ 310 | Signature [signature] | Date 3-3-23 |
|---|---|---|---|

DOC 05-165 (Rev. 03/31/21)

Page 1 of 2

DOC 310.100, DOC 550.100

**Department of**
# Corrections
WASHINGTON STATE

# RESOLUTION REQUEST

**LOG ID NUMBER:** 23774443

| Facility/office received | Date/time received |
|---|---|
| | / |

**Check one:**

☐ Initial     ☐ Emergency     ☒ Appeal     ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB - E013 |

| Location | Date of incident | Time |
|---|---|---|
| | | |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Provide a short description of what happened and how it affected you:

I appeal for the following reasons:

Disciplinary Officer Lackey served me the infractions on 3/3/23 (IGN 85; IGN 86). I requested to propose a set of questions delivered to my witnesses in preperation of my defense. Lackey told me "you arent getting that and Im not doing it." I also requested a department advisor. Lackey checked the box for department advisor and then retaliated and instead marked that I waived my rights and said I will just check that you refused to cooperate and he walked away. Albert Reeves is a witness (328523).

This was done out of retaliation because I utilted utilized a protected right for witness statements.

Suggested remedy:

Signature **(Required):** [signature]     Date: 3/6/23

## Resolution Specialist Response

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

222 of 310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |



Department of
**Corrections**
WASHINGTON STATE

**LOG ID NUMBER**
**23772716**

**LEVEL I RESOLUTION RESPONSE**

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Roberts | Joseph | J | 394089 |

| Facility/office: WSP | | Unit/cell: BB1021 | |
|---|---|---|---|

| **PART A – INITIAL CONCERN** | Action Date: 2/17/23 | Date due: 03/13/22 |
|---|---|---|

**My concern is** (who and/or what): Sgt. Bamford; CO Gutierrez; CUS O'Dell  harassing

| Location: Baker | Date of incident: 2/1/23 | Time: 12:30 pm |
|---|---|---|

Witness(es):    n/a

Description:
Commissary was passed out and O'Dell and Bamford appeared to tell Ms. CO Gutierrez confiscate my commissary to harass me. As a result, my commissary was taken.

Suggested remedy:
Give me my commissary store

| /S/ Joseph Roberts | 2/17/23 | |
|---|---|---|
| Requestor's signature | Date | |

| CS2 H. Griffith | /S/ H. Griffith | 2/17/23 |
|---|---|---|
| Resolution Specialist | Signature | Date |

**PART B – LEVEL I RESPONSE**

<u>CMHUS Buttice  reports:</u> CUS O'Dell and Sergeant Bamford did not instruct CO Gutierrez to confiscate your commissary to harass you. Your commissary was withheld while you were on Observation and Evaluation (O&E). Your commissary was issued to you once it was determined that you could be released from O&E, approximately 24 hours later.

Suggested remedy was met and Roberts was issued his commissary.

| CS2 H. Griffith | RS H. Griffith | 3/8/23 |
|---|---|---|
| Resolution Specialist | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **ORIGINAL** - Resolution Program Manager         **COPY** - Resolution Specialist, Individual

223 of 309  310

# Department of
# Corrections
WASHINGTON STATE

## RESOLUTION REQUEST

**LOG ID NUMBER:**

| Facility/office received | Date/time received / |
|---|---|

**Check one:**   **Include Log ID number for appeal or rewrite**

☒ Initial   ☐ Health Services   ☐ Emergency   ☐ Appeal   ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| BAKER | BB1021L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | 4/18/23 - Present | Ongoing |

Witness name(s) and DOC number (if relevant):
Sgt. Hamilton   CO M. McClanahan

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Property Damaged / destroyed / lost

Provide a short description of what happened and how it affected you:
On 5/3/23, I spoke with Ms. Hamilton who informed me my property was sent here to BAKER. However I never recieved it. I asked Hamilton where is it. Hamilton checked in BAKER unit property room and told me it's not here. I then asked where is it. Hamilton said I dont Know. & My personal property was in IMUC (Black under Armour shoes, long sleeve shirt)

Suggested remedy:
Please find my property

Signature **(Required):** _[signature]_                      Date: 5/3/23

## Resolution Specialist Response
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

310
224 of 309

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 09/16/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

**RESOLUTION REQUEST**

| Department of **Corrections** WASHINGTON STATE | **LOG ID NUMBER:** | |
|---|---|---|
| | Facility/office received | Date/time received / |

**Check one:** **Include Log ID number for appeal or rewrite**

☒ Initial ☐ Health Services ☐ Emergency ☐ Appeal ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| BAKER | BB102IL |

| Location | Date of incident | Time |
|---|---|---|
| WSP | 4/18/23 | Ongoing |

Witness name(s) and DOC number (if relevant):

Mark McClanahan CO / C. Gutierrez CO/CUS K. Suckow / CPM Daniels / Superintendent / Associate

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

C. Gutierrez CO Property Staff

Provide a short description of what happened and how it affected you:

Gutierrez is the BAKER unit property officer and I explained to her that I have black under Armour shoes and long sleeve gray shirt that I payed for that is sitting in the IMUS or IMUN. She refuses to do her job and coordinate my personal property from IMUS/IMUN to me. I tryed my best to resolve this with McClanahan who called IMUS and confirmed my property is at IMUS property room. CUS Suckow whom I kiosked email and sent her a kite in which she ignores and I sent Gutierrez a kite she ignored it too. I sent CPM Daniels and the Associate Superintendent a kiosk email regarding these issues. My attempts to resolve this is unsuccessful.

Suggested remedy:

Retrieve my personal property from IMUS/IMUN (shoes and gray long sleeve shirt) to me.

Signature **(Required):** Se          Date: 5/3/23

| **Resolution Specialist Response** | |
|---|---|
| ☐ Formal concern/appeal paperwork is being prepared | ☐ Correspondence |
| ☐ Request is not accepted per the Resolution Program Manual | ☐ Administratively withdrawn |
| ☐ You requested to withdraw the concern | ☐ Informal resolution attempt |
| ☐ Additional information and/or rewrite needed. Return by: _____ | |
| ☐ No rewrite received. Resolution Specialist withdrawal on: _____ | |
| ☐ Sent to _____ on _____ | ☐ Received from _____ on _____ |

Comments:

310
225 of 309

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 09/16/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |



Department of
**Corrections**
WASHINGTON STATE

| LOG ID NUMBER |
| --- |
| 23778258 |

## LEVEL I RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
| --- | --- | --- | --- |
| Roberts | Joseph | J | 394089 |

| Facility/office:  WSP | Unit/cell: IMSF01 |
| --- | --- |

| **PART A – INITIAL CONCERN** | Action date: 5/17/2023 | Date due:  6/08/23 |
| --- | --- | --- |

**My concern is** (who and/or what):  Sgt. Tandy Bamford

| Location:  Baker unit holding cell | Date of incident:  5/4/23 | Time:  2nd shift |
| --- | --- | --- |

Witness(es): n/a

Description: The above refuses to take me back to my cell so I can use the restroom. I explained I need to use number 1 (pee), number 2 (shit). Bamford said I will call R&M. R&M Rutherford arrived and I could hear her yell at Rutherford to step away from the cell and not speak with me. I urinated myself and I still need to use the bathroom. I', afraid she will retaliate and make me shit myself.

Suggested remedy:
n/a

| /S/: Joseph J Roberts | 5/17/23 |
| --- | --- |
| Requestor's signature | Date |

| CS2 H. Griffith | /S/: H. Griffith | 5/17/23 |
| --- | --- | --- |
| Resolution Specialist | Signature | Date |

| **PART B – LEVEL I RESPONSE** |
| --- |

CMHUS Suckow reports: You as well as staff were interviewed regarding the holding cell incident. Mr. Roberts, you were placed in the holding cell on 5/4/2023 after stating you were having a mental health emergency. While in the holding cell stated to Sgt. Bamford that you need to urinate. Sgt. Bamford offered you the urinal to use and you refused to take it and then stated to her you needed to have a bowel movement. Sgt. Bamford was told that due to your out on control behavior, movement from the holding cell was not advised due to safety concerns and you were being admitted to E-Tier. Mr. Roberts, you were offered the opportunity to use the urinal while you were in the holding cell and refused to use it. Instead, you urinated on yourself. Staff safety is always a priority and on this day your behavior was escalating and when offered the opportunity to use the urinal you refused it.

| RS H. Griffith | | 6/6/2023 |
| --- | --- | --- |
| Resolution Specialist | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.



Department of
**Corrections**
WASHINGTON STATE

| | LOG ID NUMBER<br>23778258 |
| --- | --- |

## LEVEL II RESOLUTION RESPONSE

| Last name<br>Roberts | First<br>Joseph | Middle | DOC number<br>394089 |
| --- | --- | --- | --- |
| Facility/office:  WSP | | Unit/cell: BC1051L | |

| **PART A – INITIAL CONCERN** | Action date: 6/21/23 | Date due:  7/13/23 |
| --- | --- | --- |

**My concern is** (who and/or what):

| Location:  WSP | Date of incident: | Time: |
| --- | --- | --- |

Witness(es):

Description:
I appeal level 2: I filed a public record on the video Griffith! You're a liar! I was never offered a urinal, nor was my behavior escalating and aggressive. The infractions were dismissed showing my behavior in the unit holding cell was not aggressive. Yeah, I agree staff safety is always the only priority. Also staff in the unit on 2nd shift in BAKER did indeed retaliate along with Bamford and punished me. Also in the "suggested remedy" secion why did you put "n/a". I left it blank. You are clearly biased and you clearly did not investigate my grievance. You clearly are set out to deny me a remedy or there is no rememdy?

Suggested remedy:

| /S/: Joseph Roberts | 6/21/23 | |
| --- | --- | --- |
| Requestor's signature | Date | |
| CS2 E. Burt | /S/: E. Burt | 6/21/23 |
| Resolution Specialist | Signature | Date |

## PART B – LEVEL II RESPONSE

CPM P. Daniel has investigated your complaint and this is a summary of the investigation/response. You were interviewed at level one. I have reviewed your level one complaint as well as your level two. CPM Daniel reports: Staff reports that you were offered the opportunity to utilize the urinal when in the holding cell. I find the response from the level step appropriate. Staff made a good faith effort to help in this situation, and are not at fault for the incident.

I concur with this response.

| R. Jackson | | 7/14/23 |
| --- | --- | --- |
| Superintendent/Health Services Administrator/<br>Reentry Center CCS/Field Administrator/designee | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist*
*within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **ORIGINAL** - Resolution Program Manager    **COPY** - Resolution Specialist, Individual
227 of 302 310



Department of
**Corrections**
WASHINGTON STATE

| | | | LOG ID NUMBER<br>23778258 |
|---|---|---|---|

**LEVEL III RESOLUTION RESPONSE**

| Last name<br>Roberts | First<br>Joseph | Middle | DOC number<br>394089 |
|---|---|---|---|
| Facility/office:  WSP | | Unit/cell: ME081L | |
| **PART A – INITIAL CONCERN** | | Action date: 7/20/23 | Date due:  8/10/23 |

**My concern is** (who and/or what):

| Location:  WSP | Date of incident: | Time: |
|---|---|---|
| Witness(es): | | |

Description:
The retaliation is still ongoing. The retaliation does not stem from this single issue it encompasses multiple issues from multiple staff members all with the goal to have me discharged form RTU and punished severly. I have been complaining of the ongoing retaliation since Jan. 2023 CPM Daniels, CPM Roberts, Associate Sundberg, Superintendent Jackson, AdSeg Walker, AdSeg Fisbeck, IT Martin are all aware of this ongoing retaliation and they refuse to supervise their subordinates. As a result this is being left unchecked and I am being bullied and retaliated against.

Suggested remedy:

| /S/: Joseph Roberts | 7/20/23 | |
|---|---|---|
| Requestor's signature | Date | |
| CS2 E. Burt | /S/: E. Burt | 7/20/23 |
| Resolution Specialist | Signature | Date |

**PART B – LEVEL III RESPONSE**

Your Level III appeal regarding retaliation by Department employees was reviewed by Corrections Specialist Joseph Salvaggi. Your initial Resolution Request, appeals, and documents provided in these responses were reviewed during this process along with pertinent OMNI Records, DOC Policy 550.100 Resolution Program, and the Resolution Program Manual.  Notes indicate that you were interviewed during the Level I investigation on 6/5/2023.

You do not list a suggested remedy to your request.  The facts of your request are that you were housed in Baker Unit at WSP on the morning of 5/4/2023 and placed in a holding cell and later moved to a Close Observation Unit for a special watch.  You were placed in a holding cell in Baker Unit prior to this special watch.  While in the holding cell you requested to be provided an opportunity to urinate.  You refused to accept a portable urinal when it was offered to you.  Additionally, you requested to use the bathroom so you could defecate.  Sergeant Bamford requested additional custody staff to complete this request but it was denied by Correctional Mental Health Counselor DeLeon out of concern for your own safety.  You later urinated in your clothes while in the holding cell.

In conclusion, the Level I and Level II responses appropriately addressed your concern and this review determines that your request is unsubstantiated.  There is no evidence to support

allegations of retaliation, inappropriate actions, or any violation of policy by Department employees in your request.

Jeffrey A. Uttecht, Deputy Assistant Secretary
Assistant Secretary/Deputy Assistant Secretary/
designee

Signature

08/03/2023
Date

The contents of this document may be eligible for public disclosure.  Social Security Numbers are considered confidential information and will be redacted in the event of such a request.  This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **ORIGINAL -** Resolution Program Manager     **COPY -** Resolution Specialist, Individual

229 of 310



Department of
**Corrections**
WASHINGTON STATE

| | | | LOG ID NUMBER |
|---|---|---|---|
| | | | 23778186 |

**LEVEL II RESOLUTION RESPONSE**

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394089 |

| Facility/office: WSP | Unit/cell: BC1051L |
|---|---|

| **PART A – INITIAL CONCERN** | Action date: 6/23/23 | Date due: 7/17/23 |
|---|---|---|

My concern is (who and/or what):

| Location: | Date of incident: | Time: |
|---|---|---|

Witness(es):

Description:
I appeal level 2:
I filed a public record on the video Griffith! You a liar! I was nover offered a urinal, nor was my behavior escalating and aggressive. The infractions were dismissed showing my behavior in the unit holding cell was not aggressive. Yeah, I agree staff safety is always th eonly priority. Also staff in the unit on 2nd shift in BAKER did indeed retaliate along with BAmford and punished me. Also the "suggested remedy" seciton why did you put "n/A"? I left it blank. You are clearly biased and you blearly did not investigate my grievance. You clearly are set out to deny me a remedy or there is not remedy?

Suggested remedy:

| /S/: Joseph Roberts | 6/23/23 | |
|---|---|---|
| Requestor's signature | Date | |

| CS2 E. Burt | /S/: E. Burt | 6/23/23 |
|---|---|---|
| Resolution Specialist | Signature | Date |

**PART B – LEVEL II RESPONSE**

CPM Daniel has investigated this complaint, and this is a summary of the investigation. You were interviewed at the level 1 step by CMHUS Suckow on 06/05/2023. She stated that there was no effort to deprive you of your property, which was in the unit at the time of the conversation. Instead, you weren't allowed the items due to COA placement, due to local policy and procedure. I find this response appropriate, and made in good faith to resolve the resolution in a reasonable manner.

Please work with unit staff in a pro-social manner in order to resolve issues at the lowest level possible.

| Superintendent Robert Jackson | | 7/27/23 |
|---|---|---|
| Superintendent/Health Services Administrator/ Reentry Center CCS/Field Administrator/designee | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist*
*within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager      **COPY** - Resolution Specialist, Individual

**Department of**
**Corrections**
WASHINGTON STATE

**Check one:**

WSP Resolution
Received

AUG 03 2023

## RESOLUTION REQUEST

| LOG ID NUMBER: 23778186 | |
|---|---|
| Facility/office received | Date/time received |
| | / |

☐ Initial    ☐ Emergency    ☒ Appeal    ☐ Rewrite    Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joseph | J | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB   E-08 |

| Location | Date of incident | Time |
|---|---|---|
| | | |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Provide a short description of what happened and how it affected you:

I want to appeal to level 3 I am being retaliated against still. For filing grievances and preparation of litigation. I was infracted and punished and some of the infractions were dismissed as stated in the initial I was infracted for filing grievances and for saying I would Sue. I was denied the urinal and was forced to urinate on myself.

Suggested remedy:

Signature (Required): For Roberts 394089   T. Miner CS2    Date: 07/31/2023

### Resolution Specialist Response

☒ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

See attached letter 8/8/2023

Level 3

| H. Griffith | | 8/3/2023 |
|---|---|---|
| Resolution Specialist | Signature | Date |
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

231 of 310



STATE OF WASHINGTON
## DEPARTMENT OF CORRECTIONS
P.O. Box 41129 • Olympia, Washington 98504-1129 • Tel (360) 725-8223
FAX (360) 664-4056

8/8/2023

**Roberts, Joseph**
DOC 394089
WSP-Main — MHU / ME141L
Ref: Log ID 23778186

Dear Joseph,

I am writing regarding your Level 3 appeal dated 7/31/2023 for Log ID 23778186. After a careful review of this complaint, your original Resolution Request concerning the loss of Under Armor shoes and a long sleeve shirt. In your Level 2 appeal dated 6/7/2023, you cite an incident regarding access to the restroom while in a holding cell, which is a repeat of Log ID 23778258. This appeal was mistakenly accepted and you were provided a response. In your Level 3 appeal for 23778186, you further attempted to appeal the issue outlined in Log ID 23778258 concerning restroom access.

As outlined on page 19 of the RPM, appeals must address the same concern as the initial Resolution Request. New or additional information regarding the original concern can be given, but new concerns cannot be added. If new concerns are included, resolutions will be returned to be rewritten. As a result, your Level 3 appeal cannot be accepted. In addition, Log ID 23778186 has been remanded back to Level 1 and your Level 2 response has been rescinded. If you wish to submit a Level 2 appeal concerning the loss of your black Under Armor shoes and long sleeve shirt, you may do so. This appeal will not count against your total active complaints.

Sincerely,

Jason Martin | HQ Statewide Resolution Specialist
WA DOC Resolution Program
P.O. Box 41129
Olympia, WA 98504-1129

CC: Carol Smith/Resolution Program Manager, WSP Resolution Department

*"Working Together for SAFE Communities"*



Department of
**Corrections**
WASHINGTON STATE

| LOG ID NUMBER |
|---|
| 23778437 |

## LEVEL I RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394089 |

Facility/office: WSP

**PART A – INITIAL CONCERN**

Unit/cell: MSF01

Action date: 5/19/23          Date due: 6/12/23

**My concern is** (who and/or what): C/O Smith, C/O Cornejo, Sgt. Ureno, an unknown C/O, C/O Kent

Location: HSB-COA-E09

Witness(es):          Date of incident: 5/5/23          Time: 2nd shift

Description:

C/O Smith, C/O Cornejo, Sgt. Ureno, C/O Kent and an unknown C/O retaliated against me due to having an active civil tort case in No. 22-2-02576-34, against DOC employees. These individuals retaliated by: Sgt. Ureno and C/O Kent opened my wicket and without reason Kent pulled out his OC spray as if to spray me while this was going on I was called rats and snitches for having a lawsuit pending in case 22-2-02576-34. Sgt. Ureno then slammed the wicket shut. Sometime later another unknown C/O arrived at my cell front E09, leaving his 1:1 post on the tier and mule kicked my cell door and called me a rat. This was done in retaliation because I have an active tort claim in the Thurston Count Superior of WA, filed against several DOC officilas and for utilizing a protected constitutional right. This mad eme feel in fear of my life and causeed me to have panic attacks.

Suggested remedy:

Pull the HSB E-tier surveillance footage and investigate and punish the staff and train them on policy regarding being free to assert my constitutional rights in filing a civil suit pursuant DOC 590.500, DOC 550.100, DOC 780.20

/S/: Joseph Roberts
Requestor's signature

5/19/23
Date

CS2 E. Burt
Resolution Specialist

/S/: E. Burt
Signature

5/19/23
Date

**PART B – LEVEL I RESPONSE**

You were interviewed as part of the level one investigation.

None of the staff members named in the grievance were aware of any type of lawsuit being filed against them, therefore these actions would not have been committed out of retaliation over the lawsuit.

Video footage of the incident was unable to be obtained. The only records from that day indicate that it was I/I Roberts kicking the door.

This complaint could not be substantiated.

RS H. Griffith
Resolution Specialist

*Signature*

6/6/2023
Date

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager          **COPY** - Resolution Specialist, Individual

233 of 307 of 89
310

DOC 05-166 (Rev. 07/26/22)          Page 1 of 1          DOC 550.100


Department of
**Corrections**
WASHINGTON STATE

| | | | LOG ID NUMBER 23778437 |
|---|---|---|---|

**LEVEL II RESOLUTION RESPONSE**

| Last name Roberts | First Joseph | Middle | DOC number 394089 |
|---|---|---|---|

| Facility/office: WSP | | Unit/cell: BC1051L | |
|---|---|---|---|

**PART A – INITIAL CONCERN**

| My concern is (who and/or what): | Action date: 6/21/23 | Date due: 7/13/23 |
|---|---|---|

| Location: | | |
|---|---|---|
| Witness(es): | Date of incident: | Time: |

Description:
Griffith, I have a public record filed on the video. Staff are awar of my lawsuit and grievances against them. You are a liar and "I will get that video!" You are a liar. You need to do your job and investigate this issue! Also you are a liar. You lie and said I was interviewed but put no date or who interviewed me. Also I never said these individuals were beign sued. Your investigation is slearly faulty and biased. I appeal Level 2.

Suggested remedy:

| /S/: Joseph Roberts | | 6/21/23 | |
|---|---|---|---|
| Requestor's signature | | Date | |

| CS2 E. Burt | | /S/: E. Burt | 6/21/23 |
|---|---|---|---|
| Resolution Specialist | | Signature | Date |

**PART B – LEVEL II RESPONSE**

CPM P. Daniel has investigated your complaint and this is a summary of the investigation/response. You were interviewed at level one. I have reviewed your level one complaint as well as your level two. CPM Daniel reports: I find the level one response at level one appropriate. Staff were interviewed and are unaware of any lawsuit and took action to maintain security.

| R. Jackson | | |
|---|---|---|
| Superintendent/Health Services Administrator/ Reentry Center CCS/Field Administrator/designee | Signature | 7/10/23 Date |

234 or 309 310

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager     **COPY** - Resolution Specialist, Individual

DOC 05-168 (Rev. 07/26/22)

DOC 550 100



Department of
**Corrections**
WASHINGTON STATE

| | | | LOG ID NUMBER 2377 8437 |
|---|---|---|---|

**LEVEL III RESOLUTION RESPONSE**

| Last name Roberts | First Joseph | Middle | DOC number 394089 |
|---|---|---|---|

| Facility/office:  WSP | | Unit/cell: ME081L | |
|---|---|---|---|

**PART A – INITIAL CONCERN**

Action date: 7/13/23     Date due: 8/03/23

**My concern is** (who and/or what):

| Location:  WSP | | |
|---|---|---|
| Witness(es): | Date of incident: 5/5/2023 | Time: 2ⁿᵈ Shift |

Description:

I appeal to level 3 because this is retaliation. I received infractions in which I was found guilty for and punished and received sancitons. I filed a public record and the video preserved so you are lying and you have not an investigation for these reasons I appeal.

Suggested remedy:

| /S/: Joseph Roberts | 7/13/23 |
|---|---|
| Requestor's signature | Date |

| CS2 E. Burt | /S/: E. Burt | 7/13/23 |
|---|---|---|
| Resolution Specialist | Signature | Date |

**PART B – LEVEL III RESPONSE**

Your Level 3 appeal concerning the staff at WSP retaliating against you for filing a lawsuit was reviewed by CS4 J. Martin. Your initial Resolution Request and appeals were reviewed during this process along with the case information from your lawsuit.  You were interviewed during the Level 1 review on 6/2/2023 at WSP.

In your original Resolution Request and appeals you claim Sgt. A. Ureno and Officer J. Kent opened the cuff-port to your cell to threaten you with OC spray while you were on COA at WSP.  In addition, these staff members were making statements on the tier about you being a "rat" and "snitch" for having an active lawsuit.  You also claim an unknown officer approached your cell and "mule kicked" your door.

Per the Washington State Odyssey Portal, tort case 22-2-02576-34 identifies Myron Ayala, Phu Ngo, and Robin Smith as the defendants in the case.  These staff members were working at MCC when you filed the suit.  The records for tort case 22-2-02576-34 do not identify any staff members who are employed at WSP in this legal action.

Sgt. A. Ureno claims to have no memory of this incident. He also stated that he was not aware of any pending lawsuits you have submitted.  Officer J. Kent also claims to have no recollection of this incident or any pending legal action you have filed.

There is no record of Officer Cornejo or Officer Smith working in either HSB or COA on 5/5/2023.  In your written Resolution Requests and interviews, you did not provide a physical description to positively identify these officers.  As a result, they were not able to be interviewed during this review.

Video footage of the incident was unable to be obtained due to the original request by WSP being beyond timelines for retrieval.

In conclusion, the replies provided at Level 1 and Level 2 appropriately address your concern, and this review concurs with their unsubstantiated determination.

| Jeffrey A. Uttecht, Deputy Assistant Secretary | | 08/07/2023 |
|---|---|---|
| Assistant Secretary/Deputy Assistant Secretary/ | Signature | Date |

designee

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **ORIGINAL** - Resolution Program Manager          **COPY -** Resolution Specialist, Individual

236 of 309
310

DOC 05-169 (Rev. 07/26/22)                    Page 2 of 2                    DOC 550.100

WSP Resolution's

**Department of**
**Corrections**
WASHINGTON STATE

MAY 25 2023

Received

**RESOLUTION REQUEST**

**LOG ID NUMBER:** ~~23779695~~ 237796

**Check one:**

☒ Initial   ☐ Emergency   ☒ ~~Appeal~~ JP   ☐ Rewrite

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 374089 |

| Facility/office | | |
|---|---|---|
| WSP | Unit/cell | GGI- IMUS |

| Location | | |
|---|---|---|
| WSP - BAKER Unit | Date of incident ~~April~~ February-May 2023 | Time Ongoing issue 2023 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Sgt. Bamford; C/O C. Gutierrez; C/O Mcclunahan; CUS Suckow (retaliation)

Provide a short description of what happened and how it affected you:

I am being retaliated against by a campaign and series of retaliatory conduct because I utilized a protected right under the U.S. Constitution. There goals is to take me out have me kicked out of unit in RTU Walla Walla. I've made several attempts to resolve the issues with Superintendent, CPM, OCO active investigation. I have been unsuccessful. This has retaliation has interfered with my mental health treatment and institutional programming. This is causing me severe psychological anguish and

NOTE: Burt, as you instructed I am resubmitting this grievance. I initially submitted this complaint on 5/7/23. Burt says the office never received it?

Suggested remedy:

~~Stop~~ retaliating. I have a right to file grievances and lawsuits and its protected conduct

Signature **(Required):** _____   Date: 5/22/23

---

**Resolution Specialist Response**

☒ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to ____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

level 1

237 of 309 310

Resolution Specialist   Butt

Signature

Date

DOC 05-165 (Rev. 03/31/21)

Page 1 of 2

DOC 310.100, DOC 550.100

**Department of Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |

**Check one:**

☒ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | | Middle initial | DOC number |
|---|---|---|---|---|
| Roberts | J | | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BB102L |

| Location | Date of incident | Time |
|---|---|---|
| BAB 00 ~~labs~~ Long-Term Property | 1/17/23 - Present | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Denial / delay in recieving Package / Property from Long-Term property

Provide a short description of what happened and how it affected you:

On 1/17/23 Fed Ex delivered my musical keyboard to WSP. Fed Ex provided my keyboard a tracking # 611099033880. Despite my keyboard arriving on 1/17/23, the ~~mail~~ Long-Term Property is refuses to timely process and deliver my keyboard to me. I have tried to resolve this manner by emailing property and unit Sgt. Bunkard each time my attempts have been unfortunately unsuccessful. This violates DOC mailroom policy 450.100 and Property Packages regarding first class mail and Property Policies

Suggested remedy:

Please, help coordinate the timely delivery of my keyboard. I hope to resolve this issue.

Signature (Required): _____   Date: 2/6/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

This complaint was not processed due to you already having 6 active complaints which I have attached. Thank you, RS H.Griffith 2/8/2023

315
238 of 309

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

**Department of**
# Corrections
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

**Check one:**    Include Log ID number for appeal or rewrite

[X] Initial    [ ] Health Services    [ ] Emergency    [ ] Appeal    [ ] Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BB102L |

| Location | Date of incident | Time |
|---|---|---|
| Long-Term Property | 1/17/23 - Present | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Denial/Delay processing property from Long Term property

Provide a short description of what happened and how it affected you:

Fed Ex delivered my music keyboard on 1/17/23 and provided a tracking # 611099033880. Also my religious beads arrived on 1/27/23, through mail. These items were shipped First class mail. However, long-term property delays processing the mail and delivering me my religious beads and keyboard which I personally paid. I tried resolving this matter by emailing Sgt. Roop, and Sgt. Bamford and Sgt. Hamilton calling long term property. This attempt to resolve was unsuccessful.

This violates DOC mailroom policy 450-100 and Property Packages regarding First class mail to be delivered timely, to timeframes 48-72 hours.

Suggested remedy:

Please help coordinate the timely delivery of my keyboard and religious beads. I hope to resolve this issue.

Signature (Required): [signature]

Date: 1/13/23

**Resolution Specialist Response**

[ ] Formal concern/appeal paperwork is being prepared
[ ] Request is not accepted per the Resolution Program Manual
[ ] You requested to withdraw the concern
[ ] Additional information and/or rewrite needed.  Return by: _____
[ ] No rewrite received.  Resolution Specialist withdrawal on: _____
[ ] Sent to _____ on _____

[ ] Correspondence
[ ] Administratively withdrawn
[ ] Informal resolution attempt

[ ] Received from _____ on _____

Comments:

239 of ~~309~~ 310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 09/16/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

Department of
**Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**Check one:**

☐ Initial  ☐ Emergency  ☐ Appeal  ☒ Rewrite

| LOG ID NUMBER: 23773535 | |
|---|---|
| Facility/office received | Date/time received |
| | / |

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | |

| Location | Date of incident | Time |
|---|---|---|
| Long Term Property | 1/17/23 - Present | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Denial to process property

Provide a short description of what happened and how it affected you:

Sgt. Roof refuses to process my property according to Doc. 450·100 (First class mail) and DOC. 450·120 (Packages For Offenders), which requires all First class mail property packages be delivered in 48 hours

Suggested remedy:

Follow DOC policy 450·100 and 450·120 and delivered my property packages

Signature (Required): Jn          Date: 2/21/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on:
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

240 of 310
        309

Resolution Specialist _____
DOC 05-165 (Rev. 03/31/21)

Signature _____
Page 1 of 2

Date _____
DOC 310.100, DOC 550.100

Department of
**Corrections**
WASHINGTON STATE

WSP Resolution
Received

FEB 15 2023

**RESOLUTION REQUEST**

| LOG ID NUMBER: | 23773535 | |
|---|---|---|
| Facility/office received | Date/time received | |
| | / | |

Check one:   Include Log ID number for appeal or rewrite

[X] Initial   [ ] Health Services   [ ] ~~Emergency~~   [ ] Appeal   [ ] Rewrite

| Last name | First | | Middle initial | DOC number |
|---|---|---|---|---|
| Roberts | | J | | 394089 |

| Facility/office | | Unit/cell |
|---|---|---|
| WSP | | BB102L |

| Location | Date of incident | Time |
|---|---|---|
| Long-Term Property | 1/17/23 - Present | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Denial/Delay processing property from Long Term property

Provide a short description of what happened and how it affected you:

Fed Ex delivered my music keyboard on 1/17/23 and provided a tracking # 611093033330.
Also my religious beads arrived on 1/27/23, through mail. These items were shipped
first class mail. However, long-term property delays processing the mail and
delivering me my religious beads and keyboard which I personally paid. I tried
resolving this matter by emailing Sgt. Bospiord and Sgt. Bamford and Sgt. Hamilton
calling long-term property. This attempt to resolve was unsuccessful.

This violates Doc mailroom policy 450-100 and Property Packages regarding
First Class mail to be delivered timely to timeframes 48-72 hours.

Suggested remedy:

Please help coordinate the timely delivery of my keyboard and religious beads.

I hope to resolve this issue.

Signature (Required): _____   Date: 1/13/23

**Resolution Specialist Response**

[ ] Formal concern/appeal paperwork is being prepared
[ ] Request is not accepted per the Resolution Program Manual
[ ] You requested to withdraw the concern
[X] Additional information and/or rewrite needed. Return by: 3/2/2023
[ ] No rewrite received. Resolution Specialist withdrawal on: _____
[ ] Sent to _____ on _____

[ ] Correspondence
[ ] Administratively withdrawn
[ ] Informal resolution attempt

[ ] Received from _____ on _____

Comments:

ONE TOPIC PLEASE. EITHER THE KEYBOARD OR THE RELIGIOUS BEADS?
THANK YOU, RS H. GRIFFITH 2/15/2023

241 of ~~310~~

DOC 05-165 (Rev. 09/16/21)

DOC 310.100, DOC 550.100



Department of
**Corrections**
WASHINGTON STATE

| | | | **LOG ID NUMBER** 23773535 |
|---|---|---|---|
| | | | **LEVEL I RESOLUTION RESPONSE** |

| Last name Roberts | First Joseph | Middle J | DOC number 394089 |
|---|---|---|---|

Facility/office: WSP

| | | |
|---|---|---|

**PART A – INITIAL CONCERN**

Unit/cell: MHU/E131

**My concern is** (who and/or what): Denied to process property

Action Date: 3/10/23     Date due: 03/31/22

Location: Long Term Property

Witness(es): n/a     Date of incident: 1/17/23-present     Time: ongoing

Description:
Sgt. Roop refuses to process my property according to DOC 450.100 (first class mail) and DOC 450.120 (packages for offenders) which requires all first-class mail property packages be delivered in 48 hours.

Suggested remedy:
Follow DOC policy 450.100 and 450.120 and deliver my property packages.

/S/ Joseph Roberts
Requestor's signature                    03/10/23
                                         Date

CS2 H. Griffith
Resolution Specialist          /S/ H. Griffith
                               Signature                    03/10/23
                                                            Date

**PART B – LEVEL I RESPONSE**

Sgt. Davis reports: Your March USG order was Refunded 3/3/2023 due to your current Housing in HSB E Tier Per Policy 320.255 Sec IV Resrictive Housing Property.

CS2 H. Griffith
Resolution Specialist

[signature]     3/30/23
Signature        Date

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager          **COPY** - Resolution Specialist, Individual

242 of 310 ~~309~~

DOC 05-166 (Rev. 03/31/21)          Page 1 of 1          DOC 550.100



Department of
Corrections

Date
Sent Copy
Sent Reminder

**LOG ID NUMBER**
**23773535**

**LEVEL II RESOLUTION RESPONSE**

| Last name | First | Middle | DOC number |
|-----------|-------|--------|------------|
| Roberts | Joseph | J | 394089 |

| Facility/office: WSP | Unit/cell: ME071 | |

## PART A – INITIAL CONCERN

**My concern is** (who and/or what): n/a

Action date: 4/14/23    Date due: 5/5/23

Location: n/a

Witness(es): n/a          Date of incident: n/a          Time: n/a

Description: I appeal level 2:

My keyboard and religious beads were not processed neither according to Doc policy 450.100 (first class mail) and DOC 450.120 (packages for offenders), which requires all first class mail property packages be delivered in 48 hours.

Suggested remedy:
n/a

/S/: Joseph Roberts
Requestor's signature          4/14/23
                               Date

CS2 H. Griffith
Resolution Specialist          /S/: H. Griffith          4/14/23
                               Signature                 Date

## PART B – LEVEL II RESPONSE

UM C. Carlisle has investigated your complaint and this is a summary of the investigation/response. You were interviewed on 04/21/2023. I have reviewed your level one complaint as well as your level two. UM Carlisle reports: Mr. Roberts informed me that he had received all of his beads. Mr. Roberts was reassured that the officers in the property warehouse are working diligently to process all property as quickly as possible. Furthermore, I informed Mr. Roberts that I would request the property warehouse contact his counselor to inform him the status of his keyboard. No further response needed.

I concur with this response.

R. Jackson
Superintendent/Health Services Administrator/
Reentry Center CCS/Field Administrator/designee          Signature          5/1/2023
                                                                              Date

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager          **COPY** - Resolution Specialist, Individual

DOC 05-168 (Rev. 07/26/22)    75 of 89          243 of 309 310
                              Page 1 of 1                              DOC 550.100



Department of
**Corrections**
WASHINGTON STATE

**LOG ID NUMBER**
**23773535**

## LEVEL III RESOLUTION RESPONSE

| Last name Roberts | First Joseph | Middle | DOC number 394089 |
|---|---|---|---|

Facility/office: WSP

Unit/cell: MSG01

### PART A – INITIAL CONCERN
**My concern is** (who and/or what):

Action date: 5/22/23

Date due: 6/13/23

Location:

Date of incident: 1/17/23-Present

Time: Ongoing

Witness(es):

Description:
I appeal to Level 3:
Long term property refuses to bring my keyboard to Baker Unit. I was informed the C/O C. Gutierrez retaliated and sent my keyboard back to long term property because I was grieving her and that Sgt.Bamford kept calling long term norifying that I was on the COA. Sgt. Bamford told me she personally was calling down there telling them to take my keyboard off this list. I don't understand why it's taking nearly half a year to receive my personal property from long term when it's already here? Why won't they send it to the unit property room like they did my beads and hold it unitl I get back?

Suggested remedy:

/S/: Joseph Roberts
Requestor's signature

5/22/23
Date

CS2 E. Burt
Resolution Specialist

/S/: E. Burt
Signature

5/22/23
Date

### PART B – LEVEL III RESPONSE
Your Level 3 appeal concerning property not being processed in a timely manner was reviewed by CS4 L. Adams. Your initial Resolution Request and appeals were reviewed during this process.

Your initial resolution request and appeals make suggested remedies of following DOC Policies 450.100 and DOC 450.120.

Neither your keyboard nor the religious beads were shipped via the United State Postal Service nor processed through the facility mail room. As a result, DOC Policy 450.100 does not apply to this resolution request. The Washington State Penitentiary Property room is where your orders were received and processed through. Your keyboard arrived at WSP via FedEx on Jan. 17, 2023. During that time and now, you have had multiple from Baker unit to IMU and to E- Tier in the HSB. While assigned to IMU and/or in the HSB, personal property is not authorized. Your keyboard is currently stored in long-term storage, (LTS), in the WSP Property storage area. It will remain in LTS until you have been transferred back to a living unit where personal property is authorized.

In conclusion, this review has concluded that your complaint is unfounded in the fact that your incoming packages were handled and processed appropriately. The constant movement between E-Tier and IMU is what is preventing you from being in possession of the keyboard. Your continued infraction history also makes you ineligible to be in possession of a keyboard and you are not

DOC 05-169 (Rev. 07/26/22)   73-of-89   Page 1 of 2   DOC 550.100
244 of 309 310

eligible to have a musical curio permit. Continued infractions could be cause for the permanent revocation of the permit privilege, which would result in you having to either ship out your keyboard at your expense, donate to charity, or destruction of the keyboard.

Jeffrey A. Uttecht, Deputy Assistant Secretary
Assistant Secretary/Deputy Assistant Secretary/
designee

Signature

06/01/2023
Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **ORIGINAL** - Resolution Program Manager      **COPY** - Resolution Specialist, Individual



Department of
**Corrections**
WASHINGTON STATE

| | | **LOG ID NUMBER** 23781089 |
|---|---|---|

**LEVEL I RESOLUTION RESPONSE**

| Last name Roberts | First Joseph | Middle J | DOC number 394089 |
|---|---|---|---|

Facility/office: WSP    Unit/cell: BC105

## PART A – INITIAL CONCERN

**My concern is** (who and/or what): Staff law library refuse to provide legal acces per DOC 590-500    Action date: 06/28/2023    Date due: 07/20/2023

Location: WSP    Date of incident: 6/2/23/present    Time: ongoing

Witness(es):

Description: DOC 590-500 allows I/I's to have access to their legal materials. I have a legal deadline in Thurston County Superior No. 22-2-02576-34 (7/1/23). CC3 C. Alaniz game me a legal 6 2023. I filed another legal priority access. Unfortunately, both of my requests were not process. I submitted it the same day requesting access to my legal materials. On June I need my legal materials out of long term. I am denied legal access per 590-500. As a result of being denied legal materials, I missed my legal deadline of 6/2/23.

Suggested remedy:
Per DOC policy 590-500 verify the above deadline (7/1/23), and pleas give approval for priority legal and bring all my legal materials. I need emergent access.

| /S/: Joseph J Roberts | |
|---|---|
| Requestor's signature | 6-23-2023 |
| | Date |

| CS2 H. Griffith | /S/: H. Griffith | 6-23-2023 |
|---|---|---|
| Resolution Specialist | Signature | Date |

## PART B – LEVEL I RESPONSE

CUS Lomeli reports: I interviewed you regarding on 6/29/23. You were denied priority access on 06/22/23 due to it not meeting the policy requirements. It was verified through the courts that you did not have a response due at this time.

| /S/: H. Griffith | _RS/. Griffith_ | 7/14/23 |
|---|---|---|
| Resolution Specialist | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager    **COPY** - Resolution Specialist, Individual

DOC 05-166 (Rev. 07/26/22) 246 of 309 310    Page 1 of 1    DOC 550.100


Department of
**Corrections**
WASHINGTON STATE

| | | LOG ID NUMBER |
|---|---|---|
| | | **23781089** |

## LEVEL II RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Roberts | Joseph | J | 394089 |
| Facility/office: WSP | | Unit/cell: ME081L | |

| **PART A – INITIAL CONCERN** | | |
|---|---|---|
| | Action date: 7/28/23 | Date due: 8/18/23 |

**My concern is** (who and/or what):

| Location: WSP | | |
|---|---|---|
| Witness(es): | Date of incident: | Time: |

Description:
Venetta Jackson called my attorneys office and she verified the deadline and despite this she refused to provide me per DOC policy 590.500 legal access (priority legal access). I have the right to participate in my case and access the courts and assist my attorney in preparation with litigation. As a result of this being denied access to my legal materials I have been unable to access the courts and prepare meaningful litigation. My attorney had to file a continuance because we were unable to meet our deadline. I am still denied my legal materials this is done in retaliation.

Suggested remedy:

| /S/: Joseph Roberts | 7/28/23 | |
|---|---|---|
| Requestor's signature | Date | |
| CS2 E. Burt | /S/: E. Burt | 7/28/23 |
| Resolution Specialist | Signature | Date |

| **PART B – LEVEL II RESPONSE** | |
|---|---|

CPM P. Daniel has investigated your complaint and this is a summary of the investigation/response. I have reviewed your level one complaint as well as your level two. CPM Daniel reports: You were interviewed at the level 1 by CUS Lomeli on 06/29/2023. I find his response appropriate. LAP4 Jackson was also interviewed at the Level 2 step on 07/28/23, and she verified that you do not have a legal deadline that requires response at this time. This resolution is unfounded due to evidence available to the Department of Corrections that at the time this resolution was filed, there was no legal deadline present to grant you priority access.

I concur with this response.

| Superintendent Robert Jackson | | 8/11/23 |
|---|---|---|
| Superintendent/Health Services Administrator/ Reentry Center CCS/Field Administrator/designee | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager          **COPY** - Resolution Specialist, Individual

DOC 05-168 (Rev. 07/26/22)     247 of 309 310          Page 1 of 1                    DOC 550.100

Department of Corrections
WASHINGTON STATE

**LOG ID NUMBER**
**23781089**

# LEVEL III RESOLUTION RESPONSE

| | | | |
|---|---|---|---|
| Last name: Roberts | First: Joe | Middle | DOC number: 394089 |
| Facility/office: WSP | | Unit/cell: MSC11 | |

**PART A – INITIAL CONCERN** Action date: 8/18/23 Date due: 9/11/23

**My concern is** (who and/or what):

Location: WSP

Witness(es): Date of incident: Time:

Description:
I appeal Level 3: You guys have integrety. Why are you lying. I had a deadline and you all lied about my not having deadines.

Suggested remedy:

/S/: Joe Roberts
Requestor's signature

8/18/23
Date

CS2 E. Burt
Resolution Specialist

/S/: E. Burt
Signature

8/18/23
Date

**PART B – LEVEL III RESPONSE**

THIS COPY IS FOR YOUR RECORDS. PLEASE WAIT FOR A RESPONSE. THANK YOU.

Assistant Secretary/Deputy Assistant Secretary/ designee

Signature

Date

**The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.**

Department of
**Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

Check one:

| LOG ID NUMBER: | 2378245 | |
|---|---|---|
| Facility/office received | Date/time received | |

[ ] Initial   [X] Emergency   [ ] Appeal   [ ] Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

Facility/office    WSP

| Unit/cell | |
|---|---|
| BAKER-C105 | |

Location    BAKER

| Date of incident | Time |
|---|---|
| 6/27/23 | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Denial & Commissary

Provide a short description of what happened and how it affected you:
I am being retaliated against by Mark Mcclanahan. My property arrived today 6/27/23 (Ford). Mcclanahan told me he will not process and then intimidated me and said take it. Mcclanahan retaliates against me because I grieved him and told him I will sue him.

Suggested remedy:
Give me my property that arrived today and process it.

Signature (Required): _____    Date: 6/27/23

**Resolution Specialist Response**

[ ] Formal concern/appeal paperwork is being prepared
[ ] Request is not accepted per the Resolution Program Manual
[ ] You requested to withdraw the concern
[ ] Additional information and/or rewrite needed. Return by: _____
[ ] No rewrite received. Resolution Specialist withdrawal on: _____
[ ] Sent to _____ on _____

[ ] Correspondence
[X] Administratively withdrawn
[ ] Informal resolution attempt

[ ] Received from _____ on _____

Comments:
Over (5) cap withdrawn    7 open complaints

310
249 of 309

Resolution Specialist    BURT

Signature _____    Date 7-7-23



Department of
**Corrections**
WASHINGTON STATE

| **LOG ID NUMBER** |
| 23781078 |

## LEVEL I RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
| Roberts | Joseph | | 394089 |

| Facility/office: WSP | Unit/cell: BC1051L | |

**PART A – INITIAL CONCERN**

| **My concern is** (who and/or what): Resolution Office | Action date: 6/21/23 | Date due: 7/13/23 |

| Location: HSB | | |
| Witness(es): | Date of incident: 6/05/23 | Time: 1615 |

Description:

I'm not receiving any responses or paperwork to my grievances for retaliation that were filed in May 2023.

Suggested remedy:
Process my grievances.

| /S/: Joseph Roberts | 6/21/23 |
| Requestor's signature | Date |

| CS2 E. Burt | /S/: E. Burt | 6/21/23 |
| Resolution Specialist | Signature | Date |

**PART B – LEVEL I RESPONSE**

You were interviewed on 06/29/2023 in regards to this complaint. CPM L. Roberts reports: Upon review of this resolution complaint and inteviews with individual Roberts on 06/29/2023 and CS2 Griffith on 07/11/2023, there is no evidence to substantiate the allegations againts CS2 Griffith. CS2 Griffith and her support staff were able to show that the complaints had been processed within required time frames and responses sent through inter facility mail to the unit to be distributed to individual Roberts.

| CS2 E. Burt | | 07/13/2023 |
| Resolution Specialist | Signature | Date |

*You may appeal this response by submitting a written appeal to the Resolution Specialist within 5 working days from date this response was received.*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Resolution Program Manager    **COPY** - Resolution Specialist, Individual

250 of 309
310

DOC 05-166 (Rev. 07/26/22)                    Page 1 of 1                    DOC 550.100



epartment of
rrections
ASHINGTON STATE

| | | LOG ID NUMBER |
| | | 23781078 |

## LEVEL II RESOLUTION RESPONSE

| Last name | First | Middle | DOC number |
| Roberts | Joseph | | 394089 |
| Facility/office:  WSP | | | |

| | Unit/cell: ME081L | |
| **PART A – INITIAL CONCERN** | Action date: 7/28/23 | |
| **My concern is** (who and/or what): | | Date due:  8/18/23 |

| Location:  WSP | | |
| Witness(es): | Date of incident: | Time: |

Description:

I am still being denied access to the resolution program for log #23779674 which has a due date of 6/26/23. I have not received my level 1 response nor received any notifications and because this is an ongoing issue Resolution Specialist Burt sent me a letter dated 7/13/23 explaining that he will not process any of my grievances unless I brief with him. He also accused me of refusing to participate in the resolution program and when he came and spoke with me on 7/13 regarding my retaliaion complaints he stated that I wouldn't acknowledge his concerns, that's a lie Officer Cervantes, my mental health counselor Rogers can verify this. This is an ongoing issue. This is being done in retaliation.

Suggested remedy:

| /S/: Joseph Roberts | | |
| Requestor's signature | 7/28/23 | |
| | Date | |
| CS2 E. Burt | | |
| Resolution Specialist | /S/: E. Burt | 7/28/23 |
| | Signature | Date |

## PART B – LEVEL II RESPONSE

Assoc. Supt. B. Bowman has investigated your complaint and this is a summary of the investigation/response. You were interviewed at level one. I have reviewed your level one complaint as well as your level two. Assoc. Supt. Bowman reports: After reviewing your level 2 resoultiuon, it was discovered that Mr. Burt did not meet with on 07/13/2023.  However, he did send you an abuse of quantity letter dated 07/13/2023.  You wrote 17 complaints during the processing week.  Per pg. 26 of the Resolution Program manual you are not authorized to send more than five complaints a week, as it will be considered abuse by quantity.  There is no evidence to show show retaliation as it is simply the rules of the program.

Furthermore, you're not being denied access to the resolution program.  You have submitted five complaints since the date the letter was sent and you have four active complaints at the current time.

In regards to the issue with 23779674, you received a response on 06/29/23 at LV1.  You not receiving this response is plausible due to his movements between, RTU, and COA and COC's.  A second copy was sent on 07/20/2023.

I concur with this response.

| Superintendent Robert Jackson | | |
| Superintendent/Health Services Administrator/ | Signature | Date |
| Reentry Center CCS/Field Administrator/designee | | |

DOC 05-168 (Rev. 07/26/22)   251 of 309 310          Page 1 of 2                    DOC 550.100



Department of
# Corrections
WASHINGTON STATE

| | | | **LOG ID NUMBER** **2378 1078** |
|---|---|---|---|

**LEVEL III RESOLUTION RESPONSE**

| Last name | First | Middle | DOC number |
|---|---|---|---|
| Roberts | Joe | | 394089 |

| Facility/office: WSP | Unit/cell: MSC11 |
|---|---|

| **PART A – INITIAL CONCERN** | Action date: 8/18/2023 | Date due: 9/11/2023 |
|---|---|---|

My concern is (who and/or what):

| Location: | Date of incident: | Time: |
|---|---|---|

Witness(es):

Description:

I appeal level 3: Why did Burt lie and try and discredit me in his letter? Now you admit he was never present and spoke to me. Despite this Burt lied and said I refused to participate in the grievance program. Burt denied me access to grieve the retaliation and provided these issues with several different Log ID#. Per the RPMs require that ongoing issues be provided the same log # and filed as one issue. Burt and Griffith and Wolfinbarger did not follow this procedure as outlined in the RPM. I was denied to grieve the retaliation. You guys are trash. This in itself substantiates the misconduct and mishandeling of my grievances. You idiots are a trip! IDIOTS!!!

Suggested remedy:

| /S/: Joe Roberts | 8/18/23 |
|---|---|
| Requestor's signature | Date |

| CS2 E. Burt | /S/: E. Burt | 8/18/23 |
|---|---|---|
| Resolution Specialist | Signature | Date |

**PART B – LEVEL III RESPONSE**

Your Level 3 appeal concerning the denial of access to the Resolution program at WSP was reviewed by CS J. Martin. Your initial Resolution Request and appeals were reviewed during this process along with your Resolution Request history, and the Resolution Program Manual (RPM). You were interviewed during the Level 1 review on 6/29/2023 at WSP.

In your original Level 1 complaint, you claim to have not received any responses or paperwork to your grievances for retaliation that were filed in May 2023. However, you did not provide the times and dates of submission or a Log IDs for reference. In your Level 2 appeal, you claim to have been denied access to the Resolution program for Log ID 23779674.

Records show that Log ID 23779674 was accepted at Level 1 with a response due date of 6/29/2023. The history of this complaint also shows the response was issued on 7/7/2023, which was 6 days past due. As outlined on page 19 of the RPM, "Level 1 extensions are limited to 10 working days. If the Level 1 review cannot be completed within the extension timeframe, it will be promoted to Level 2." While the date of the response was within the acceptable time extension limits, it does not appear the appropriate paperwork was prepared to notify you of a new due date. The WSP Resolution Department has been contacted to address this issue.

In your Level 3 appeal, you claim RS Burt retaliated against you through his issuing of the Abuse by Quantity letter. You further stated that all of your complaints were about one issue and should have been given the same log ID number.

Per page 21 of the RPM, "If multiple Resolution Requests are submitted at the same time regarding the same issue or incident, they will each be assigned a new Log ID number. The Resolution Specialist will accept/review the concern with the most information if the concern falls within the acceptable standards of this manual. The additional complaints will be sent back to the individual

as duplicates (Not Accepted)." However, the RPM also states on page 20, "Abuse of the program occurs when an individual submits multiple Resolution Requests or appeals taking their active total over the allowable limit of 5 or submits repeat Resolution Requests, appeals, or correspondence concerning the same issue/incident." As a result, it was appropriate for RS Burt to issue an Abuse of Quinty letter when you submitted 17 Resolution Requests regarding the same issue.

In conclusion, the replies provided at Level 1 and Level 2 appropriately address your concern, and this review concurs with their unsubstantiated determination.

| | | |
|---|---|---|
| Jeffrey A. Uttecht, Deputy Assistant Secretary | | |
| Assistant Secretary/Deputy Assistant Secretary/ designee | Signature | 08/21/2023 |
| | | Date |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL -** Resolution Program Manager    **COPY -** Resolution Specialist, Individual

253 of 309
310

WSP Resolution's

*MF02*

**Department of Corrections** WASHINGTON STATE

DEC 01 2022

Received

## RESOLUTION REQUEST

LOG ID NUMBER: 22756125

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☒ Initial   ☐ Emergency   (☐ Appeal)   ☐ Rewrite

| Last name | First | | Middle initial | DOC number |
|---|---|---|---|---|
| Roberts | J | | | 394089 |

| Facility/office | | | | |
|---|---|---|---|---|
| WSP | | | | |

| Location | | Unit/cell | |
|---|---|---|---|
| WSP | | BAKER B102 | |

| | Date of incident | Time |
|---|---|---|
| | 11/29/22 | N/A |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Denial To Access the Resolution Program Per DOC 310.100 DOC 550.100 (RPM)

Provide a short description of what happened and how it affected you:
Log # 22756125 has a due date 11/3/22 and I am denied my level 3 response.
I filed a complaint on 11/18/22 and my complaint was not processed per RPM. I
filed a complaint on 11/19/22 and my complaint was not processed per RPM. I filed
a complaint on 11/22/22 my complaint was not processed per RPM. I am denied
access to the Sham Resolution Program.

Suggested remedy:
Follow policy and allow me timely access to the Resolution Program for the above
issues.

Signature (Required): J₀                                           Date: ~~11/29~~ 11/29/22

### Resolution Specialist Response

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments: Pre-mature appeal. Please wait for the
level 3 formal response before submitting an
appeal or another complaint.

254 of 309
310

H. Griffith

Resolution Specialist

Signature                                           12/1/22

Date

**Department of Corrections** WASHINGTON STATE

**RESOLUTION REQUEST**

LOG ID NUMBER: 23772901

| Facility/office received | Date/time received |
|---|---|

**Check one:**
☐ Initial  ☐ Emergency  ☒ Appeal  ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BB102 |

| Location | Date of incident | Time |
|---|---|---|

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Provide a short description of what happened and how it affected you:

I appeal. I am unsatisfied. RS2 R. Wills has complicated my grievance regarding these medical issues and this is unresolved.

✱ OMBUDS HERE IS ANOTHER ONE!

Suggested remedy:

Signature (Required): ____  Date: 2/8/23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: ____
☐ No rewrite received. Resolution Specialist withdrawal on: ____
☐ Sent to ____ on ____
☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt
☐ Received from ____ on ____

Comments:

255 of 310

Resolution Specialist ____  Signature ____  Date ____
DOC 05.165 (Rev. 03/31/21)  Page 1 of 2  DOC 310.100, DOC 550.100

**Department of Corrections**
WASHINGTON STATE

WSP Resolution's

MAY 16 2023

Received

**RESOLUTION REQUEST**

| LOG ID NUMBER | 23779005 | |
|---|---|---|
| Facility/office received | Date/time received | / |

Include Log ID number for appeal or rewrite

Check one:  ☒ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | IMU5-G01 |

| Location | Date of incident | Time |
|---|---|---|
| WSP | 5/14/23-Present | Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Resolution Office - Burt, Wills, Griffith

Provide a short description of what happened and how it affected you:

I was seperated from my complaints in BAKER. I have a level 2 complaint with a due date of 5/5/23. I filed an emergency complaint on 5/4/23, 5/7/23 and 5/8/23. Although, I was seperated from my complaints in BAKER Unit and do not know the log Id #. I have not recieved any of the responses to any of my complaints as stated herein. The Resolution Office Burt, Wills and Griffith are not processing my complaints and are denying me access to the resolution program.

Suggested remedy:

Allow me access to the resolution Program to follow the policy and procedure

Signature (Required): _____  Date: 5/14/23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by:
☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

R. Wills is no longer working here. I have inherited his files and have been busy cleaning it up. There also may have been issues with your movements and "snail mail" catching up to you. Your complaints are being filed and processed as they come in. I have sent several of the responses I believe you are requesting, and I am also including a log of all the complaints filed in the last several months. Since the middle of February we have logged 24 complaints. Hopefully this should shed some light on your questions.

256 of 310 ~~309~~

| Resolution Specialist | BURT  72 - 8 - 89 | Signature | Date 5/16/23 |
|---|---|---|---|

DOC 05-165 (Rev. 03/31/21)

Page 1 of 2

DOC 310.100, DOC 550.100

WSP Resolution's

**Department of Corrections**
WASHINGTON STATE

MAY 2 2 2023

Received

**RESOLUTION REQUEST**

| LOG ID NUMBER: 23779005 | |
|---|---|
| Facility/office received | Date/time received |
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☐ Initial   ☐ Emergency   ☒ Appeal   ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts, | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| IMUS GOI | |

| Location | IMUS - GOI |
|---|---|
| | Date of incident | Time |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Provide a short description of what happened and how it affected you:

I appeal to level i:

These issues appear to not be resolved.

On 5/7/23, I greived several staff for retaliation for an incident on 5/5/23. I never recieved the formal paperwork on this.

Suggested remedy:

Signature **(Required):** ___    Date: 5/17/23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual          ☐ Correspondence
☐ You requested to withdraw the concern                              ☐ Administratively withdrawn
☐ Additional information and/or rewrite needed.  Return by: ____      ☒ Informal resolution attempt
☐ No rewrite received.  Resolution Specialist withdrawal on: ____
☐ Sent to _____ on _____          ☐ Received from _____ on _____

Comments: Resubmit complaint. We did not recieve this. I cannot coorelate this to a complaint from 5/5/23 Do you have a copy? BVR

Resolution Specialist    71 of 89     Signature  259 of 309 310     5/22/23

DOC 05-105 (D                         Date

**Department of**
## Corrections
WASHINGTON STATE

# RESOLUTION REQUEST

**Check one:**

| | | | |
|---|---|---|---|
| ☐ Initial | ☒ Emergency | ☐ Appeal | ☐ Rewrite |

**LOG ID NUMBER:** 23783037

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | Echo - 08 |

| Location | Date of incident | Time |
|---|---|---|
| MSB | 7-14-23 | 1343 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Duncan - sick call

Provide a short description of what happened and how it affected you:
Duncan Refused to assess me for my M.S.R. For Ice and Mattress. Also for the fact I have ingrown hairs on my face that has become Infected and are oozing. These Issues have become endless pain because they can be easily Fixed. Duncan has said he has other patients to tell and I was placed on sick call and all he did was stopped by looked at my Feet and left

Suggested remedy:
I Demand medical Treatment

Signature (Required): For Roberts - C/o Espinoza 789    Date: 7-14-23

---

**Resolution Specialist Response**

| | | |
|---|---|---|
| ☐ Formal concern/appeal paperwork is being prepared | | |
| ☐ Request is not accepted per the Resolution Program Manual | ☐ Correspondence | |
| ☐ You requested to withdraw the concern | ☐ Administratively withdrawn | |
| ☐ Additional information and/or rewrite needed. Return by: _____ | ☐ Informal resolution attempt | |
| ☐ No rewrite received. Resolution Specialist withdrawal on: _____ | | |
| ☐ Sent to _____ on _____ | ☐ Received from _____ on _____ | |

Comments:
FORWARDING TO MEDICAL STAFF FOR IMMEDIATE RESPONSE. This does not meet criteria for a emergency medical grievance. I will send this to the resolution Specialist for processing. I will also place you on sick call on 7-17-23 to address this issue. SHussey RN2 7-14-23 C1507

LT. E. Flores
WSP Resolutions Office  Susan Hussey, RN2

| Resolution Specialist | Signature | Date |
|---|---|---|
| | | 7/14/23  7/17/23 |

DOC 05-165 (Rev. 03/31/21)          258 of 309    Page 1 of 2          DOC 310.100, DOC 550.100

## Department of Corrections
### WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:** 23782180

| Facility/office received | Date/time received |
|---|---|

Include Log ID number for appeal or rewrite

Check one:

☐ Initial    ☒ Emergency    ☐ Appeal    ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394289 |

| Facility/office | Unit/cell |
|---|---|
| WSP | Echo-08 |

| Location | Date of incident | Time |
|---|---|---|
| HSB | 7-14-23 | 1343 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Duncan - sick call

Provide a short description of what happened and how it affected you:

Duncan Refused to assess me For my H.S.R. For Ice
and Mattress, Also for the Fact I have ingrown
hairs on my Face that has become infected
and are Guessing these Issues have become unnecessary
Pain because they can be easily Fixed. Duncan has
said to have seen patients to get out I was
placed on sick call and all he did was stopped by
looked at my Face and left

Suggested remedy:

I Demand medical Treatment

Signature (Required): For Roberts - C/o Espinoza 705 Date: 7-14-23

### Resolution Specialist Response

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by:
☐ No rewrite received   Resolution Specialist withdrawal on:
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☒ Informal resolution attempt

☐ Received from _____ on _____

Comments:
FORWARDING TO MEDICAL SINCE FOR
IMMEDIATE RESPONSE This does not meet criteria for a
emergency medical grievance. I will send this to the resolution
to address this issue. SH Hussey RN 7-14-23 @ 1507

LT. E. Flores
Susan Hussey, RN2
**WSP Resolutions Office**

Resolution Specialist
Signature    259 of 309 310    Date

DOC 05-163 (Rev. 03/31/21)    Page 1 of 2    DOC 310-100, DOC 590-100

CS2. M. Wolfenbarger    CS2. N. Cey    7/17/23



STATE OF WASHINGTON
## DEPARTMENT OF CORRECTIONS
### Washington State Penitentiary
1313 North 13ᵗʰ Avenue – Walla Walla, Washington 99362 (509) 525-3610

07/13/2023

To: I/I Roberts, Joseph #394089

From: CS2 E. Burt-Grievance Program Coordinator

RE: Grievance Abuse by Quantity

I/I Roberts,

On 07/13/2023, I received 17 separate grievances from you. Per page 26 of the Offender Grievance Manual, "Offenders may not submit more than five (5) new complaints per calendar week or have more than five (5) ACTIVE grievances and/or appeals. If an offender exceeds these limits, the Grievance Coordinator will return al materials, explain that the offender is over the limit and list all active log ID numbers. Offenders may not withdraw more than five (5) formal grievances per year in order to initiate new grievances. If an offender exceeds any of these limits, he or she may receive corrective action.

You currently have four open complaints and I will not choose which of the 17 complaints that you filed this week to accept. I will give you the oppurtunity to brief these and let me know.

You are highly encouraged to read the Offender Grievance Manual in order to familiarize yourself with your rights and responsibilities.

If you have any questions or concerns regarding the Offender Grievance Program, do not hesitate to contact our office for clarification.

Please work with COA staff to resolve the concerns that you have in the unit. Your concerns are being met and you are refusing to participate in the resolution program. You are filing complaints and when I speak to you with regards to the complaints you also refuse to achnoledge my concerns as well. You are currently on 1 on 1 watch 24 hours a day.

While I understand your frustrations we all need to work together in a positive and proactive manner. Your behavior is dictating you behavior management plans. If you would like to meet again to discuss these conerns and work on a plan, please reach out to me.

Thank you,

Eric Burt
Corrections Specialist 2
Grievance Program Coordinator
Washington State Penitentiary

260 of 310
309

**Department of Corrections**
WASHINGTON STATE

WSP Resolution Received

JUL 11 2023

# RESOLUTION REQUEST

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

**Check one:**
☒ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts, | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BAKER·C105L |

| Location | Date of incident | Time |
|---|---|---|
| Resolution Office | 7/6/23 | ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Resolution office

Provide a short description of what happened and how it affected you:

The WSP resolution office refuses to respond to any appeal grievance Log #2377967H. Log 23779674 has a due date 6/30/23. I'm denied access to the resolution office program to this grievance.

Suggested remedy:

Allow me access to the resolution program

Signature (Required): _[signature]_    Date: 7/6/23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

261 of 310

WSP Resolution
Received

JUL 11 2023

**Department of**
**Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☒ Initial    ☐ Emergency    ☐ Appeal    ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BAKER - C105L |

| Location | Date of incident | Time |
|---|---|---|
| ~~BR222222 B2222~~ BAKER | | |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Mark Meclanahan ~~re2222/re2222~~

Provide a short description of what happened and how it affected you:

Meclanahan retaliated against me for ~~for~~ filing grievances and for wanting to file a lawsuit, against me. Meclanahan's retaliation is directed at my medical HSR dated 7/5/23. I called requested an HSR and Meclanahan personally notified medical and told PAC Duncan to change the HSR to limit my access to ice. As a result my HSR was changed on 7/6/23. Meclanahans retaliation has interfered with my medical care.

Suggested remedy:

Keep seperate I request a keep seperate from Meclanahan

Signature **(Required):** Jour                Date: 7/6/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

262 of ~~310~~  310

WSP Resolution
Received

JUL. 11 2023



Department of
**Corrections**
WASHINGTON STATE

# RESOLUTION REQUEST

**Check one:**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

☒ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | | Unit/cell |
|---|---|---|
| WSP | | BAKER - C105L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | 7/6/23 | ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Meelanahan retaliation, Gutierrez retaliation, Sgt. Burford retaliation

Provide a short description of what happened and how it affected you:
Meelanahan tore my property Offender days 562 and Gutierrez refused to give me
a copy. Gutierrez refused to give me my property. Meelanahan gave me
my T.V. without allowing me to sign for it. Burford was aware of these
issues and refused to supervise and allowed Meelanahan and Gutierrez to
retaliate me. These individuals have harrased and interfered with my receiving
of my property.

Suggested remedy:
I request keep seperates. I want the retaliation to stop

Signature **(Required):** [signature]                                Date: 7/6/23.

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

310
263 of 309

**Department of**
**Corrections**
WASHINGTON STATE

WSP Resolution
Received

JUL 11 2023

**RESOLUTION REQUEST**

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☒ Initial   ☐ Emergency   ☐ Appeal   ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BC 1051L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | 7/7/23 | Ongoing |

Witness name(s) and DOC number (if relevant):

Horey Dinong, Espino; and Unit staff; Rogers and De Leon

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Denial of Job

Provide a short description of what happened and how it affected you:

~~I~~ I'm approved by my mental health counselor and classification Counselor to work. Whoever is responsible to place me on the job list refuses to list me. Despite being approved, I have no sanctions that prevents me from working and there are three positions that need to be filled. Espino and De Leon both confirmed I'm approved to work.

Suggested remedy:

Give me a job.

Signature (Required): _____   Date: 7/7/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

310

264 of ~~309~~

WSP Resolution
Received

JUL 11 2023



Department of
**Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

**Check one:**

☒ Initial  ☐ Emergency  ☐ Appeal  ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BAKER - C105L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | June 2023-Ongoing | N/A |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

BAMFORD; Gutierrez; Mcclanahan; Long Term Property staff

Provide a short description of what happened and how it affected you:

Since January 2023 to present the above have prevented me from obtaining my property from long-term storage by calling down to Long-Term Storage and telling them to remove me from the list. Also, Long-Term Storage refuses to process all my property and give it to me. I am in the unit and have been since June 13th 2023. Long Term Property is suppose to only hold prisoners property if they're out of the unit longer than 30 days. Then if a prisoners property out of the unit longer than 30 days it will be sent to long term storage. This is an ongoing issue since January. I have hygiene, legal work/materials amongst all my personal property and sentimental property like pictures of my family and mail. They're giving me my property 2 items at a time, while others receives all they're property.

Suggested remedy:

Give me all my personal property.

Signature **(Required):** J.e.    Date: 7/7/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

265 of 310

**Department of Corrections**
WASHINGTON STATE

WSP Resolution Received
JUL 10 2023

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received / |
|---|---|

Include Log ID number for appeal or rewrite

**Check one:**

☐ Initial  ☒ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | | Unit/cell |
|---|---|---|
| WSP | | BAKER - C105L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | 7/8/23 | 11:30AM |

Witness name(s) and DOC number (if relevant):
Espino; CPM Daniels; Associate Supt.; Superintendent; Suckow

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Meclenahan, Espino and Gutierrez Booth officer craving retaliation and misconduct

Provide a short description of what happened and how it affected you:

I am being harrassed, provoked, intimidated and retaliated against for protected conduct declaring mental health emergencies, filing grievance and for anticipated litigation and medical treatment. I requested Espino to have the supervisor come speak with me due to these issues and was denied.

I'm being denied to see as to my call out at 12:30PM-1:30PM out of retaliation. I'm being denied yard/recreation staff are maliciously retaliating against me. I am not on O&E nor cell confinement or @ CTQ. Staff are isolating me in the cell for no reason as punishment and are ignoring me. This creates a dangerous and hostile environment. They are threatening me. There is no supervisor down here.

Suggested remedy:

I request a seperation from Meclenahan, let me program. I request to speak with the luitenant.

Signature (Required): [signature]    Date: 7/8/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____
☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt
☐ Received from _____ on _____

Comments:
RCVD 7-8-23 @ 1850 NOT AN EMERGENCY. ROBERTS PLACED ON CUSTODY LOCK FOR THREATS TO STAFF. [signature] 7/8/23
266 of 309
310

WSP Resolution
Received

JUL 10 2023

Department of
**Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

Check one:

☐ Initial  ☒ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BAKER - C105L |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | 7/8/23 | 11:30 AM Ongoing |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Gutierrez; Mcclanahan ~~they interfering~~ interfering with HSR for ice. Misconduct

Provide a short description of what happened and how it affected you:

I have a HSR for ice. Mcclanahan and Gutierrez both know this. They both went out of their way to tell the nurse to give me a very small bag so my ability to use ice is limited. Gutierrez came to my door and said this is your new ice bag. I told her I already have a ice bag she said you can only ice your hand for 20 minutes. I told her you are not medical and my treatment is confidential. I told her there is nothing on the HSR describing what course of treatment or how I am to ice my hand or the duration. I told her and Mcclanahan custody has no peno-logical interest in how I ice my hand or how long. She smiled and laughed at me. and Mcclanahan provoked ~~the~~ me. This is the second time they tryed to interfere and retaliate. This is retaliation cause I grieve and will sue. Not enough space.

Suggested remedy:

I request Unit ~~to~~ seperates from Mcclanahan due to ongoing retaliation. and misconduct.

Signature (Required): _Joe_    Date: 7/8/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:
RECEIVED 1215 7/8/23  THIS IS NOT AN EMERGENCY. THE HSR SPECIFIES ICE FOR 20 MINUTES, ONCE A DAY.
_____ 7/8/6

267 of 309
310

WSP Resolution
Received

JUL 10 2023

**Department of**
**Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☐ Initial  ☒ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | BAKER - CIDSL |

| Location | Date of incident | Time |
|---|---|---|
| BAKER | 7/8/23 | 1300PM |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Mcclanahan, Gutierrez, Booth Officer, Espino retaliation

Provide a short description of what happened and how it affected you:

I have filed multiple complaints against the above today. Now they falsified allegations against me, that I made threats. I have filed several complaints today and now I'm being retaliated against. I am being infracted and placed on custody lock for threats to staff.

Suggested remedy:

I need to speak with a supervisor about this retaliation. STOP IGNORING ME.

Signature **(Required):** _[signature]_      Date: 7/8/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

This does not meet the criteria of an emergency grievance as defined on page 23 of the Resolution program Manual and will be processed as a routine grievance. Possible disciplinary action for declaring false emergencies.

Rcvd 7-8-23 @ 1320 _[signature]_ 7106

268 of 309 310

WSP Resolution
Received

JUL 1 0 2023

**Department of**
**Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**Check one:**

☐ Initial   ☒ Emergency   ☐ Appeal   ☐ Rewrite

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |

Include Log ID number for appeal or rewrite

| Last name Roberts | First Joseph | Middle initial | DOC number 394089 |
|---|---|---|---|

| Facility/office WSP-HSB-E02 | Unit/cell E02 |
|---|---|

| Location COA | Date of incident 7-9-23 | Time 1135 |
|---|---|---|

Witness name(s) and DOC number (if relevant):
Super Attendant, CPM Daniel Sundberg

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
McClanaHan, Danford, Gutierrez.

Provide a short description of what happened and how it affected you:
I I/I Roberts I Don't Know how Long I Can take This! C/o Gutierrez, Sgt, and other C/o Retaliate against me. they had Removed Krone the Unit (Baker) because of Griefences, I want to Persue a law suit.

Once again I'm on a seg. & it making me very suicidal. Super attendant Knows, CPM Daniel Knows, Associate Sundburg Knows, head Quarter is awbre too. I'm Losing my will to live and I Don't feel safe any more.

Suggested remedy:
A Request Unit Seperate. Request an inkastigation.

Signature (Required): I/I unable to sign due to Pen/Paper Restriction   Date:

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

**Comments:**

This does not meet the criteria of an emergency grievance as defined on page 23 of the Resolution program Manual and will be processed as a routine grievance. Possible disciplinary action for declaring false emergencies.

Rcup 9 July 23 @ 1153
2t E02 7186
269 of 309 310

| Resolution Specialist | Signature | Date |
|---|---|---|

WSP Resolution's

Department of
**Corrections**
WASHINGTON STATE

JUL 1 0 2023
Received

**RESOLUTION REQUEST**

LOG ID NUMBER:

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

Check one:

☐ Initial  ☒ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | ~~SHU2~~ IMUS |

| Location | Date of incident | Time |
|---|---|---|
| D Pod | 7/9/23 | 9:00 AM |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
~~Sergant~~ RN Trembly  2nd shift Sgt Parsons, booth officer

Provide a short description of what happened and how it affected you:
I pushed the emergency button notifying the booth CO I swallowed 3 pens. Sgt Parsons arrived and then Trembly. I notified these individuals and they walked away and basically did nothing. There are multiple pens and metal in my cell. I will continue self harming and acting out. I no longer care. I have lost my humanity. I will act like a animal since I am treated like a animal.

Suggested remedy:
I request to be removed from this world. I hate everyone. I want you to kill me

Signature **(Required):** J———   Date: 7/9/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:
We had to leave the cell but in order to address your concerns. The plan is to move you to the Cint to provide for your safety and get x-rays to confirm the presence of the pens and to provide appropriate medical care.

270 of ~~309~~ 310

C. Trembly  RN                                                    7/9/2022

**Department of Corrections**
WASHINGTON STATE

WSP Resolution Received

JUL 12 2023

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☐ Initial   ☑ Emergency   ☐ Appeal   ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB  E-08 |

| Location | Date of incident | Time |
|---|---|---|
| WSP | 7-10-23 | 0854 |

Witness name(s) and DOC number (if relevant):
CPM Daniels, Rob Jackson, Steven Sunberg, Jay Martin

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
C/o McClanahan, C/o Gutierez, Sgt. Bamford, Nurse Mouset

Provide a short description of what happened and how it affected you:
Falsifying Ad. Seg paperwork a Allegations of threats to kill to have me removed out of the unit because I filed multiple emergency greivances. At first they told the Lt. Martin that I was having homicidal ideations, which was false, On 7/8/23, and then Martin placed me on custody lock. The following day McClanahan disatisfied with the custody lock was and then proceeded to lie to his superior, Bamford, and elevated the allegation to a death threat. This unprovoked retaliation demonstrates that they are lying about the nature of the allegatians made (threats). As a result I am on Administrative Segrigation, pending punishment.

Suggested remedy:
I request a unit sepritee from McClanahan and an investigation for their on-going retaliation, or else I am going to kill myself.

Signature (Required): C/o DelaRosa 7948 for Roberts 394089   Date: 7-10-23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ No rewrite received.  Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:
_____
_____
_____

316
271 & 309

**RESOLUTION REQUEST**

Department of
**Corrections**
WASHINGTON STATE

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
| --- | --- |
| | / |

**Check one:**
☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
| --- | --- | --- | --- |
| Roberts | Joseph | | 394089 |

| Facility/office | Unit/cell |
| --- | --- |
| WSP | HSB E-08 |

| Location | Date of incident | Time |
| --- | --- | --- |
| WSP | 7-10-23 | 0854 |

Witness name(s) and DOC number (if relevant):
CPM Daniels, Rob Jackson, Steven Sunberg, Jay Martin

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
C/o McClanahan, C/o Gutierez, Sgt. Bamford, Nurse Mouset

Provide a short description of what happened and how it affected you:
Falsifying ~~Ad Seg paperwork or~~ Allegations of threats to kill to have me removed out of the unit because I filed multiple emergency grievances. At first they told the Lt. Martin that I was having homicidal ideations, which was false. On 7/8/23, and then Martin placed me on custody lock. The following day McClanahan disatisfied with the custody lock and then proceeded way to lie to his superior, Bamford, and elevated the allegation to a death threat. This unprovoked retaliation demonstrates that they are lying about the nature of the allegations made (threats). As a result I am on Administrative Segregation, pending punishment.

Suggested remedy:
I request a unit seprite from McClanahan and an investigation for their on-going retaliation, or else I am going to kill myself.

Signature (Required): C/o DelaRosa 7948 for Roberts 394089  Date: 7-10-23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: ___
☐ No rewrite received. Resolution Specialist withdrawal on: ___
☐ Sent to ___ on ___
☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt
☐ Received from ___ on ___

Emergency Resolution Requests are those that the resolution would be too late if handled through routine administrative or resolution channels and meet one of the following criteria:
1. Involve a potentially serious threat to the life or health of an individual or employee/ contract staff/volunteer, or
2. Relate to severe pain being suffered by the individual, or
3. Involve a potential threat to the orderly operation of a facility
After reviewing this concern, your Resolution Request does not fit the above criteria and has been deemed not emergent. This complaint will be forwarded to the facility Resolution Program as a standard concern for further review.
CS2 E. Burt 07/10/2023 @0931

| Resolution Specialist | 272 of ~~309~~ 310  Signature | Date |
| --- | --- | --- |
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

Department of
**Corrections**
WASHINGTON STATE

WSP Resolution
Received

JUL 11 2023

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☐ Initial   ☒ Emergency   ☐ Appeal   ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| ROBERTS | JOE | | 394084 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB E-08 |

| Location | Date of incident | Time |
|---|---|---|
| | 07/10/2023 | 1638 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
STAFF MISCONDUCT / RETALIATION. BAKER UNIT STAFF.

Provide a short description of what happened and how it affected you:
SGT. BAMFORD WAS NOT THERE ON THE DAY OF 07/08/23, AND SHE ACCUSED ME OF MAKING DEATH THREATS. AS A RESULT THEY ARE TALKING ABOUT TAKING PUNATIVE ACTION AGAINST ME. THIS IS BEING DONE IN RETALIATION, BECAUSE I FILED GRIEVENCES AGAINST BAKER UNIT STAFF. THE GRIEVENCE COORDINATOR WON'T DO NOTHING. THE CPM, SUPERINTENDANT, ASSOCIATE SUPERINTENDANT CUS SUCKOW REFUSED TO DO AN INVESTIGATION. THIS HAS BEEN GOING ON SINCE JANUARY 2023, AND NOW I'M FACING SERIOUS REPERCUSSIONS.

Suggested remedy:
KILL ME. I DESIRE TO LEAVE THE WORLD. YOU HATE ME. I HATE YOU I AM GOING TO TRY TO KILL MYSELF.

Signature **(Required):** _____    Date: _____

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

This does not meet the criteria of an emergency grievance as defined on page 23 of the Resolution program Manual and will be processed as a routine grievance. Possible disciplinary action for declaring false emergencies.

10 July 2023 @ 1737                                  730

310

273 of 309

WSP Resolution's

**Department of**
**Corrections**
WASHINGTON STATE

JUL 1 2 2023
Received

**Check one:**

☐ Initial   ☒ Emergency   ☐ Appeal   ☐ Rewrite

## RESOLUTION REQUEST

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| ROBERTS | JOE | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB E-08 |

| Location | Date of incident | Time |
|---|---|---|
| HSB E-08 | 07/10/2023 | 1631 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

SUICIDAL TENDENCIES

Provide a short description of what happened and how it affected you:

I'VE BEEN JUMPING OFF THE BED ON TO MY KNEES. MY KNEE IS BUSTED. I REQUESTED TO BE PLACED INTO A RESTRAINT CHAIR I WAS NOT GRANTED THIS REQUEST. AS A RESULT I TORE MY KNEE UP. I WILL CONTINUE TO JUMP OFF, LANDING ON MY KNEES I AM DOING THIS BECAUSE I AM FED UP WITH STAFF RETALIATION IN BAKER UNIT. NO ONE HAS ADDRESSED IT.

Suggested remedy:

RESTRAINT CHAIR & INVESTIGATION INTO RETALIATION AND A KEEP SEPERATE WITH C/O McCLANAHAN. I WANT STAFF TO KILL ME.

Signature (Required): _____   Date: _____

### Resolution Specialist Response

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments: Resolution recieved from officer at 1800 on 07/10/2023 Roberts assessed and talked to by medical. Roberts states he talked to mental health at this moment is ok and does not need to go on restraint chair. Original grievance/resolution along with medical response copy sent to West Complex Shift LT at 1830. Roberts informed and agrees to medical response but still request investigation of Baker Unit staff and wants seperate from mcclanahan

274 of 310

Renee Irwin-Suckow RN3

**Department of**
**Corrections**
WASHINGTON STATE

**WSP Resolution Received**

JUL 11 2023

## RESOLUTION REQUEST

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

**Check one:**

☐ Initial  ☒ Emergency  ☐ Appeal  ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joe | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB E-08 |

| Location | Date of incident | Time |
|---|---|---|
| HSB E-08 | 07/10/2023 | 1631 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

SUICIDAL TENDANTLICS

Provide a short description of what happened and how it affected you:

I'VE BEEN JUMPING OFF THE BED ON TO MY KNEES. MY KNEE IS BUSTED. I REQUESTED TO BE PLACED INTO A RESTRAINT CHAIR I WAS NOT GRANTED THIS REQUEST. AS A RESULT I TORE MY KNEE UP. I WILL CONTINUE TO JUMP OF, LANDING ON MY KNEES I AM DOING THIS BECAUSE I AM FED UP WITH STAFF RETALIATION IN BAKER UNIT. NO ONE HAS ADDRESSED IT.

Suggested remedy:

RESTRAINT CHAIR & INVESTIGATION INTO RETALIATION AND A KEEP SEPERATE WITH C/O McCLANAHAN. I WANT STAFF TO KILL ME.

Signature (Required): _____    Date: _____

---

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: 275 of 310
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments: Resolution recieved from officer at 1800 on 07/10/2023
Roberts assessed and talked to by medical. Roberts states he talked to
Mental health at this moment is ok and does not need to go on restraint chair.
Original grievance/resolution along with medical response copy sent to West Complex
Shift LT at 1830, Roberts informed and agrees to medical response but still
request investigation of Baker Unit Staff and wants seperate from McClanahan.

Renee Irwin-Suckow RN3

**Department of**
## Corrections
WASHINGTON STATE

WSP Resolution
Received

JUL 11 2023

**RESOLUTION REQUEST**

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |

Include Log ID number for appeal or rewrite

**Check one:**

☐ Initial   ☒ Emergency   ☐ Appeal   ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| ROBERTS | JOE | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB E-08 |

| Location | Date of incident | Time |
|---|---|---|
| HSB E-08 | 07/10/2023 | 1631 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
SUICIDAL TENDANTLITS

Provide a short description of what happened and how it affected you:

I'VE BEEN JUMPING OFF THE BED ON TO MY KNEES. MY KNEE
IS BUSTED. I REQUESTED TO BE PLACED INTO A RESTRAINT CHAIR
I WAS NOT GRANTED THIS REQUEST. AS A RESULT I TORE MY
KNEE UP. I WILL CONTINUE TO JUMP OF, LANDING ON MY KNEES
I AM DOING THIS BECAUSE I AM FED UP WITH STAFF RETALIATION
IN BAKER UNIT. NO ONE HAS ADDRESSED IT.

Suggested remedy:
RESTRAINT CHAIR &        Here is original resolution        AND
A KEEP SEPERATE          and copy of medical response       APP To
KILL ME.                 provided to custody to address

Signature (Required): _____        the investigation and Separate

**Resolution Specialist Respons**        against CO McClanahan
☐ Formal concern/appeal paperwork i
☐ Request is not accepted per the Re                                    ithdrawn
☐ You requested to withdraw the con                                     n attempt
☐ Additional information and/or rewrit
☐ No rewrite received. Resolution S
☐ Sent to _____ on _____

Comments:

310
276 of 309

**Department of**
# Corrections
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

**Check one:**

☐ Initial   ☒ Emergency   ☐ Appeal   ☐ Rewrite   **Include Log ID number for appeal or rewrite**

| Last name Roberts | First Joseph | Middle initial | DOC number 394-089 |
|---|---|---|---|

| Facility/office WSP | Unit/cell HSB - E - 08 |
|---|---|

| Location Baker Unit | Date of incident Jan, 2023 - on going | Time ON-GOING |
|---|---|---|

Witness name(s) and DOC number (if relevant): CMHC Rogers Dr. Biaz
Lt. Martin, Assoc. Supt. Sundberg, Supt. Jackson, CPM Roberts, CPM Daniels.

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
RN Noriot, %'s McClanahan, Gutieraz, Sqt. Bamford, CUS Suckow/Retaliation

Provide a short description of what happened and how it affected you:
If you send me back to Baker Unit, I am going to jump off of the 2ND tier & kill myself. Because nobody won't do anything about the on going retaliation by RN Noriot, W, %'s McClanahan, Gutieraz, Sqt. Bamford, & CUS Suckow. For protected conduct: Filing grievances, preperation of litigation, medical and mental health treatment. This has affected me psychologically to the point of suicidal ideations and commiting 'self-harm', interferring with programing and resulting in severe punishment.

RE-Submitting Emergency Grievance due to lack of response from previous submittal on 7-11-2023 @ 1838 hrs.

Suggested remedy:
Kill Me, Keep seperates, I want an investigation. Stop punishing me for staff retaliation.

Signature (Required): COC Restrictions / KRALMAN, J. (NC)   Date: 7-11-2023

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments: Run through regular process
_____
Plens Unit?
277 of 309   310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

July 12 2023   0656am

WSP Resolution's

**Department of**
# Corrections
WASHINGTON STATE

**RESOLUTION REQUEST**

JUL 12 2023
Received

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

Include Log ID number for appeal or rewrite

**Check one:**
☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB / E-08 |

| Location | Date of incident | Time |
|---|---|---|
| HSB E-08 | 7/12/23 | 0625 |

Witness name(s) and DOC number (if relevant): I/m Rogers, Director Blaz, Lt. Martin, Lt. Horman, CPM Daniels, CPM Roberts, Assoc. Sundberg, Sup. Jackson

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
C/o Ellifrits

Provide a short description of what happened and how it affected you:
On 7/8/23 C/o Ellifrits was one of the individuals in the security booth and would not let me go to yara or my callout during the time of the retaliation that Nurse Noroit falsely documented that I threatened C/o McClanahan. This individual, C/o Ellifrits, is going to provoke and antagonize me into a self harm rage because during the retaliation he would not let me out of my cell without permission from Lt. Martin. There is an active retaliation investigation. C/o Ellifrits watching me on a 1-on-1 compromises the integrity of the investigation. The mere fact that I have to explain to officer Ellifrits that there's an investigation against BAR unit staff compromises the investigation, because he was a part of it.

Suggested remedy:
That C/o Ellifrits be replaced with another officer for suicide watch so I can maintain my safety, and to maintain the integrity of the retaliation investigation.

Signature (Required): C/o Ellis in lieu of I/m Roberts     Date: 7/12/23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____     ☐ Received from _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

Comments:

310
278 of 309

**Department of**
# Corrections
WASHINGTON STATE

**RESOLUTION REQUEST**

**Check one:**

☐ Initial   ☑ Emergency   ☐ Appeal   ☐ Rewrite

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |
| **Include Log ID number for appeal or rewrite** | |

| Last name Roberts | First Joseph | Middle initial | DOC number 394089 |
|---|---|---|---|

| Facility/office WSP | Unit/cell HSB / E-08 |
|---|---|

| Location HSB E-08 | Date of incident 7/12/23 | Time 0625 |
|---|---|---|

Witness name(s) and DOC number (if relevant): I/m Rogers, Director Blaz
Lt. Martin, Lt. Hormon, CPM Daniels, CPM Roberts, Assoc. Sundberg, Sup. Jackson

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
C/O Ellifrits

Provide a short description of what happened and how it affected you:
On 7/8/23 C/O Ellifrits was one of the individuals in the
security booth and would not let me go to yard or my callout
during the time of the retaliation that Nurse Noroit falsely
documented that I threatened C/O McClonahan. This individual, C/O
Ellifrits, is going to provoke and antagonize me into a self harm
rage because during the retaliation he would not let me out of
my cell without permission from Lt. Martin. There is on active
retaliation investigation.
C/O Ellifrits watching me on a 1-on-1 compromises the integrity
of the investigation. The mere fact that I have to explain to
officer Ellifrits that there's an investigation against BAR unit staff
compromises the investigation, because he was a part of it.

Suggested remedy:
That C/O Ellifrits be replaced with another officer for suicide
watch so I can maintain my safety and to maintain the integrity
of the retaliation investigation.

Signature (Required): C/O Elem in lieu of I/m Roberts    Date: 7/12/23

| **Resolution Specialist Response** | |
|---|---|
| ☐ Formal concern/appeal paperwork is being prepared | ☐ Correspondence |
| ☐ Request is not accepted per the Resolution Program Manual | ☐ Administratively withdrawn |
| ☐ You requested to withdraw the concern | ☐ Informal resolution attempt |
| ☐ Additional information and/or rewrite needed. Return by: _____ | |
| ☐ No rewrite received. Resolution Specialist withdrawal on: _____ | |
| ☐ Sent to _____ on _____ | ☐ Received from _____ on _____ |

Emergency Resolution Requests are those that the resolution would be too late if handled through routine administrative or resolution channels and meet one of the following criteria:
**1. Involve a potentially serious threat to the life or health of an individual or employee/ contract staff/volunteer, or**
**2. Relate to severe pain being suffered by the individual, or**
**3. Involve a potential threat to the orderly operation of a facility**
After reviewing this concern, your Resolution Request does not fit the above criteria and has been deemed not emergent. This complaint will be forwarded to the facility Resolution Program as a standard concern for further review.
CS2 E. Burt 07/12/2023 @0740a      279 of 309
                                                    310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

# Department of Corrections
WASHINGTON STATE

## RESOLUTION REQUEST

**LOG ID NUMBER:**

| Facility/office received | Date/time received |
|---|---|
| | / |

**Check one:**

☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394289 |

| Facility/office | Unit/cell |
|---|---|
| WSP | HSB / E-08 |

| Location | Date of incident | Time |
|---|---|---|
| HSB E-08 | 7/12/23 | 0850 |

Witness name(s) and DOC number (if relevant):

Lt Martin, Lt Horman, CPM Daniels, CPM Sundberg, Asst, Jackson, CPM Roberts

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Heidi Griffith, Eric Burt, denial of access to resolution Program

Provide a short description of what happened and how it affected you:

I have been denied access to the resolution Program for my retaliation complaints. I have been separated from all my grievances in property. Griffith and Burt retaliate to deny me access to the resolution program for the protected conduct of the retaliation by CUS Sukow, McClanahan, Gutierrez, Noirot, and Bamford they refuse to provide me access to my grievances of retaliation to cover up the retaliation. My grievances are overdue with a ~~log number of~~ due date of 6/26/2. This is being done in retaliation

Suggested remedy:

Kill me, Process all retaliation grievances as one grievance, Investigate, Stop retaliating

Signature (Required): C/o Ellen in lieu of I/m Roberts  Date: 7/12/23

## Resolution Specialist Response

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

Emergency Resolution Requests are those that the resolution would be too late if handled through routine administrative or resolution channels and meet one of the following criteria:

**1. Involve a potentially serious threat to the life or health of an individual or employee/ contract staff/volunteer, or**
**2. Relate to severe pain being suffered by the individual, or**
**3. Involve a potential threat to the orderly operation of a facility**

After reviewing this concern, your Resolution Request does not fit the above criteria and has been deemed not emergent. This complaint will be forwarded to the facility Resolution Program as a standard concern for further review.

CS2 E. Burt 07/12/2023 @ 0922        280 of 309  310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

Department of
Corrections
WASHINGTON STATE

Submitted 17:23

**RESOLUTION REQUEST**

**Check one:**

☑ Initial    ☒ Emergency    ☐ Appeal    ☐ Rewrite

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | |

Include Log ID number for appeal or rewrite

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Robert | Joe | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WSP | MF 081L |

| Location | Date of incident | Time |
|---|---|---|
| Resolution office | 07-12-23 | on going |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

Resolution office

Provide a short description of what happened and how it affected you:

Per the RPM the resolution specialist is required to provide any and all grevances with one issue/same issue with same log ID number I have not recieved any exstantions or responses to retaliation grevances for dates July 2023 and with disc date 6-26-23. I have filed several dozen grevances all involving same issue of retaliation agianst Mcclanahan Gutierred Bamford cus Suckow RV Noroit this is being done in retaliation for engaging in protected conduct.

I feel suicidal constantaly self-harming cause nothing is being done and i being punished

Suggested remedy:

Kill me look at all grevances filed Jan 23 to present look at all infractions and ad seg reports filed by the above

Signature **(Required):** unable to sign GR 2435    Date: 7-12-23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

Comments:

—— This does not meet the criteria of an
—— emergency grievance as defined on page
—— 23 of the Resolution program Manual and
—— will be processed as a routine grievance.
Possible disciplinary action for declaring
false emergencies.    281 of 310

WILL BE FILED AS INITIAL GRIEVANCE AND FORWARDED TO APPROPRIATE AUTHORITIES

**LT. E. Flores**
Resolution Specialist

Signature    # 7108    7/12/22
Date

# Department of **Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

**LOG ID NUMBER:**

| Facility/office received | Date/time received / |
|---|---|

**Check one:**

☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

Include Log ID number for appeal or rewrite

| Last name Roberts | First Joseph | Middle initial | DOC number 394089 |
|---|---|---|---|

| Facility/office WSP | Unit/cell HSB / E-08 |
|---|---|

| Location HSB E-08 | Date of incident 7/12/23 | Time 1017 |
|---|---|---|

Witness name(s) and DOC number (if relevant):

**Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?**
Mental health won't respond to my mental health emergency

**Provide a short description of what happened and how it affected you:**
Mental health won't respond to my mental health emergency. I declared at 5:45 Am. I've been self harming and having suicidal ideations because I have been retaliated against by Baker unit staff for protected conduct filing grievances, preparation of litigation, medical treatment and the grievance coordinators retaliate because of the above, they won't process my retaliation complaints This makes me feel suicidal, If I go back to Baker unit around McClanahon I'm jumping off the top tier

**Suggested remedy:**
Kill me, I want an investigation. I want keep seperates and I want my grievances to be processed and I want mental health to respond.

Signature (Required): C/O Edmu in lieu of I'm Roberts    Date: 7/12/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

☐ Received from _____ on _____

**Comments:**
Resolution Recieved in HSB at 10:29 AM, 7/12/23.
Mr. Roberts,
Mental Health provider Pena met with you regarding your mental health concerns on 7/12/23 at 10:40 am. The remaining concerns of your Resolution Request does not meet the requirements of an emergency and will be handled through the normal Resolution department channels.

282 of 309 310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

**RESOLUTION REQUEST**

Department of
## Corrections
WASHINGTON STATE

**Check one:**
☐ Initial  ☑ Emergency  ☐ Appeal  ☐ Rewrite

| LOG ID NUMBER: | |
|---|---|
| Facility/office received | Date/time received |
| | / |
| Include Log ID number for appeal or rewrite | |

| Last name | First | Middle initial | DOC number |
|---|---|---|---|
| Roberts | Joseph | | 394089 |

| Facility/office | Unit/cell |
|---|---|
| WTP | HSB / E-08 |

| Location | Date of incident | Time |
|---|---|---|
| HSB  E-08 | 7/13/23 | 215 |

Witness name(s) and DOC number (if relevant):

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?
Disciplinary office

Provide a short description of what happened and how it affected you:
The disciplinary office refuse to serve me with Pending infraction related papers and I have been on ad-seg for a week now, I have not received any extensions. This is being done in retaliation because I have filed multiple grievances against McClanahan, Gutierrez, Sgt Bamford, CUS Jukow and other DOC staff. I have been self-harming in my cell, and I want you all to KILL me.

I had originally filed this emergency grievance and submitted it at 1050 AM and I have not got a response so I am resubmitting it

Suggested remedy:
KILL me, and follow the policy, serve the documents to me and start the process and investigate the retaliation

Signature (Required): C/O Elm in lieu of Im Roberts    Date: 7/13/23

**Resolution Specialist Response**
☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed.  Return by: _____
☐ Correspondence
☐ Administratively withdrawn
☐ Informal resolution attempt

Emergency Resolution Requests are those that the resolution would be too late if handled through routine administrative or resolution channels and meet one of the following criteria:
**1. Involve a potentially serious threat to the life or health of an individual or employee/ contract staff/volunteer, or**
**2. Relate to severe pain being suffered by the individual, or**
**3. Involve a potential threat to the orderly operation of a facility**
After reviewing this concern, your Resolution Request does not fit the above criteria and has been deemed not emergent.  This complaint will be forwarded to the facility Resolution Program as a standard concern for further review.
CS2 E. Burt 07/13/2023 @1242hrs          283 of 309  310

| Resolution Specialist | Signature | Date |
|---|---|---|
| DOC 05-165 (Rev. 03/31/21) | Page 1 of 2 | DOC 310.100, DOC 550.100 |

Submitted at 11:03 AM

**Department of Corrections**
WASHINGTON STATE

**RESOLUTION REQUEST**

WSP Resolution Received
JUL 17 2023

**LOG ID NUMBER:** 23782982

| Facility/office received | Date/time received |
| --- | --- |
| | / |

Include Log ID number for appeal or rewrite

**Check one:**
☐ Grievance  ☒ Emergency  ☐ Appeal  ☐ Rewrite

| Last name | First | Middle initial | DOC number |
| --- | --- | --- | --- |
| Roberts | J | | 394089 |

| Facility/office | Unit/cell |
| --- | --- |
| WSP | HSB-F08 |

| Location | Date of incident | Time |
| --- | --- | --- |
| WSP | January - Present | Ongoing |

Witness name(s) and DOC number (if relevant): c/o David Cervantez

CPM Roberts, CPM Daniels, Associate Sumberts, Supt. Jackson, Lt. Lowder, Lt. Martin

Who (names) and/or what (policy, procedures, or practice) are you submitting your concern about?

CUS Sexton, c/os Meclanahan, and ~~Gilmore~~ Gutierrez, Sgt. Benford, RN Nanck Winston, Resolution Office

Provide a short description of what happened and how it affected you:

I feel suicidal and have constant thoughts of self-harm due to ongoing retaliation. I filed dozens of complaints to the resolution office since Jan-2023. The resolution office has refused to process my complaints per the RPM. I was infracted dozens of times and placed on Ad-Seg for filing grievances and preparation of litigation. H. Griffith and Buck have refused to coordinate my grievances to appropriate authorities and there has been no leadership to address the retaliation. The retaliation is appropriate to protected conduct filing grievance, preparation of litigation, and medical treatments. I am being punished. I was told they're doing an informal investigation of the papers. I continue to address these issues and the above refuse to acknowledge and resolve the retaliation. This is ongoing. Staff misconduct is to be administratively investigated. Because nothing is done I feel like committing self-harm and feel suicidal. If this is being administrative action your required to withdraw all related complaints. Per RPM

Suggested remedy:

Administratively investigate retaliation per the Resolution Program Manual, keep all retaliation complaints to one log # and same issue. I want keep seperates. I want to know whether or not this is being investigated. If so, follow RPM. Speak with mental health

Signature (Required): Joe          Date: 7/15/23

**Resolution Specialist Response**

☐ Formal concern/appeal paperwork is being prepared
☐ Request is not accepted per the Resolution Program Manual
☐ You requested to withdraw the concern
☐ Additional information and/or rewrite needed. Return by: _____
☐ No rewrite received. Resolution Specialist withdrawal on: _____
☐ Sent to _____ on _____

☐ Correspondence
☐ Administratively withdrawn
☒ Informal resolution attempt
☐ Received from _____ on _____

This does not meet the criteria of an emergency grievance as defined on page 23 of the Resolution program Manual and will be processed as a routine grievance. Possible disciplinary action for declaring false emergencies.

→ However CMH2 talked to you and was determined you needed 1:1 Watch. You were placed on Ad Seg for threats directed toward a staff member on 7/8/23. This grievance will be processed as an initial to investigate your staff misconduct allegations. Lt. A. Towder 751

254 of 309 310

C52. Wolfinbarger          C52.          7/17/23
Resolution Specialist          Signature          Date

DOC 05-165 (Rev. 03/31/21)          Page 1 of 2          DOC 310.100, DOC 550.100

12/16

STATE OF WASHINGTON
## DEPARTMENT OF CORRECTIONS
### WASHINGTON STATE PENITENTIARY
GRIEVANCE COORDINATOR
1313 North 13th Street ~ Walla Walla, Washington 99362

**DATE:**       02/23/2023

**TO:**         I/I ROBERTS, Joseph Jw Jr. 394089

**FROM:**       Resolutions Coordinator H. Griffith

**SUBJECT:**    Resolutions Limit

You currently have (6) active grievances, Per page 16 of the Resolutions Program Manual: Incarcerated Individuals may not submit more than five (5) new complaints per calander week or have more than 5 active grievances and/or appeals. If an offender exceeds those limits, the Grievance Coordinator will return all materials, and explain that the offender is over the limit.

This letter is being sent to you for Abuse by Quantity. Per page 16 of the OGPM, the Resolutions Coordinator will issue a written warning documenting abuse and stating that subsequent violations may result in an infraction. If I choose to request that the Superintendent authorizes an infraction for interfering with the duties of staff, the decision will be made by documentation provided by me and cannot be grieved or appealed to the Resolutions Program Manager. I encourage you to use the resolutions program in a responsible and mature manner to avoid disciplinary action.

You already have six active complaints for the week of 02/23/2023.

I encourage you to read page 9 of the resolutions program manual of what is allowed on the 05-165 form. I have included allowable terminology for complaints.

I would like the resolutions program to be successful for you and i would encourage you to work with myself and other staff members to ensure all your complaints are handled correctly.

Thank you,

H. Griffith, Resolutions Coordinator

02/23/2023

STATE OF WASHINGTON
**DEPARTMENT OF CORRECTIONS**
**WASHINGTON STATE PENITENTIARY**
GRIEVANCE COORDINATOR
1313 North 13ᵗʰ Street – Walla Walla, Washington 99362

**DATE:**      03/14/2023

**TO:**        I/I ROBERTS, Joseph Jw Jr. 394089

**FROM:**      Resolutions Coordinator H. Griffith

**SUBJECT:**   Resolutions Limit

Resolution Program Limits Individuals may have 5 active Resolution Requests at one time. These include active reviews, rewrites, appeals, and new concerns. Medical concerns can be accepted over this limit with approval by the Resolution Program Manager/designee. If a review has been given a second extension, it will not count against the individual's active Resolutions. If an individual submits additional Resolution Requests or appeals past the allowable amount, the Resolution Specialist will not accept them. If an individual files multiple Resolution Requests at the same time that will result in them being over the 5 active concerns, they will not be accepted, and all will be sent back to the individual. At that time, the individual may submit in writing their selection of which concern(s) they want to withdraw and which one(s) to process. Individuals can make 5 withdraws of formal reviews or Resolution Requests per calendar year to allow for new requests to be processed. Intentional abuse of the resolution process undermines the process and interferes with the goals and mission of the program. The Resolution Specialist will issue a courtesy reminder when abuse of the system is suspected and/or purposeful and ongoing. Abuse of the Resolution Program is defined as submitting more than the maximum number of allowable Resolution Requests. Persistent abuse of the program guidelines may result in the individual being issued an infraction for interfering with the duties of an employee.

Per page 16 of the OGPM, the Resolutions Coordinator will issue a written warning documenting abuse and stating that subsequent violations may result in an infraction. If I choose to request that the Superintendent authorizes an infraction for interfering with the duties of staff, the decision will be made by documentation provided by me and cannot be grieved or appealed to the Resolutions Program Manager. I encourage you to use the resolutions program in a responsible and mature manner to avoid disciplinary action.

I encourage you to read page 9 of the resolutions program manual of what is allowed on the 05-165 form. I have included allowable terminology for complaints.

Thank you,      RS-H. Griffith

H. Griffith, Resolutions Coordinator
                            286 of 310
03/14/2023

STATE OF WASHINGTON

## DEPARTMENT OF CORRECTIONS

### Washington State Penitentiary

1313 North 13th Avenue – Walla Walla, Washington 99362 (509) 525-3610

07/13/2023

To: I/I Roberts, Joseph #394089

From: CS2 E. Burt-Grievance Program Coordinator

RE: Grievance Abuse by Quantity

I/I Roberts,

On 07/13/2023, I received 17 separate grievances from you. Per page 26 of the Offender Grievance Manual, "Offenders may not submit more than five (5) new complaints per calendar week or have more than five (5) ACTIVE grievances and/or appeals. If an offender exceeds these limits, the Grievance Coordinator will return al materials, explain that the offender is over the limit and list all active log ID numbers. Offenders may not withdraw more than five (5) formal grievances per year in order to initiate new grievances. If an offender exceeds any of these limits, he or she may receive corrective action.

You currently have four open complaints and I will not choose which of the 17 complaints that you filed this week to accept. I will give you the oppurtunity to brief these and let me know.

You are highly encouraged to read the Offender Grievance Manual in order to familiarize yourself with your rights and responsibilities.

If you have any questions or concerns regarding the Offender Grievance Program, do not hesitate to contact our office for clarification.

Please work with COA staff to resolve the concerns that you have in the unit. Your concerns are being met and you are refusing to participate in the resolution program. You are filing complaints and when I speak to you with regards to the complaints you also refuse to achnoledge my concerns as well. You are currently on 1 on 1 watch 24 hours a day.

While I understand your frustrations we all need to work together in a positive and proactive manner. Your behavior is dictating you behavior management plans. If you would like to meet again to discuss these conerns and work on a plan, please reach out to me.

Thank you,

Eric Burt
Corrections Specialist 2
Grievance Program Coordinator
Washington State Penitentiary

**Inmate: ROBERTS, Joseph Jw Jr. (394089)**

| Gender: Male | DOB: 07/20/1986 | Age: 36 | Category: Regular Inmate | Body Status: Active Inmate |
|---|---|---|---|---|
| RLC: HV | Wrap-Around: No | Comm. Concern: Yes | Custody Level: Close | Location: WSP-IMU — IMU / MH04 |
| ERD: 05/21/2025 | | | | CC/CCO: Alaniz, Christopher G |
| ORCS: No | | | | |

| Log ID | Action Date | Area | Specific | Resolution | Level | Closure Date |
|---|---|---|---|---|---|---|
| 22770144 | 01/11/2023 | B | HEATING/COOLING/VENTILAITON | I/I Withdrawn | Level 1 | 01/24/2023 |
| 22770067 | 02/01/2023 | B | TELEPHONE | I/I Withdrawn | Level 1 | 02/23/2023 |
| 22767976 | 12/07/2022 | B | YARD/GYM | I/I Withdrawn | Level 1 | 12/28/2022 |
| 22766600 | 10/28/2022 | MENTAL HEALTH CLINIC | MENTAL HEALTH SERVICES | I/I Withdrawn | Level 0 | 10/28/2022 |
| 22764053 | 10/21/2022 | RESOLUTION OFFICE / PROGRAM | RESOLUTION ISSUES | I/I Withdrawn | Level 1 | 11/14/2022 |

**Inmate: ROBERTS, Joseph Jw Jr. (394089)**

| Gender: Male | DOB: 07/20/1986 | Age: 36 | Category: Regular Inmate | Body Status: Active Inmate |
|---|---|---|---|---|
| RLC: HV | Wrap-Around: No | Comm. Concern: Yes | Custody Level: Close | Location: WSP-IMU — IMU / MH04 |
| ERD: 05/21/2025 | | | | CC/CCO: Alaniz, Christopher G |
| ORCS: No | | | | |

| Log ID | Action Date | Area | Specific | Resolution | Level | Closure Date |
|---|---|---|---|---|---|---|
| 23773587 | 03/10/2023 | B | ACCESS | | Level 1 | |
| 23773535 | 03/10/2023 | PROPERTY ROOM | PROPERTY, PERSONAL | | Level 1 | |
| 23772883 | 02/17/2023 | B | INADEQUATE TREATMENT | | Level 1 | |
| 23772713 | 02/17/2023 | B | MENTAL HEALTH SERVICES | | Level 1 | |
| 23772250 | 02/07/2023 | HEALTH CARE ADMINISTRATION | DENIED CARE | | Level 1 | |

**Inmate: ROBERTS,  oseph Jw Jr. (394089)**

| | | | | |
|---|---|---|---|---|
| Gender: Male | DOB: 07/20/1986 | Age: 36 | Category: Regular Inmate | Body Status: Active Inmate |
| RLC: HV | Wrap-Around: No | Comm. Concern: Yes | Custody Level: Close | Location: WSP-Main — B / BB1021L |
| ERD: 05/21/2025 | | | | CC/CCO: McLaughlin, Cory F |
| ORCS: No | | | | |

| Log ID | Action Date | Area | Specific | Resolution | Level | Closure Date |
|---|---|---|---|---|---|---|
| 23773587 | 02/16/2023 | B | ACCESS | Rewrite Request | Level 0 | |
| 23773535 | 02/15/2023 | PROPERTY ROOM | PROPERTY, PERSONAL | Rewrite Request | Level 0 | |
| 23772883 | 02/17/2023 | B | INADEQUATE TREATMENT | | Level 1 | |
| 23772716 | 02/17/2023 | B | ACCESS | | Level 1 | |
| 23772713 | 02/17/2023 | B | MENTAL HEALTH SERVICES | | Level 1 | |
| 23772250 | 02/07/2023 | HEALTH CARE ADMINISTRATION | DENIED CARE | | Level 1 | |
| 22770067 | 02/01/2023 | B | TELEPHONE | | Level 1 | |

**Inmate: ROBERTS, Joseph Jw Jr. (394089)**

| | | | | |
|---|---|---|---|---|
| Gender: Male | DOB: 07/20/1986  Age: 36 | Category: Regular Inmate | Body Status: Active Inmate | |
| RLC: HV | Wrap-Around: No | Comm. Concern: Yes | Custody Level: Close | Location: WSP-Main — B / BB1021L |
| ERD: 05/21/2025 | | | | CC/CCO: McLaughlin, Cory F |
| ORCS: No | | | | |

| Log ID | Action Date | Area | Specific | Resolution | Level | Closure Date |
|---|---|---|---|---|---|---|
| 23772883 | 02/06/2023 | B | INADEQUATE TREATMENT | Accepted LV1 | Level 0 | 02/06/2023 |
| 23772716 | 02/02/2023 | B | ACCESS | Accepted LV1 | Level 0 | 02/02/2023 |
| 23772713 | 02/02/2023 | B | MENTAL HEALTH SERVICES | Accepted LV1 | Level 0 | 02/02/2023 |
| 23772250 | 02/07/2023 | HEALTH CARE ADMINISTRATION | DENIED CARE | | Level 1 | |
| 22770067 | 02/01/2023 | B | TELEPHONE | | Level 1 | |
| 22762699 | 12/01/2022 | INT MGMT S | RECORDS | | Level 3 | |

## Inmate: ROBERTS, Joseph Jw Jr. (394089)

| Gender: Male | DOB: 07/20/1986 | Age: 36 | Category: Regular Inmate | Body Status: Active Inmate |
|---|---|---|---|---|
| RLC: HV | Wrap-Around: No | Comm. Concern: Yes | Custody Level: Close | Location: WSP-IMU — IMS / MSG01 |
| ERD: 04/20/2025 | | | | CC/CCO: Alaniz, Christopher G |
| ORCS: No | | | | |

| Log ID | Action Date | Area | Specific | Resolution | Level | Closure Date |
|---|---|---|---|---|---|---|
| 23778674 | 05/11/2023 | INT MGMT S | ACCESS TO CARE | Informal Resolution | Level 0 | 05/11/2023 |
| 23778437 | 05/09/2023 | INT MGMT S | UNPROFESSIONAL CONDUCT | Accepted LV1 | Level 0 | 05/09/2023 |
| 23778258 | 05/05/2023 | B | BATHROOM-ACCESS | Accepted LV1 | Level 0 | 05/05/2023 |
| 23778186 | 05/04/2023 | B | PROPERTY, PERSONAL | Accepted LV1 | Level 0 | 05/04/2023 |
| 23777140 | 04/17/2023 | COA | UNPROFESSIONAL CONDUCT | Informal Resolution | Level 0 | 04/17/2023 |
| 23776861 | 04/11/2023 | COA | UNPROFESSIONAL CONDUCT | Informal Resolution | Level 0 | 04/11/2023 |
| 23776855 | 04/11/2023 | COA | UNPROFESSIONAL CONDUCT | Informal Resolution | Level 0 | 04/11/2023 |
| 23776516 | 04/19/2023 | COA | EMERGENCY RESPONSE | Unsubstantiated | Level 1 | 05/04/2023 |
| 23776457 | 03/31/2023 | COA | DENIED CARE | Informal Resolution | Level 0 | 03/31/2023 |
| 23776456 | 03/31/2023 | COA | DENIED CARE | Informal Resolution | Level 0 | 03/31/2023 |
| 23776455 | 03/31/2023 | COA | DENIED CARE | Informal Resolution | Level 0 | 03/31/2023 |
| 23776454 | 03/31/2023 | COA | DENIED CARE | Informal Resolution | Level 0 | 03/31/2023 |
| 23776453 | 03/31/2023 | MEDICAL CLINIC | MEDICATION DENIED | Informal Resolution | Level 0 | 03/31/2023 |
| 23776333 | 04/14/2023 | MENTAL HEALTH CLINIC | INADEQUATE TREATMENT | Unsubstantiated | Level 1 | 05/02/2023 |
| 23776326 | 04/05/2023 | COA | CO-PAY | Informal Resolution | Level 0 | 04/05/2023 |
| 23776265 | 03/30/2023 | LIVING UNIT | EMERGENCY RESPONSE | Informal Resolution | Level 0 | 03/30/2023 |
| 23775975 | 03/30/2023 | HOSPITAL | UNPROFESSIONAL CONDUCT | Informal Resolution | Level 0 | 03/30/2023 |
| 23775935 | 03/29/2023 | COA | FOOD DIET- RELIGIOUS | Informal Resolution | Level 0 | 03/29/2023 |
| 23775468 | 03/21/2023 | LIVING UNIT | HEALTH STATUS REPORTS (HSR) | Informal Resolution | Level 0 | 03/21/2023 |
| 23774452 | 03/03/2023 | COA | ACCESS TO CARE | Informal Resolution | Level 0 | 03/03/2023 |
| 23774443 | 03/03/2023 | COA | INFRACTION/SANCTIONS/HEARINGS | NA Appeal/Review Process | Level 0 | 03/03/2023 |
| 23773587 | 04/14/2023 | B | ACCESS | Unsubstantiated | Level 2 | 05/02/2023 |
| 23773535 | 04/14/2023 | PROPERTY ROOM | PROPERTY, PERSONAL | Unsubstantiated | Level 2 | 05/02/2023 |
| 23773143 | 02/07/2023 | HEALTH CARE ADMINISTRATION | INADEQUATE CARE | Informal Resolution | Level 0 | 02/07/2023 |

IMUS MSG01

64 of 89

292 of 310

W40

**Department of**
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/Nombre (letra de molde) | Date/Fecha |
|---|---|
| Roberts, J | 5/9/23 |

| DOC number/Número DOC | Facility/unit/cell/ Instalación/unidad/celda |
|---|---|
| 394084 | IMU-FOI |

Request interview with or answer from/Solicita entrevista o respuesta de
Grievance Coordinator

**Reason/Question**  ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**  ☐ Necesito intérprete para _____ (idioma)

I have not recieved a response to any of
my complaints. I need to know which
complaints are active. I have a level 2
due date of 5/5/23. I have not recieved
it. I do not know the ~~Log II~~ Log II #. What is
going on. I cannot appeal if I dont have
my responses.

| Signature/Firma | Days off/Días libres |
|---|---|
| | |

**Response/Respuesta**

Attached are your open
grievances - all still under
investigation,
You will need to provide a
Log ID # if you are
curious about a certain
grievance, we do not want to
give you wrong info.

| Responder/Persona que responde | Date/Fecha |
|---|---|
| CSA Spencer | 5-11-23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

310
293 of ~~309~~

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
Distribución:  **BLANCA** - Persona responde  **AMARILLA** - Respuesta devuelta  **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)                    DOC 390.585, DOC 450.500
kite forms



Department of
**Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 5/11/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394989 | IMUS-F01 | |

Request interview with or answer from/*Solicita entrevista o respuesta de*
E. Burt - Grievance Coordinator

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| **Razón/Pregunta** | ☐ Necesito intérprete para _____ (*idioma*) |

I never recieved a response to my kite
dated 5/9/23 regarding a level 2 complaint
with a due date of 5/5/23. I still have not
recieved a response. What is going on? I never
recieved an extension niether. Also I dont know
the log # because I am seperated from my
personal property and am in the hole.
Whats going on. I need my responses

| Signature/*Firma* | | Days off/*Días libres* |
|---|---|---|

**Response/Respuesta**

See attached

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| BUM | 5/16/23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:* **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500

294 of 310



Department of
**Corrections**
WASHINGTON STATE

**KIT**

| Name (print)/Nombre (letra de molde) | Date/Fecha |
|---|---|
| Roberts, J | 5/19/23 |

| DOC number/Número DOC | Facility/unit/cell / Instalación/unidad/celda |
|---|---|
| 394089 | mus- G01 |

Request interview with or answer from/Solicita entrevista o respuesta de
Resolution Coordinator / Grievance Coordinator

**Reason/Question**
**Razón/Pregunta**

☐ Interpreter needed for _____ (language)
☐ Necesito intérprete para _____ (idioma)

I filed an emergency grievance on May 7 2023.
What is going on? Why wont you guys process my
retaliation complaint? I am requesting to speak
with you regarding why you are refusing to
process this complaint. Per RPM

Thanks

| Signature/Firma | Days off/Días libres |
|---|---|

**Response/Respuesta**

I have never recieved
a copy of it.
I need that to process
it. Do you have the copy?
citate. field as 2377 9674

| Responder/Persona que responde | Date/Fecha |
|---|---|
| SOC | 5/25/23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
Distribución:  **BLANCA** - Persona responde   **AMARILLA** - Respuesta devuelta   **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500

295 of 310



Department of
**Corrections**
WASHINGTON STATE

W40                                      KIT

| Name (print)/*Nombre (letra de molde)* | Date/*Fecha* |
|---|---|
| Roberts, J | 6/6/23 |

DOC number/*Número DOC*  394089 | Facility/unit/cell / *Instalación/unidad/celda*  HSB·E15

Request interview with or answer from/*Solicita entrevista o respuesta de*
Grievance Office - E-Burt

**Reason/Question**   ☐ Interpreter needed for _____ (language)
*Razón/Pregunta*      ☐ *Necesito intérprete para* _____ (idioma)

I filed a retaliation complaint on 5/22/23. Its been
14 days. What is the status of this complaint? I
have not received any paperwork on this. Will you
please come down and allow me to give you my
copy so you can make a copy and process my
complaint. I request an interview

Signature/*Firma*  _Joel_                     Days off/*Días libres*

**Response/Respuesta**

23N90C5

Responder/*Persona que responde*                     Date/*Fecha*

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be
redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                    DOC 390.585, DOC 450.500

310
296 of 309



I helped write
this Kite for
1/1 Roberts due
to hand Issues

— DS 7589

**Department of Corrections**
WASHINGTON STATE

**KITE**

| Name (print)/Nombre (letra de molde) | Date/Fecha |
|---|---|
| Roberts, Joseph | 6·7·23 |

| DOC number/Número DOC | Facility/unit/cell / Instalación/unidad/celda |
|---|---|
| 394089 | HSB    E-15 |

Request interview with or answer from/Solicita entrevista o respuesta de
Grievance office

**Reason/Question**
**Razón/Pregunta**

☐ Interpreter needed for _____
☐ Necesito intérprete para _____ (language)
(idioma)

So I sent a text grievence on 5/22/23
obtaining/regarding retaliation. You failed
to process this grievence. I am lost
to as why you are prossessing other
grievences. Please come down and process
my complaint and make a copy. I am
being denied access to the resolution
Diagram for this specific grievence.

Signature/Firma

Days off/Días libres

**Response/Respuesta**

_____
_____
_____
_____
_____
_____
_____
_____

Responder/Persona que responde

Date/Fecha

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:   **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
Distribución:   **BLANCA** - Persona responde   **AMARILLA** - Respuesta devuelta   **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)

DOC 390.585, DOC 450.500

316
297 of 309

84 of 329

Department of
**Corrections**
WASHINGTON STATE

KI

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 6/18/23 |

| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* |
|---|---|
| 394089 | BC 105 1L |

Request interview with or answer from/*Solicita entrevista o respuesta de*
Grievance Coordinator - Burt

**Reason/Question**          ☐ Interpreter needed for _____ (language)
***Razón/Pregunta***        ☐ *Necesito intérprete para* _____ *(idioma)*

① You told me you would send me the paperwork for log #23778437 (level 2 appeal), log #23778255 (level 2 appeal). I never received it. I request a interview to resolve this issue. Whats the status of ③ log #2378 1089 whats the due date. Whats the status of grievance filed on 6/5/23. You told me you would process my compla...

Signature/*Firma*                                                          Days off/*Días libres*

**Response/*Respuesta***
① went out for investigation Today you will recive paperwork by tomorrow.
③ will go out on 6-28-23
② went out today as well.

Responder/*Persona que responde*
CSA Spencer                                    Date/*Fecha* 6-21-23

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will b redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:*  **BLANCA** - *Persona responde*  **AMARILLA** - *Respuesta devuelta*  **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)                                      DOC 390.585, DOC 450.500



**Department of Corrections**
WASHINGTON STATE

**KIT**

| Name (print)/*Nombre (letra de molde)* | | Date/*Fecha* |
|---|---|---|
| Roberts, J | | 7/2/23 |
| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* | |
| 394089 | BC105L | |
| Request interview with or answer from/*Solicita entrevista o respuesta de* | | |
| Resolution Office | | |

**Reason/Question**
**Razón/Pregunta**
☐ Interpreter needed for _____ (language)
☐ Necesito intérprete para _____ (idioma)

Log # 23779674, has a due date 6/26/23. I have no recieved my level 1 response. Whats going on?

Signature/*Firma* _____          Days off/*Días libres*

**Response/Respuesta**

Good morning. The investigation is complete. You will recieve notification by Monday. The computer system has been down since last Friday.

Responder/*Persona que responde*
CSA Spencer

Date/*Fecha*
7-7-23

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
*Distribución:* **BLANCA** - *Persona responde* **AMARILLA** - *Respuesta devuelta* **ROSA** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)
DOC 390.585, DOC 450.500



**Department of Corrections**
WASHINGTON STATE

KIT

| Name (print)/Nombre (letra de molde) Roberts, Joseph | Date/Fecha 7-14-23 |
|---|---|
| DOC number/Número DOC 394089 | Facility/unit/cell / Instalación/unidad/celda HSB Echo-08 |
| Request interview with or answer from/Solicita entrevista o respuesta de Resolution office |

**Reason/Question**
**Razón/Pregunta**
☐ Interpreter needed for _____ (language)
☐ Necesito intérprete para _____ (idioma)

I filed an appeal to a level Two Regard a grievance filed ### about sta misconduct. This level Two appeal was never processed and I need my Grievance and I was separated from all my property and south room log I.D. Number please give me all documents of my grievances

Signature/Firma
Jos Roberts  — Doc # 394089 703

Days off/Dias libres

**Response/Respuesta**

Recieved,

Thank you

Responder/Persona que responde
Date/Fecha 7-17-23

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
Distribución: **BLANCA** - Persona responde  **AMARILLA** - Respuesta devuelta  **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)
DOC 390.585, DOC 450.500

300 of 310



**Department of Corrections**
WASHINGTON STATE

MHU/E08 KIT

| Name (print)/Nombre (letra de molde) | Date/Fecha |
|---|---|
| Roberts, J | 7/17/23 |

DOC number/Número DOC: 394089

Facility/unit/cell / Instalación/unidad/celda: HSR E-08

Request interview with or answer from/Solicita entrevista o respuesta de
Resolution office

**Reason/Question**
**Razón/Pregunta**

☐ Interpreter needed for _____ (language)
☐ Necesito intérprete para _____ (idioma)

~~I have not recieved any of my grievances that were filed as emergencies~~ All the grievances that wer filed in July, 2023 regarding retelation should be filed as same issue under log ID #23779674 due to on going retalictions the above Log # is over due and I'm yet to recieve a response.

Signature/Firma: Roberts, J    RK 7515

Days off/Días libres

**Response/Respuesta**

Please see attached. This is the second copy that has been sent to you.

Responder/Persona que responde: CSA Brewer

Date/Fecha: 7/20/2

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution: **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
Distribucion: **BLANCA** - Persona responde   **AMARILLA** - Respuesta devuelta   **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)

DOC 390.585, DOC 450.500

301 of ~~309~~ 310



Department of
**Corrections**
WASHINGTON STATE

KIT

| Name (print)/Nombre (letra de molde)  Robet   Joe | Date/Fecha  1-17-2 |
|---|---|
| DOC number/Número DOC  374 67 8 | Facility/unit/cell / Instalación/unidad/celda  E tu  1-8  HSR |
| Request interview with or answer from/Solicita entrevista o respuesta de _____ | |

**Reason/Question**  ☐ Interpreter needed for _____ (language)
**Razón/Pregunta**  ☐ Necesito intérprete para _____ (idioma)

I sent a clozan kits regarning
about to the states how Id nut
237 796 74. You fail to respond to
mque, and return asses to this fa
resalution HIC- refued to assgn
complan with the same issue from
retaliation. Bakar unt to how I d
number above

Signature/Firma
For Robet C/c mceil

Days off/Días libres

**Response/Respuesta**

_____

Responder/Persona que responde          Date/Fecha

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:  **WHITE** - Responder  **CANARY** - Return response  **PINK** - Requestor
Distribución:  **BLANCA** - Persona responde  **AMARILLA** - Respuesta devuelta  **ROSA** - Solicitante
DOC 21-473ES (Rev. 8/4/20)                DOC 390.585, DOC 450.500

310
302 of 309

EXHIBIT

T

A COPY OF PLAINTIFF'S BEHAVIOR OBSERVATION ENTRY,
REASONS OF LEVEL DEMOTION / REVIEW AND KITES.

303 of 310



**Department of Corrections** WASHINGTON STATE

**KIT**

| Name (print)/*Nombre* (letra de molde) | Date/*Fecha* |
|---|---|
| Roberts, J | 6/1/23 |

| DOC number/*Número DOC* | Facility/unit/cell / *Instalación/unidad/celda* |
|---|---|
| 394089 | IMUS-GO1 |

Request interview with or answer from/*Solicita entrevista o respuesta de*
CUS - A. Lomeli - level 3

| **Reason/Question** | ☐ Interpreter needed for _____ (language) |
|---|---|
| **Razón/Pregunta** | ☐ Necesito intérprete para _____ (idioma) |

Its been a month. Can you please allow me
level 3.

Signature/*Firma* _____    Days off/*Días libres*

**Response/Respuesta** → you got a
CK 663 on 5/4/
nes on 5/25/2023.

Can put you on next boa
& wed. 6/7/23 for level
2.

| Responder/*Persona que responde* | Date/*Fecha* |
|---|---|
| CC3  Alaniz, C | 6/2/23 |

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 16-01, RCW 42.56, and RCW 40.14.

Distribution:   **WHITE** - Responder   **CANARY** - Return response   **PINK** - Requestor
*Distribución:*   ***BLANCA*** - *Persona responde*   ***AMARILLA*** - *Respuesta devuelta*   ***ROSA*** - *Solicitante*
DOC 21-473ES (Rev. 8/4/20)

DOC 390.585, DOC 450.500

304 of 310
309

G1

S-G-O1

## View Offender Behavior Observation – Offender Version

### Inmate: ROBERTS, Joseph Jw Jr. (394089)

Behavior Details

Date Created                    Behavior Indicator      Positive      Negative      Neutral
05/25/2023

Behavior Narrative

Mr. Roberts attended his Ad.-Seg. Hearing. He became argumentative when informed he would be retained pending review of a keep separate between himself and another offender. Towards the end of the discussion he began to make threats that he would sue us for keeping him in IMU. (A copy of this will be provided to Mr. Roberts and serve as a written warning to not make threats toward staff or disciplinary action will be taken. This may result in a loss of ad.-seg. level or an infraction will be written if this behavior continues).



**Department of Corrections**
WASHINGTON STATE

**MAXIMUM CUSTODY**
**INTENSIVE MANAGEMENT (IMU) LEVEL REVIEW**

Last name/First name: <u>Roberts, Joseph J. . IMU-S-G-01</u>          DOC number: <u>394089</u>

Date placed on Max custody: <u>Ad.-Seg. on 05/04/23</u>

Attached reports: (at least one)

☒ Behavior observation(s) documented in electronic file
☒ DOC 17-076 Initial Serious Infraction Report
☐ Other

Level Review Committee
Last serious infraction:    <u>663 - STRONGARMING/INTIMIDATION On 05/04/2023.</u>
Behavior Observations:  <u>no positive, 05/25/2023 last negative behavior observations since placed in</u>
<u>WSP-IMU.</u>

Recommendation
<u>30 days since last infraction, 14 days since last neg Behavior. .</u>
<u>Promote to level 2    CC3 Alaniz, C.</u>

| **IMU SUPERVISOR LEVEL DECISION** | | | |
|---|---|---|---|
| Promote | ☒ 2 | ☐ 3 | ☐ 4 (Transition Pod) |
| Maintain ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
| Suspend ☐ 1 | ☐ 2 | ☐ 3 | ☐ 4 |
| Demote ☐ 1 | ☐ 2 | ☐ 3 | |

Comments
<u>You may apply for level 3, 30 days from level 2 date. Kite your counselor.</u>

May re-apply on _____
                              Date

<u>CUS Lomeli, Alfredo</u>
Supervisor                              Signature                              <u>6/7/23</u>
                                                                                          Date

The contents of this document may be eligible for public disclosure. Social Security Numbers are considered confidential information and will be redacted in the event of such a request. This form is governed by Executive Order 00-03, RCW 42.56, and RCW 40.14.

Distribution: **ORIGINAL** - Incarcerated Individual      **COPY** - IMU Property Office, Imaging file

306 of 309  310

DOC 21-621 (Rev. 03/06/20)
Scan Code AD09 Scan and Toss                    Page 1 of 1                              DOC 320.250

EXHIBIT

U

A COPY OF PLAINTIFF'S WITENESS ~~DAN~~ DAVID BUTLER SWORN STATEMENT

DAVID BUTLER 343955

THIS BELOW IS A SWORN AND HONEST STATEMENT.
TO AND FOR THE EVENTS THAT TOOK PLACE ON
THE DATES TO BE LISTED. ... THESE ARE EVENTS
THAT I WITNESSED OUTSIDE MY CELL (HSB E 12)

① I'VE NOTICED THAT MR. ROBERTS (HSB E 08)
IS ON AD-SEG YET HE HAS HAD NOT ONE OR
MORE HEARING(S).

② ON 7/9/23 I WITNESSED LT. GERROD MARTIN
COME TO (HSB E 08) AND TELL MR. ROBERTS
THAT HE WAS "GONNA FILE ALL THE PROPER PAPER
WORK." "NOTIFY THE PROPER AUTHORITIES TO PUT
A STOP TO THIS." THEN ON RETALIATION 7/16/23 I DID
WITNESS THE SAME "LT. MARTIN, G." COME TO (HSB
E 08) AND STATE TO MR. ROBERTS "HE NEVER SAID
HE WAS GONNA HELP PUT A STOP TO THE RETALIATION
THAT MR. ROBERTS IS ENDURRING".
    I OF COURSE LISTENED TO BOTH OF THE CONVER-
SATIONS. THE FIRST IN WHICH MR. ROBERTS WAS
SEEKING HELP FROM LT. MARTIN. THE 2ND OF
COURSE TRYING TO UNDERSTAND THE REASON
FOR (LT. MARTIN, G.) BACKING OUT AND LYING.

DAVID BUTLER 343955

PAGE 2

③ RESOLUTION SPECIALIST "BURT" CLAIMS IN A
(LETTER DATED THE 13TH OF JULY, 2023) "HE CAME
DOWN TO DISCUSS "MR. ROBERTS" CONCERNS ON A RES-
OLUTION REQUEST". I FOR "ONE" HAVE BEEN HERE
THE ENTIRE TIME FOR THE CURRENT STAX HERE
ON E TIER SINCE 7/9/23 - AND "I KNOW "BURT"
NEVER CAME DOWN TO DO THIS....!"

④ SINCE MR. ROBERTS ARRIVED (7/9/23)
I'VE WITNESSED ON NUMEROUS OTHER OCCASIONS
STAFF COME TO (HSB E 08) AND TELL MR.
ROBERTS THAT HE'S IN THE WRONG WHEN THEY
WEREN'T EVEN PRESENT WHEN THE 7/8/23
RETALIATION TOOK PLACE. OF COURSE THIS
HAS BEEN VERY UPSETTING TO MR. ROBERTS. I
BELIEVE THIS FURTHER VALIDATES AND PROVES
RETALIATION IS A PLAY HERE

    I DAVID BUTLER 343955 DO SWEAR BY AND
ATTEST TO ALL OF THE ABOVE STATED MATERIAL

   9/13/2023

310
309 & 309

310 & 310